U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

DEC 1 4 2016

LAWRENCE K. BAERMAN, CLERK
ALBANY

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF NEW YORK
### 445 Broadway; Albany, NY. 12207-2936

**Unified United States Common Law Grand Jury;** [1]
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

**Sureties of the Peace** [2]

AL., AK., AZ., AR., CA., CO., CT., DE., FL., GA., HI., ID., IL., IN., IA., KS., KY., LA., ME., MD., MA., MI., MN., MS., MO., MT., NE., NV., NH., NJ., NM., NY., NC., ND., OH., OK., OR., PA., RI., SC., SD., TN., TX., UT., VT., VA., WA., WV., WI., WY.:

Grand Jury, Sovereigns of the Court
We the People

- Against -

U.S. Congress; U.S. President; U.S. Supreme Court, State Governors; John & Mary Doe, et al
Defendants

Jurisdiction: Court of Record, under the rules of Common Law [3]
Action at law: [4]

Case NO: 1:16-cv-1490
Magistrate:
(LEK/DJS)

Federal Form 7, pg. 106; 113th congress 2nd session

## STATEMENT OF JURISDICTION
### RULES OF CIVIL PROCEDURE FOR THE UNITED STATES DISTRICT COURTS [5],

(a) The plaintiffs are the assembly of We the Sovereign People, the authors of all law [6] by right of the covenant of 1776, 1789 and 1791 with our creator under the common law at large.

---

[1] **The UUSCLGJ** is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.

[2] **SURETIES OF THE PEACE:** If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government, we will immediately grant full justice therein. Magna Carta Paragraph 52.

[3] **"A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[4] **AT LAW:** [Bouvier's] This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.

[5] Effective September 16, 1938, as amended to December 1, 2014.

[6] "The very meaning of 'sovereignty' is that the decree of the sovereign makes law." American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047. "Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts And the law is the definition

(b) This action arises under the United States Constitution in violation of:

| | |
|---|---|
| Amendment I | Abridging the freedom of speech |
| | Infringing upon a free press |
| | Abridging the right of the people peaceably to assemble |
| | Abridging the right of petitioning the Government for a redress of grievances |
| Amendment II | Infringing the right of forming a well-regulated Militia |
| | Infringing the right of the people to keep and bear Arms |
| Amendment IV | Infringing the right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures |
| Amendment V | Infringing the right of untainted Grand Jury indictment |
| | Infringing  on the no twice in jeopardy right |
| | Infringing the right not to bear witness against oneself |
| | Infringing the right of due process of law |
| Amendment VI | Infringing the right to a speedy and public trial |
| | Infringing the right to an impartial jury |
| | Infringing the right to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him |
| | Infringing the right to have compulsory process for obtaining witnesses |
| | Infringing the right to Assistance of Counsel |
| Amendment VII | Infringing the right of trial by jury |
| | Infringing the right of the rules of the common law |
| Amendment VIII | Inflicting cruel and unusual punishments |
| Amendment IX | Denying other rights retained by 𝔚e the 𝔖overeign 𝔓eople |
| Amendment X | Infringing upon powers delegated to the States |
| | Infringing upon powers of 𝔚e the 𝔖overeign 𝔓eople |
| Articles I through VI | Non adherence to the Law of the Land, expanding jurisdictions under color of law. |

(c) This COURT OF RECORD[7] is a case of the jurisdiction of the land (Common Law) under the Law of the Land as intended by the Constitution for the United States Article VI clause 2.


SEAL


**DATED**: December 13, 2016


_____
Grand Jury Foreman

---

and limitation of power..." Yick Wo v. Hopkins, 118 US 356, 370 *Quotiens dubia interpretatio libertatis est, secundum libertatem respondendum erit.*
[7] COURT OF RECORD: "*A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it Proceeding according to the course of common law*" - Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689; Black's Law Dictionary, 4th Ed., 425, 426

# TABLE OF CONTENTS

A complete list of filed Action at Law, Evidence, Law Documents, Informations, Writs, Affidavits, and Habeas Corpuses can be found at www.NationalLibertyAlliance.org

Summons - - - - - - - 4 Pages

Proof of Service - - - - - - 4 Pages

Statement of Jurisdiction - - - - - 2 Pages

Table of Contents - - - - - - 1 Pages

List of Defendants - - - - - - 4 Pages

Congress Redress of grievance - - - - 17 Pages

Supreme Court Redress of grievance - - - 8 Pages

Governors Redress of grievance- - - - 7 Pages

President Redress of grievance - - - - 41 Pages

Memorandum Jurisdiction - - - - 10 Pages

Memorandum Jury Tampering & Stacking - - 4 Pages

Memorandum Grand Jury Authority - - - 9 Pages

Information Martial Law - - - - 4 Pages

Memorandum Article III Courts - - - 7 Pages

Memorandum Founding Documents - - - 7 Pages

Memorandum of Facts - - - - - 16 Pages

Information Martial Law - - - - - 6 Pages

# LIST OF DEFENDANTS ADDRESSES & FAX

President, Elect Donald Trump; 725 Fifth Avenue, New York, NY 10022; Fax 212-935-0141, 212-399-3947
Governor Robert Bentley; 600 Dexter Avenue; Montgomery, AL 36130-2751 ; Fax - 3343530004
Governor Bill Walker; P.O. Box 110001; Juneau, AK 99811-0001; Fax - 9074653532
Governor Doug Ducey; 1700 West Washington; Phoenix, AZ 85007; Fax - 6025421381
Governor Asa Hutchinson; State Capitol Room 250; Little Rock, AR 72201; Fax - 5016821382
Governor Edmund Brown; State Capitol; Sacramento, CA 95814; Fax - 9165583160
Governor John Hickenlooper; 136 State Capitol; Denver, CO 80203-1792; Fax - 3038662003
Governor Dan Malloy; 210 Capitol Avenue; Hartford, CT 06106; Fax - 8605247396
Governor Jack Markell; Legislative Hall; Dover, DE 19901; Fax - 3025773118
Governor Rick Scott; 400 South Monroe Street; Tallahassee, FL 32399-0001; Fax - 8504870801
Governor Nathan Deal; 203 State Capitol; Atlanta, GA 30334; Fax - 4046577332
Governor Eddie Calvo; P.O. Box 2950; Agana, GU 96932; Fax - 6714774826
Governor David Ige; State Capitol; Honolulu, HI 96813; Fax - 8085860006
Governor C.L "Butch" Otter; 700 West Jefferson; Boise, ID 83702; Fax - 2083342175
Governor Bruce Rauner; 207 Statehouse; Springfield, IL 62706; Fax - 2177823560
Governor Mike Pence; State House Room 206; Indianapolis, IN 46204-2797 ; Fax - 3172323443
Governor Terry Branstad; State Capitol; Des Moines, IA 50319-0001; Fax - 5152816611
Governor Sam Brownback; 300 SW 10th Avenue, Suite 212S; Topeka, KS 66612-1590; Fax - 7852967973
Governor Steven L. Beshear; 700 Capitol Ave., Suite 100; Frankfort, KY 40601; Fax - 5025642517
Governor Bobby Jindal; P. O. Box 94004; Baton Rouge, LA 70804-9004; Fax - 5043420002
Governor Paul LePage; #1 State House Station; Augusta, ME 04333; Fax - 2072871034
Governor Larry Hogan; 100 State Circle; Annapolis, MD 21401; Fax - 4109743275
Governor Charlie Baker; Office of the Governor, Room 360; Boston, MA 02133; Fax - 6177279725
Governor Rick Snyder; P.O. Box 30013; Lansing, MI 48909; Fax - 5173356863
Governor Mark Dayton; 130 State Capitol; St. Paul, MN 55155; Fax - 6122962089
Governor Phil Bryant; P.O. Box 139; Jackson, MS 39205; Fax - 6013593741
Governor Jay Nixon; Room 216, P.O. Box 720; Jefferson City, MO 65102; Fax - 5737511495
Governor Steve Bullock; State Capitol; Helena, MT 59620-0801; Fax - 4064444151
Governor Pete Ricketts; P.O. Box 94848; Lincoln, NE 68509-4848; Fax - 4024716031
Governor Brian Sandoval; Capitol Building; Carson City, NV 89701; Fax - 7026874486
Governor Maggie Hassan; 107 North Main Street, Room 208; Concord, NH 03301; Fax - 6032712130
Governor Chris Christie; P.O. Box 001; Trenton, NJ 08625; Fax - 6092925212
Governor Susana Martinez; State Capitol Fourth Floor; Santa Fe, NM 87501; Fax - 5054762226
Governor Andrew Cuomo; State Capitol; Albany, NY 12224; Fax - 5184743767
Governor Pat McCrory; 20301 Mail Service Center; Raleigh, NC 27699-0301; Fax - 9197332120
Governor Jack Dalrymple; 600 E. Boulevard Ave.; Bismarck, ND 58505-0001; Fax - 7013282205
Governor John Kasich; 77 South High Street; Columbus, OH 43215; Fax - 6144669354
Governor Mary Fallin; 2300 Lincoln Blvd., Rm. 212; Oklahoma City, OK 73105; Fax - 4055213353
Governor Kate Brown; 900 Court St. N.; Salem, OR 97301; Fax - 5033786827
Governor Tom Wolf; Main Capitol Building; Harrisburg, PA 17120; Fax - 7177834429
Governor Gina Raimondo; State House; Providence, RI 02903; Fax - 4012735729
Governor Nikki Haley; 1205 Pendleton Street; Columbia, SC 29201; Fax - 8037345167
Governor Dennis Daugaard; 500 East Capitol Street; Pierre, SD 57501; Fax - 6057735844
Governor Bill Haslam; Tennessee State Capitol; Nashville, TN 37243-0001; Fax - 6155329711
Governor Greg Abbott; P.O. Box 12428; Austin, TX 78711; Fax - 5124632000
Governor Gary Herbert; Utah State Capitol Suite 200; Salt Lake City, UT 84114; Fax - 8015381528
Governor Peter Shumlin; 109 State Street; Montpelier, VT 05609; Fax - 8028283339
Governor Terry McAuliffe; State Capitol Third Floor; Richmond, VA 23219; Fax - 8043716351

REDRESS OF GRIEVANCE                                                                SUMMONS

Governor Jay Inslee; P.O. Box 40002; Olympia, WA 98504-0002; Fax - 3607534110
Governor Earl Ray Tomblin; 1900 Kanawha Street; Charleston, WV 25305; Fax - 3043427025
Governor Scott Walker; 115 East State Capitol; Madison, WI 53707; Fax - 6082678983
Governor Matt Mead; State Capitol Building Room 124; Cheyenne, WY 82002; Fax - 3076323909
Chief Justice John G. Roberts, Jr., 1 First Street, NE.; Washington, DC 20543. Fax 202.547.7730
Associate Justice, Anthony M. Kennedy; 1 First Street, NE.; Washington, DC 20543. Fax 202.547.7730
Associate Justice, Clarence Thomas; 1 First Street, NE.; Washington, DC 20543. Fax 202.547.7730
Associate Justice, Ruth Bader Ginsburg; 1 First Street, NE.; Washington, DC 20543. Fax 202.547.7730
Associate Justice, Stephen G. Breyer; 1 First Street, NE.; Washington, DC 20543. Fax 202.547.7730
Associate Justice, Samuel Anthony Alito, Jr.; 1 First Street, NE.; Washington, DC 20543. Fax 202.547.7730
Associate Justice, Sonia Sotomayor; 1 First Street, NE.; Washington, DC 20543. Fax 202.547.7730
Associate Justice, Elena Kagan; 1 First Street, NE.; Washington, DC 20543. Fax 202.547.7730
Majority Leader Mitch McConnell; 317 Russell Senate Office Building; Washington, DC 205100001; Fax (202) 224-2499
    [Majority Leader Mitch McConnell is being served on behalf of the entire Senate and is to provide copies to all members of the Senate [see list following] for a collective response; The Grand Jury shall Fax copies to all members within four (4) days of service by U.S. Mail: - Al Franken; Amy Klobuchar; Angus King; Barbara Boxer; Barbara Mikulski; Ben Cardin; Ben Sasse; Bernie Sanders; Bill Cassidy; Bill Nelson; Bob Casey, Jr.; Bob Corker; Bob Menendez; Brian E. Schatz; Chris Coons; Christopher S. Murphy; Chuck Grassley; Chuck Schumer; Claire McCaskill; Cory Booker; Cory Gardner; Dan Coats; Daniel S. Sullivan; David Perdue; David Vitter; Dean Heller; Deb Fischer; Debbie Stabenow; Dianne Feinstein; Dick Durbin; Ed Markey; Elizabeth Warren; Gary Peters; Harry Reid; Heidi Heitkamp; Jack Reed; James Lankford; Jeanne Shaheen; Jeff Flake; Jeff Merkley; Jeff Sessions; Jerry Moran; Jim Inhofe; Jim Risch; Joe Donnelly; Joe Manchin III; John Barrasso; John Boozman; John Cornyn; John Hoeven; John McCain; John Thune; Johnny Isakson; Jon Tester; Joni Ernst; Kelly Ayotte; Kirsten Gillibrand; Lamar Alexander; Lindsey Graham; Lisa Murkowski; Marco Rubio; Maria Cantwell; Mark Kirk; Mark Warner; Martin Heinrich; Mazie K. Hirono; Michael Bennet; Mike Crapo; Mike Enzi; Mike Lee; Mike Rounds; Orrin Hatch; Pat Roberts; Pat Toomey; Patrick Leahy; Patty Murray; Rand Paul; Richard Blumenthal; Richard Burr; Richard Shelby; Rob Portman; Roger Wicker; Ron Johnson; Ron Wyden; Roy Blunt; Sheldon Whitehouse; Shelley Moore Capito; Sherrod Brown; Steve Daines; Susan Collins; Tammy Baldwin; Ted Cruz; Thad Cochran; Thom Tillis; Tim Kaine; Tim Scott; Tom Carper; Tom Cotton; Tom Udall; C/O Majority Leader Mitch McConnell; 317 Russell Senate Office Building; Washington, DC 205100001; Fax (202) 224-2499]
Office of the Speaker; Rep. Paul D. Ryan; H-232 The Capitol; Washington, DC 20515; Fax: (202) 225-2012
    [Speaker; Rep. Paul D. Ryan is being served on behalf of the entire House of Representatives and is to provide copies to all members of the Senate [see list following] for a collective response; The Grand Jury shall Fax copies to all members within four (4) days of service by U.S. Mail: - Abraham, Ralph; Adams, Alma; Aderholt, Robert; Aguilar, Pete; Allen, Rick; Amash, Justin; Amodei, Mark; Ashford, Brad; Babin, Brian; Barletta, Lou; Barr, Andy; Barton, Joe; Bass, Karen; Beatty, Joyce; Becerra, Xavier; Benishek, Dan; Bera, Ami; Beyer, Don; Bilirakis, Gus M.; Bishop Jr., Sanford D.; Bishop, Mike; Bishop, Rob; Black, Diane; Blackburn, Marsha; Blum, Rod; Blumenauer, Earl; Bonamici, Suzanne; Bordallo, Madeleine; Bost, Mike; Boustany Jr., Charles W.; Boyle, Brendan; Brady, Kevin; Brady, Robert; Brat, Dave; Bridenstine, Jim; Brooks, Mo; Brooks, Susan W.; Brown, Corrine; Brownley, Julia; Buchanan, Vern; Buck, Ken; Bucshon, Larry Burgess, Michael; Bustos, Cheri; Butterfield, G.K.; Calvert, Ken; Capps, Lois; Capuano, Michael E.; Cárdenas, Tony; Carney, John; Carson, André; Carter, Buddy; Carter, John; Cartwright, Matthew; Castor, Kathy; Castro, Joaquin; Chabot, Steve; Chaffetz, Jason; Chu, Judy; Cicilline, David; Clark, Katherine; Clarke, Yvette D.; Clawson,Curt; Clay Jr., William; Cleaver, Emanuel; Clyburn, James E.; Coffman, Mike; Cohen, Steve; Cole, Tom; Collins, Chris; Collins, Doug; Comer, James; Comstock, Barbara; Conaway, K. Michael; Connolly, Gerald E.; Conyers Jr., John; Cook, Paul; Cooper, Jim; Costa, Jim; Costello, Ryan; Courtney, Joe; Cramer, Kevin; Crawford, Rick; Crenshaw, Ander; Crowley, Joseph; Cuellar, Henry; Culberson, John; Cummings, Elijah; Curbelo, Carlos; Davidson, Warren; Davis, Danny K.; Davis, Rodney; Davis, Susan; DeFazio, Peter; DeGette, Diana; Delaney, John; DeLauro, Rosa L.; DelBene, Suzan; Denham, Jeff; Dent, Charles W.; DeSantis, Ron; DeSaulnier, Mark; DesJarlais, Scott; Deutch, Ted; Diaz-Balart, Mario; Dingell, Debbie; Doggett, Lloyd; Dold, Bob; Donovan, Daniel; Doyle, Mike; Duckworth, Tammy; Duffy, Sean P.; Duncan Jr., John J.; Duncan, Jeff; Edwards, Donna F.; Ellison, Keith; Ellmers, Renee; Emmer,

**REDRESS OF GRIEVANCE**                                                                                          SUMMONS

Tom; Engel, Eliot; Eshoo, Anna G.; Esty, Elizabeth; Evans, Dwight; Farenthold, Blake; Farr, Sam; Fincher, Stephen; Fitzpatrick, Michael G.; Fleischmann, Chuck; Fleming, John; Flores, Bill; Forbes, J. Randy; Fortenberry, Jeff; Foster, Bill; Foxx, Virginia; Frankel, Lois; Franks, Trent; Frelinghuysen, Rodney; Fudge, Marcia L.; Gabbard, Tulsi; Gallego, Ruben; Garamendi, John; Garrett, Scott; Gibbs, Bob; Gibson, Chris; Gohmert, Louie; Goodlatte, Bob; Gosar, Paul A.; Gowdy, Trey; Graham, Gwen; Granger, Kay; Graves, Garret; Graves, Sam; Graves, Tom; Grayson, Alan; Green, Al; Green, Gene; Griffith, Morgan; Grijalva, Raul; Grothman, Glenn; Guinta, Frank; Guthrie, S. Brett; Gutierrez, Luis; Hahn, Janice; Hanabusa, Colleen; Hanna, Richard; Hardy, Cresent; Harper, Gregg; Harris, Andy; Hartzler, Vicky; Hastings, Alcee L.; Heck, Denny; Heck, Joe; Hensarling, Jeb; Herrera Beutler, Jaime; Hice, Jody; Higgins, Brian; Hill, French; Himes, Jim; Hinojosa, Rubén; Holding, George; Honda, Mike; Hoyer, Steny H.; Hudson, Richard; Huelskamp, Tim; Huffman, Jared; Huizenga, Bill; Hultgren, Randy; Hunter, Duncan D.; Hurd, Will; Hurt, Robert; Israel, Steve; Issa, Darrell; Jackson Lee, Sheila; Jeffries, Hakeem; Jenkins, Evan; Jenkins, Lynn; Johnson, Bill; Johnson, Eddie Bernice; Johnson, Henry C. "Hank" Jr.; Johnson, Sam; Jolly, David; Jones, Walter B.; Jordan, Jim; Joyce, David; Kaptur, Marcy; Katko, John; Keating, William; Kelly, Mike; Kelly, Robin; Kelly, Trent; Kennedy III, Joseph P.; Kildee, Daniel; Kilmer, Derek; Kind, Ron; King, Pete; King, Steve; Kinzinger, Adam; Kirkpatrick, Ann; Kline, John; Knight, Steve; Kuster, Ann; Labrador, Raul R.; LaHood,Darin; LaMalfa, Doug; Lamborn, Doug; Lance, Leonard; Langevin, Jim; Larsen, Rick; Larson, John B.; Latta, Robert E.; Lawrence, Brenda; Lee, Barbara; Levin, Sander; Lewis, John; Lieu, Ted; Lipinski, Daniel; LoBiondo, Frank; Loebsack, David; Lofgren, Zoe; Long, Billy; Loudermilk, Barry; Love, Mia; Lowenthal, Alan; Lowey, Nita; Lucas, Frank; Luetkemeyer, Blaine; Lujan Grisham, Michelle; Lujan, Ben R.; Lummis, Cynthia M.; Lynch, Stephen F.; MacArthur, Tom; Maloney, Carolyn; Maloney, Sean Patrick; Marchant, Kenny; Marino, Tom; Massie, Thomas; Matsui, Doris O.; McCarthy, Kevin; McCaul, Michael T.; McClintock, Tom; McCollum, Betty; McDermott, Jim; McGovern, James; McHenry, Patrick T.; McKinley, David; McMorris Rodgers, Cathy; McNerney, Jerry; McSally, Martha; Meadows, Mark; Meehan, Pat; Meeks, Gregory W.; Meng, Grace; Messer, Luke; Mica, John; Miller, Candice; Miller, Jeff; Moolenaar, John; Mooney, Alex; Moore, Gwen; Moulton, Seth; Mullin, Markwayne; Mulvaney, Mick; Murphy, Patrick; Murphy, Tim; Nadler, Jerrold; Napolitano, Grace; Neal, Richard E.; Neugebauer, Randy; Newhouse, Dan; Noem, Kristi; Nolan, Rick; Norcross, Donald; Norton, Eleanor Holmes; Nugent, Richard; Nunes, Devin; Olson, Pete; O'Rourke, Beto; Palazzo, Steven; Pallone Jr., Frank; Palmer, Gary; Pascrell Jr., Bill; Paulsen, Erik; Payne Jr., Donald; Pearce, Steve; Pelosi, Nancy; Perlmutter, Ed; Perry, Scott; Peters, Scott; Peterson, Collin C.; Pierluisi, Pedro; Pingree, Chellie; Pittenger, Robert; Pitts, Joseph R.; Plaskett, Stacey; Pocan, Mark; Poe, Ted; Poliquin, Bruce; Polis, Jared; Pompeo, Mike; Posey, Bill; Price, David; Price, Tom; Quigley, Mike; Radewagen, Amata; Rangel, Charles B.; Ratcliffe, John; Reed, Tom; Reichert, David G.; Renacci, Jim; Ribble, Reid; Rice, Kathleen; Rice, Tom; Richmond, Cedric; Rigell, Scott; Roe, Phil; Rogers, Harold; Rogers, Mike; Rohrabacher, Dana; Rokita, Todd; Rooney, Tom; Roskam, Peter J.; Ros-Lehtinen, Ileana; Ross, Dennis; Rothfus, Keith; Rouzer, David; Roybal-Allard, Lucille; Royce, Ed; Ruiz, Raul; Ruppersberger, C. A. Dutch; Rush, Bobby L.; Russell, Steve; Ryan, Tim; Sablan, Gregorio; Salmon, Matt; Sánchez, Linda; Sanchez, Loretta; Sanford, Mark; Sarbanes, John P.; Scalise, Steve; Schakowsky, Jan; Schiff, Adam; Schrader, Kurt; Schweikert, David; Scott, Austin; Scott, David; Scott, Robert C.; Sensenbrenner, F. James; Serrano, José E.; Sessions, Pete; Sewell, Terri A.; Sherman, Brad; Shimkus, John; Shuster, Bill; Simpson, Mike; Sinema, Kyrsten; Sires, Albio; Slaughter, Louise; Smith, Adam; Smith, Adrian; Smith, Chris; Smith, Jason; Smith, Lamar; Speier, Jackie; Stefanik, Elise; Stewart, Chris; Stivers, Steve; Stutzman, Marlin; Swalwell, Eric; Takano, Mark; Thompson, Bennie G.; Thompson, Glenn W.; Thompson, Mike; Thornberry, Mac; Tiberi, Pat; Tipton, Scott; Titus, Dina; Tonko, Paul D.; Torres, Norma; Trott, Dave; Tsongas, Niki; Turner, Michael; Upton, Fred; Valadao, David; Van Hollen, Chris; Vargas, Juan; Veasey, Marc; Vela, Filemon; Velázquez, Nydia M.; Visclosky, Peter; Wagner, Ann; Walberg, Tim; Walden, Greg; Walker, Mark; Walorski, Jackie; Walters, Mimi; Walz, Timothy J.; Wasserman Schultz, Debbie; Waters, Maxine; Watson Coleman, Bonnie; Weber, Randy; Webster, Daniel; Welch, Peter; Wenstrup, Brad; Westerman, Bruce; Westmoreland, Lynn A.; Williams, Roger; Wilson, Frederica; Wilson, Joe; Wittman, Robert J.; Womack, Steve; Woodall, Robert; Yarmuth, John A.; Yoder, Kevin; Yoho, Ted; Young, David; Young, Don; Young, Todd; Zeldin, Lee; Zinke, Ryan; C/O Majority Leader Mitch McConnell; 317 Russell Senate Office Building; Washington, DC 205100001; Fax (202) 224-2499]

John Does (to be added)

Mary Does (to be added)

**REDRESS OF GRIEVANCE**                                                                    SUMMONS

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF NEW YORK
### • 445 Broadway; Albany, NY. 12207-2936 •

Unified United States Common Law Grand Jury; [1]                 Sureties of the Peace [2]
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY:

Grand Jury, Sovereigns of the Court
                                We the People

                        - Against -

U.S. Congress, Speaker of the House Paul Ryan,
Majority Leader Mitch McConnell, et al
                                Defendants

Jurisdiction: Court of Record, under
                    the rules of Common Law [3]
Action at law: [4]  (see form 7 attached)

Case NO:
Magistrate:

### REDRESS OF GRIEVANCES

We the People [5] of the United States of America, under the power and authority of the
Sureties of the Peace, hereinafter the Grand Jury, whereas Unified Common Law Grand
Juries arose out of We the People in each of the Fifty States which came together to form
a Unified United States Common Law Grand Jury. This was done in an effort to subdue

---

[1] **The UUSCLGJ** is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.

[2] **SURETIES OF THE PEACE:** If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government, we will immediately grant full justice therein. Magna Carta Paragraph 52.

[3] **"A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[4] **AT LAW:** Bouvier's This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.

[5] **PEOPLE:** People are supreme, not the state. Waring vs. the Mayor of Savanah, 60 Georgiaat 93; The state cannot diminish rights of the people. Hertado v. California, 100 US 516; Preamble to the US and NY Constitutions - We the people ... do ordain and establish this Constitution...; ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves... CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455, 2 DALL (1793) pp471-472]: The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am. Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.

subversion against the United States of America from enemies both foreign and domestic within our governments. This court of record[6], proceeding according to the common law for REDRESS OF GRIEVANCES which is our unalienable right we ordained and expressed in writing as the "Bill of Rights" ratified on December 15, 1791, "...*in order to prevent misconstruction or abuse of federal government powers...*" 𝖂e the 𝖕eople established: Amendment I "*Congress shall make no law respecting the right of the people to petition the Government for a redress of grievances.*" 𝖂e the 𝖕eople therefore Command Congress, hereinafter Defendants, to give a verified accounting of your stewardship by responding to this Redress of Grievances, by both U.S. Mail and fax. Senate Majority Leader Mitch McConnell is being served on behalf of the entire Senate and is to provide copies to all members of the Senate Speaker, see entire list of defendants attached, all members are additionally being served by fax; Rep. Paul D. Ryan is being served on behalf of the entire House of Representatives and is to provide copies to all members of the House, see entire list of defendants attached, all members are additionally being served by fax;

𝖂e the 𝖕eople via this Court of Record Common Law Action are addressing all Fifty State Governors, U.S. Congress, U.S. Supreme Court and the United States Administration for a redress of grievances and to expose subversion of the Constitution from enemies foreign and domestic. See Information Martial Law; Memorandum of Facts; Memorandum Article III Courts; Memorandum Jurisdiction; Memorandum Jury Tampering & Stacking; Memorandum of Authority; Memorandum in Support of Authority of the Grand Jury and Redress of Grievances to President Elect, United States Congress and United States Supreme Court at www.NationalLiberty Alliance.org/docket.

### REPORT OF SUBVERSION

𝖂e the 𝖕eople between May 2015 and July 4th 2016 filed by U.S. Postal Service in all Ninety-Four Federal District Courts the following Informations and Writs and served to all the servants addressed in the Informations and Writs. To date we have been met with silence. We also visited all federal district courts within the Fifty States to confirm their filing and have found that they were not filed. See copies at www.NationalLiberty Alliance.org/docket.

---

[6] **COURT OF RECORD:** "*A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it Proceeding according to the course of common law*" - Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689; Black's Law Dictionary, 4th Ed., 425, 426

| 15-05-15 Writ Quo Warranto | 15-06-03 Mandamus Terrorism | 15-11-15 Information SWAT |
| 15-05-20 Mandamus to Sheriff | 15-06-06 Mandamus subversion | 15-11-15 Show Cause Clerks & Judges |
| 15-05-23 Mandamus Judges | 15-07-10 All Governors Mandamus | 16-02-18 Writ Mandamus to Governors |
| 15-05-27 Mandamus martial law | 15-07-20 Mandamus US Supreme Court | 16-02-22 Information Court |
| 15-05-29 Mandamus 2nd Amendment | 15-10-14 Information to Judges | 16-07-04 Declaration of July 4th 2016 |

You are elected Senators and Representatives that have a legal and moral duty to speak directly to us unfiltered. Being a steward with vested Constitutional authorities, you DO NOT have the right to remain silent or a right to an attorney concerning questions of your vested actions.

ANSWERS TO THE GRAND JURY IN THIS ACTION THROUGH AN ATTORNEY WILL BE CONSIDERED A NON-ANSWER. Hired servants are required to give an account to their master directly and upon demand any resistance can only be equated to fraud.

> *"Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading..."* U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932

It has been our experience that ALL BAR attorneys have been unwittingly brainwashed to resist the Common Law and replace it with statutes of men, most of which are repugnant to the Constitution and its cap stone Bill of Rights. These statutes create a statutory prison that stifles the spirit of man and legislates man's behavior thereby the government assumes the character of God.

*"The civil lawyer by his tradition and training, tends to treat statutes as though they proceed from the gods because bred into civil law systems is the demand that he not look behind the language of the statute in coming to his decisions: the Code is supreme, which is to say that legislators is supreme. Adherence to the Code is, by custom, practically blind."*[7]

BAR attorneys have been indoctrinated to believe that the Common Law has been abrogated and that God's Law a/k/a Common Law is no longer applicable, thereby unwittingly bringing People under the will of tyrants. They have been trained that courts must punish through incarceration all who offend their ten thousand commandments that

---

[7] Brent Winters, Excellence in the Common Law, pgs. 174-175.

**Redress of Grievances**          Page 3 of 17          **Congress**

Justinian[8] brought up from the pit of Babylon[9]. Justinian's Code is a code of law focusing all on the will of the state. To this day Corpus Juris Civilis[10] and the ideals it embodies permeate and control the modern civil law tradition.

We appreciate that the 114th Congress has inherited the legislative work of the 113th and that the 113th has inherited the legislative work of the 112th and so on. Nevertheless, we are holding the 114th Congress to give an account of the present state of affairs. It is no hidden matter that congress has been legislating beyond their authority for quite some time and the Grand Jury intends on bringing our legislative branch back under the chains of our Constitution and indict all that resist. It was by silent approaches and slight deviations from legal modes of procedure that unconstitutional practices acquired their first footing leading to a gradual depreciation of our unalienable rights until they become completely obliterated.

Before we can redress a grievance Congress must first recognize that there is a grievance that needs amending. The law of the land is common law and Congress's continued ignorance of that law places America in jeopardy to be overthrown by powers already in motion to do so.

Elected and appointed servants are empowered with various powers and authority. If that servant willfully neglects to understand the boundaries of that power and authority that they took an oath to uphold and protect how can you uphold what you cannot discern? How can you protect what you cannot recognize? How can you honor your oath if you don't know how or what to honor? Did you lie to the People when you took your oath, or did you lie to yourself to take a position of honor in dishonor? Is there a difference?

If America is to be lost, it will be lost through ignorance. A plea of ignorance of the law, in a court of law will not be heard. To willfully neglect to know the law of the land equals a willful neglect to honor your oath and thereby the law of the land. The charge for such

---

[8] **CODE OF JUSTINIAN**: The Code of Justinian (Codex Justinianeus) was a collection of imperial constitutions, compiled, by order of that emperor, by a commission, and promulgated A. D. 529. It comprised twelve books, and was the first of the four compilations of law which make up the Corpus Juris Civilis.

[9] **Ezra 2:1** Nebuchadnezzar the king of Babylon carried away the children of God to Babylon.; **Revelation 18:21** And a mighty angel took up a stone like a great millstone, and cast it into the sea, saying, Thus with violence shall that great city Babylon be thrown down, and shall be found no more at all.

[10] **CORPUS JURIS CIVILIS**: The body of the civil law. The system of Roman jurisprudence compiled and codified under the direction of the emperor Justinian, in A.D. 528-534.; **CIVIL LAW**: The system of jurisprudence held and administered in the Roman empire, particularly as set forth in the compilation of Justinian and his successors,—comprising the Institutes, Code, Digest, and Novels, and collectively denominated the "Corpus Juris Civi/is,"-as distinguished from the common law of England.

willful actions is subversion and lawless violence against the United States of America. If government is not controlled by the constructs of law, by whom then are you controlled?

It was an evil day for American Liberty when the theory of a government outside supreme law found lodgment in our legislated laws (which are no law), through the Organic act of 1871 that covertly seized control of our federal district; unconstitutionally changing it into a state controlled by foreign powers. No higher duty rests upon America's elected servants today than to exert their full authority to avert violations of the principles of the Constitution by simply adhering to it.

**WHEN AN OATH, BECOMES EQUALLY A CRIME** "*It is in these words: 'I do solemnly swear that I will faithfully and impartially discharge all the duties incumbent on me as according to the best of my abilities and understanding, agreeably to the constitution and laws of the United States. Why does an elected servant swear to discharge his duties agreeably to the constitution of the United States, if that constitution forms no rule for his government? If it is closed upon him and cannot be inspected by him; if such be the real state of things, this is worse than solemn mockery. To prescribe, or to take this oath, becomes equally a crime.*" - **Marbury v. Madison, 5 U.S. 137 (1803) 5 U.S. 137 (Cranch) 1803**

> "*Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them*" Miranda v. Arizona, 384 U.S. 436, 491
>
> *... any attempt to enforce authority beyond constitutional boundaries is nothing less than lawless violence.*" - Ableman v. Booth, 21 Howard 506 (1859)
>
> "*We (elected servants) have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the Constitution.*" - Cohen v. Virginia, (1821), 6 Wheat. 264 and U.S. v. Will, 449 U.S. 200
>
> "*... that statute which would deprive a citizen of the rights of person or property without a regular trial, according to the course and usage of common law, would not be the law of the land.*" - Hoke vs. Henderson,15, N.C.15,25 AM Dec 677

If your personal lifestyle made you vulnerable through coercion to the control of the hidden corrupt powers, entrenched among the three branches of government, through coercion we suggest you step up and defend the Republics, even at the risk of your embarrassment or indictment. If you cannot, then resign your office. We the People come

with an olive branch[11] and clemency to all who comply with minimum exceptions but the full wrath of 𝔚e the 𝔖overeign 𝔓eople shall fall upon those who lift up their heal against us.

America's founding document, the Declaration of Independence, laid the foundation for our Constitution and its capstone Bill of Rights; whereas, 𝔚e the 𝔖overeign 𝔓eople, by His mercy, found in the mind of God that: "*We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed*…" Thomas Jefferson, concerning these powers said: "*In questions of power let no more be heard of confidence in man, but bind him down from mischief by the chains of the Constitution.*" 𝔚e the 𝔓eople in Bill of Rights Amendment I established that: "*Congress shall make no law prohibiting the right of the people to petition the Government for a redress of grievances.*" Therefore, the powers we permitted and the powers we denied are well-defined in the Constitution. This is what 𝔚e the 𝔓eople consented too and you are bound by oath and through this Action at Law to obey and respond unfiltered[12].

𝔚e the 𝔓eople will restore you to faithful servants and indict all that resist for high treason. Congress is hereby ORDERED to remember their oath and give a verified account of their stewardship: We COMMAND that Congress provide at the beginning of all said legislation by what authority they act to be found in Article I Section 8 clauses 1-18, Congress is to verify that said legislation does not violate Article I Section 9 clauses 1-8; Congress is to verify that said legislation does not violate the Bill of Rights; and Congress is to identify the purpose of the said legislation, a list of the purposes for legislation can be found in the preamble and are so listed below:

   i. To form a more perfect union
   ii. To establish justice
   iii. To insure Domestic Tranquility
   iv. To provide for the Common Defense
   v. To promote the General Welfare
   vi. To secure the Blessings of Liberty to ourselves and our posterity.

---

[11] An offer of reconciliation.
[12] Without a lawyer.

## WAR WITH OUT A CONGRESSIONAL
## DECLARATION OF WAR

Article I, Section 8, Clause 11 of the U.S. Constitution grants Congress the power to declare war. The President, meanwhile, derives the power to direct the military after a Congressional declaration of war from Article II, Section 2, which names the President Commander-in-Chief of the armed forces. The President or any other federal office has NO Constitutional authority to declare war.

The last time Congress declared WAR was on December 8, 1941. So, how is it that in 2015, US Special Operations forces have already deployed to 135 nations, according to Ken McGraw, a spokesman for Special Operations Command (SOCOM). That's roughly 70 percent of the countries on the planet. Every day, in fact, America's most elite troops are carrying out missions in 80 to 90 nations, practicing night raids or sometimes conducting them for real, engaging in sniper training or sometimes actually gunning down enemies from afar. As part of a global engagement strategy of endless hush-hush operations conducted on every continent but Antarctica, they have now eclipsed the number and range of special ops missions undertaken at the height of the conflicts in Iraq and Afghanistan. How is it that Since WWII the United States has been engaged in twenty-three wars without a declaration of war? They are:

(1) Korean War (1950–1953)
(2) Lebanon Crisis (1958)
(3) Bay of Pigs Invasion (1961)
(4) Simba Rebellion (1964)
(5) Dominican Civil War (1965–1966)
(6) Vietnam War (1965–1973)
(7) Communist insurgency in Thailand (1965–1983)
(8) Shaba II (1978)
(9) Multinational Force in Lebanon (1982-1984)
(10) Invasion of Grenada (1983)
(11) Tanker War in the Persian Gulf (1987–1988)
(12) Invasion of Panama (1989–1990)

(13) Gulf War (1990–1991)
(14) Somali Civil War (1992–1995)
(15) Intervention in Haiti (1994–1995)
(16) Bosnian War (1994–1995)
(17) Kosovo War (1998–1999)
(18) War in Afghanistan (2001–2014)
(19) Iraq War (2003–2011)
(20) War in North-West Pakistan (2004–present)
(21) Military intervention in Libya (2011)
(22) War on ISIL (2014–present)
(23) War in Afghanistan (2015–present)

It seems that we have become a Nation in perpetual WAR [see Timeline of United States at war at www.NationalLibertyAlliance.org] our founders would be appalled! Our founding fathers were against alliances saying that they would involve us in obscure quarrels and sordid rivalries which were none of our concern. They seemed to be both undesirable and unnecessary in view of our special geographic and political circumstances. "It is our true policy to steer clear of permanent alliance with any portion of the foreign world" - George Washington's Farewell Address "*Peace, commerce, and honest friendship with all nations-entangling alliances with none.*" - Thomas Jefferson's inaugural pledge.

It's time we return to our founding principles: "*Peace, commerce, and honest friendship with all nations-entangling alliances with none.*" By simply obeying the Constitution, we must stop American war-mongering in the name of We the People.

## ABUSE OF THE MILITIA

Militia Act 1903 SEC 1: *...The militia shall consist of every able-bodied male citizen..., and shall be divided into two classes-the organized militia, to be known as the National Guard.*

The President shall be commander in chief of the militia when called into service to execute the laws, suppress insurrections and repel invasions; The Constitution does not give the Pentagon or any other federal office the authority to call forth the militia and there exists no authority to send the militia overseas and for foreign wars.

> Article II Section 2 Clause 1: *The President shall be commander in chief of the Army and Navy of the United States, and of the militia of the several states, when called into the actual service of the United States;*

> Article I Section 8 Clause 15: *The Congress shall have power to provide for calling forth the militia to execute the laws of the union, suppress insurrections and repel invasions;*

> Article I Section 8 Clause 11: *The Congress shall have power to... declare war, grant letters of marque and reprisal, and make rules concerning captures on land and water;*

Why were the National Guard sent to Iraq instead of the regular army when in fact we have hundreds of thousands of fully trained military personnel [unconstitutionally] available here in America and around the world already in service? Nevertheless the militia is to "DEFEND" and "PROTECT" the State.

**NY Constitution ARTICLE XII** [DEFENSE; militia] Section 1. The defense and protection of the state and of the United States is an obligation of all persons within the state. The legislature shall provide for the discharge of this obligation and for the maintenance and regulation of an organized militia.

## XVII AMENDMENT NULL AND VOID

**DESTRUCTION OF THE BALANCE OF POWER:**     Our Constitution provided for a balance of power that was laid waste by the unratified, unconstitutional 17th Amendment, which was specifically forbidden by the Constitution itself and therefore "null and void" Furthermore the Seventeenth Amendment was never ratified and therefore it's not even a pretend law. See evidence document 17th Amendment Not Ratified.pdf at https://www.nationalliberty

alliance.org/docket "*Truth is stranger than fiction, but it is because Fiction is obliged to stick to possibilities; Truth isn't.*" - Mark Twain

**United States Constitution Article V**: "*The Congress... shall propose amendments to this Constitution ... which, in either case, shall be valid to all intents and purposes, as part of this Constitution, <u>when ratified</u> ... <u>provided that ...no state, without its consent, shall be deprived of its equal suffrage</u>[13] <u>in the Senate</u>.*"

**United States Constitution Article 1 Section 3** "*THE SENATE OF THE UNITED STATES shall be composed of <u>two Senators</u> from each state, <u>chosen by the legislature thereof</u>, for six years; and each Senator shall have one vote.*"

Clearly the Seventeenth Amendment deprives "<u>ALL</u>" States equal suffrage in the Senate! Thus, it is not a moot point! Therefore, like the Principle of the Kentucky Resolution written by Thomas Jefferson, the founder of our Republic, which stated that simply by "*declaring their illegality, announcing the strict constructionist theory of the federal government, and declaring nullification to be the rightful remedy.*" That is how the 17th amendment can be nullified. There need not be an act of Congress, there need not be an amendment; governors and state legislators need only <u>declare</u>, <u>announce</u> and <u>act</u> by removing the unconstitutional senators and sending their own senators that will do the will of the state and restore the balance of power because "*An unconstitutional act is not law; it confers no right; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed.*" - Norton vs Shelby County 118 US 425 p. 442. "*No one is bound to obey an unconstitutional law and no courts are bound to enforce it.*" - 16th American Jurisprudence 2d, Section 177 late 2nd, Section 256.

> "*It is emphatically the province and duty of the judicial department to say what the law is. Those who apply the rule to particular cases, must of necessity expound and interpret that rule. If two laws conflict with each other, the courts must decide on the operation of each. So if a law be in opposition to the constitution; if both the law and the constitution apply to a particular case, so that the court must either decide that case con-formally to the law, disregarding the constitution; or conformably to the constitution, disregarding the law; the court must determine which of these conflicting rules governs the case. This is of the very essence of judicial duty. If, then, the courts are to regard the constitution, and the constitution is superior to any ordinary act of the legislature, the constitution, and not such ordinary act, must govern the case to which they may both apply... Certainly all those who have framed written constitutions contemplate them as forming the fundamental and paramount law of the nation, and consequently the theory of*

---

[13] **SUFFRAGE**: A vote; the act of voting; the right of casting a vote.

*every such government must be, that <u>an act of the legislature repugnant to the</u>*
*<u>constitution is void</u>. This theory is essentially attached to a written*
*constitution, and is consequently to be considered by this court as one of the*
*fundamental principles of our society. It is not therefore to be lost sight of in*
*the further consideration of this subject. If an act of the legislature, repugnant*
*to the constitution, is void,*" - Marbury -v- Madison

"*Where rights secured by the Constitution are involved, there can be no rule*
*making or legislation which would abrogate them*" - Miranda v. Arizona, 384
U.S.

By constitutionally correcting, through nullification and action, the said unconstitutional
seventeenth amendment nullification would permit the states to review all passed acts
since November 1913 giving both equal suffrage to the States and a great opportunity to
eradicate many unconstitutional acts such as the Federal Reserve Act, enacted December
23, 1913; the patriot act; homeland security act and much more.

"*Where powers are assumed which have not been delegated, a nullification*
*of the act is the rightful remedy*." - Thomas Jefferson: Draft Kentucky
Resolutions, 1798. ME 17:386.

## ADMIT OR DENY

𝔚e the 𝔓eople realize that some of the following questions as to "*by what authority did*
*Congress act*" cannot be answered and therefore, an "<u>admission of error with a resolution</u>
<u>to correct is the appropriate response</u>". Congress has thirty days to respond and it would be
sufficient for Congress by majority to act as a whole. If the majority responds in honor and
justness restoration is to commence immediately. But, if the majority responds in dishonor
and in contempt of 𝔚e the 𝔓eople and our Constitution, then those who stand in honor
shall reveal themselves in their own answers and stand with 𝔚e the 𝔓eople to set our face
against the enemies of Liberty.

1) We the People in <u>Article I Section 8 clause 5</u> gave congress the POWER "*To coin*
   *money, regulate the value thereof, and of foreign coin, and fix the standard of weights*
   *and measures:*"- <u>Admit the error of congress with a resolution to correct</u> or <u>Deny and</u>
   <u>explain</u>.
   a. On May 23, 1933, Congressman, Louis T. McFadden, brought formal charges
      against the Board of Governors of the Federal Reserve Bank system, The
      Comptroller of the Currency and the Secretary of United States Treasury for
      numerous criminal acts, including but not limited to, conspiracy, fraud, unlawful

conversion, and treason. The petition for Articles of Impeachment was thereafter referred to the Judiciary Committee and has yet to be acted on. Congress is commanded to act now. (See evidence document Congressman McFadden Speech on House Floor 1934) at www.nationallibertyalliance.org/docket

b. By what authority did Congress delegate this POWER to foreign bankers whose interests are personal profits? Admit the error of congress with a resolution to correct or Deny and explain.

c. Does Congress understand that the Federal Reserve Act gave 100% control of congress to foreign bankers who seduce members through lobbying (bribery)? Admit the error of congress with a resolution to correct or Deny and explain.

d. Legislators were elected to serve the interests of the People not corporations, how does taking money from special interest groups fulfill the purpose of government? Admit the error of congress with a resolution to correct or Deny and explain.

e. Does Congress understand that the Federal Reserve Act has bankrupted the United States? Admit the error of congress with a resolution to correct or Deny and explain.

f. Does Congress understand that the Federal Reserve Act enslaved the People to foreign bankers and therefore must be repealed? Admit the error of congress with a resolution to correct or Deny and explain.

2) We the People in Article I Section 8 clause 7 gave congress the POWER "*To establish post offices and post roads;*" - Admit or Deny.

a. We the People in Article I Section 8 clause 18 gave Congress vesting powers in departments or officers in the government of the United States for carrying into execution the powers in Article I Section 8 clause 1-17. - Admit or Deny.

b. We the People did not give congress vesting powers to create a Board of Governors comparable to a board of directors of a private corporation for the U.S. Postal Service. See evidence document Board of Governors Vested at www.nationallibertyalliance.org/docket - Admit the error of congress with a resolution to correct or Deny and explain.

c. By what authority did Congress create a Board of Governors that acts like a corporation to regulate our post offices? Admit the error of congress with a resolution to correct or Deny and explain.

d. By what authority did Congress vest[14] a Board of Governors? <u>Admit the error of congress with a resolution to correct</u> or <u>Deny and explain</u>.

e. The Postal Reorganization Act is unconstitutional and is therefore null and void - <u>Admit the error of congress with a resolution to correct</u> or <u>Deny and explain</u>.

3) 𝔚e the 𝔓eople in <u>Article I Section 8 clause 11</u> gave congress the POWER "*To declare war...,*" - Admit or Deny.

   a. By what authority does the president send our military forces TO WAR without a declaration of war? - <u>Admit the error of congress with a resolution to correct</u> or <u>Deny and explain</u>.

   b. If the President of the United States of America is waring without the consent of Congress, why doesn't congress stop funding the illegal action to prevent a dictatorship?

   c. If Congress maintains the funding of an illegal war, they are guilty of aiding and abetting a tyrant. <u>Admit the error of congress with a resolution to correct</u> or <u>Deny and explain</u>.

4) 𝔚e the 𝔓eople in <u>Article I Section 8 clause 15</u> gave congress the POWER "*To provide for calling forth the militia to execute the laws of the union, suppress insurrections and repel invasions;*" - Admit or Deny.

   a. If the law of the land is not upheld and the forces of the marshal are incapable to enforce the law. Congress is to call forth the militia to enforce the execution of the law, - Admit or Deny.

   b. If an insurrection arises, Congress is to call forth the militia to suppress the insurrection. - Admit or Deny.

   c. If an invasion of the United States arises, Congress is to call forth the militia to repel the invasion. - Admit or Deny.

   d. If the Constitution provides "*for calling forth the militia to execute the laws of the union, suppress insurrections and repel invasions;*" by what authority does congress act to create a Homeland Security that ignores the militia, spies on the People and FORCES THE PEOPLE'S OBEDIENCE?

   e. If the Constitution provides "*for calling forth the militia to execute the laws of the union, suppress insurrections and repel invasions;*" by what authority does congress ignore the Constitution and permit the Pentagon to call the militia?

---

[14] **Vested Right:** A right complete and consummated, and of such character that it cannot be divested without the consent of the person to whom it belongs, and fixed or established, and no longer open to controversy. State ex rel. Milligan v. Ritter's Estate, Ind.App., 46 N.E.2d 736, 743.

f. If the Constitution provides "*for calling forth the militia to execute the laws of the union, suppress insurrections and repel invasions;*" by what authority does congress ignore the Constitution and permit the President to assume the powers of Congress and execute Marshal Law and use Homeland Security to FORCE THE PEOPLE'S OBEDIENCE?

g. Only Congress can declare war. Admit or Deny.

h. Why does Congress unconstitutionally fund an unconstitutional war?

i. Why doesn't Congress speak out concerning the Pentagon's calling of the militia, without constitutional authority to send them to war?

j. Why doesn't Congress cut funding concerning the Pentagons calling of the militia, without constitutional authority to send them to war?

k. If Congress does not cut all funding of all unconstitutional wars they are in dishonor and war against the Constitution and therefore the People.

5) We the People in <u>Article I Section 8 clause 16</u> gave congress the POWER "*To provide for organizing, arming, and disciplining, the militia, and for governing such part of them as may be employed in the service of the United States, reserving to the states respectively, the appointment of the officers, and the authority of training the militia according to the discipline prescribed by Congress;*" - Admit or Deny.

6) We the People in <u>Bill of Rights Amendment II</u> established that: "*A well-regulated Militia, being necessary to the security of a Free State...*" - Admit or Deny.

a. All males between the age of 17-45 are the unorganized or organized militia and are to maintain at least one (modern) Military Grade Rifle with ammunition. - Admit or Deny.

7) We the People in <u>Bill of Rights Amendment II</u> established that: "*...The right of the people to keep and bear Arms, shall not be infringed.*" - Admit or Deny.

a. Congress can make no law that infringes our unalienable rights. - Admit or Deny.

8) We the People in <u>Article I Section 9 clause 2</u> established that: "*The privilege of the writ of habeas corpus shall not be suspended...*" <u>Bill of Rights Amendment V</u> "*No person shall ... be deprived of life, liberty, or property, without due process of law; ...*" - Admit or Deny.

a. A writ of habeas corpus is a written statute to support our unalienable right of due process protected by the V Amendment. Admit or Deny.

9) We the People in <u>Article I Section 9 clause 4</u> established that: "*No capitation, or other direct, tax shall be laid, unless in proportion to the census or enumeration herein before directed to be taken.*" - Admit or Deny.

a. Tax on income is a direct tax. - Admit or Deny.

b. Tax on private property is a direct tax. - Admit or Deny.

10) We the People in <u>Article I Section 9 clause 5</u> established that: "*No tax or duty shall be laid on articles exported from any state.*" - Admit or Deny.

   a. Federal Tobacco Tax violates Article I Section 9 clause 5 - Admit the error of congress with a resolution to correct or Deny and explain.

   b. Federal Alcohol Tax violates Article I Section 9 clause 5 - Admit the error of congress with a resolution to correct or Deny and explain.

   c. Federal Firearm and Ammunition Tax violates Article I Section 9 clause 5 - Admit the error of congress with a resolution to correct or Deny and explain.

11) We the People in <u>Article I Section 9 clause 8</u> established that: "*No title of nobility shall be granted by the United States: and no person holding any office of profit or trust under them, shall, without the consent of the Congress, accept of any present, emolument, office, or title, of any kind whatever, from any king, prince, or foreign state.*" - Admit or Deny.

   a. BAR attorneys receive a title of nobility called Esquire. Therefore, all such BAR attorneys must resign. - Admit the error of congress with a resolution to correct or Deny and explain.

12) We the People in <u>Article V</u> established that: no state, without its consent, shall be deprived of its equal suffrage in the Senate. - Admit or Deny.

   a. The 17th Amendment changed the balance of power? - Admit the error of congress with a resolution to correct or Deny and explain.

   b. The body of the constitution strictly forbids the 17th Amendment. - Admit the error of congress with a resolution to correct or Deny and explain.

   c. The 17th Amendment destroyed the sovereignty of the States leaving us with one federal government. - Admit the error of congress with a resolution to correct or Deny and explain.

   d. The Seventeenth Amendment was never ratified – admit or deny See evidence <u>17th Amendment Not Ratified.pdf</u> at <u>https://www.nationallibertyalliance.org/docket</u>

   e. The 17th Amendment removes State Sovereignty. - Admit or Deny.

13) We the People in <u>Article VI clause 2</u> established that: "*This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby,*

*anything in the Constitution or laws of any State to the contrary notwithstanding,"* which would be the Supreme Law of the Land to Congress also. - Admit or Deny.

14) We the People in <u>Article VI clause 3</u> established that: *"The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution..."* - Admit or Deny.

    a. By what authority does Congress ignore their oath and pass legislation contrary to our Constitution?

15) In 2009, We the People, without government participation, set up poles across the Nation to elect representatives for the Continental Congress in order to restore constitutional governance in the United States of America. The Continental Congress met on 11-21-09 and the results of their labor were "<u>The Articles of Freedom</u>". See evidence document at www.nationallibertyalliance.org/docket These Articles were hand delivered to both Houses of Congress of the United States and all fifty states, and to the executive branches of the United States and all fifty states. The results were unprecedented silence. Acknowledge the reading of the document.

    a. By what authority does congress think that they can ignore the People and the Law of the Land?

16) Article III Section 3. *Treason against the United States, shall consist only in levying war against them, or in adhering to their enemies, giving them aid and comfort… -* Admit or Deny.

    a. Acts of Congress are primarily written by BAR lawyers. - Admit or Deny.

    b. Acts of Congress are primarily written by non-congressional members. - Admit or Deny.

    c. Acts of Congress are primarily written by special interest groups. - Admit or Deny.

    d. Acts of Congress are primarily written by or for major corporations. - Admit or Deny.

Tyrants in Congress acting under the color of law have changed our federal city built upon righteousness and governed by our Creator's Law (Common Law) into a corporate state of greed and corruption controlled by foreign bankers and BAR attorneys. They have brought us to the very brink of World War III. Tyrants in Congress have ignored and expunged the Peoples six directives: (1) instead of Forming a more perfect union, they have given our federal city, post offices and coining of money to foreign bankers and BAR attorneys; (2) instead of Establishing Justice, they have turned our courts to jurisdictions unknown,

abolished habeas corpus, imposed an income tax that has destroyed the middle class and turned all law making over to the BAR who claim to have abrogated the Law of the Land; (3) instead of Insuring Domestic Tranquility, they have abolished the militia and closed our armories; (4) instead of Providing for the Common Defense, they have kept our armed forces in a state of perpetual war; (5) instead of Promoting the General Welfare they have regulated commerce and instead of making commerce regular, they imposed unconstitutional sin taxes. Advancements in science health and technology have been hidden, inventers have been stifled and murdered; (6) instead of Securing the Blessings of Liberty, they have changed our Republic first into a democracy and now into an oligarchy.

Congress has infringed upon our right to defend ourselves, they have destroyed our manufacturing base, they have taxed 88% of the top Fortune 500 companies out of America, they have destroyed our economy, they have turned our dollar into debt, they have robbed our silver and gold, they have demoralized our children, they have opened our boarders, they have sold our postal systems to foreign corporations, they have brokered our electric company sales to foreign corporations, they spy on the We the People intercepting and storing all of our communications in case we become persons of interests.

Our servants take money (bribes) from special interest groups, thereby selling their vote and their soul to the highest bidder, usually on legislation that they don't even have the constitutional authority to pass in the first place, placing the will of the corporate world above the will of the People.

Congress has permitted tyrants in the Whitehouse to seize legislative powers through executive order and threats of martial law and monetary collapse in private sessions; when they should be exposing these power-grabs to the People. Congress holds the purse and can stop the funding of all these unconstitutional activities.

**Wherefore,** We the People demand that all Members of Congress stop all their unconstitutional actions, stop blindly approving BAR legislation into laws that are destroying our American way of life. Cut off funding of all unconstitutional activities. Congress is to review all past congressional actions and attach to them "by what authority congress acted upon". If Congress is unable to trace authority back to the People, said acts should be made void.

On all future acts, Congress is to trace authority back to the Constitution and clearly state at the beginning of these acts by what authority. Congress needs to restructure how decisions on proposed legislation should proceed. No single individual or small dominant

group in Congress should have the power to quell dissent or prevent motions from going forward.

Congress is to acknowledge that "*No State shall be deprived of its equal suffrage in the Senate*" and is to support any State exercising their Sovereign Right to lawfully nullify the unratified, unconstitutional repugnant Seventeenth Amendment and their Sovereign Right to send two Senators appointed by the Governor and approved by the State Legislature to Washington for its equal suffrage.

> "*Any judge* [elected official] *who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of treason.*" - Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)

Congress is hereby fully informed, by this redress of grievances, that there are enemies both foreign and domestic advocating the overthrow of our Government embedded in all three branches of government and that all representatives in congress supporting unconstitutional legislation are supporting the overthrow of our Constitution in violation of 18 USC §2385 and will be brought before the Grand Jury for potential indictment. If Congress fails to respond to this Action collectively or individually those members are to resign their position of Trust immediately. Any member of Congress who defaults in this Action and refuses to step down from their office will be brought before the Grand Jury for consideration of indictment for subversion and waring against the Constitution and the People.

SEAL

**DATED**: December 13, 2016

Grand Jury Foreman

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF NEW YORK
• 445 Broadway; Albany, NY. 12207-2936 •

**Unified United States Common Law Grand Jury;** [1]
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

**Sureties of the Peace** [2]

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY:

Grand Jury, Sovereigns of the Court
**We the People**

- Against -

U.S. Supreme Court, Chief Justice Roberts, et al

Defendants

Jurisdiction: Court of Record, under
the rules of Common Law [3]
Action at law: [4] (see form 7 attached)

Case NO:
Magistrate:
**WRIT MANDAMUS
REDRESS OF GRIEVANCES**

We the People [5] of the United States of America, under the power and authority of the Sureties of the Peace, hereinafter the Grand Jury, whereas Unified Common Law Grand Juries arose out of We the People in each of the Fifty States which came together to form a Unified United States Common Law Grand Jury. This was done in an effort to subdue

[1] **The UUSCLGJ** is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.

[2] **SURETIES OF THE PEACE:** If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government, we will immediately grant full justice therein. Magna Carta Paragraph 52.

[3] **"A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[4] **AT LAW:** [Bouvier's] This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.

[5] **PEOPLE:** People are supreme, not the state. Waring vs. the Mayor of Savanah, 60 Georgiaat 93; The state cannot diminish rights of the people. Hertado v. California, 100 US 516; Preamble to the US and NY Constitutions - We the people ... do ordain and establish this Constitution...; ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves... CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455, 2 DALL (1793) pp471-472: The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am. Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.

subversion against the United States of America from enemies both foreign and domestic within our governments. This court of record, proceeding according to the common law for REDRESS OF GRIEVANCES which is our unalienable right we ordained and expressed in writing as the "Bill of Rights" ratified on December 15, 1791, *in order to prevent misconstruction or abuse of its powers…*" of federal government powers 𝔚e the 𝔓eople established: Amendment I "*Congress shall make no law respecting the right of the people to petition the Government for a redress of grievances.*" 𝔚e the 𝔓eople therefore Command the United States Supreme Court, hereinafter Supreme Court, to serve Writs of Mandamus on the presently subversive Federal District Courts as follows (*copying the UUSCLGJ by U.S. Mail and by fax*) and give a verified accounting of your stewardship concerning this matter by responding to this Redress of Grievances; by both U.S. Mail and fax.

𝔚e the 𝔓eople via this Court of Record[6] Common Law Action are addressing all Fifty State Governors, the United States Congress, United States Supreme Court and the United States Administration for a redress of grievances and to expose subversion of the Constitution from enemies foreign and domestic. See <u>Information Martial Law</u>, <u>Memorandum of Facts</u>, <u>Memorandum Article III Courts</u>, <u>Memorandum Jurisdiction</u>, <u>Memorandum Jury Tampering & Stacking</u>, <u>Memorandum of Authority</u>, <u>Memorandum in Support of Authority of the Grand Jury</u> and <u>Redress of Grievances</u> to <u>President Elect, United States Congress</u> and <u>United States Supreme Court</u> at <u>www.NationalLiberty Alliance.org/docket</u>.

### REPORT OF SUBVERSION

𝔚e the 𝔓eople filed the following Informations and Writs between May 2015 and July 4th 2016 by U.S. Postal Service in all Ninety-Four Federal District Courts and served to all the servants addressed in the Informations and Writs. To date, we have been met with silence. We also visited all federal district courts within the Fifty States to confirm their filing and have found that they were not filed. See copies at <u>www.NationalLibertyAlliance .org/docket</u>.

---

[6] **COURT OF RECORD:** "*A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it Proceeding according to the course of common law*" - Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689; Black's Law Dictionary, 4th Ed., 425, 426

| | | |
|---|---|---|
| 15-05-15 Writ Quo Warranto | 15-06-03 Mandamus Terrorism | 15-11-15 Information SWAT |
| 15-05-20 Mandamus to Sheriff | 15-06-06 Mandamus subversion | 15-11-15 Show Cause Clerks & Judges |
| 15-05-23 Mandamus Judges | 15-07-10 All Governors Mandamus | 16-02-18 Writ Mandamus to Governors |
| 15-05-27 Mandamus martial law | 15-07-20 Mandamus US Supreme Court | 16-02-22 Information Court |
| 15-05-29 Mandamus 2nd Amendment | 15-10-14 Information to Judges | 16-07-04 Declaration of July 4th 2016 |

# ONE SUPREME COURT

𝖂e the 𝖕eople vested One Supreme Court with certain Powers under Article III who are responsible for the actions of inferior courts and are to serve only during good behavior[7].

> Article III Section 1: *The Judicial Power of the United States, shall be vested in one Supreme Court, and in such inferior courts as the Congress may from time to time ordain and establish. The judges, both of the supreme and inferior courts, shall hold their offices during good behavior, and shall, at stated times, receive for their services, a compensation, which shall not be diminished during their continuance in office.*

Accordingly, the Supreme Court has a legal and moral duty to speak directly to 𝖂e the 𝖕eople unfiltered[8]. Being stewards with vested Constitutional authorities the Supreme Court DOES NOT have a right to remain silent or a right to an attorney concerning questions of the Supreme Court's vested actions.

> "*Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading...*" - U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932

𝖂e the 𝖕eople, through the Constitution for the United States of America, vested the One Supreme Court with appellate jurisdiction over all Federal District Courts, both as to law and fact, in equity. Whereas, 𝖂e the 𝖕eople as jurists in a Court of Record preserved jurisdiction for ourselves in all Federal District Courts both as to law and fact. Our judgment and jurisdiction may not be appealed and is as conclusive as the judgment of the

---

[7] **GOOD BEHAVIOR:** The term "good behavior" means conduct that is authorized by law, and "bad behavior" means conduct such as the law will punish. State v. Hardin, 183 N.C. 815, 112 S.E. 593, 594. Orderly and lawful conduct; Huyser v. Com., 25 Ky.L. Rep. 608, 76 S.W. 175; In re Spenser, 22 Fed.Cas. 921. "Good behavior," means merely conduct conformable to law, or to the particular law theretofore breached. Ex parte Hamm, 24 N.M. 33, 172 P. 190, 191, L.R. A.1918D, 694; Baker v. Commonwealth, 181 Ky. 437, 205 S.W. 399, 401.
[8] Without a lawyer.

United States Supreme Court would be. It is as conclusive on the United States Supreme Court as it is on other courts.

## SUBVERSION OF THE COMMON LAW

It has been our experience that ALL BAR attorneys have been unwittingly brainwashed to resist the Common Law and replace it with statutes of men, most of which are repugnant to the Constitution and its cap stone Bill of Rights. These statutes create a statutory prison that stifles the spirit of man and legislates man's behavior thereby the government assumes the character of God.

*"The civil lawyer by his tradition and training tends to treat statutes as though they proceed from the gods because bred into civil law systems is the demand that he not look behind the language of the statute in coming to his decisions: the Code is supreme, which is to say that legislators is supreme. Adherence to the Code is, by custom, practically blind."*[9]

BAR attorneys have been indoctrinated to believe that the Common Law has been abrogated and that God's Law a/k/a Common Law is no longer applicable. Thereby unwittingly bringing People under the will of tyrants. They have been trained that courts must punish through incarceration all who offend their ten thousand commandments that Justinian[10] brought up from the pit of Babylon[11]. Justinian's Code is a code of law focusing all on the will of the state. To this day Corpus Juris Civilis[12] and the ideals it embodies permeate and control the modern civil law tradition.

## JURISDICTIONS UNKNOWN

Federal District Courts are out of control proceeding in Jurisdictions unknown and thereby violating 𝔚e the 𝔓eople's right of due process. They proceed as master when in fact they are servants. Therefore, 𝔚e the 𝔓eople **COMMAND** the United States Supreme Court to

---

[9] Brent Winters, Excellence in the Common Law, pgs. 174-175.

[10] **CODE OF JUSTINIAN**: The Code of Justinian (Codex Justinianeus) was a collection of imperial constitutions, compiled, by order of that emperor, by a commission, and promulgated A. D. 529. It comprised twelve books, and was the first of the four compilations of law which make up the Corpus Juris Civilis.

[11] **Ezra 2:1** Nebuchadnezzar the king of Babylon carried away the children of God to Babylon.; **Revelation 18:21** And a mighty angel took up a stone like a great millstone, and cast it into the sea, saying, Thus with violence shall that great city Babylon be thrown down, and shall be found no more at all.

[12] **CORPUS JURIS CIVILIS:** The body of the civil law. The system of Roman jurisprudence compiled and codified under the direction of the emperor Justinian, in A.D. 528-534.; **CIVIL LAW:** The system of jurisprudence held and administered in the Roman empire, particularly as set forth in the compilation of Justinian and his successors,—comprising the Institutes, Code, Digest, and Novels, and collectively denominated the "Corpus Juris Civi/is,"-as distinguished from the common law of England.

perform its Constitutional duty and **COMMAND** and inform by Writ Mandamus <u>ALL</u> inferior Federal District Courts' obedience to the following:

1) *"No judicial process, whatever form it may assume, can have any lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued; and an attempt to enforce it beyond these boundaries is nothing less than lawless violence."* - Ableman v. Booth, 21 Howard 506 (1859)

2) Judicial power shall extend to all cases in law or equity under this Constitution.[13]

3) The Law of the Land is Common Law.

4) All courts are to proceed under the Law of the Land. [14]

5) Judges in equity cases are governed by American Jurisprudence which is founded under the Common Law.

6) Courts of Law are Courts of Record.

7) The Tribunal in a Court of Record is a Twelve (wo)man jury.

8) The Jury decides both the facts and the law.

9) The Jury maintains the power of Nullification.

10) For every injury, there must be a remedy.

11) For there to be a crime, there must be an injured party.

12) In Courts of Record, there are no special proceedings.

13) In Courts of Record, there are no summary proceedings.

14) Courts of Record proceed according to the common law.

15) Non-judicial foreclosures are a denial of due process.

16) Denial of Habeas Corpus is a denial of due process.

17) Admiralty and maritime law is not the Law of the Land.

18) All courts are to cease from charging money for justice.[15]

---

[13] "No judicial process, whatever form it may assume, can have any lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued; and an attempt to enforce it beyond these boundaries is nothing less than lawless violence." - Ableman v. Booth, 21 Howard 506 (1859).

[14] "Trial court acts without jurisdiction when it acts without inherent or common law authority, ..." - State v. Rodriguez, 725 A.2d 635, 125 Md.App 428, cert den 731 A.2d 971,354 Md. 573 (1999).

[15] **American Jurisprudence (Constitutional Law) §326:** Free Justice and Open Courts; Remedy for All Injuries.- In most of the state Constitutions there are provisions, varying slightly in terms, which stipulate that justice shall be administered to all without delay or denial, without sale or prejudice, and that the courts shall always be open to all alike. These provisions are based largely upon the Magna Charta, chap. 40, which provides; "We will sell to no man. We will not deny to any man either justice or right." The chief purpose of the Magna Charta provision was to prohibit the King from selling justice by imposing fees on litigants through his courts and to deal a death blow to the attendant venal and disgraceful practices of a corrupt judiciary in demanding oppressive gratuities for giving or withholding decisions in pending causes. It has been appropriately said that in a free government the doors of litigation are already wide open and must constantly remain so. The extent of the constitutional provision has been regarded as broader than the original confines of Magna Charta, and such constitutional provision has been held to prohibit the selling of justice not merely by magistrates but by the State itself. Therefor a denial of access into the Peoples courts' of justice for refusing to pay a fee would be a violation of plaintiff's unalienable right of due

19)  All equity courts are to acknowledge American Jurisprudence's[16] well-settled and well-understood rules, principles, and precedents in all judicial decision making.[17]

20)  In equity cases, judges do not determine the law; they apply jurisprudence.

21)  When challenged, jurisdiction must be documented, shown, and proven[18]

22)  All courts are to acknowledge the unalienable rights of 𝖂e the 𝕻eople[19]

23)  All judges are to obey the Law of the land[20]

24)  All judges are to make their oaths and bonds available from the clerk on demand.[21]

25)  All judges are to cease and desist all fictitious de facto courts or be subject to removal from office.

26)  Juries have a duty to give a verdict. If the jury is hung, they stay until they agree or agree to disagree and bring in an acquittal.

27)  Prosecutors do not have the authority to make a plea agreement; only the Grand Jury can make a plea agreement.

28)  A plea agreement with a threat of jail time is extortion.

29)  Once the Jury renders a verdict, it is final.[22]

---

process protected under V Amendment.; *"Plaintiff should **not be charged fees**, or costs for the lawful and constitutional right to petition this court in this matter in which he is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the State and should not be applied to the plaintiff who is a natural individual and entitled to relief."* - **Hale v. Henkel( 201 U.S. 43).**

[16] *"Equity in a restricted sense* [as is by our Constitution], *is a system of* [American] *jurisprudence, or branch of remedial justice, administered by certain tribunals, distinct from the common-law courts and empowered to decree 'equity' in the sense last above given. Here it becomes a complex of well-settled and well-understood rules, principles, and precedents."* Isabelle Properties v. Edelman, 297 N.Y.S. 572, 574, 164 Misc. 192. For servants do not judge their master.

[17] *"It will be an evil day for American Liberty if the theory of a government outside supreme law finds lodgment in our constitutional jurisprudence. No higher duty rests upon this Court than to exert its full authority to prevent all violations of the principles of the Constitution."* Downs v. Bidwell, 182 U.S. 244 (1901)

[18] "No sanction can be imposed absent proof of jurisdiction" Stanard v. Olesen, 74 S. Ct.768 "The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings" Hagans v. Lavine, 415 U.S. 528 Other cases also such as McNutt v. G.M., 56 S. Ct. 789,80 L. Ed. 1135, Griffin v. Mathews, 310 Supp. 341, 423 F. 2d 272, Basso v. U.P.L., 495 F 2d. 906, Thomson v. Gaskiel, 62 S. Ct. 673, 83 L. Ed. 111, and Albrecht v U.S., 273 U.S. 1, also all confirm, that, when challenged, jurisdiction must be documented, shown, and proven, to lawfully exist before a cause may lawfully proceed in the courts.

[19] We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed.

[20] US Constitution Article VI. This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

[21] The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution;

[22] *"The judgment of a court of record, whose jurisdiction is final, is as conclusive on all the world as the judgment of this court would be. It is as conclusive on this court as it is on other courts. It puts an end to inquiry concerning the fact, by deciding it."* Ex parte Watkins, 3 Pet., at 202-203. - cited by Schneckloth v. Bustamante, 412 U.S. 218, 255 (1973).

30) "*It is the duty of the courts to be watchful for the Constitutional rights of the citizen and against any stealthy encroachments thereon.*" - Boyd v. United States, 116 U.S. 616, 635

31) "*We (judges) have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the Constitution.*" - Cohen v. Virginia, (1821), 6 Wheat. 264 and U.S. v. Will, 449 U.S. 200

32) 26 USC is not Law; 26 USC 7806(b) *No inference[23], implication[24], or presumption[25] of legislative[26] construction shall be drawn or made by reason of the location or grouping of any particular section or provision or portion of this title, nor shall any table of contents, table of cross references, or similar outline, analysis, or descriptive matter relating to the contents of this title be given any legal effect. The preceding sentence also applies to the side-notes and ancillary tables contained in the various prints of this Act before its enactment into law.*

33) "*The terms 'equity' and 'chancery,' 'court of equity' and 'court of chancery,' are constantly used as synonymous in the United States. It is presumed that this custom arises from the circumstance that the equity jurisdiction which is exercised by the courts of the various states is assimilated to that possessed by the English courts of chancery. Indeed, in some of the states it is made identical therewith by statute[27], so far as conformable to our institutions.*" Wagner v. Armstrong, 93 Ohio St. 443, 113 N.E. 397, 401. This propagandized presumption of custom, not law, is antagonistic

---

[23] **INFERENCE:** In the law of evidence. A truth or proposition drawn from another which is supposed or admitted to be true. A process of reasoning by which a fact or proposition sought to be established is deduced as a logical consequence from other facts, or a state of facts, already proved or admitted. Whitehouse v. Bolster, 95 Me. 458, 50 A. 240; Joske v. Irvine, 91 Tex. 574, 44 S.W. 1059.

[24] **IMPLICATION:** Intendment or inference, as distinguished from the actual expression of a thing in words. In a will, an estate may pass by mere implication, without any express words to direct its course. 2 Bl. Comm. 381.

[25] **PRESUMPTION:** A "presumption" and an "inference" are not the same thing, a presumption being a deduction which the law requires a trier of facts to make, an inference being a deduction which the trier may or may not make, according to his own conclusions; a presumption is mandatory, an inference, permissible. Cross v. Passumpsic; PRIESUMPTIO JURIS. A legal presumption or presumption of law; that is, one in which the law assumes the existence of something until it is disproved by evidence; a conditional, inconclusive, or rebuttable presumption. Best, Ev. § 43.Fiber Leather Co., 90 Vt. 397, 98 A. 1010, 1014; Joyce v. Missouri & Kansas Telephone Co., Mo.App., 211 S.W. 900, 901.

[26] **LEGISLATIVE.** Making or giving laws; pertaining to the function of law-making or to the process of enactment of laws. See Evansville v. State, 118 Ind. 426, 21 N.E. 267, 4 L.R.A.93.

[27] "*The general rule is that an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void and ineffective for any purpose, since its unconstitutionality dates from the time of its enactment... In legal contemplation, it is as inoperative as if it had never been passed... Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no right, creates no office, bestows no power or authority on anyone, affords no protection and justifies no acts performed under it... A void act cannot be legally consistent with a valid one. An unconstitutional law cannot operate to supersede any existing law. Indeed insofar as a statute runs counter to the fundamental law of the land, (the Constitution) it is superseded thereby. No one is bound to obey an unconstitutional law and no courts are bound to enforce it.*" Bonnett v. Vallier, 116 N.W. 885, 136 Wis. 193 (1908); Norton v. Shelby County, 118 U.S. 425 (1886)

to the supremacy clause[28] and serves only to suppress Justice. Equity courts proceeding according to the rules of chancery found in their unlawful beginnings in the Judiciary Act of 1789 which established the Judicial Courts of the United States. Whereas, the legislators exceeded their authority in an act repugnant to the constitution; it is therefore void.[29]

**WHEREFORE, We the People** Command the Supreme Court to send a copy of said Writ Mandamus to the Unified Common Law Grand Jury by both U.S. Mail and fax. If you refuse to correct the Inferior Courts you will be found in bad behavior[30]. The United States Supreme Court is hereby fully informed, by this redress of grievances, that there are enemies both foreign and domestic advocating the overthrow of our Government embedded in all three branches of government and that all judges denying We the People Due-Process in Courts of Justice a/k/a Common Law Courts, see Memorandum of Law in support of Article III Courts at www.NationalLibertyAlliance.org/docket are supporting the overthrow of our Constitution in violation of 18 USC §2385 and will be brought before the Grand Jury for potential indictment. If the U.S. Supreme Court fails to respond to this Action collectively or individually those members are to resign their position of Trust immediately. Any member of the U.S. Supreme Court who defaults in this Action and refuses to step down from their office will be brought before the Grand Jury for consideration of indictment for subversion and waring against the Constitution and the People.

SEAL

DATED: December 13, 2016

_____
Grand Jury Foreman

---

[28] US Constitution Article VI: This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority[28] of the United States, shall be the supreme law of the land;[28] and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

[29] If an act of the legislature, repugnant to the constitution, is void, does it, notwithstanding its invalidity, bind the courts and oblige them to give it effect? Or, in other words, though it be not law, does it constitute a rule as operative as if it was a law? This would be to overthrow in fact what was established in theory; and would seem, at first view, an absurdity too gross to be insisted on. It shall, however, receive a more attentive consideration. MARBURY v. MADISON

[30] GOOD BEHAVIOR. The term "good behavior" means conduct that is authorized by law, and "bad behavior" means conduct such as the law will punish. State v. Hardin, 183 N.C. 815, 112 S.E. 593, 594. Orderly and lawful conduct; Huyser v. Com., 25 Ky.L. Rep. 608, 76 S.W. 175; In re Spenser, 22 Fed.Cas. 921. "Good behavior," means merely conduct conformable to law, or to the particular law theretofore breached. Ex parte Hamm, 24 N.M. 33, 172 P. 190, 191, L.R. A.1918D, 694; Baker v. Commonwealth, 181 Ky. 437, 205 S.W. 399, 401.

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

• 445 Broadway; Albany, NY. 12207-2936 •

𝔘𝔫𝔦𝔣𝔦𝔢𝔡 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔠𝔬𝔪𝔪𝔬𝔫 𝔏𝔞𝔴 𝔊𝔯𝔞𝔫𝔡 𝔍𝔲𝔯𝔶; [1]                    𝔖𝔲𝔯𝔢𝔱𝔦𝔢𝔰 𝔬𝔣 𝔱𝔥𝔢 𝔭𝔢𝔞𝔠𝔢 [2]
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY:

| | |
|---|---|
| Grand Jury, Sovereigns of the Court<br><br>                𝔚e the 𝔭eople<br><br>- Against -<br><br>Governor Andrew Cuomo, et al<br><br>                        Respondents | Jurisdiction: Court of Record, under<br>        the rules of Common Law[3]<br>Action at law:[4]  (see form 7 attached)<br><br>Case NO:<br>Magistrate:<br>        **INFORMATION**[5]<br>        **REDRESS OF GRIEVANCES** |

𝔚e the 𝔭eople[6] of the United States of America, under the power and authority of the Sureties of the Peace, hereinafter the Grand Jury, whereas Unified Common Law Grand

---

[1] **The UUSCLGJ** is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.

[2] **SURETIES OF THE PEACE:** If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government, we will immediately grant full justice therein. Magna Carta Paragraph 52.

[3] "A Court of Record is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J.  See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[4] **AT LAW:** Bouvier's This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.

[5] **INFORMATION:** An accusation exhibited against a person for some criminal offense, without an indictment. 4 Bl.Comm. 308. The word is also frequently used in the law in its sense of communicated knowledge. Masline v. New York, N. FL & H. R. Co., 95 Conn: 702, 112 A. 639, 640.

[6] **PEOPLE:** People are supreme, not the state. Waring vs. the Mayor of Savanah, 60 Georgiaat 93; The state cannot diminish rights of the people. Hertado v. California, 100 US 516]; Preamble to the US and NY Constitutions - We the people ... do ordain and establish this Constitution...; ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves... CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455, 2 DALL (1793) pp471-472: The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. Lansing v. Smith, 4

Juries arose out of 𝔚e the 𝔓eople in each of the Fifty States which came together to form a Unified United States Common Law Grand Jury. This was done in an effort to subdue subversion against the United States of America from enemies both foreign and domestic within our government. This court of record, proceeding according to the common law for REDRESS OF GRIEVANCES which is our unalienable right we ordained and expressed in writing as the "Bill of Rights" ratified on December 15, 1791, "...*in order to prevent misconstruction or abuse of federal government powers*..." 𝔚e the 𝔓eople established: Amendment I "*Congress shall make no law respecting the right of the people to petition the Government for a redress of grievances.*"

𝔚e the 𝔓eople via this Court of Record[7] Common Law Action are addressing all Fifty State Governors, the United States Congress, United States Supreme Court and the United States Administration for a redress of grievances and to expose subversion of the Constitution from enemies foreign and domestic. See Information Martial Law; Memorandum of Facts; Memorandum Article III Courts; Memorandum Jurisdiction; Memorandum Jury Tampering & Stacking; Memorandum of Authority; Memorandum in Support of Authority of the Grand Jury and Redress of Grievances to President Elect, United States Congress and United States Supreme Court at www.NationalLiberty Alliance.org/docket.

### REPORT OF SUBVERSION

𝔚e the 𝔓eople between May 2015 and July 4th 2016 filed by U.S. Postal Service in all Ninety-Four Federal District Courts the following Informations and Writs and served to all the servants addressed in the Informations and Writs. To date we have been met with silence. We also visited all federal district courts within the Fifty States to confirm their filing and have found that they were not filed. See copies at www.NationalLiberty Alliance.org/docket.

| | | |
|---|---|---|
| 15-05-15 Writ Quo Warranto | 15-06-03 Mandamus Terrorism | 15-11-15 Information SWAT |
| 15-05-20 Mandamus to Sheriff | 15-06-06 Mandamus subversion | 15-11-15 Show Cause Clerks & Judges |
| 15-05-23 Mandamus Judges | 15-07-10 All Governors Mandamus | 16-02-18 Writ Mandamus to Governors |
| 15-05-27 Mandamus martial law | 15-07-20 Mandamus US Supreme Court | 16-02-22 Information Court |
| 15-05-29 Mandamus 2nd Amendment | 15-10-14 Information to Judges | 16-07-04 Declaration of July 4th 2016 |

---

Wend. 9 (N.Y.) (1829), 21 Am. Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.
[7] **COURT OF RECORD:** "*A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it Proceeding according to the course of common law*" - Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689; Black's Law Dictionary, 4th Ed., 425, 426

We are including all State Governors in this Information within this Common Law Action in order to reveal and define said subversion and to empower the States so that they can take back their sovereignty by exercising their Constitutional Powers that can and will save the United States of America. If the States fail to act, they will be condemning government by consent thus surrendering our Liberty to the tyrants at large. We the People will not surrender our Liberty and will continue the fight to take back our Nation through the courts. If necessary, at the end of the day, we will stand with Patrick Henry.

There are <u>Three Constitutional Powers</u> that all States possess that they lost sight of and today fail to seize upon. Because of that failure, have placed our entire Nation in jeopardy. But, correction can be as easy as (a) <u>studying</u> and learning State Powers, (b) <u>exercising</u> State Powers, (c) <u>nullifying</u> all unconstitutional statutes and acts that subvert State Powers while reviewing and comparing them with the Law of the Land and (d) <u>standing together</u> with all other States in a quest to save this Union by those State Powers. Simply put exercising these Sovereign State Powers, We the People will save America.

We have asked President Elect Donald Trump to stand with the Governors and we believe that he grasps the problem and will take a stand. We have also asked the United States Legislature and the United States Supreme Court to also take a stand to restore the Law of the Land. It is no accident that we find America at this precipice; for these Powers have been subverted by a long and patient conspiracy that goes all the way back to the founding of the United States of America which has slowly eroded away the Law of the Land.

If all, or at least a majority of our fifty Governors with the support of their Legislators take a stand and DEMAND the States Sovereign Rights vested to them by We the People through the Constitution; States will be Sovereign again!

## 1ST SUBVERTED POWER

**DESTRUCTION OF THE BALANCE OF POWER:**    Our Constitution provided for a balance of power that was laid waste by the unratified, unconstitutional 17th Amendment, which was specifically forbidden by the Constitution itself and therefore "null and void". Furthermore the Seventeenth Amendment was never ratified and therefore it's not even a pretend law. See evidence document <u>17th Amendment Not Ratified.pdf</u> at <u>https://www.nationalliberty alliance.org/docket</u> *"Truth is stranger than fiction, but it is because Fiction is obliged to stick to possibilities; Truth isn't."* - Mark Twain

**United States Constitution Article V**: "*The Congress… shall propose amendments to this Constitution … which, in either case, shall be valid to all intents and purposes, as part of this Constitution, <u>when ratified</u> … <u>provided that</u> …<u>no state, without its consent, shall be deprived of its equal suffrage</u>*[8] *<u>in the Senate</u>.*"

**United States Constitution Article 1 Section 3** "*THE SENATE OF THE UNITED STATES shall be composed of <u>two Senators</u> from each state, <u>chosen by the legislature thereof</u>, for six years; and each Senator shall have one vote.*"

Clearly the Seventeenth Amendment deprives "<u>ALL</u>" States equal suffrage in the Senate! Thus, it is not a moot point! Therefore, like the Principle of the Kentucky Resolution written by Thomas Jefferson, the founder of our Republic, which stated that simply by "*declaring their illegality, announcing the strict constructionist theory of the federal government, and declaring nullification to be the rightful remedy.*" That is how the 17th amendment can be nullified. There need not be an act of Congress, there need not be an amendment; Governors and State Legislators need only come to a "<u>resolution</u>" and then <u>declare</u>, <u>announce</u> and <u>act</u> by removing the unconstitutional senators and sending their own Senators that will do the will of the state and restore the balance of power because "*An unconstitutional act is not law; it confers no right; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed.*" - Norton vs Shelby County 118 US 425 p. 442. "*No one is bound to obey an unconstitutional law and no courts are bound to enforce it.*" - 16th American Jurisprudence 2d, Section 177 late 2nd, Section 256.

> "*It is emphatically the province and duty of the judicial department to say what the law is. Those who apply the rule to particular cases, must of necessity expound and interpret that rule. If two laws conflict with each other, the courts must decide on the operation of each. So if a law be in opposition to the constitution; if both the law and the constitution apply to a particular case, so that the court must either decide that case con-formally to the law, disregarding the constitution; or conformably to the constitution, disregarding the law; the court must determine which of these conflicting rules governs the case. This is of the very essence of judicial duty. If, then, the courts are to regard the constitution, and the constitution is superior to any ordinary act of the legislature, the constitution, and not such ordinary act, must govern the case to which they may both apply… Certainly all those who have framed written constitutions contemplate them as forming the fundamental and paramount law of the nation, and consequently the theory of every such government must be, that <u>an act of the legislature repugnant to the constitution is void</u>. This theory is essentially attached to a written constitution, and is consequently to be considered by this court as one of the fundamental principles of our society. It is not therefore to be lost sight of in the further consideration of this subject. If an act of the legislature, repugnant to the constitution, is void,*" - Marbury -v- Madison*

---

[8] **SUFFRAGE**: A vote; the act of voting; the right of casting a vote.

*"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them"* - Miranda v. Arizona, 384 U.S.

By constitutionally correcting, through nullification and action, the said unconstitutional seventeenth amendment, nullification would then permit the states to review all passed acts since November 1913 giving both equal suffrage to the States and a great opportunity to eradicate many unconstitutional acts such as the Federal Reserve Act, enacted December 23, 1913; the patriot act; homeland security act and much more.

## 2ND SUBVERTED POWER

**Powers Stolen by the federal government:**     The Preamble to the Bill of Rights Clause 2: states: "*The Conventions of a number of the States, having at the time of their adopting the Constitution, expressed a desire, <u>in order to prevent misconstruction or abuse of its powers, that further declaratory and restrictive clauses should be added</u>: And as extending the ground of public confidence in the Government, will best ensure the beneficent ends of its institution.*"

> **Bill of Rights Amendment X** "*The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, ARE RESERVED TO THE STATES RESPECTIVELY, OR TO THE PEOPLE.*" (emphasis exists in the original document)

The federal government, without authority, under the color of law, through the creation of 100's of federal agencies have seized extensive control of the Sovereign States and the Sovereign People by seizing powers that control every aspect of our lives, powers that belong to the Sovereign States respectively or the People.

Nobody Knows How Many Federal Agencies Exist[9]. As bureaucracy sprawls, nobody can say with complete certainty exactly how many federal agencies exist.

The twice-annual Unified Agenda of Federal Deregulatory and Regulatory Actions, which compiles agency regulatory plans in the federal pipeline, listed 60 agencies in the Spring 2015 edition. The Administrative Conference of the United States lists 115 agencies in the appendix of its "Sourcebook of United States Executive Agencies, but notes: There is no authoritative list of government agencies. For example, FOIA.gov (maintained by the

---

[9] Clyde Wayne Crews August 26, 2015; https://cei.org/blog/nobody-knows-how-many-federal-agencies-exist

Department of Justice) lists 78 independent executive agencies and 174 components of the executive departments as units that comply with the Freedom of Information Act requirements imposed on every federal agency. This appears to be on the conservative end of the range of possible agency definitions. The United States Government Manual lists 96 independent executive units and 220 components of the executive branch. An even more inclusive listing comes from USA.gov, which lists 137 independent executive agencies and 268 units in the Cabinet.

In a 2015 Senate Judiciary Committee hearing, one senator noted that "The Federal Register indicates there are over 430 departments, agencies, and sub-agencies in the federal government." Additional estimates from other sources are: Unified Agenda – 60, Administrative Conference of the United States - 115, FOIA.gov - 252, United States Government Manual - 316, Federal Register Index - 257, Regulations.gov - 89. See USA.gov - www.usa.gov/federal-agencies/a

If nobody knows how many agencies exist whose decrees we must abide, that means we don't know how many people work for the government (let alone contractors making a living from taxpayers), nor know how many regulations there are. But even when we isolate a given, knowable agency, the rise of "regulatory dark matter" may make it hard to tell exactly what is and is not a regulation. The sprawling bureaucracy, plus growing concern that issuing a regulation may not even be necessary for agencies like the Consumer Financial Protection Bureau to impose their will on the public calls out for a congressional response.

## 3RD SUBVERTED POWER

**The Open Gates of Troy:** Subversion of the Militia, "*...being necessary to the security of a free State*", was accomplished by replacing it with federal agencies led by Homeland Security. Therefore, if the federal government deems it necessary to execute the laws of the union, suppress insurrections or repel invasions, they will do so with United Nations Troops. Thereby, removing all Sovereign Powers of the State and the Sovereign Peoples' right to defend their Unalienable Rights and protect themselves from invasions. History shows that whenever governments exercise temporary powers, they never return them.

The federal government has worked overtime to leave our boarders open allowing millions of illegal aliens to enter the United States while at the same federally declaring "No Free Speech Zones". See pdf document at www.NationalLibertyAlliance.org/docket. Roughly

two-thirds of the United States' population, about 200 million people, live within the 100 mile zone that an outdated federal regulation defines as the border zone that is, within 100 miles of a U.S. land or coastal border. Although this zone is not literally "Constitution free", constitutional protections still do apply the Border Patrol frequently ignores those protections and runs roughshod over individuals' civil liberties.

**United States Constitution Article I Section 8.** *"The Congress shall have power to…"* **Clause 15:** *"To provide for calling forth the militia to execute the laws of the union, suppress insurrections and repel invasions;"* **Clause 16:** *"To provide for organizing, arming, and disciplining, the militia, and for governing such part of them as may be employed in the service of the United States, reserving to the states respectively, the appointment of the officers, and the authority of training the militia according to the discipline prescribed by Congress;"* **Clause 18:** *"To make all laws which shall be necessary and proper for carrying into execution the foregoing powers…"*

> **Bill of Rights Amendment II** *"A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed."*

**Wherefore,** We the People are including all Governors in this Action in order to inform only, no written response is required. We the People demand that all State Governors and State Legislators do their due diligence by reeducation themselves about our Constitution. All Governors must Obey, defend and exercise the Law of the Land. For free online courses on the Constitution and civics and access to further Comprehensive Constitutional Studies visit www.NationalLibertyAlliance.org.

> **United States Constitution Article VI Clause 2:** *"This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, <u>shall be the supreme law of the land</u>; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding."*

SEAL

DATED: December 13, 2016

_____
Grand Jury Foreman

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF NEW YORK
• 445 Broadway; Albany, NY. 12207-2936 •

𝔘𝔫𝔦𝔣𝔦𝔢𝔡 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔠𝔬𝔪𝔪𝔬𝔫 𝔏𝔞𝔴 𝔊𝔯𝔞𝔫𝔡 𝔍𝔲𝔯𝔶; [1]
𝔖𝔲𝔯𝔢𝔱𝔦𝔢𝔰 𝔬𝔣 𝔱𝔥𝔢 𝔓𝔢𝔞𝔠𝔢 [2]
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY:

| | |
|---|---|
| Grand Jury, Sovereigns of the Court<br>𝔚𝔢 𝔱𝔥𝔢 𝔓𝔢𝔬𝔭𝔩𝔢<br><br>- Against -<br><br>President [elect] Donald Trump, et al<br>Respondents | Jurisdiction: Court of Record, under<br>the rules of Common Law[3]<br>Action at law:[4]  (see form 7 attached)<br><br>Case NO:<br>Magistrate:<br>**INFORMATION[5] AND<br>REDRESS OF GRIEVANCES** |

𝔚𝔢 𝔱𝔥𝔢 𝔓𝔢𝔬𝔭𝔩𝔢[6] of the United States of America, under the power and authority of the Sureties of the Peace, the Grand Jury, hereinafter 𝔚𝔢 𝔱𝔥𝔢 𝔓𝔢𝔬𝔭𝔩𝔢, whereas the Unified

---

[1] **The UUSCLGJ** is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.

[2] **SURETIES OF THE PEACE:** If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government, we will immediately grant full justice therein. Magna Carta Paragraph 52.

[3] **"A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J.  See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[4] **AT LAW:** Bouvier's "This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity."

[5] **INFORMATION:** An accusation exhibited against a person for some criminal offense, without an indictment. 4 Bl.Comm. 308. The word is also frequently used in the law in its sense of communicated knowledge. Masline v. New York, N. FL & H. R. Co., 95 Conn: 702, 112 A. 639, 640.

[6] **PEOPLE:** People are supreme, not the state. Waring vs. the Mayor of Savanah, 60 Georgiaat 93; The state cannot diminish rights of the people. Hertado v. California, 100 US 516; Preamble to the US and NY Constitutions - We the people ... do ordain and establish this Constitution...; ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...but they are sovereigns without subjects...with none to govern but themselves... CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455, 2 DALL (1793) pp471-472: The people of this State, as the successors of its former

Common Law Grand Juries arose out of 𝖂e the 𝖕eople in each of the Fifty States forming Unified Common Law Grand Juries in each State which came together to form a Unified United States Common Law Grand Jury. This was done in an effort to subdue subversion against the United States of America from enemies both foreign and domestic within our governments. This court of record, proceeding according to the common law for the REDRESS OF GRIEVANCES which is our unalienable right as we ordained and expressed in writing the "Bill of Rights" ratified on December 15, 1791, *in order to prevent misconstruction or abuse of federal government powers*" 𝖂e the 𝖕eople established: Amendment I "*Congress shall make no law respecting...the right of the people to...petition the Government for a redress of grievances.*" This is the beginning of that restoration.

𝖂e the 𝖕eople via this Court of Record[7] Common Law Action are addressing all Fifty State Governors, the United States Congress, United States Supreme Court and the United States Administration for a redress of grievances and to expose subversion of the Constitution from enemies foreign and domestic. See Information Martial Law; Memorandum of Facts; Memorandum Article III Courts; Memorandum Jurisdiction; Memorandum Jury Tampering & Stacking; Memorandum of Authority; Memorandum in Support of Authority of the Grand Jury and Redress of Grievances to President Elect, United States Congress and United States Supreme Court at www.NationalLiberty Alliance.org/docket.

## REPORT OF SUBVERSION

𝖂e the 𝖕eople between May 2015 and July 4th 2016 filed by U.S. Postal Service in all Ninety-Four Federal District Courts the following Informations and Writs and served to all the servants addressed in the Informations and Writs. To date we have been met with silence. We also visited all federal district courts within the Fifty States to confirm their filing and have found that they were not filed. See copies at www.NationalLiberty Alliance.org/docket.

---

sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am. Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.

[7] **COURT OF RECORD:** "*A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it Proceeding according to the course of common law*" - Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689; Black's Law Dictionary, 4th Ed., 425, 426

| 15-05-15 Writ Quo Warranto | 15-06-03 Mandamus Terrorism | 15-11-15 Information SWAT |
|---|---|---|
| 15-05-20 Mandamus to Sheriff | 15-06-06 Mandamus subversion | 15-11-15 Show Cause Clerks & Judges |
| 15-05-23 Mandamus Judges | 15-07-10 All Governors Mandamus | 16-02-18 Writ Mandamus to Governors |
| 15-05-27 Mandamus martial law | 15-07-20 Mandamus US Supreme Court | 16-02-22 Information Court |
| 15-05-29 Mandamus 2nd Amendment | 15-10-14 Information to Judges | 16-07-04 Declaration of July 4th 2016 |

Elected and appointed servants have a duty to speak. When the Master requires his servants to give an account of their stewardship they are to answer straightway. Said servants have been vested with authority and power, not BAR attorneys. When it comes to giving an accounting by those who have been vested with Power there can be no right to remain silent and there can be no right to answer through counsel. When the Grand Jury calls, there are no attorneys permitted to speak on behalf of the individual called. This is especially true when vested servants are called to give an account. We are the Grand Jury and we are summonsing you in this common law court and you "must" respond without representation to our lists of objections and be restored under the Law of the Land, resign or be indicted for subversion. Answers filtered through attorneys are non-answers.

> "*Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading.*" - U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932

If said servants cannot understand the "plain language" of 𝖂e the 𝖕eople in this action, then that is proof positive that they violated their oath. If said servants do not know the law of the land, how can they govern not knowing their jurisdiction? Said servants pursued the positions that they now occupy and are therefore expected to know these things. 𝖂e the 𝖕eople will not accept ignorance as an excuse! We will, however, forgive your trespasses if you confess your trespasses and restore yourself under the Law of the Land.

The resolve of this Information and this Court of Record is to educate and inform our elected and appointed servants, the People and President Elect Donald Trump, hereinafter President Elect, of the intentions of 𝖂e the 𝖕eople to restore this Nation back to its roots and honor the covenant we made with Natures God in 1776. We intend on doing this through revealing in this court of record said subverts within our government and indicting them as we amass the critical-mass necessary to take back our courts and "*Make America Great Again*"!

We perceive you understand that all of the problems America faces today initiated through ignorance of the Common Law a/k/a Law of the Land. That perpetual Light that once

guided us through the darkness and weathered the storms that now have eroded our blessings of liberty which is not possible to comprehend or achieve without that Light. We have lost our way and our Light has become like a candle[8] in the wind.

> "*God who gave us life, gave us liberty. And can the liberties of a nation be thought secure when we have removed their only firm basis, <u>a conviction in the minds of the people that these liberties are a gift from God?</u> That they are not to be violated but with His wrath? Indeed I tremble for my country when I reflect that God is just, that His justice cannot sleep forever...*" - Thomas Jefferson

Before honour, stand's humility[9]; 𝔚e the 𝔓eople come in both and expect our President Elect to do likewise. You have taken on a sacred duty to "*make America great again*" in an office that now for many years has been the enemy of the aforesaid Light and without that guiding Light as a lamp upon our feet we cannot achieve our goal, you must act under the law of the land. You must understand that only the People can save America and only by rallying the People around that Light which is the Law of the Land can America be great again and keep it, this now is your duty Mr. President elect.

> Thomas Jefferson said: "*Educate and inform the whole mass of the people... They are the only sure reliance for the preservation of our liberty... An enlightened citizenry is indispensable for the proper functioning of a republic. Self-government is not possible unless the citizens are educated sufficiently to enable them to exercise oversight. It is therefore imperative that the nation see to it that a suitable education be provided for all its citizens.*"

That flickering Light can only burn bright again if the People wax great in the knowledge of the Common Law. They need to understand that the power and the ability of the People to have government by consent can only be achieved through the exercising of that law and only then can we secure Liberty again.

> "*If a People expect to be ignorant and free they expect what never was and never will be.*" Thomas Jefferson.

Mr. President Elect, you will surround yourself with many advisors and legal counselors and 𝔚e the 𝔓eople submit to you that the BAR advice subverts the common law! Administrations before you have seized power and taken control of our legislators and our

---

[8] **Proverbs 20:27** The spirit of man is the candle of the LORD, searching all the inward parts of the belly.
[9] **Proverbs 15:33** The fear of the LORD is the instruction of wisdom; and before honour is humility.

courts. America has been governed by an oligarchy and maintains its power through these minions of the NWO a/k/a BAR attorneys and the FED, the former controlling our courts the latter our financial and political process. See <u>Congressman McFadden Speech on the Federal Reserve Corp.</u>, at <u>www.nationallibertyalliance.org/docket</u>.

We the People by the mercy of God humbly offer our advice and understanding of the law, for 𝔚e the 𝔓eople limited law making powers to ourselves alone.

> "*Sovereignty itself is, of course, not subject to law, for <u>it is the author and source of law</u>; but in our system, while sovereign <u>powers are delegated to the agencies</u> of government, <u>sovereignty itself remains with the people</u>, by whom and for whom all government exists and acts And <u>the law is the definition and limitation of power</u>…*" - Yick Wo v. Hopkins, 118 US 356, 370

The Lord taught us: "*Correction is grievous to those who have forsaken the way and he who hears correction receives understanding. He that refuses instruction despises his own soul: but he that hears reproof receives understanding.*"

> Thomas Jefferson said: "*I know no safe depository of the ultimate powers of the society but the people themselves; and if we think them not enlightened enough to exercise their control with a wholesome discretion, the remedy is not to take it from them, but to inform their discretion by education. <u>This is the true corrective of abuses of constitutional power</u>.*"

𝔚e the 𝔓eople have created a place to educate and inform the People and our servants at <u>www.nationallibertyalliance.org</u>[10] and we advise you, Mr. President Elect, to support the 𝔓eople by simply obeying the Law and using the bully pulpit[11] of your office to lead our legislative and judicial branches to do the same and then and only then will 𝔚e the 𝔓eople "*bind them with the chains of the constitution*" and enjoy the fruits of Liberty again.

> George Washington warned: "*Government is like fire, a dangerous servant and a fearful master.*" Thomas Jefferson counseled us: "*…In questions of power then, let no more be heard of confidence in man, but bind him down from mischief by the chains of the constitution.*

---

[10] **The purpose of NLA** is to facilitate education, communication and organization providing FREE Constitutional Course and a FREE Civics course and much, much more.

[11] **Bully pulpit:** a public office or position of authority that provides its occupant with an outstanding opportunity to speak out on any issue.

# FEDERAL AGENCIES ARE MILITARIZED
## AND OUT OF CONTROL [12]

All federal agencies are under the control of the President and with the exception of appointed officers, see Marbury v Madison[13], all serve at his pleasure. Therefore, it stands to reason that the agencies reflect the morals and will of the Administration.

> "*Decency, security, and liberty alike demand that government officials be subjected to the same rules of conduct that are commands to the citizen. In a Government of laws, existence of the government will be imperiled if it fails to observe the law scrupulously. Crime is contagious. If government becomes a lawbreaker, it breeds contempt for the law...it invites every man to become a law unto himself...and against that pernicious doctrine, this court should resolutely set its face.*" - Olmstead v U.S., 277 US 348, 485; 48 S. Ct. 564, 575; 72 LEd 944.

Militarized units from government agencies are wreaking havoc on non-violent citizens. Dozens of federal agencies now have Special Weapons and Tactics (SWAT) teams, MRAPs, and APCs to further an expanding definition of their missions; Department of Agriculture, the Railroad Retirement Board, the Tennessee Valley Authority, the Office of Personnel Management, the Consumer Product Safety Commission, and the U.S. Fish and Wildlife Service? All of these have their own SWAT units.

Law-enforcement agencies across the United States, at every level of government, have been blurring the line between police officer and soldier. The war on drugs and more recently, post 9/11 antiterrorism efforts have created a new figure on the U.S. scene: the militarized warrior cop, ready to deal harshly with targeted wrongdoers, and a growing threat to familiar American liberties.

The proliferation of paramilitary federal SWAT teams inevitably brings abuses that have nothing to do with either drugs or terrorism. Many of the raids they conduct are against harmless, often innocent, Americans who typically are accused of non-violent civil or administrative violations.

---

[12] **SOURCE:** The United States of SWAT; By John Fund April 18, 2014 4:00 AM @JohnFund; NATIONAL REVIEW http://www.nationalreview.com/article/376053/united-states-swat-john-fund
[13] **Appointed officers** can only be removed by indictment or impeachment for bad behavior.

Take the case of Kenneth Wright of Stockton, Calif., who was "visited" by a SWAT team from the U.S. Department of Education in June 2011. Agents battered down the door of his home at 6 a.m., dragged him outside in his boxer shorts, and handcuffed him as they put his three children (ages 3, 7, and 11) in a police car for two hours while they searched his home. The raid was allegedly intended to uncover information on Wright's estranged wife, Michelle, who hadn't been living with him and was "suspected" of college financial-aid fraud.

The year before the raid on Wright, a SWAT team from the Food and Drug Administration raided the farm of Dan Allgyer of Lancaster, Pa. His crime was shipping unpasteurized milk across state lines to a cooperative of young women called Grass Fed on the Hill in Washington, D.C. Raw milk can be sold in Pennsylvania, but it is illegal to transport it across state lines. The raid forced Allgyer to close down his business.

Brian Walsh, a senior legal analyst with the Heritage Foundation, says it is inexplicable why so many federal agencies need to be battle ready: "If these agencies occasionally have a legitimate need for force to execute a warrant, they should be required to call a real law enforcement agency, one that has a better sense of perspective. The FBI, for example, can draw upon its vast experience to determine whether there is an actual need for a dozen SWAT agents."

Since 9/11, the feds have issued a plethora of homeland-security grants that encourage local police departments to buy surplus military hardware and form their own SWAT units. By 2005, at least 80 percent of towns with a population between 25,000 and 50,000 people had their own SWAT team. The number of raids conducted by local police SWAT teams has gone from 3,000 a year in the 1980s to over 50,000 a year today. Once SWAT teams are created, they will be used. Nationwide, they are used for standoffs, often serious ones, with bad guys. But at other times they've been used for crimes that hardly warrant military-style raids.

Examples include angry dogs, domestic disputes, and misdemeanor marijuana possession. In 2010, a Phoenix, Ariz., Sheriff's SWAT team that included a tank and several armored vehicles raided the home of Jesus Llovera. The tank, driven by the newly deputized action-film star Steven Seagal, plowed right into Llovera's house. The incident was filmed and, together with footage of Seagal accompanying immigration raids, was later used for Seagal's A&E TV law-enforcement reality show. The crime committed by Jesus Llovera

was staging cockfights. During the sheriff's raid, his dog was killed, and later all of his chickens were euthanized.

Many veteran law-enforcement figures have severe qualms about the turn police work is taking. One retired veteran of a large metropolitan police force told me: "I was recently down at police headquarters for a meeting. Coincidently, there was a promotion ceremony going on and the SWAT guys looked just like members of the Army, except for the police shoulder patches. Not an image I would cultivate. It leads to a bad mindset."

Indeed, the U.S. Constitution's Third Amendment, against the quartering of troops in private homes, was part of an overall reaction against the excesses of Britain's colonial law enforcement. "It wasn't the stationing of British troops in the colonies that irked patriots in Boston and Virginia," Balko writes. "It was England's decision to use the troops for everyday law enforcement." There are things that can be done to curb the abuses without taking on the politically impossible job of disbanding SWAT units. The feds should stop shipping military vehicles to local police forces. Federal SWAT teams shouldn't be used to enforce regulations, but should focus instead on potentially violent criminals.

Cameras mounted on the dashboards of police cars have brought both police abuse to light and exonerated officers who were falsely accused of abuse. SWAT team members could be similarly equipped with helmet cameras. After all, if taxpayers are being asked to foot the bill, they have the right to a transparent, accountable record of just what is being done in their name."

As the U.S. engages in a national debate over the militarization of the police, federal data shows that government agencies charged with largely administrative roles are spending tens of millions of taxpayer dollars to purchase SWAT and military-style equipment.[14] Since FY 2006, 44 traditionally administrative agencies have spent over $71 million on items like body armor, riot helmets and shields, cannon launchers and police firearms and ammunition, according to federal spending data from watchdog group www.OpenThe-Books.com. This comes in addition to the $330 million spent on such equipment in that period by traditional law enforcement agencies like the FBI, Secret Service and Drug Enforcement Administration.

It raised many eyebrows when we learned last week that the National Oceanic and Atmospheric Administration received 46,000 rounds of ammunition. This revelation-

---

[14] Editor's Note: Buck Sexton *Real News From The Blaze*.

which we are now told was a "clerical error" came on the heels of the Social Security Administration procuring "174,000 rounds of ".357 125 grain bonded jacketed hollow point pistol ammunition."

**All of this leads to the question: Why do so many federal agencies need bullets?**

While the government claims it needs the ammunition for training that is exactly the problem. The expansion of the federal law enforcement and regulatory apparatus should be deeply troubling for anyone who believes in limited government and federalism. America has too many national authorities employing their own armed officers to police a vast and growing array of federal statutes. In the process, these Feds trample on the police powers left to the states under the Constitution.

The growth of the federal law enforcement bureaucracy has jumped dramatically over the last 20 years. There are now 73 federal agencies that have full time armed officers often called "special agents" that have arresting authority. All of these agencies now cordon off and enforce a federal fiefdom of the more than 4,500 criminal laws at the federal level and thousands of additional regulations that have sprung up in recent decades. According to a 2008 DOJ Federal Law Enforcement report, there were 120,000 full-time law enforcement officers working for federal agencies and 24 different federal agencies employed at least 250 full-time officers. Federal agencies with at least 250 full-time officers included the U.S. Forest Service, U.S. Mint, U.S. Postal Inspection Service and the Veterans Health Administration. See DOJ 2008 Fed Law Enforcement Report www.nationallibertyalliance. org/docket

The list of agencies, many of which are recent creations that have their own police forces, is staggering. Even the Environmental Protection Agency has its own sworn officers, as does The National Oceanic and Atmospheric Administration (NOAA). While NOAA only has 63 officers today, the EPA started out with one armed officer in 1978 and as of last year it had 265. There are many other organizations that have their own police forces such as the General Services Administration, the Department of Education, Agriculture, Housing and Urban Development and the list goes on.

There is a lot of overlapping and duplicative effort within these federal agencies. With approximately 800,000 local and state police officers in the United States, the burden of enforcing laws that cover wildlife, agriculture, or other local issues should fall on the local police who are most accountable to the people they police.

The result is an array of specialized, positioned enforcement organizations that are tasked to balance the rights of U.S. citizens with a need to justify their budgets. While the U.S. Congress has used the interstate commerce clause to pass sweeping legislation that has

eviscerated state rights, the enforcement mechanisms have started to catch up with the rampant over-legislation.

As of 2011, there are at least 25,000 sworn (and armed) law enforcement officers working for federal agencies not traditionally associated with law enforcement, and 3,800 of them were specifically criminal investigators.

While speaking before the Constitutional Convention in 1787, James Madison said, "*A standing military force, with an overgrown Executive will not long be safe companions to liberty.*" Despite this strong warning from our founders more than 200 years ago, today's federal government has quietly accrued significant policing powers in a wide array of agencies.

These federal enforcement officers are authorized to carry weapons and make arrests from Section 812 of the 2002 Homeland Security Act. This law authorizes the Offices of the Inspector General within each federal agency, which traditionally look for fraud and waste within the agency, to have officers that carry firearms, seek and execute warrants for arrests and makes arrests without a warrant while engaged in official duties. This section is rarely discussed because the actual language seems somewhat inconsequential. But in practice this law has changed how law enforcement is carried out at the federal level.

While there are federal agencies that should carry weapons and have arresting authority, such as the FBI, Secret Service, DEA and US Marshals, these agencies had this authority before the 2002 Homeland Security Act. They would keep this authority even if the agencies not traditionally involved in law enforcement activities lost their arresting powers. Unfortunately, the expansion of federal enforcement authority has been accompanied by an increase in the abuse of that power. There have been many examples of abuses by different agencies that have not traditionally had law enforcement officers and have been in a rush to use their new authority:

• Officers in full SWAT gear from the U.S. Fish & Wildlife Service[15] stormed the home of Kathy and George Norris. The agents instigated the raid for George's failure to file the proper paperwork for orchids he imported. Kathy and George were grandparents in their 60s when the raid took place.

• The EPA led a joint raid[16] along with the U.S. Fish & Wildlife Service, the Bureau of Land Management, the Coast Guard, the National Oceanic and Atmospheric

---

[15] http://www.washingtontimes.com/news/2009/oct/05/criminalizing-everyone/
[16] http://www.foxnews.com/politics/2013/09/14/armed-epa-agents-in-alaska-shed-light-on-70-fed-agencies-with-armed-divisions.html

Administration (the guys that predict the weather) and the U.S. Park Service on a mining operation for possible violations of the Clean Water Act.

• The Bureau of Land Management[17] had a long standoff with Cliven Bundy, a rancher, because he graze his cattle on federal land.

Under the 2002 Homeland Security Act, we have seen a massive expansion of police activities carried out by federal agencies. The agents carrying out these activities generally take the form of militarized SWAT teams. This has left Americans wondering why officials from the Department of Education or EPA are barging into their homes and businesses dressed in full SWAT gear.

**SOLUTION:** Our framers faced these same abuses at the hands of the British military during the lead up to the Revolutionary War. They designed the Constitution to protect us from these abuses. We should support a commonsense law, like the Regulatory Agency Demilitarization Act, because it would do much to protect us from these abuses.

In 2014, Rep. Chris Stewart (R-Utah) sponsored the Regulatory Agency Demilitarization Act,[18] which would have removed arresting authority from agencies not traditionally authorized to carry weapons or make arrests. In a press release announcing the bill, Rep. Stewart said, "When there are genuinely dangerous situations involving federal law, that's the job of the Department of Justice, not regulatory agencies like the FDA or the Department of Education. Not only is it overkill, but having these heavily armed units within dozens of agencies is duplicative, costly, heavy handed, dangerous and destroys any sense of trust between citizens and the federal government." Mr. President Elect, having a majority in both houses should use the bully pulpit to lead our legislative branch to support this sentiment.

## WAR WITH OUT A CONGRESSIONAL DECLARATION OF WAR

Article I, Section 8, Clause 11 of the U.S. Constitution grants Congress the power to declare war. The President, meanwhile, derives the power to direct the military after a Congressional declaration of war from Article II, Section 2, which names the President Commander-in-Chief of the armed forces. The President or any other federal office has NO Constitutional authority to declare war.

---

[17] https://www.washingtonpost.com/news/the-fix/wp/2014/04/15/everything-you-need-to-know-about-the-long-fight-between-cliven-bundy-and-the-federal-government/
[18] http://stewart.house.gov/media-center/press-releases/rep-stewart-introduces-bill-to-de-militarize-federal-regulatory-agencies

The last time Congress declared WAR was on December 8, 1941. So, how is it that in 2015, US Special Operations forces have already deployed to 135 nations, according to Ken McGraw, a spokesman for Special Operations Command (SOCOM). That's roughly 70 percent of the countries on the planet. Every day, in fact, America's most elite troops are carrying out missions in 80 to 90 nations, practicing night raids or sometimes conducting them for real, engaging in sniper training or sometimes actually gunning down enemies from afar. As part of a global engagement strategy of endless hush-hush operations conducted on every continent but Antarctica, they have now eclipsed the number and range of special ops missions undertaken at the height of the conflicts in Iraq and Afghanistan. How is it that Since WWII the United States has been engaged in twenty-three wars without a declaration of war? They are:

| | |
|---|---|
| (1) Korean War (1950–1953) | (13) Gulf War (1990–1991) |
| (2) Lebanon Crisis (1958) | (14) Somali Civil War (1992–1995) |
| (3) Bay of Pigs Invasion (1961) | (15) Intervention in Haiti (1994–1995) |
| (4) Simba Rebellion (1964) | (16) Bosnian War (1994–1995) |
| (5) Dominican Civil War (1965–1966) | (17) Kosovo War (1998–1999) |
| (6) Vietnam War (1965–1973) | (18) War in Afghanistan (2001–2014) |
| (7) Communist insurgency in Thailand (1965–1983) | (19) Iraq War (2003–2011) |
| (8) Shaba II (1978) | (20) War in North-West Pakistan (2004–present) |
| (9) Multinational Force in Lebanon (1982-1984) | (21) Military intervention in Libya (2011) |
| (10) Invasion of Grenada (1983) | (22) War on ISIL (2014–present) |
| (11) Tanker War in the Persian Gulf (1987–1988) | (23) War in Afghanistan (2015–present) |
| (12) Invasion of Panama (1989–1990) | |

It seems that we have become a Nation in perpetual WAR our founders would be appalled! Our founding fathers were against alliances saying that they would involve us in obscure quarrels and sordid rivalries which were none of our concern. They seemed to be both undesirable and unnecessary in view of our special geographic and political circumstances. "It is our true policy to steer clear of permanent alliance with any portion of the foreign world" - George Washington's Farewell Address *"Peace, commerce, and honest friendship with all nations-entangling alliances with none."* - Thomas Jefferson's inaugural pledge.

It's time we return to our founding principles: *"Peace, commerce, and honest friendship with all nations-entangling alliances with none."* By simply obeying the Constitution, we must stop American war-mongering in the name of We the People.

## ABUSE OF THE MILITIA

Militia Act 1903 SEC 1: ...*The militia shall consist of every able-bodied male citizen..., and shall be divided into two classes-the organized militia, to be known as the National Guard.*

The President shall be commander in chief of the militia when called into service to execute the laws, suppress insurrections and repel invasions; The Constitution does not give the Pentagon or any other federal office the authority to call forth the militia and there exists no authority to send the militia overseas and for foreign wars.

> Article II Section 2 Clause 1: *The President shall be commander in chief of the Army and Navy of the United States, and of the militia of the several states, when called into the actual service of the United States;*

> Article I Section 8 Clause 15: *The Congress shall have power to provide for calling forth the militia to execute the laws of the union, suppress insurrections and repel invasions;*

> Article I Section 8 Clause 11: *The Congress shall have power to… declare war, grant letters of marque and reprisal, and make rules concerning captures on land and water;*

Why were the National Guard sent to Iraq instead of the regular army when in fact we have hundreds of thousands of fully trained military personnel [unconstitutionally] available here in America and around the world already in service? Nevertheless the militia is to "DEFEND" and "PROTECT" the State.

**NY Constitution ARTICLE XII** [DEFENSE; militia] Section 1. The defense and protection of the state and of the United States is an obligation of all persons within the state. The legislature shall provide for the discharge of this obligation and for the maintenance and regulation of an organized militia.

### POWERS STOLEN BY THE FEDERAL GOVERNMENT:

The Preamble to the Bill of Rights Clause 2: states: *"The Conventions of a number of the States, having at the time of their adopting the Constitution, expressed a desire, in order to prevent misconstruction or abuse of its powers, that further declaratory and restrictive clauses should be added: And as extending the ground of public confidence in the Government, will best ensure the beneficent ends of its institution."*

> **Bill of Rights Amendment X** *"The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, ARE RESERVED TO THE STATES RESPECTIVELY, OR TO THE PEOPLE."* (emphasis exists in the original document)

The federal government, without authority, under the color of law, through the creation of 100's of federal agencies have seized extensive control of the Sovereign States and the

Sovereign People by seizing powers that control every aspect of our lives, powers that belong to the Sovereign States respectively or the People.

Nobody Knows How Many Federal Agencies Exist[19]. As bureaucracy sprawls, nobody can say with complete certainty exactly how many federal agencies exist.

The twice-annual Unified Agenda of Federal Deregulatory and Regulatory Actions, which compiles agency regulatory plans in the federal pipeline, listed 60 agencies in the Spring 2015 edition. The Administrative Conference of the United States lists 115 agencies in the appendix of its "Sourcebook of United States Executive Agencies, but notes: There is no authoritative list of government agencies. For example, FOIA.gov (maintained by the Department of Justice) lists 78 independent executive agencies and 174 components of the executive departments as units that comply with the Freedom of Information Act requirements imposed on every federal agency. This appears to be on the conservative end of the range of possible agency definitions. The United States Government Manual lists 96 independent executive units and 220 components of the executive branch. An even more inclusive listing comes from USA.gov, which lists 137 independent executive agencies and 268 units in the Cabinet.

In a 2015 Senate Judiciary Committee hearing, one senator noted that "The Federal Register indicates there are over 430 departments, agencies, and sub-agencies in the federal government." Additional estimates from other sources are: Unified Agenda – 60, Administrative Conference of the United States - 115, FOIA.gov - 252, United States Government Manual - 316, Federal Register Index - 257, Regulations.gov - 89. See USA.gov - www.usa.gov/federal-agencies/a

If nobody knows how many agencies exist whose decrees we must abide, that means we don't know how many people work for the government (let alone contractors making a living from taxpayers), nor know how many regulations there are. But even when we isolate a given, knowable agency, the rise of "regulatory dark matter" may make it hard to tell exactly what is and is not a regulation. The sprawling bureaucracy, plus growing concern that issuing a regulation may not even be necessary for agencies like the Consumer Financial Protection Bureau to impose their will on the public calls out for a congressional response.

---

[19] Clyde Wayne Crews August 26, 2015; https://cei.org/blog/nobody-knows-how-many-federal-agencies-exist

## RIGHT OF PRIVACY -v- NSA SPYING [20]

National Security Agency [NSA] is under the control of the President and serves at his pleasure. According to the *Times*, Bush under the color of law signed a presidential order in 2002 allowing the NSA to monitor without a warrant the international (and sometimes domestic) telephone calls and e-mail messages of hundreds or thousands of citizens and legal residents inside the United States.

This shocking abuse of power eventually came to include some purely internal controls, but no requirement that warrants be obtained from the Foreign Intelligence Surveillance Court as the 4th Amendment to the Constitution and the foreign intelligence surveillance laws require. In other words, there is no independent review or judicial oversight. The idea that a President claims that he is not bound by that law is simply astounding and nothing short of a presidential power grab.

The President is subject to the law like everyone else, and the general respect for the "rule of law" on which our Republic depends. The law governing government eavesdropping on American citizens is well-established and crystal clear. The National Security Act of 1947 contained a specific ban on intelligence operatives operating domestically. In the 1970s, America learned about the extensive domestic political spying carried out by the FBI, the military, the CIA and the NSA. Therefore, Congress passed new laws to prevent a repeat of those abuses. Title III and the Electronic Communications Privacy Act make up the statutes that govern criminal wiretaps in the United States. The Foreign Intelligence Surveillance Act is the law that governs eavesdropping on agents of "foreign powers" within the United States, including suspected foreign terrorists. The president is bound by the rule of law. When he acts contrary to the law under the color of law, he becomes a lawbreaker, tyrant and guilty of treason.

United States Code Title 50, Chapter 36, Subchapter 1 Section 1809. Criminal sanctions
(a) Prohibited activities: A person is guilty of an offense if he intentionally (1) engages in electronic surveillance under color of law except as authorized by statute.

The US Supreme Court (US v. Katz 389 US 347) has made it clear that this core privacy protection does cover government eavesdropping. As a result, all electronic surveillance

---

[20]   Source:   http://www.washingtonsblog.com/2013/09/the-government-is-spying-on-us-through-our-computers-phones-cars-buses-streetlights-at-airports-and-on-the-street-via-mobile-scanners-and-drones-through-our-smart-meters-and-in-many-other-ways.html

by the government in the United States is illegal, unless it falls under one of a small number of precise exceptions specifically carved out in the law.

The law on surveillance begins with the Fourth Amendment to the Constitution, which states clearly that Americans' privacy may not be invaded without a warrant based on probable cause.

> **Dec 16, 1791** - **The Bill of Rights** Amendment IV: "*The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.*"

**1973** **Supreme Court Rules Warrants Are Required for Domestic Intelligence Surveillance:**   In a landmark ruling in US v. US District Court, the Supreme Court unanimously ruled that the government must comply with the Fourth Amendment when surveilling an alleged domestic intelligence threat. The majority opinion says, "The price of lawful public dissent must not be a dread of subjection to an unchecked surveillance power. Nor must the fear of unauthorized official eavesdropping deter vigorous citizen dissent and discussion of Government action in private conversation. For private dissent, no less than open public discourse, is essential to our free society."

**1975** **Senate "Church Committee" Investigation Uncovers Illegal Domestic Spying by NSA, Recommends Reforms**   (Church Committee Findings) A bipartisan Senate investigation stemming from Watergate, led by Senator Frank Church, finds the NSA and other intelligence agencies engaged in a massive domestic spying program, targeting anti-war protesters, civil rights activists, and political opponents. Senator Church remarked: "That capability at any time could be turned around on the American people, and no American would have any privacy left, such is the capability to monitor everything: telephone conversations, telegrams, it doesn't matter, no place to sacred."

Once We the People lose the Essential Unalienable Right of privacy, we lose EVERYTHING! Our founding fathers warned us about governments eroding our Rights and it seems that nothing has changed!

> "*Guard with jealous attention the public liberty. Suspect everyone who approaches that jewel. Unfortunately, nothing will preserve it but downright force. Whenever you give up that force, you are inevitably ruined.*" - Patrick Henry

*"The greatest tyrannies are always perpetrated in the name of the noblest causes."* - Thomas Paine

*"If tyranny and oppression come to this land, it will be in the guise of fighting a foreign enemy."* - James Madison

*"The means of defense against foreign danger historically have become the instruments of tyranny at home."* - James Madison

*"Every collectivist revolution rides in on a Trojan horse of 'Emergency'. It was a tactic of Lenin, Hitler and Mussolini."* - President Herbert Hoover

*"Those who would give up essential Liberty, to purchase a little temporary Safety, deserve neither Liberty nor Safety."* - Benjamin Franklin

*"I prefer dangerous freedom over peaceful slavery."* - Thomas Jefferson

*"I would rather be exposed to the inconveniences attending too much liberty than to those attending too small a degree of it."* - Thomas Jefferson

*"Is life so dear, or peace so sweet, as to be purchased at the price of chains and slavery? Forbid it, Almighty God! I know not what course others may take: but as for me give me liberty or give me death!"* - Patrick Henry

*"Our government has kept us in a perpetual state of fear kept us in a continuous stampede of patriotic fervor with the cry of grave national emergency. Always there has been some terrible evil at home or some monstrous foreign power that was going to gobble us up if we did not blindly rally behind it by furnishing the exorbitant funds demanded. Yet, in retrospect, these disasters seem never to have happened; seem never to have been quite real."* - General Douglas MacArthur

*"Good intentions will always be pleaded for every assumption of authority. It is hardly too strong to say that the Constitution was made to guard the people against the dangers of good intentions. There are men in all ages who mean to govern well, but they mean to govern. They promise to be good masters, but they mean to be masters."* - Daniel Webster

*"No one is bound to obey an unconstitutional law and no courts are bound to enforce it."* - 16 Am. Jur. Sec. 177 late 2d, Sec 256

Spying apologists say that the reports are "exaggerated" or "overblown", and that the government only spies on potential bad guys. In reality, the government is not just spying on suspected terrorists but is in fact spying on everyone's digital and old-fashioned communications; see ATT and NSA spying on the People at www.nationallibertyalliance. org/docket. For example, the government is photographing the outside information on every piece of snail mail. The government is spying on you through your phone, television and computer… and may even remotely turn on your camera and microphone when they are off. As one example, the NSA has inserted its code into Android's operating system bugging three-quarters of the world's smartphones. Google or the NSA can remotely turn on your phone's camera and recorder at any time.

Moreover, Google knows just about every WiFi password in the world … and so the NSA does as well, since it spies so widely on Google. But it's not just the Android.  In reality, the NSA can spy on just about everyone's smart phone. Cell towers track where your phone is at any moment, and the major cell carriers, including Verizon and AT&T, responded to at least 1.3 million law enforcement requests for cell phone locations and other data in 2011. (And given that your smartphone routinely sends your location information back to Apple or Google it would be child's play for the government to track your location that way.) Your iPhone, or other brand of smartphone is spying on virtually everything you do (ProPublica notes: "That's No Phone. That's My Tracker.)" Remember, that might be happening even when your phone is turned off.

The FBI wants a backdoor to all software. However, a leading European computer publication Heise said in 1999 that the NSA had already built a backdoor into all Windows software. Microsoft has long worked hand-in-hand with the NSA and FBI so that encryption doesn't block the government's ability to spy on users of Skype, Outlook, Hotmail and other Microsoft services. And Microsoft informs intelligence agencies with information about bugs in its popular software before it publicly releases a fix, so that information can be used by the government to access computers. (Software vulnerabilities are also sold to the highest bidder.) A top expert in the 'microprocessors' or 'chips' inside every computer – having helped start two semiconductor companies and a supercomputer firm – also says: He would be "surprised" if the US National Security Agency was not embedding "back doors" inside chips produced by Intel and AMD, two of the world's largest semiconductor firms, giving them the possibility to access and control machines.

The expert said when he learned the NSA had secured "pre-encryption stage" access to Microsoft's email products via the PRISM leaks, he recognized that "pretty much all our

computers have a way for the NSA to get inside their hardware" before a user can even think about applying encryption or other defensive measures. Leading security experts say that the NSA might have put a backdoor in all encryption standards years ago... meaning that the NSA could easily hack into all encrypted communications. And the NSA hacks into encrypted "VPN" connections. It's gotten so bad that some of the largest encryption companies are warning that their encryption tools are compromised.

"Black boxes" are currently installed in between 90% and 96% of all new cars. And starting in 2014, all new cars will include black boxes that can track your location. License plate readers mounted on police cars allow police to gather millions of records on drivers ... including photos of them in their cars. If you have a microphone in your car, it might also open you up to snoopers. As CNET points out, surreptitious activation of built-in microphones by the FBI has been done before. A 2003 lawsuit revealed that the FBI was able to surreptitiously turn on the built-in microphones in automotive systems like General Motors' OnStar to snoop on passengers' conversations. When FBI agents remotely activated the system and were listening in, passengers in the vehicle could not tell that their conversations were being monitored.

A security expert and former NSA software developer says that hackers can access private surveillance cameras. Given that the NSA apparently already monitors public cameras using facial recognition software, and that the FBI is building a system which will track "public and private surveillance cameras around the country", we can assume that government agencies might already be hacking into private surveillance cameras.

The CIA wants to spy on you through your dishwasher and other "smart" appliances. The CIA may soon be spying on you through your beloved, intelligent household appliances, according to Wired. In early March, at a meeting for the CIA's venture capital firm In-Q-Tel, CIA Director David Petraeus reportedly noted that "smart appliances" connected to the Internet could someday be used by the CIA to track individuals. If your grocery-list-generating refrigerator knows when you're home, the CIA could, too, by using geo-location data from your wired appliances, according to Smart Planet.

"The current 'Internet of PCs' will move, of course, toward an 'Internet of Things'—of devices of all types—50 to 100 billion of which will be connected to the Internet by 2020," Petraeus said in his speech. He continued, "Items of interest will be located, identified, monitored, and remotely controlled through technologies such as radio-frequency identification, sensor networks, tiny embedded servers, and energy harvesters—all

connected to the next-generation Internet using abundant, low cost, and high-power computing the latter now going to cloud computing, in many areas greater and greater supercomputing, and, ultimately, heading to quantum computing."

The Department of Homeland Security claims they will soon be able to know your adrenaline level, what you ate for breakfast and what you're thinking from 164 feet away. In addition, people will probably soon be swallowing tracking devices for medical purposes. The government is allegedly scanning prisoners' brains without their consent at Guantanamo. In the near future, brain scanners may be able to literally read our thoughts. The government is currently testing systems for use in public spaces which can screen for "pre-crime". As Nature reports: Like a lie detector, FAST measures a variety of physiological indicators, ranging from heart rate to the steadiness of a person's gaze, to judge a subject's state of mind. But there are major differences from the polygraph. FAST relies on non-contact sensors, so it can measure indicators as someone walks through a corridor at an airport, and it does not depend on active questioning of the subject.

CBS News points out: FAST is designed to track and monitor, among other inputs, body movements, voice pitch changes, stress changes (alterations in the rhythm and intonation of speech), eye movements, body heat changes, and breathing patterns. Occupation and age are also considered. A government source told CNET that blink rate and pupil variation are measured too. A field test of FAST has been conducted in at least one undisclosed location in the northeast. "It is not an airport, but it is a large venue that is a suitable substitute for an operational setting," DHS spokesman John Verrico told Nature.com in May. Since DHS has publicly suggested that FAST could be used at airport checkpoints, the Transportation Security Administration is part of that department, apparently all the government appears to have grander ambitions. One internal DHS document (PDF) obtained by EPIC through the Freedom of Information Act indicates that a mobile version of FAST "could be used at security checkpoints such as border crossings or at large public events such as sporting events or conventions."

The risk of false positives is very real. As Computer World notes: Tom Ormerod, a psychologist in the Investigative Expertise Unit at Lancaster University, UK, told Nature, "Even having an iris scan or fingerprint read at immigration is enough to raise the heart rate of most legitimate travelers." Other critics have been concerned about "false positives." For example, some travelers might have some of the physical responses that are supposedly signs of malicious intent if they were about to be groped by TSA agents in

airport security. Various "pre-crime" sensing devices have already been deployed in public spaces in the U.S.

The government has also worked on artificial intelligence for "pre-crime" detection on the Web. And given that programs which can figure out your emotions are being developed using your webcam, every change in facial expression could be tracked. According to NSA's former director of global digital data William Binney, the NSA's new data storage center in Utah will have so much storage capacity that: "They would have plenty of space … to store at least something on the order of 100 years worth of the worldwide communications, phones and emails and stuff like that," Binney asserts, "and then have plenty of space left over to do any kind of parallel processing to try to break codes." But the NSA isn't stopping there. Despite its capacity, the Utah center does not satisfy NSA's data demands. Last month, the agency broke ground on its next data farm at its headquarters at Ft. Meade, Md. But that facility will be only two-thirds the size of the mega-complex in Utah. The NSA is building next-generation quantum computers to process all of the data.

NBC News reports that under the post 9/11 Patriot Act, the government has been collecting records on every phone call made in the U.S. This includes metadata … which can tell the government a lot about you. And it also includes content. But what we're really talking about here is a localized system that prevents any form of electronic communication from taking place without its being stored and monitored by the National Security Agency. It doesn't mean that they're listening to every call, it means they're storing every call and have the capability to listen to them at any time, and it does mean that they're collecting millions upon millions upon millions of our phone and email records. In addition, a government expert told the Washington Post that the government "quite literally can watch your ideas form as you type." A top NSA executive confirmed to Washington's Blog that the NSA is intercepting and storing virtually all digital communications on the Internet.

McClatchy notes: FBI Director Robert Mueller told a Senate committee on March 30, 2011, that "technological improvements" now enable the bureau "to pull together past emails and future ones as they come in so that it does not require an individualized search." The administration is building a facility in a valley south of Salt Lake City that will have the capacity to store massive amounts of records a facility that former agency whistleblowers say has no logical purpose if it's not going to be a vault holding years of phone and Internet data. Thomas Drake, a former NSA senior executive who challenged

the data collection for several years, said the agency's intent seems obvious. "One hundred million phone records?" he asked in an interview. "Why would they want that each and every day? Of course they're storing it." Lending credence to his worries, The Guardian's latest report quoted a document in which Alexander purportedly remarked during a 2008 visit to an NSA intercept station in Britain: "Why can't we collect all the signals all the time?"

One former U.S. security consultant, who spoke on condition of anonymity to protect his connections to government agencies, told McClatchy he has seen agency-installed switches across the country that draw data from the cables. "Do I know they copied it? Yes," said the consultant. "Do I know if they kept it? No." NSA whistleblower Russel Tice – a key source in the 2005 New York Times report that blew the lid off the Bush administration's use of warrantless wiretapping – says that the content and metadata of all digital communications are being tapped by the NSA. The NSA not only accesses data directly from the largest internet companies, it also sucks up huge amounts of data straight from undersea cables providing telephone and Internet service to the United States. After all, the government has secretly interpreted the Patriot Act so that "everything" is deemed relevant … so the government can spy on everyone.

The NSA isn't the only agency which is conducting massive spying. The Wall Street Journal notes: The rules now allow the little-known National Counterterrorism Center to copy entire government databases, flight records, casino employee lists, the names of Americans hosting foreign-exchange students and many others. The agency has new authority to keep data about innocent U.S. citizens for up to five years, and to analyze it for suspicious patterns of behavior. Previously, both were prohibited. Data about Americans "reasonably believed to constitute terrorism information" may be permanently retained. The changes also allow databases of U.S. civilian information to be given to foreign governments for analysis of their own. In effect, U.S. and foreign governments would be using the information to look for clues that people might commit future crimes.

"IT'S BREATHTAKING IN ITS SCOPE", said a former senior administration official familiar with the White House debate who also notes: "GAZILLIONS". That's the number of times the federal government has spied on Americans since 9/11 through the use of drones, legal search warrants, illegal search warrants, federal agent-written search warrants and just plain government spying. This is according to Senator Rand Paul, R-Ky., who, when he asked the government to tell him what it was doing to violate our privacy, he was given a classified briefing. Rand Paul, who is one of just a few in the U.S. Senate who believes

that the Constitution means what it says, was required by federal law to agree not to reveal what spies and bureaucrats told him during the briefing.

Even if the US government wasn't recording all of that data, England's GCHQ spy agency is and is sharing it with the NSA. Germany, Australia, Canada and New Zealand are also recording and sharing massive amounts of information with the NSA. Private contractors can also view all of your data and the government isn't keeping track of which contractors see your data and which don't. And because background checks regarding some contractors are falsified, it is hard to know the types of people that might have your information. And top NSA and FBI experts say that the government can retroactively search all of the collected information on someone since 9/11 if they suspect someone of wrongdoing … or want to frame him.

The American government is in fact collecting and storing virtually every phone call, purchases, email, text message, internet searches, social media communications, health information, employment history, travel and student records, and virtually all other information of every American. The Wall Street Journal reported that the NSA spies on Americans' credit card transactions. Senators Wyden and Udall both on the Senate Intelligence Committee, with access to all of the top-secret information about the government's spying programs wrote: Section 215 of the Patriot Act can be used to collect any type of records whatsoever including information on credit card purchases, medical records, library records, firearm sales records, financial information and a range of other sensitive subjects. Many other government agencies track your credit card purchases as well. In fact, all U.S. intelligence agencies including the CIA and NSA are going to spy on Americans' finances.

The IRS will be spying on Americans' shopping records, travel, social interactions, health records and files from other government investigators. The Consumer Financial Protection Board will also spy on the finances of millions of Americans.

A program can survive even when the media, the public, and most of Congress wants it killed. It turns out that, while the language in the bill shutting down Terrorism Information Awareness (TIA) was clear, a new line had been inserted during conference by an unknown person allowing "certain processing, analysis, and collaboration tools" to continue.

Thanks to the Central Intelligence Agency and the National Security Agency, which had lobbied for the provision, TIA didn't die, it metastasized. As the AP reported in February

of 2004, the new language simply outsourced many TIA programs to other intelligence offices and buried them in the so-called "black budget." What's more, today, several agencies are pursuing data mining projects independent of TIA, including the Department of Homeland Security, the Justice Department, the CIA, the Transportation Security Administration, and NASA. Even with TIA ostensibly shut down; many of the private contractors who worked on the program can continue their research with few controls.

The government is flying drones over the American homeland to spy on us. Indeed, the head of the FBI told Congress that drones are used for domestic surveillance and that there are no rules in place governing spying on Americans with drones. Senator Rand Paul correctly notes: The domestic use of drones to spy on Americans clearly violates the Fourth Amendment and limits our rights to personal privacy. Empty wheel notes in a post entitled "The OTHER Assault on the Fourth Amendment in the NDAA? Drones at Your Airport?"; Many police departments are also using drones to spy on us. As the Hill reported: At least 13 state and local police agencies around the country have used drones in the field or in training, according to the Association for Unmanned Vehicle Systems International, an industry trade group. The Federal Aviation Administration has predicted that by the end of the decade, 30,000 commercial and government drones could be flying over U.S. skies.

"Drones should only be used if subject to a powerful framework that regulates their use in order to avoid abuse and invasions of privacy," Chris Calabrese, a legislative counsel for the American Civil Liberties Union, said during a congressional forum in Texas last month. He argued police should only fly drones over private property if they have a warrant, information collected with drones should be promptly destroyed when it's no longer needed and domestic drones should not carry any weapons. He argued that drones pose a more serious threat to privacy than helicopters because they are cheaper to use and can hover in the sky for longer periods of time. A congressional report earlier this year predicted that drones could soon be equipped with technologies to identify faces or track people based on their height, age, gender and skin color. The military is paying for the development of drones with facial recognition software which "remember" people's faces and read "malevolent intent".

Moreover, Wired reports: Transit authorities in cities across the country are quietly installing microphone-enabled surveillance systems on public buses that would give them the ability to record and store private conversations. The systems are being installed in San Francisco, Baltimore, and other cities with funding from the Department of Homeland

Security in some cases. The IP audio-video systems can be accessed remotely via a built-in web server, and can be combined with GPS data to track the movement of buses and passengers throughout the city. The systems use cables or WiFi to pair audio conversations with camera images in order to produce synchronous recordings. Audio and video can be monitored in real-time, but are also stored onboard in black-box-like devices, generally for 30 days, for later retrieval. Four to six cameras with mics are generally installed throughout a bus, including one near the driver and one on the exterior of the bus. Privacy and security expert Ashkan Soltani told the Daily that the audio could easily be coupled with facial recognition systems or audio recognition technology to identify passengers caught on the recordings.

RT notes: Street lights that can spy have been installed in some American cities. America welcomes a new brand of smart street lighting systems: energy-efficient, long-lasting, complete with LED screens to show ads. They can also spy on citizens in a way George Orwell would not have imagined in his worst nightmare. With a price tag of $3,000+ apiece, according to an ABC report, the street lights are now being rolled out in Detroit, Chicago and Pittsburgh, and may soon mushroom all across the country.

Part of the Intellistreets systems made by the company Illuminating Concepts have a number of "homeland security applications" attached. Each has a microprocessor "essentially similar to an iPhone," capable of wireless communication. Each can capture images and count people for the police through a digital camera, record conversations of passers-by and even give voice commands thanks to a built-in speaker.

Ron Harwood, president and founder of Illuminating Concepts, says he eyed the creation of such a system after the 9/11 terrorist attacks and the Hurricane Katrina disaster. He is "working with Homeland Security" to deliver his dream of making people "more informed and safer."

The TSA has moved way past airports, trains and sports stadiums, and is deploying mobile scanners to spy on people all over the place. This means that traveling within the United States is no longer a private affair. You might also have seen the news this week that the Department of Homeland Security is going to continue to allow searches of laptops and phones based upon "hunches". What's that about?

The ACLU published a map in 2006 showing that nearly two-thirds of the American public 197.4 million people live within a "constitution-free zone" within 100 miles of land and coastal borders.

The ACLU explained: Normally under the Fourth Amendment of the U.S. Constitution, the American people are not generally subject to random and arbitrary stops and searches. The border, however, has always been an exception. There, the longstanding view is that the normal rules do not apply. For example the authorities do not need a warrant or probable cause to conduct a "routine search." But what is "the border"? According to the government, it is a 100-mile wide strip that wraps around the "external boundary" of the United States. As a result of this claimed authority, individuals who are far away from the border, American citizens traveling from one place in America to another, are being stopped and harassed in ways that our Constitution does not permit.

The Border Patrol has been setting up checkpoints inland on highways in states such as California, Texas and Arizona, and at ferry terminals in Washington State. Typically, the agents ask drivers and passengers about their citizenship. Unfortunately, our courts so far have permitted these kinds of checkpoints legally speaking; they are "administrative" stops that are permitted only for the specific purpose of protecting the nation's borders. They cannot become general drug-search or other law enforcement efforts.

However, these stops by Border Patrol agents are not remaining confined to that border security purpose. On the roads of California and elsewhere in the nation places far removed from the actual border, agents are stopping, interrogating and searching Americans on an everyday basis with absolutely no suspicion of wrongdoing. The bottom line is that the extraordinary authorities that the government possesses at the border are spilling into regular American streets.

Computer World reports: Border agents don't need probable cause and they don't need a stinking warrant since they don't need to prove any reasonable suspicion first. Nor, sadly, do two out of three people have First Amendment protection; it is as if DHS has voided those Constitutional amendments and protections they provide to nearly 200 million Americans. Don't think this applies only if you are physically trying to cross the international border. As we saw when discussing the DEA using license plate readers and data-mining to track Americans movements, the U.S. "border" stretches out 100 miles beyond the true border. Godfather Politics added: But wait, it gets even better! If you live anywhere in Connecticut, Delaware, Florida, Hawaii, Maine, Massachusetts, Michigan, New Hampshire, New Jersey or Rhode Island, DHS says the search zones encompass the entire state. See No Free Speech Zone at www.nationallibertyalliance.org/docket

Immigrations and Customs Enforcement (ICE) and Customs and Border Protection (CBP) have a "longstanding constitutional and statutory authority permitting suspicion-less and warrant-less searches of merchandise at the border and its functional equivalent." This applies to electronic devices, according to the recent Office for Civil Rights and Civil Liberties (CRCL) "Border Searches of Electronic Devices" executive summary.

The overall authority to conduct border searches without suspicion or warrant is clear and longstanding, and courts have not treated searches of electronic devices any differently than searches of other objects. We conclude that CBP's and ICE's current border search policies comply with the Fourth Amendment. We also conclude that imposing a requirement that officers have reasonable suspicion in order to conduct a border search of an electronic device would be operationally harmful without concomitant civil rights/civil liberties benefits. However, we do think that recording more information about why searches are performed would help managers and leadership supervise the use of border search authority, and this is what we recommended; CBP has agreed and has implemented this change beginning in FY2012. The ACLU said, Wait one darn minute! Hello, what happened to the Constitution? Where is the rest of CLCR report on the "policy of combing through and sometimes confiscating travelers' laptops, cell phones, and other electronic devices even when there is no suspicion of wrongdoing?" DHS maintains it is not violating our constitutional rights, so the ACLU said: If it's true that our rights are safe and that DHS is doing all the things it needs to do to safeguard them, then why won't it show us the results of its assessment? And why would it be legitimate to keep a report about the impact of a policy on the public's rights hidden from the very public being affected?

Clearly past Administrations are guilty of waring against 𝔚e the 𝔓eople and if America is to Become Great Again it will require nothing short of the President Elect and his Administration working with 𝔚e the 𝔓eople to end the subversion and bring these traitorous servants to Justice.

𝔚e the 𝔓eople continue with an olive branch and will not pursue indictments against any public servants that cooperate with us to end this Orwellian nightmare. But the mighty hand of Justice surely will come down upon those who resist; resolute in the utmost consequences and without mercy.

SOVEREIGN SIOUX TRIBE - The federal and state governments have no authority to violate sovereign Native American owned land and burial sites on behalf of profits for a private corporation. This is more than just a private property issue it's a Sovereign State issue. 𝔚e

the People have had enough of the 200+ years of abuse against Sovereign Native Americans in the name of We the People. See <u>Sovereign Sioux Tribe</u> at www.national libertyalliance.org/docket

> RESERVATION OF SOVEREIGNTY: "*The Tribe's role as commercial partner with petitioners should not be confused with its role as sovereign. It is one thing to find that the Tribe has agreed to sell the right to use the land and take valuable minerals from it, and quite another to find that the Tribe has abandoned its sovereign powers simply because it has not expressly reserved them through a contract. To presume that a sovereign forever waives the right to exercise one of its powers unless it expressly reserves the right to exercise that power in a commercial agreement turns the concept of sovereignty on its head*. - MERRION ET AL., DBA MERRION & BAYLESS, ET AL. v. JICARILLA APACHE TRIBE ET AL. 1982 SCT 394, 455 U.S. 130, 102 S. Ct. 894, 71 L. Ed. 2d 21, 50 U.S.L.W. 4169 pp. 144-148

## XVII AMENDMENT NULL AND VOID

**DESTRUCTION OF THE BALANCE OF POWER:**    Our Constitution provided for a balance of power that was laid waste by the unratified, unconstitutional 17th Amendment, which was specifically forbidden by the Constitution itself and therefore "null and void" Furthermore the Seventeenth Amendment was never ratified and therefore it's not even a pretend law. See evidence document <u>17th Amendment Not Ratified.pdf</u> at https://www.nationalliberty alliance.org/docket "*Truth is stranger than fiction, but it is because Fiction is obliged to stick to possibilities; Truth isn't.*" - Mark Twain

> **United States Constitution Article V**: "*The Congress... shall propose amendments to this Constitution ... which, in either case, shall be valid to all intents and purposes, as part of this Constitution, <u>when ratified</u> ... <u>provided that ...no state, without its consent, shall be deprived of its equal suffrage</u>*[21] <u>*in the Senate.*</u>"

> **United States Constitution Article 1 Section 3** "*THE SENATE OF THE UNITED STATES shall be composed of <u>two Senators</u> from each state, <u>chosen by the legislature thereof</u>, for six years; and each Senator shall have one vote.*"

Clearly the Seventeenth Amendment deprives "<u>ALL</u>" States equal suffrage in the Senate! Thus, it is not a moot point! Therefore, like the Principle of the Kentucky Resolution written by Thomas Jefferson, the founder of our Republic, which stated that simply by "*declaring their illegality, announcing the strict constructionist theory of the federal government, and declaring nullification to be the rightful remedy.*" That is how the 17th amendment can be nullified. There need not be an act of Congress, there need not be an

---

[21] SUFFRAGE: A vote; the act of voting; the right of casting a vote.

amendment; governors and state legislators need only <u>declare</u>, <u>announce</u> and <u>act</u> by removing the unconstitutional senators and sending their own senators that will do the will of the state and restore the balance of power because "*An unconstitutional act is not law; it confers no right; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed.*" - Norton vs Shelby County 118 US 425 p. 442. "*No one is bound to obey an unconstitutional law and no courts are bound to enforce it.*" - 16th American Jurisprudence 2d, Section 177 late 2nd, Section 256.

> "*It is emphatically the province and duty of the judicial department to say what the law is. Those who apply the rule to particular cases, must of necessity expound and interpret that rule. If two laws conflict with each other, the courts must decide on the operation of each. So if a law be in opposition to the constitution; if both the law and the constitution apply to a particular case, so that the court must either decide that case con-formally to the law, disregarding the constitution; or conformably to the constitution, disregarding the law; the court must determine which of these conflicting rules governs the case. This is of the very essence of judicial duty. If, then, the courts are to regard the constitution, and the constitution is superior to any ordinary act of the legislature, the constitution, and not such ordinary act, must govern the case to which they may both apply... Certainly all those who have framed written constitutions contemplate them as forming the fundamental and paramount law of the nation, and consequently the theory of every such government must be, that <u>an act of the legislature repugnant to the constitution is void</u>. This theory is essentially attached to a written constitution, and is consequently to be considered by this court as one of the fundamental principles of our society. It is not therefore to be lost sight of in the further consideration of this subject. If an act of the legislature, repugnant to the constitution, is void,*" - Marbury -v- Madison

> "*Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them*" - Miranda v. Arizona, 384 U.S.

By constitutionally correcting, through nullification and action, the said unconstitutional seventeenth amendment nullification would permit the states to review all passed acts since November 1913 giving both equal suffrage to the States and a great opportunity to eradicate many unconstitutional acts such as the Federal Reserve Act, enacted December 23, 1913; the patriot act; homeland security act and much more.

*"Where powers are assumed which have not been delegated, a nullification of the act is the rightful remedy."* - Thomas Jefferson: Draft Kentucky Resolutions, 1798. ME 17:386.

**REPUBLIC VS DEMOCRACY:**   True democracy is the tyranny of the majority where laws change like the season, where rights become privileges given by man and eventually disproportionately applied. True democracy is mob rule. The collective conscience of the world is worldly and without the restraints and guidance of the Laws of Nature's God. A true democracy would be influenced by want and not principles. It would follow the prince and power of the air[22] and self-destruct. It would prescribe to right by might and not Justice where *"often a small but artful and enterprising minority of the community makes the public administration the mirror of the ill concerted and incongruous projects of faction, rather than the organ of consistent and wholesome plans digested by common councils and modified by mutual interests. However combinations or associations of the above description may now and then answer popular ends, they are likely, in the course of time and things, to become potent engines by which cunning, ambitious, and unprincipled men will be enabled to subvert the power of the people and to usurp for themselves the reins of government."* - George Washington

Our Founders very much feared creating a government that had too many aspects of a pure democracy. They feared the destructiveness that a majority might have in trying to make everyone equal, and in the process taking away property, rights of property, and with it our basic freedoms which they considered "God given Freedoms." The fear had good basis. Our Founders were all knowledgeable people, and all knew and discussed how all prior democracies ended in disastrous failures. American history reaches way back to the texts of Judaism and Christianity, to the glory and failure of democracy in Athens, to Rome, Feudal times, and more.

A democracy cannot exist as a permanent form of government. It can only exist until the voters discover that they can vote themselves benefits from the public treasury. From that moment on, the majority always votes for the candidates promising the most benefits from the public treasury with the result that a democracy always collapses over loose fiscal policy, always followed by a dictatorship. The average age of the world's greatest civilizations has been 200 years. These nations have progressed through this sequence: *"From bondage to spiritual faith; From spiritual faith to great courage; From courage to liberty; From liberty to abundance; From abundance to selfishness; From selfishness to apathy; From apathy to dependence; From dependence back into bondage."*

---

[22] **Ephesians 2:2** Wherein in time past ye walked according to the course of this world, according to the prince of the power of the air, the spirit that now worketh in the children of disobedience:

At the 1787 Constitutional Convention, Edmund Randolph said, "*... that in tracing these evils to their origin every man had found it in the turbulence and follies of democracy.*"

"*In a pure democracy, there is nothing to check the inducement to sacrifice the weaker party or the obnoxious individual.*" - James Madison, Federalist Paper No 10

"*Remember, democracy never lasts long. It soon wastes, exhausts, and murders itself. There never a democracy yet that did not commit suicide.*" - John Adams

Chief Justice John Marshall observed, "*Between a balanced republic and a democracy, the difference is like that between order and chaos.*" Thankfully, we do not live in a democracy. We live in a republic.

U.S. Constitution Article IV Section 4: "*The United States shall guarantee to every State in this Union a Republican Form of government...*"

America is "NOT" a democracy, the word democracy is not found in any of our founding documents. Our founding fathers did not speak kindly of democracy. Democracy is the prelude to oligarchy and upon that precipice America stands today. And to those oligarchs, hidden behind the Administration, We the People are terrorists, and we intend on routing them out.

In a Republic, government is under the rule of law; our American Republic is under the rule of Natures God and not men.

"*When in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation. We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed.*" - Declaration of Independence

Therefore, the United States and each sovereign State is a Republic, whose only purpose is to secure "Rights" as defined in the Constitution's Preamble and the Bill of Rights, and

governed by the Constitution ordained and established by We the People, under the Laws of Natures God a/k/a Common Law; where We the People choose our representatives democratically, where the States choose their representatives democratically and our Federal Government choose their officers democratically but all our representatives are govern by the law of the land thereby a Republic and not the whim of men.

**MILITIA NECESSARY TO SECURE A FREE STATE:**

> Amendment II *"A well-regulated Militia, being necessary to the security of a Free State, the right of the people to keep and bear Arms, shall not be infringed."*

We the Armed People of the United States of America did not authorize a Homeland Security (an armed government) to protect these United States. We the Armed People of the United States of America carefully and specifically ordained and established the Militia which is the unalienable right of We the Armed People of these United States of America to protect the Security of these United States to execute the laws of the union, to suppress insurrections and to repel invasions as so ORDERED below.

> U.S. Constitution Article I Section 8, Clause 15: *"The Congress shall have power to provide for calling forth the militia to execute the laws of the union, suppress insurrections and repel invasions;"*

> U.S. Constitution Article 1 Section 8 Clause 16: *"The Congress shall have power to provide for organizing, arming, and disciplining, the militia, and for governing such part of them as may be employed in the service of the United States, reserving to the states respectively, the appointment of the officers, and the authority of training the militia according to the discipline prescribed by Congress;"*

> U.S. Constitution Article II Section 2: *"The President shall be commander in chief of the Army and Navy of the United States, and of the militia of the several states, when called into the actual service of the United States."*

Congress needs to get their head out of the proverbial hole in the sand and start obeying the Law of the Land. They need to start providing for the organizing, arming, and disciplining of the militia and shut down the unconstitutional Homeland Security that is militarizing our out of control federal agencies, this is the real threat to America.

Congress needs to start reestablishing our Armories and stock them for the defense of America, for the security of a free state. Congress can start by disarming all federal agencies and turning over all their weapons and ammunition to the armory. Congress needs to take back all the militarized weapons that have been furnished to all law enforcement, including the Sheriff and turn it over to the armory.

SWAT should be in the hands of the only Constitutional Law Enforcement Office in America that can RESPONSIBLY exercise proper discretion, the Sheriff! There is a Sheriff in every county. If the FBI or other law enforcement agency needs SWAT they, can call the Sheriff. This militarizing of America MUST STOP, it's a threat to our Liberty and clearly those who have such equipment are not responsible and mature enough to have such power, nor should they.

THE LAW OF THE LAND:        We the People did not authorize our Constitution to be "interpreted" by BAR Lawyers who are unwittingly trained in the subversion of our Constitution. For a line by line recollection and understanding of the Constitution, read the Federalist and Anti-Federalist papers. We the People should not leave our Liberty in the hands of those who seek to control us. As Thomas Jefferson said, *"If a People want to be Ignorant and Free, they expect what Never was and Never will be!"*

> *"On every question of construction carry ourselves back to the time when the Constitution was adopted, recollect the spirit manifested in the debates and instead of trying what meaning may be squeezed out of the text or invented against it, conform to the probable one in which it was passed."*[23]

The main difference between the Common Law Courts our founding fathers provided and the Courts that the BAR has hijacked us into, is the former are Courts of Justice and the latter are Courts of law. Courts of Justice always consider law as it is written in the hearts of men, remedy to the injured party, mercy and nullification; whereas, courts of law are heartless considering only the will of the legislator.

> *"It is not honorable to take a mere legal advantage, when it happens to be contrary to justice."*[24]

---

[23] Thomas Jefferson to William Johnson, 1823. ME 15:449.
[24] Thomas Jefferson: Opinion on Debts due to Soldiers, 1790. ME 3:25.

Thomas Jefferson, the author of the Declaration of Independence and the man who discovered Americas Freedom Formula said the following concerning the interpretation of our Constitution:

*"The purpose of a written constitution is entirely defeated if, in interpreting it as a legal document, its provisions are manipulated and worked around so that the document means whatever the manipulators wish."* Jefferson recognized this danger and spoke out constantly for careful adherence to the Constitution as written, with changes to be made by amendment, <u>not by tortured and twisted interpretations of the text</u>.

*"Our peculiar security is in the possession of a written Constitution. Let us not make it a blank paper by construction."*[25] *"The Constitution to which we are all attached was meant to be republican* [NOT DEMOCRATIC]*, and we believe to be republican according to every candid interpretation. Yet we have seen it so interpreted and administered, as to be truly what the French have called, a monarchie masque."*[26],[27]

*"Laws are made for men of ordinary understanding and should, therefore, be construed by the ordinary rules of common sense. Their meaning is not to be sought for in metaphysical subtleties which may make anything mean everything or nothing at pleasure."*[28] *"Common sense* [is] *the foundation of all authorities, of the laws themselves, and of their construction."*[29]

*"The Constitution on which our Union rests, shall be administered by me [as President] according to the safe and honest meaning contemplated by the plain understanding of the people of the United States at the time of its adoption a meaning to be found in the explanations of those who advocated, not those who opposed it, and who opposed it merely lest the construction should be applied which they denounced as possible."*[30]

*"I do then, with sincere zeal, wish an inviolable preservation of our present federal Constitution, according to the true sense in which it was adopted by the States, that in*

---

[25] Thomas Jefferson to Wilson Nicholas, 1803. ME 10:419.
[26] **Masque:** A dramatic entertainment, usually performed by masked players representing mythological or allegorical figures, that was popular in England in the 1500s and early 1600s.
[27] Thomas Jefferson to Robert R. Livingston, 1800. ME 10:177.
[28] Thomas Jefferson to William Johnson, 1823. ME 15:450.
[29] Thomas Jefferson: Batture at New Orleans, 1812. ME 18:92.
[30] Thomas Jefferson: Reply to Address, 1801. ME 10:248.

*which it was advocated by its friends, and not that which its enemies apprehended, who therefore became its enemies.*"[31]

"*It is a rule, where expressions are susceptible of two meanings, to recur to other explanations. Good faith is in favor of this recurrence.*"[32] "*Whenever the words of a law will bear two meanings, one of which will give effect to the law, and the other will defeat it, the former must be supposed to have been intended by the Legislature, because they could not intend that meaning, which would defeat their intention, in passing that law; and in a statute, as in a will, the intention of the party is to be sought after.*"[33]

"*It was understood to be a rule of law that where the words of a statute admit of two constructions, the one just and the other unjust, the former is to be given them.*"[34] "*When an instrument admits two constructions, the one safe, the other dangerous, the one precise, the other indefinite, I prefer that which is safe and precise. I had rather ask an enlargement of power from the nation, where it is found necessary, than to assume it by a construction which would make our powers boundless.*"[35] "*Where a phrase is susceptible of two meanings, we ought certainly to adopt that which will bring upon us the fewest inconveniences.*"[36]

"*The general rule [is] that an instrument is to be so construed as to reconcile and give meaning and effect to all its parts.*"[37] "*In every event, I would rather construe so narrowly as to oblige the nation to amend, and thus declare what powers they would agree to yield, than too broadly, and indeed, so broadly as to enable the executive and the Senate to do things which the Constitution forbids.*"[38]

"*The government will certainly decide for itself on whose counsel they will settle the construction of the laws they are to execute. We are to look at the intention of the Legislature, and to carry it into execution while the lawyers are nibbling at the words of*

---

[31] Thomas Jefferson to Elbridge Gerry, 1799. ME 10:76.
[32] Thomas Jefferson to William Short, 1791. ME 8:186.
[33] Thomas Jefferson to Albert Gallatin, 1808. ME 12:110.
[34] Thomas Jefferson to Isaac McPherson, 1813. ME 13:326.
[35] Thomas Jefferson to Wilson Nicholas, 1803. ME 10:418.
[36] Thomas Jefferson: Opinion on Apportionment Bill, 1792. ME 3:208.
[37] Thomas Jefferson, 1816. ME 14:445.
[38] Thomas Jefferson: The Anas, 1793. ME 1:408.

the law."[39] *"The [legislature's] laws have always some rational object in view; and are so to be construed as to produce order and justice."*[40]

**PROVIDING AN EDUCATION:**   Governments have-not, will not or cannot provide for a proper constitutional education for elected and appointed government servants and the People. Therefore, 𝔚e the 𝔓eople formed www.NationalLibertyAlliance.org (NLA) to provide that education. The purpose of NLA is to facilitate an education, communication and provide an assembly place for the People.

**EXECUTIVE ORDERS:**   The Presidents executive orders can only be directed to cabinet members, federal agencies, armed forces and militia when called into service. Congress cannot vest additional powers to the President that were not vested in him through the Constitution. The President does not have legislative powers.

The purpose of the Executive Order is to insure the President's "will" upon the agencies when necessary, the President has a sworn duty to govern under the law, by the law. The remedy to lawlessness is the Law!

> *"Crime is contagious. If the Government becomes a lawbreaker, it breeds contempt for law; it invites every man to become a law unto himself; it invites anarchy."* - Olmstad v. United States, (1928) 277 U.S. 438

We advise you Mr. President elect to support the 𝔓eople by simply obeying the Law and requiring your cabinet and all subservient agencies to do the same. You can solve the aforementioned grievances with the stroke of a pen by using your proper power of "executive orders" and the bully pulpit of the Administration to lead our legislative and judicial branches to do the same and then and only then will 𝔚e the 𝔓eople enjoy the fruits of Liberty again.

The following proposed executive order(s), with enforcement if necessary, will bring these government agencies back under the *"chains of the Constitution"* and through 𝔚e the 𝔓eoples' Common Law Grand Jurys return government by consent of the People back to 𝔚e the 𝔓eople and then America will be great again!

---

[39] Thomas Jefferson to Albert Gallatin, 1808. ME 12:168.
[40] Thomas Jefferson: Batture at New Orleans, 1812. ME 18:122.

# ℙroposed 𝔼xecutive 𝕆rder

**Dated**

**Directed To:** All Departments (Secretaries) and subservient Federal Agencies.

By virtue of the authority vested in me as President of the United States, it is ordered as follows:

> TAKE NOTICE: "*Crime is contagious. If the Government becomes a lawbreaker, it breeds contempt for law; it invites every man to become a law unto himself; it invites anarchy.*" - Olmstad v. United States, (1928) 277 U.S. 438

1) It is the policy of this Administration that all Appointed Government Officials of the United States and all Agency heads and all government employees are expected to have read and understand the Constitution for the United States of America, Bill of Rights and the Declaration of Independence in order to honor your oath and obey the Law of the Land; Article VI Clauses 2 and 3: (Free Constitutional and civics courses are available at www.nationallibertyalliance.org/).

   > "*This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; ..., anything in the Constitution or laws of any State to the contrary notwithstanding.*"

   > "*... All executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution.*"

2) All federal servants are expected to know by what authority you act, be advised BAR attorneys are unwittingly trained to subvert the Constitution. It's up to you to know because you took the oath.

   > "*Laws are made for men of ordinary understanding and should, therefore, be construed by the ordinary rules of common sense. Their meaning is not to be sought for in metaphysical subtleties which may make anything mean everything or nothing at pleasure.*" - Thomas Jefferson to William Johnson, 1823; ME 15:450 "*Common sense* [is] *the foundation of all authorities, of the laws themselves, and of their construction.*" - Thomas Jefferson: Batture at New Orleans, 1812. ME 18:92

3) No Military Force is to be implemented against the People. Such an act would be high treason in violation of the Posse Comitatus Act, 18 U.S. Code, Section 1385.

Presidents cannot use executive orders to bypass the Law of the Land. Congress was vested with the power to legislate by the People, Presidents were not, nor can Congress empower the President with legislated powers. Vested rights are not transferable, only the People can ordain and establish powers and authority. Therefore, executive orders cannot create power nor exercise powers not vested by the People.

4) If elected, appointed or employed federal agents are exercising powers that were not empowered by the Constitution, they are acting under the color of law and subject to criminal prosecution.

> "*Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts And the law is the definition and limitation of power.*" - Yick Wo v. Hopkins, 118 US 356, 370

5) Therefore the militarization of federal agencies is a tyrant's way of covertly transferring military powers to federal agencies by executive order to be used against the People in violation of Posse Comitatus. It was by these words and then his actions to militarize federal agencies that President Barack Obama committed acts of treason.

> "*We cannot continue to rely only on our military in order to achieve the national security objectives that we've set. We've got to have a civilian national security force that's just as powerful, just as strong, just as well-funded.*" - President Barack Obama

6) Militarized federal agencies including the DHS are not needed to execute the laws of the union, suppress insurrections and repel invasions because the Constitution already provides for those emergencies, any substitution would be subversion:

> Article I, Section 8 Clause 15: "*The Congress shall have power to provide for calling forth the militia to execute the laws of the union, suppress insurrections and repel invasions;*"

> Posse Comitatus Act, 18 U.S. Code, Section 1385: "*Whoever, except in cases and under circumstances expressly authorized by the Constitution or Act of Congress, willfully uses any part of the Armed Force as a posse comitatus or otherwise to execute the laws shall be fined not more than $10,000 or imprisoned not more than two years, or both.*"

7) No federal agency including law enforcement is to be militarized and all federal agencies atr ordered to dispose of all military equipment and ammunition by turning over said arms to the DOJ for redistribution to state armories.

8) All Agencies except law enforcement agencies are to disarm.

9) All law enforcement is to be performed by agencies under the Department of Justice.

10) Federal agencies do not have jurisdiction in U.S. Counties and when executing a warrant, the Sheriff is to be notified to confirm Constitutional compliance. If the Sheriff feels it is necessary, he is to oversee the warrant execution.

11) No law enforcement federal agency is to have SWAT teams and is ordered to dispose of all SWAT equipment and ammunition by turning over said arms to the DOJ for redistribution to County Sheriffs.

12) If SWAT is necessary to execute a warrant UPON KNOWN VIOLENT CRIMINALS, the Sherriff is to be notified for SWAT assistance for the arrest.

13) IRS Liens are a process in-rem under maritime law and therefore the law requires that all warrants and liens are to be accompanied by Federal Form 4490 "Proof of Claim" and Federal Form 56 "Proof of Fiduciary Relationship" with proof of filing at the Federal District Court where the warrant or lien is to be executed and service is to be accompanied by the County Sheriff for Constitutional compliance.

14) IRS cases are administrative processes on non-violent People. A court summons is sufficient to summons the person to court. It would then be the decision of the court if an arrest warrant is to be issued.

15) Federal agents are to notify the County Sheriff to lawfully execute all federal warrants

16) Government agents are not to violate the unalienable rights of the People.

17) Government agents are not to approach the People in full military gear.

18) Government agents are not to intimidate or threaten the People nor detain the People without a "LAWFUL" warrant.

19) Federal agents who are masked to hide their identity and to intimidate are committing an act of terror.

20) DHS is to cease all illegal wiretapping and spying on the American People.

21) BOP[41] & US Marshals, Dieseling Therapy is cruel and unusual punishment and a criminal offense. See Dieseling Therapy https://www.nationallibertyalliance.org/docket

22) BOP & US Marshals, shackling prisoners to the floor for days so they are unable to reach a toilet and thereby forced to lay in feces, are committing cruel and unusual punishment, a criminal offense.

23) BOP & US Marshals, putting prisoners in cold cells without blankets and pillows are also committing cruel and unusual punishment, a criminal offense.

24) BOP & US Marshals, prisoner beat downs are cruel and unusual punishment and a criminal offense; formal investigations are required for all complaints. It is a criminal offence of conspiracy for any cover up.

---

[41] Federal Bureau of Prisons.

**Redress of Grievances**          Page **39** of **41**                    **President**

25) Solitary confinement for protective custody is cruel and unusual punishment and a criminal offense.
26) Political prisoners are to be released immediately.
27) BOP & U.S. Marshals, secret prisons are to be shut down immediately.
28) IRS debtor prisoners are to be released immediately.
29) U.S. Marshals in their federal capacity, are first and foremost Constitutional Law Enforcers equivalent to the County Sheriff and are to protect the rights of the People above all other duties. Marshals are appointed by the president and cannot be un-appointed or fired; removal from office requires impeachment or indictment.
30) U.S. Marshals work for the Justice System (court) on behalf of the People and not the judge, prosecutor or president.

IN CONCLUSION: (Our answer to Nay-Saying BAR) *If, then, the courts are to regard the constitution, and the constitution is superior to any ordinary act of the legislature, the constitution, and not such ordinary act, must govern the case to which they may both apply… Certainly all those who have framed written constitutions contemplate them as forming the fundamental and paramount law of the nation, and consequently the theory of every such government must be, that an act of the legislature repugnant to the constitution is void. This theory is essentially attached to a written constitution, and is consequently to be considered by this court as one of the fundamental principles of our society.*" - Marbury v. Madison

Attached please find our Redress of Grievances, in this court of record, to our Judiciary, Legislators and our Governors along with other supporting documents which can also be found at https://www.nationallibertyalliance.org/docket. By this action at law, 𝔚e the 𝔓eople are officially reporting subversion within all branches of government against the United States by enemies both foreign and domestic.

Regardless of what extortion the "powers that be" will stoop themselves to maintain the status quo, we reject and stand on Principle and rely on God to control the outcome. Therefore, 𝔚e the 𝔓eople will accept nothing but 100% total acknowledgement of the Law of the Land and obedience to the same. The greatest protection against these subverts is to reveal the light of truth and stand together, we must keep them so busy on offence that they cannot respond with a covert defense even when none pursue them[42].

---

[42] **Lev 26:** [15]And if ye shall despise my statutes, or if your soul abhor my judgments, so that ye will not do all my commandments, [but] that ye break my covenant: [16] I also will do this unto you; I will even appoint over you terror, consumption, and the burning ague, that shall consume the eyes, and cause sorrow of heart: and ye shall sow your seed in vain, for your enemies shall eat it. [17] And I will set my face against you, and ye shall be slain before your enemies: they that hate you

In closing, we end with the words of the last President that tried to save our Republic, unfortunately the People were not listening and he stood alone on that fateful day. Today we HEAR and we WILL unite behind the President Elect brave enough to lead us back to the Promised Land under the will of the King of our court, one Nation under Him.

> *"A revolution is coming – a revolution which will be peaceful if we are wise enough; compassionate if we care enough; successful if we are fortunate enough – but a revolution which is coming whether we will it or not. We can affect its character; we cannot alter its inevitability"* - **President JFK**

The Unified United States Common Law Grand Jury will be JFK's Peaceful, Wise, and Compassionate affect upon the character of that Inevitable Revolution. We the People Trust that we stand here today at that Precipice, with you Mr. President Elect.

Wherefore, you need not respond in writing Mr. President Elect; We the People will expect your response in words at your inauguration and through your Actions[43] in your first hundred days of office, after which, if necessary, we will reply with a "Show Cause".


SEAL

**DATED**: December 13, 2016

_____
Grand Jury Foreman

---

shall reign over you; and ye shall flee when none pursueth you. [18] And if ye will not yet for all this hearken unto me, then I will punish you seven times more for your sins. ... [36] And upon them that are left [alive] of you I will send a faintness into their hearts in the lands of their enemies; and the sound of a shaken leaf shall chase them; and they shall flee, as fleeing from a sword; and they shall fall when none pursueth. [37] And they shall fall one upon another, as it were before a sword, when none pursueth: and ye shall have no power to stand before your enemies.
[43] **Psalms 106:3** Blessed are they that keep judgment, and he that doeth righteousness at all times.

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF NEW YORK
• 445 Broadway; Albany, NY. 12207-2936 •

**Unified United States Common Law Grand Jury;** [1]                    **Sureties of the Peace** [2]
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY:

| | |
|---|---|
| Grand Jury, Sovereigns of the Court<br><br>We the People<br><br>- Against -<br><br>U.S. Congress; U.S. President, Elect;<br>State Governors (50); U.S. Supreme Court<br>Defendants | Jurisdiction: Court of Record, under<br>        the rules of Common Law [3]<br>Action at law: [4]<br><br>Case NO:<br>Magistrate:<br>    **MEMORANDUM OF LAW**<br>    **IN SUPPORT OF JURISDICTION** |

## AUTHORITY

The unalienable right of the sovereign People to self-governance was ordained by God, established in the Declaration of Independence and ordained by We the People who are the authority of all law. *"We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness. <u>That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the</u>*

---

[1] **The UUSCLGJ** is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.

[2] **SURETIES OF THE PEACE:** If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government, we will immediately grant full justice therein. Magna Carta Paragraph 52.

[3] **"A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J.  See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[4] **AT LAW:** Bouvier's; This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.

*governed, That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness.*" Any servant who resists these truths "Wars against the Governor of the Universe and Wars against 𝔚e the 𝔓eople".

"*Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts And the law is the definition and limitation of power…*" - Yick Wo v. Hopkins, 118 US 356, 370

𝔚e the 𝔖overeign 𝔓eople of the United States of America on March 4th 1789 birthed a Nation "*…in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity ordained and established this Constitution for the United States of America.*" - Preamble

𝔚e the 𝔓eople ordained through Article III Section 1 the creation of one Supreme Court with vested judicial powers and also ordained Congress with the authority to ordain and establish inferior courts with vested judicial powers.

> **28 U.S. Code § 132** - Creation and composition of district courts (a) There shall be in each judicial district a district court which shall be a court of record known as the United States District Court for the district. (b) Each district court shall consist of the district judge or judges for the district in regular active service. Justices or judges designated or assigned shall be competent to sit as judges of the court. (c) Except as otherwise provided by law, or rule or order of court, the judicial power of a district court with respect to any action, suit or proceeding may be exercised by a single judge, who may preside alone and hold a regular or special session of court at the same time other sessions are held by other judges.

In Article III Section 1, 𝔚e the 𝔓eople established that judges may hold their office only during "good behavior" which we defined in Article VI clause 2 whereby, "obedience to the supreme law of the land" is good behavior.

"*This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the*

*authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.*"

Failure of a judge to be in good behavior[5] requires removal from office.

## CONGRESS IS A CREATURE[6] OF THE LAW WITH CLIPPED AUTHORITY[7]

In the unauthorized creation by the 41st Congress who acted without constitutional authority, an act of fraud, conspiracy and subversion against the United States of America in the creation of a foreign state within our Federal City. Only People can ordain and establish Laws[8] and governments[9]. Only People are endowed by the Creator with certain unalienable rights; governments are not! Consequently, in congruence with Marbury v Madison, all latter construction based upon the Organic Act of 1871 is as null and void as is the Act.

Said Act attempted to supplant our Republican Form of Government that our servants were entrusted to guarantee. This criminally created a foreign venue[10] (Sovereign State) proceeding under fiction of law[11]. Any court resting upon said Act is a de facto court[12].

---

[5] **FAILURE OF GOOD BEHAVIOR:** "Enumerated in statute as ground for removal of a civil service employee means behavior contrary to recognized standards of propriety and morality, misconduct or wrong conduct." State ex rel. Ashbaugh v. Bahr, 68 Ohio App. 308, 40 N.E.2d 677, 680, 682.

[6] **ENS LEGIS.** L. Lat. Blacks 4th; A creature of the law; an artificial being, as contrasted with a natural person.

[7] **CLIPPED SOVEREIGNTY:** In the relations of the several states of the United States to other nations, the states have what is termed a clipped sovereignty. Anderson v. N. V. Transandine Handelmaatschappij, Sup., 28 N.Y.S.2d 547, 552.

[8] **PREAMBLE:** "We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America."

[9] **GOVERNMENT:** "Republican Government; one in which the powers of sovereignty are vested in the people and are exercised by the people" In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627. Black's Law Dictionary, Fifth Edition, p. 626.

[10] **VENUE:** "Venue" does not refer to jurisdiction at all. Arganbright v. Good, 46 Cal.App.2d Super. 877, 116 P.2d 186. "Jurisdiction" of the court means the inherent power to decide a case, whereas "venue" designates the particular county or city in which a court with jurisdiction may hear and determine the case. Southern Sand & Gravel Co. v. Massaponax Sand & Gravel Corporation, 145 Va. 317, 133 S.E. 812, 813. Stanton Trust and Savings Bank v. Johnson, 104 Mont. 235, 65 P.2d 1188, 1189. In the common-law practice, that part of the declaration in an action which designates the county in which the action is to be tried. Sweet. Also, the county (or geographical division) in which an action or prosecution is brought for trial, and which is to furnish the panel of jurors. Armstrong v. Emmet, 41 S.W. 87, 16 Tex.Civ.App. 242; Paige v. Sinclair, 130 N.E. 177, 178, 237 Mass. 482; Commonwealth v. Reilly, 324 Pa. 558, 188 A. 574, 579; Heckler Co. v. Incorporated Village of Napoleon, 56 Ohio App. 110, 10 N.E.2d 32, 35. It relates only to place where or territory within which either party may require case to be tried. Cushing v. Doudistal, 278 Ky. 779, 129 S.W.2d 527, 528, 530. It has relation to convenience of litigants and may be waived or laid by consent of parties. Iselin v. La Coste, C.C.A.La., 147 F. 2d 791, 795.

[11] **FICTION OF LAW:** Something known to be false is assumed to be true. Ryan v. Motor Credit Co., 130 N.J.Eq. 531, 23 A.2d 607, 621. that statutes which would deprive a citizen of the rights of person or property without a regular trial, according to the course and usage of common law, would not be the law of the land. Hoke vs. Henderson,15, N.C.15,25 AM Dec 677. A

Any judge acting under such fiction of law denies due process[13] and is acting in excess of their judicial authority[14], in collusion, under color of law[15], thereby losing judicial immunity[16]. Therefore, any judicial reliance upon said act is injudicious.

## WHEN COURTS RESIST THE CONSTITUTION

"*It will be an evil day for American Liberty if the theory of a government outside supreme law finds lodgment in our constitutional jurisprudence. No higher duty rests upon this Court than to exert its full authority to prevent all violations of the principles of the Constitution.*" - 5 Downs v. Bidwell, 182 U.S. 244 (1901)

**A LAW REPUGNANT TO THE CONSTITUTION IS VOID** "*If then the courts are to regard the constitution; and the constitution is superior to any ordinary act of the legislature; the constitution, and not such ordinary act, must govern the case to which they both apply. Those then who resist the principle that the constitution is to be considered, in court, as a paramount law, are reduced to the necessity of maintaining that courts must close their eyes on the constitution, and see only the law. This doctrine would subvert the very foundation of all written constitutions. It would declare that an act, which, according to the principles and theory of our government, is entirely void, is yet, in practice, completely obligatory. It would declare, that if the legislature shall do what is expressly forbidden, such act, notwithstanding the express prohibition, is in reality effectual. It would be giving to the legislature a practical and real omnipotence with the same breath*

---

rule of law which assumes as true, and will not allow to be disproved, something which is false, but not impossible. Best, Ev. 419.

[12] **DE FACTO GOVERNMENT:** One that maintains itself by a display of force against the will of the rightful legal government and is successful, at least temporarily, in overturning the institutions of the rightful legal government by setting up its own in lieu thereof. Wortham v. Walker, 133 Tex. 255, 128 S.W.2d 1138, 1145.

[13] **DUE COURSE OF LAW**, this phrase is synonymous with "due process of law" or "law of the land" and means law in its regular course of administration through courts of justice. - Kansas Pac. Ry. Co. v. Dunmeyer 19 KAN 542.

[14] **EXCESS OF JUDICIAL AUTHORITY:** Acts in excess of judicial authority constitutes misconduct, particularly where a judge deliberately disregards the requirements of fairness and due process. Cannon v. Commission on Judicial Qualifications, (1975) 14 Cal. 3d 678, 694; Society's commitment to institutional justice requires that judges be solicitous of the rights of persons who come before the court. Geiler v. Commission on Judicial Qualifications, (1973) 10 Cal.3d 270, 286.

[15] **COLOR OF LAW:** The appearance or semblance, without the substance, of legal right. State v. Brechler, 185 Wis. 599, 202 N.W. 144, 148. Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state, is action taken under "color of state law." Atkins v. Lanning, 415 F. Supp. 186, 188.

[16] **JUDICIAL IMMUNITY:** "... the particular phraseology of the constitution of the United States confirms and strengthens the principle, supposed to be essential to all written constitutions, that a law repugnant to the constitution is void, and that courts, as well as other departments, are bound by that instrument." ... "In declaring what shall be the supreme law of the land, the Constitution itself is first mentioned; and not the laws of the United States generally, but those only which shall be made in pursuance of the Constitution, have that rank". ... "All law (rules and practices) which are repugnant to the Constitution are VOID". ... Since the 14th Amendment to the Constitution states "NO State (Jurisdiction) shall make or enforce any law which shall abridge the rights, privileges, or immunities of citizens of the United States nor deprive any citizens of life, liberty, or property, without due process of law, ... or equal protection under the law", this renders judicial immunity unconstitutional. Marbury v. Madison, 5 U.S. (2 Cranch) 137, 180 (1803); There is a general rule that a ministerial officer who acts wrongfully, although in good faith, is nevertheless liable in a civil action and cannot claim the immunity of the sovereign. Cooper v. O'Conner, 99 F.2d 133.

*which professes to restrict their powers within narrow limits. It is prescribing limits, and declaring that those limits may be passed at pleasure... Thus, the particular phraseology of the constitution of the United States confirms and strengthens the principle, supposed to be essential to all written constitutions, that a law repugnant to the constitution is void, and that courts, as well as other departments, are bound by that instrument.*" - Marbury v. Madison, 5 U.S. 137 (1803) 5 U.S. 137 (Cranch) 1803

"*Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them*" - Miranda v. Arizona, 384 U.S. 436, 491

"*No judicial process, whatever form it may assume, can have any lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued; and an attempt to enforce it beyond these boundaries is nothing less than lawless violence.*" - Ableman v. Booth, 21 Howard 506 (1859)

"*We (judges) have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given.   The one or the other would be treason to the Constitution.*" - Cohen v. Virginia, (1821), 6 Wheat. 264 and U.S. v. Will, 449 U.S. 200

"*... that statutes which would deprive a citizen of the rights of person or property without a regular trial, according to the course and usage of common law, would not be the law of the land.*"  - Hoke vs. Henderson,15, N.C.15,25 AM Dec 677

**WHEN AN OATH BECOMES EQUALLY A CRIME** "*It is in these words: 'I do solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich; and that I will faithfully and impartially discharge all the duties incumbent on me as according to the best of my abilities and understanding, agreeably to the constitution and laws of the United States.' Why does a judge swear to discharge his duties agreeably to the constitution of the United States, if that constitution forms no rule for his government? if it is closed upon him and cannot be inspected by him. If such be the real state of things, this is worse than solemn mockery. To prescribe, or to take this oath, becomes equally a crime.*" - Marbury v. Madison, 5 U.S. 137 (1803) 5 U.S. 137 (Cranch) 1803

## WE THE PEOPLE ARE SOVEREIGN

Plaintiffs are free and independent sovereign People with the unalienable right of due process and with no contract with any administrative (foreign) court. Thereby, they owe

the State nothing and are under no obligation that would require the plaintiffs to seek leave from any servant who has no jurisdiction or authority over the plaintiffs. We are not "subjects of the state" but the "masters thereof":

> "*It is the public policy of this state that public agencies exist to aid in the conduct of the people's business.... The people of this state do not yield their sovereignty to the agencies which serve them. ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves...*" - CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL (1793) pp471-472

> "*The very meaning of 'sovereignty' is that the decree of the sovereign makes law.*" - American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047

> "*Under federal Law, which is applicable to all states, the U.S. Supreme Court stated that "if a court is without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void, and form no bar to a recovery sought, even prior to a reversal in opposition to them. They constitute no justification and all persons concerned in executing such judgments or sentences are considered, in law, as trespassers.*" - Basso v. UPL, 495 F. 2d 906; Brook v. Yawkey, 200 F. 2d 633; Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828)

## COURTS OF RECORD
## PROCEED ACCORDING TO THE COURSE OF COMMON LAW

"*Courts of Record and Courts not of Record the former being those whose acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony, and which have power to fine or imprison for contempt. Error lies to their judgments, and they generally possess a seal. Courts not of record are those of inferior dignity, which have no power to fine or imprison, and in which the proceedings are not enrolled or recorded.*" - 3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231

*"A Court of Record is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial."* - Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J.  See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689

*"Decisions of an inferior court are subject to collateral attack. In other words, in a superior court one may sue an inferior court directly, rather than resort to appeal to an appellate court. Decision of a court of record may not be appealed. It is binding on ALL other courts. However, no statutory or constitutional court (whether it be an appellate or supreme court) can second guess the judgment of a court of record. The judgment of a court of record whose jurisdiction is final, is as conclusive on all the world as the judgment of this court would be. It is as conclusive on this court as it is on other courts. It puts an end to inquiry concerning the fact, by deciding it."* - Ex parte Watkins, 3 Pet., at 202-203. cited by SCHNECKLOTH v. BUSTAMONTE, 412 U.S. 218, 255 (1973)

A court of record is a superior court. A court not of record is an inferior court. Inferior courts are those whose jurisdiction is limited and special and whose proceedings are not according to the course of the common law. Criminal courts proceed according to statutory law. Jurisdiction and procedure is defined by statute. Likewise, civil courts and admiralty courts proceed according to statutory law. Any court proceeding according to statutory law is not a court of record (which only proceeds according to common law); it is an inferior court.

The only inherent difference ordinarily recognized between superior and inferior courts is that there is a presumption in favor of the validity of the judgments of the former, none in favor of those of the latter, and that a superior court may be shown not to have had power to render a particular judgment by reference to its record. Note, however, that a "superior court" is the name of a particular court. But when a court acts by virtue of a special statute conferring jurisdiction in a certain class of cases, it is a court of inferior or limited jurisdiction for the time being, no matter what its ordinary status may be.

## COMMON LAW

Unalienable Rights are the spirit of Common Law, the Law of our Creator and not of man. All Law is to be understood in light of our Unalienable Rights. Any law repugnant to that spirit is by nature's Creator "Null and Void". The Law of the Land a/k/a the Constitution

for the United States of America [Article VI] and its Cap-Stone Bill of Rights, which is the Crown of our Law, were framed from the Declaration of Independence. These are all Common Law documents that were constructed upon Common Law Principles. To deny Common Law is to deny these documents.

*We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights that among these are Life, Liberty and the pursuit of Happiness.* Declaration of Independence

**Amendment VII** - *In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any Court of the United States, than according to the rules of the common law.*

*"Synopsis of Rule of Law: The Supreme Court has the implied power from the United States Constitution to review acts of Congress and to declare them void if they are found to be repugnant to the Constitution."* - **Marbury v. Madison: 5 US 137 (1803);** All cases which have cited Marbury v. Madison case, to the Supreme Court has not ever been over turned. - **See Shephard's Citation of Marbury v. Madison.**

*"... This brings us to the second inquiry; which is, (2) If he has a right, and that right has been violated, do the laws of his country afford him a remedy? [5 U.S. §137, 163] The very essence of civil liberty certainly consists in the right of every individual to claim the protection of the laws, whenever he receives an injury. One of the first duties of government is to afford that protection. In Great Britain the king himself is sued in the respectful form of a petition, and he never fails to comply with the judgment of his court.*

*In the third volume of his Commentaries, page 23, Blackstone states two cases in which a remedy is afforded by mere operation of law. 'In all other cases,' he says, 'it is a general and indisputable rule, that where there is a legal right, there is also a legal remedy by suit or action at law whenever that right is invaded.' And afterwards, page 109 of the same volume, he says, 'I am next to consider such injuries as are cognizable by the courts of common law. And herein I shall for the present only remark, that all possible injuries whatsoever, that did not fall within the exclusive cognizance of either the ecclesiastical, military, or maritime tribunals, are, for that very reason, within the cognizance of the common law courts of justice; for it is a settled and invariable principle in the laws of England, that every right, when withheld, must have a remedy, and every injury its proper redress.'*

*The government of the United States has been emphatically termed a government of laws, and not of men. It will certainly cease to deserve this high appellation, if the laws furnish no remedy for the violation of a vested legal right. If this obloquy is to be cast on the jurisprudence of our country, it must arise from the peculiar character of the case. It behoves us then to inquire whether there be in its composition any ingredient which shall exempt from legal investigation, or exclude the injured party from legal redress. In pursuing this inquiry the first question which presents itself, is, whether this can be arranged [5 U.S. 137, 164] with that class of cases which come under the description of damnum absque injuria-a loss without an injury. ... If any statement, within any law, which is passed, § unconstitutional, the whole law is unconstitutional.*" - **Marbury v. Madison: 5 US 137 (1803)**

"*The Court of Appeals' rule would neither preserve nor enhance the traditional functioning of the grand jury that the "common law" of the Fifth Amendment demands.*" - United States v Williams

"*If a federal town be necessary for the residence of congress and the public officers, it ought to be a small one, and the government of it fixed on republican and common law principles, carefully enumerated and established by the constitution. it is true, the states, when they shall cede places, may stipulate that the laws and government of congress in them shall always be formed on such principles.*" - Anti Federalist No 41-43 (Part II)

"*The 41st patagraph of the NYS Constitution provides that the trial by jury remain inviolate forever; that no acts of attainder shall be passed by the legislature of this State for crimes other than those committed before the termination of the present war. And that the legislature shall at no time hereafter institute any new courts but such as shall proceed according to the course of the common law, no legislation, in conflict with the Common Law, is of any validity.*" - Anti Federalist No 45

"*The common law is sometimes called, by way of eminence, lex terrae, as in the statute of Magna Carta, chap. 29, where certainly the common law is principally intended by those words, aut per legem terrae; as appears by the exposition thereof in several subsequent statutes; ... This common law, or "law of the land," the king was sworn to maintain. This fact is recognized by a statute made at Westminster, in 1346, by Edward III., which commences in this manner:*" - Trial by Jury by Lysander Spooner

**CONCLUSION:** All Article III courts are courts of record and are to proceed under the rules of common law. Common law is nature's law ordained by God. Constitutions are an unalienable right ordained by sovereign People. Legislators are bound by the chains of the Constitution and have no authority to create governments or write laws outside those bonds. Any judge resting in fiction of law proceeds under the color of law and losses all immunity. Decisions of such an inferior court are subject to collateral attack. In other words, in a superior court one may sue an inferior court directly, rather than resort to appeal to an appellate court.

Dated: December 13, 2016

SEAL

_____
Grand Jury Foreman

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF NEW YORK
• 445 Broadway; Albany, NY. 12207-2936 •

**Unified United States Common Law Grand Jury;** [1]                  **Sureties of the Peace** [2]
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY:

| | |
|---|---|
| Grand Jury, Sovereigns of the Court<br>**We the People**<br><br>- Against -<br><br>U.S. Congress; U.S. President, Elect;<br>State Governors (50); U.S. Supreme Court<br>Defendants | Jurisdiction: Court of Record, under<br>the rules of Common Law [3]<br>Action at law: [4]<br><br>Case NO:<br>Magistrate:<br>**MEMORANDUM**<br>**JURY TAMPERING & STACKING** |

## FEDERAL TRIAL HANDBOOK TAMPERS WITH THE JURY
## AND ROBS THEIR SOVEREIGN RIGHT TO JUDGE

The federal trial handbook, in an effort to taint and control the jury, repeats twelve (12) times that the judge is to decide the law and not the jury. Joseph Goebbels, Adolf Hitler's Propaganda Minister, said: "*If you repeat a lie often enough, people will believe it, and you will even come to believe it yourself.*" Vladimir Lenin, the Russian communist revolutionary, said: "*A lie told often enough becomes the truth*".

---

[1] **The UUSCLGJ** is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.

[2] **SURETIES OF THE PEACE:** If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government, we will immediately grant full justice therein. Magna Carta Paragraph 52.

[3] "**A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J.  See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[4] **AT LAW:** Bouvier's; This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.

Twelve Lies (See evidence document at www.nationallibertyalliance.org/docket Federal Trial Jury Handbook:

- Page 1 The judge determines the law to be applied in the case, while the jury decides the facts.
- Page 3 The judge in a criminal case tells the jury what the law is. The jury must determine what the true facts are. On that basis, the jury has only to determine whether the defendant is guilty or not guilty of each offense charged. The subsequent sentencing is the sole responsibility of the judge. In other words, in arriving at an impartial verdict as to guilt or innocence of a jury defendant, the jury is not to consider a sentence.
- Page 8 The law is what the presiding judge declares the law to be, not what a juror believes it to be or what a juror may have heard it to be from any source other than the presiding judge.
- Page 9 It is the jury's duty to reach its own conclusion(s) based on the evidence. The verdict is reached without regard to what may be the opinion of the judge as to the facts maybe, although as to the law, the judge's charge controls.
- Page 9 In both civil and criminal cases, it is the jury's duty to decide the facts in accordance with the principles of law laid down in the judge's charge to the jury. The decision is made on the evidence introduced, and the jury's decision on the facts is usually final.
- Page 10 Jurors should give close attention to the testimony. They are sworn to disregard their prejudices and follow the court's instructions. They must render a verdict according to their best judgment.
- A juror should also disregard any statement by a lawyer as to the law of the case if it is not in accord with the judge's instructions.
- Finally on page 12 we read: The Sixth Amendment's guarantee of a trial by an impartial jury requires that a jury's verdict must be based on nothing else but the evidence and law presented to them in court. The words of Supreme Court Justice Oliver Wendell Holmes, from over a century ago, apply with equal force to jurors serving in this advanced technological age: "The theory of our system is that the conclusions to be reached in a case will be induced only by evidence and argument in open court, and not by any outside influence, whether of private talk or public print."

What the author left out was that Justice Oliver Wendell Holmes also said: "*The jury has the power to bring a verdict in the teeth of both the law and the facts.*" In conclusion, the federal trial handbook wars against We the Peoples' unalienable right as the source and author of the Law of the Land in an attempt to subvert We the Peoples' unalienable right of government by consent. None of our founding fathers or supporters' of the Law of the Land, a/k/a common law, denies the unalienable right of We the Peoples' right of nullification.

The Criminal Pattern Jury Instructions developed by the U.S. Court of Appeals for the 10th Circuit for use by U.S. District Courts state:

> "*You, as jurors, are the judges of the facts. But in determining what actually happened that is, in reaching your decision as to the facts–it is your sworn duty to follow all of the rules of law as I explain them to you. You have no right to disregard or give special attention to any one instruction, or to question the wisdom or correctness of any rule I may state to you. You must not substitute or follow your own notion or opinion as to what the law is or ought to be. It is your duty to apply the law as I explain it to you, regardless of the consequences. However, you should not read into these instructions or anything else I may have said or done, any suggestion as to what your verdict should be. That is entirely up to you. It is also your duty to base your verdict solely upon the evidence, without prejudice or sympathy. That was the promise you made and the oath you took.*"

## FEDERAL JURIST QUESTIONNAIRE PROFILES AND PROVIDES FOR JURY STACKING

The federal questionnaire for Jurists, which asks many inappropriate questions, becomes a tool of trial judges and prosecutors to profile and stack the jury for favorable results for political favors. Some of the questions we have found on these questionnaires are as follows:

Dates of birth, work and marital status of the potential juror and all members of the juror's household; sex, age and employment of children who do not reside with the juror; education, knowledge of law, principal leisure time activities, civic, social, political or professional organizations to which the juror belong; lists of television and/or radio news programs, newspapers, magazines that the juror receives their propaganda from. Also, did the juror's, or member of their family, ever own a gun or belong to any kind of anti-gun or pro-gun club or organization or military service? Have juror's family members or friends ever been audited by or had a dispute with any agency or department of the United States Government including the IRS, Social Security Administration, Veterans Administration, etc. or any city or state government agency? Finally, the most revolting question which is couched in such a way that it leads the potential juror to conclude that the question is directly from the judge. "Do you have any ideas or prejudices that would hinder you from following the instructions that I [*judge*] will give as to the law?"

As Lysander Spooner, author of <u>Trial by Jury 1852</u> so clearly pointed out: "*governments cannot decide the law or exercise authority over jurors (the People) for such would be absolute government, absolute despotism*". Such is our condition today and we the People are determined to end it, here, today, at this cross road!

For rebuttal of the Federal Trial Handbook, see Common Law Handbook for Jurors, Sheriffs, Bailiffs and Justices. Dated November 4, 2016.


        SEAL


                        **DATED**: December 13, 2016


                        _____
                              Grand Jury Foreman

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

• 445 Broadway; Albany, NY. 12207-2936 •

𝔘nified 𝔘nited 𝔖tates 𝔠ommon 𝔏aw 𝔊rand 𝔍ury; [1]
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

𝔖ureties of the 𝔓eace[2]

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY:

Grand Jury, Sovereigns of the Court
𝔚e the 𝔓eople

- Against -

U.S. Congress; U.S. President, Elect;
State Governors (50); U.S. Supreme Court
Defendants

Jurisdiction: Court of Record, under
the rules of Common Law[3]
Action at law:[4]

Case NO:
Magistrate:
**MEMORANDUM OF LAW IN SUPPORT OF AUTHORITY OF THE GRAND JURY**

## AUTHOR & SOURCE OF LAW

*"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts, And the law is the definition and limitation of power..."*[5] *"'Sovereignty' means that the decree of sovereign makes law, and foreign courts cannot condemn influences*

---

[1] The UUSCLGJ is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.
[2] **SURETIES OF THE PEACE:** If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government, we will immediately grant full justice therein. Magna Carta Paragraph 52.
[3] **A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J.  See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.
[4] **AT LAW:** Bouvier's - This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.
[5] Yick Wo v. Hopkins, 118 US 356, 370 Quotiens dubia interpretatio libertatis est, secundum libertatem respondendum erit.

*persuading sovereign to make the decree."[6] "The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative."[7] And "the state cannot diminish the rights of the people."[8] "Supreme sovereignty is in the people and no authority can, on any pretense whatsoever, be exercised over the citizens of this state, but such as is or shall be derived from and granted by the people of this state."[9]*

We the People ordained and established the Constitution for the United States of America[10]. We the People vested Congress with statute making powers[11]. We the People defined and limited that power of statute making[12]. We the People limited law making powers to ourselves alone[13]. We the People did not vest the Judiciary with law making powers. We the People are the "*judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law.*"[14]

*"The constitutions of most of our states assert that all power is inherent in the people; that they may exercise it by themselves, in all cases to which they think themselves competent, as in electing their functionaries executive and legislative, and deciding by a jury of themselves, both fact and law, in all judiciary cases in which any fact is involved ..."[15]*

---

[6] Moscow Fire Ins. Co. of Moscow, Russia v. Bank of New York & Trust Co., 294 N.Y.S. 648, 662, 161 Misc. 903.;

[7] Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am. Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.

[8] Hurtado v. People of the State of California, 110 U.S. 516.

[9] NEW YORK CODE - N.Y. CVR. LAW § 2: NY Code - Section 2.

[10] We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America. Preamble.

[11] **Article I Section 1:** ALL LEGISLATIVE POWERS herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.

[12] **Article I Section 8;** To make all laws which shall be necessary and proper for carrying into execution the foregoing powers, and all other powers vested by this Constitution in the government of the United States, or in any department or officer thereof.

[13] "Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts And the law is the definition and limitation of power..." [Yick Wo v. Hopkins, 118 US 356, 370 Quotiens dubia interpretatio libertatis est, secundum libertatem respondendum erit]

[14] Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J.  See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[15] Thomas Jefferson, letter to John Cartwright; June 5, 1824.

## HAND BOOK FOR FEDERAL GRAND JURORS
## SUBVERTS THE AUTHOR & SOURCE OF LAW

The Federal Grand Jury Handbook, which was written by BAR judges, makes the following (eleven) foundational false claims thereby creating a statutory grand jury under government control and not the control of the People thus rendering use of these indictments a nullity. (1) The jury derives its authority from the Constitution, legislated statutes and the courts rules. (2) The first grand jury consisted of 12 men who were summoned. (3) Grand jurors originally functioned as accusers or witnesses, rather than as judges. (4) The Grand Jury hears only that evidence presented by United States Attorney. (5) A grand jury is not necessary for prison sentencing less than one year. (6) A person may waive grand jury proceedings and agree to be prosecuted. (7) The grand jury is not free to compel a trial of anyone it chooses. (8) The government attorney must sign the indictment before a party may be prosecuted. (9) The grand jury is to consult the government before undertaking a formal investigation. (10) The grand jury cannot investigate without government approval. (11) The grand jury is composed of 23 government qualified persons.

## REBUTTAL TO THE FALSE CLAIMS OF THE HAND BOOK FOR FEDERAL GRAND JURORS AND PROOF POSITIVE OF ITS DECEPTIVENESS

(1)   "The federal grand jury derives its authority from the rules of the federal courts." See, page 1 Handbook for Federal Grand Jurors

**REBUTTAL -** The Jury is an unalienable right derived from God and the process by which we have government by consent of the People. Quoting US v Williams[16] *"Because the grand jury is an institution separate from the courts, over whose functioning the courts do not preside, we think it clear that, as a general matter at least, no such "supervisory" judicial authority exists, and that the disclosure rule applied here exceeded the Tenth Circuit's authority. "[R]ooted in long centuries of Anglo-American history," Hannah v. Larche, 363 U.S. 420, 490, 80 S.Ct. 1502, 1544, 4 L.Ed.2d 1307 (1960) (Frankfurter, J., concurring in result), the grand jury is mentioned in the Bill of Rights, but not in the body of the Constitution. It has not been textually assigned, therefore, to any of the branches described in the first three Articles. It " 'is a constitutional fixture in its own right.' " United States v. Chanen, 549 F.2d 1306, 1312 (CA9 1977) (quoting Nixon v. Sirica, 159 U.S.App.D.C. 58, 70, n. 54, 487 F.2d 700, 712, n. 54 (1973)), cert. denied, 434 U.S. 825, 98 S.Ct. 72, 54 L.Ed.2d 83 (1977). In fact the whole theory of its function is that it belongs to no branch of the institutional government, serving as a kind of buffer or referee between*

---

[16] US v Williams 112 S. Ct. 1735 504 U.S. 36 118 L.Ed.2d 352

*the Government and the people. Stirone v. United States, 361 U.S. 212, 218, 80 S.Ct. 270, 273, 4 L.Ed.2d 252 (1960); Hale v. Henkel, 201 U.S. 43, 61, 26 S.Ct. 370, 373, 50 L.Ed. 652 (1906); G. Edwards, The Grand Jury 28-32 (1906).*"

(2)   "The first English grand jury consisted of 12 men selected from the knights or other freemen, who were summoned to inquire into crimes alleged to have been committed in their local community." (see, page 1 HFGJ)

**REBUTTAL** - Magna Carta Paragraph 52 says that the first known grand jury organized themselves and acted under the authority of the Sovereign People and is made up of *"five and twenty jurors of whom mention is made below in the clause for securing the peace."*

(3)   "Grand jurors originally functioned as accusers or witnesses, rather than as judges." (see, page 2 HFGJ)

**REBUTTAL** - Magna Carta, being the equivalent to our Declaration of Independence in the People being the consentors and the putting down of tyrants, Paragraph 52 says that the grand jury is the Sureties of the Peace whereas we read: "*If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the <u>five and twenty jurors</u> of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government <u>we will immediately grant full justice therein</u>.*"

(4)   "The grand jury normally hears only that evidence presented by a United States Attorney" (see, page 3 HFGJ)

**REBUTTAL** - Again, the aforesaid would deny government by consent and place 𝔚e the 𝔓eople in subjection to our servant prosecutor. <u>Quoting US v Williams</u>[17] "*The grand jury's functional independence from the judicial branch is evident both in the scope of its power to investigate criminal wrongdoing, and in the manner in which that power is exercised. "Unlike [a] [c]ourt, whose jurisdiction is predicated upon a specific case or controversy, the grand jury 'can investigate merely on suspicion that the law is being violated, or even because it wants assurance that it is not.' " United States v. R. Enterprises, 498 U.S. ----, ---- , 111 S.Ct. 722, 726, 112 L.Ed.2d 795 (1991) (quoting*

---

[17] US v Williams 112 S. Ct. 1735 504 U.S. 36 118 L.Ed.2d 352

*United States v. Morton Salt Co., 338 U.S. 632, 642-643, 70 S.Ct. 357, 364, 94 L.Ed. 401 (1950)). It need not identify the offender it suspects, or even "the precise nature of the offense" it is investigating. Blair v. United States, 250 U.S. 273, 282, 39 S.Ct. 468, 471, 63 L.Ed. 979 (1919)."*

(5)   Handbook claims that "an infamous crime is one which may be punished by imprisonment for more than one year." This infers that an indictment is not necessary for legislated sentencing of crimes calling for less than a year imprisonment. (see, page 3 HFGJ)

**REBUTTAL -** The unalienable right of a grand jury is a part of due process of law and cannot be denied if the unalienable right of liberty hangs in the balance. Amendment V: *No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury... nor be deprived of life, liberty, or property, without due process of law.*

(6)   "The person being investigated by the government may, however, waive grand jury proceedings and agree to be prosecuted by a written charge of crime called an information". (see, page 4 HFGJ)

**REBUTTAL -** The 5th Amendment denied the aforesaid conclusion when We the People said *"No person shall be held to answer"*[18] therefore an information from a prosecutor in place of a grand jury indictment is repugnant and void for it too easily opens the door of abuse under color of law for extortion and vindictive prosecution.

(7)   "The grand jury is not completely free to compel a trial of anyone it chooses."

(8)   "The government attorney must sign the indictment before a party may be prosecuted. Thus, the government and the grand jury act as checks on each other. This assures that neither may arbitrarily wield the awesome power to indict a person of a crime." (see, page 4 HFGJ)

**Rebuttal for 7 & 8:** The aforesaid would deny government by consent and place We the People in subjection to our servant prosecutor. Quoting US v Williams[19] *"The grand jury requires no authorization from its constituting court to initiate an investigation, see Hale,*

---

[18] **Amendment V:** *No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury...*

[19] US v Williams 112 S. Ct. 1735 504 U.S. 36 118 L.Ed.2d 352

*supra, 201 U.S., at 59-60, 65, 26 S.Ct., at 373, 375, nor does the prosecutor require leave of court to seek a grand jury indictment. And in its day-to-day functioning, the grand jury generally operates without the interference of a presiding judge. See Calandra, supra, 414 U.S., at 343, 94 S.Ct., at 617. It swears in its own witnesses, Fed.Rule Crim.Proc. 6(c), and deliberates in total secrecy, see United States v. Sells Engineering, Inc., 463 U.S., at 424-425, 103 S.Ct., at 3138. ... The grand jury remains "free to pursue its investigations unhindered by external influence or supervision so long as it does not trench upon the legitimate rights of any witness called before it." United States v. Dionisio, 410 U.S. 1, 17-18, 93 S.Ct. 764, 773, 35 L.Ed.2d 67 (1973)."*

*There is yet another respect in which respondent's proposal not only fails to comport with, but positively contradicts, the "common law" of the Fifth Amendment grand jury. Motions to quash indictments based upon the sufficiency of the evidence relied upon by the grand jury were unheard of at common law in England, see, e.g., People v. Restenblatt, 1 Abb.Prac. 268, 269 (Ct.Gen.Sess.N.Y.1855). And the traditional American practice was described by Justice Nelson, riding circuit in 1852, as follows:*

*"No case has been cited, nor have we been able to find any, furnishing an authority for looking into and revising the judgment of the grand jury upon the evidence, for the purpose of determining whether or not the finding was founded upon sufficient proof, or whether there was a deficiency in respect to any part of the complaint. . . ." United States v. Reed, 27 Fed.Cas. 727, 738 (No. 16,134) (CCNDNY 1852).*

*We accepted Justice Nelson's description Costello v. United States, 350 U.S. 359, 76 S.Ct. 406, 100 L.Ed. 397 (1956), where we held that "it would run counter to the whole history of the grand jury institution" to permit an indictment to be challenged "on the ground that there was incompetent or inadequate evidence before the grand jury." Id., at 363-364, 76 S.Ct., at 409. And we reaffirmed this principle recently in Bank of Nova Scotia, where we held that "the mere fact that evidence itself is unreliable is not sufficient to require a dismissal of the indictment," and that "a challenge to the reliability or competence of the evidence presented to the grand jury" will not be heard. 487 U.S., at 261, 108 S.Ct., at 2377. It would make little sense, we think, to abstain from reviewing the evidentiary support for the grand jury's judgment while scrutinizing the sufficiency of the prosecutor's presentation. A complaint about the quality or adequacy of the evidence can always be recast as a complaint that the prosecutor's presentation was "incomplete" or "misleading." Our words in Costello bear repeating: Review of facially valid indictments on such grounds "would run counter to the whole history of the grand jury institution[,] [and]*

*[n]either justice nor the concept of a fair trial requires [it]." 350 U.S., at 364, 76 S.Ct., at 409.*

(9) *"The grand jury may consider additional matters otherwise brought to its attention, but should consult with the government attorney or the court before undertaking a formal investigation of such matters. This is necessary because the grand jury has no investigative staff, and legal assistance will be necessary in the event an indictment is voted."* (see, page 5 HFGJ)

**REBUTTAL -** Again, the aforesaid would deny government by consent and place 𝖂e the 𝖕eople in subjection to our servant prosecutor. Quoting US v Williams[20] Recognizing this tradition of independence, we have said that the Fifth Amendment's "constitutional guarantee presupposes an investigative body 'acting independently of either prosecuting attorney or judge '. . . ." Id., at 16, 93 S.Ct., at 773 (quoting Stirone, supra, 361 U.S., at 218, 80 S.Ct., at 273).

(10) *"A federal grand jury is not authorized to investigate situations involving the conduct of individuals, public officials, agencies, or institutions."* (see, page 5 HFGJ)

**REBUTTAL -** The aforesaid would place the government above reproach whereby they could prevent indictments against their own and again, would deny government by consent and place 𝖂e the 𝖕eople in subjection to our servant prosecutor. Quoting US v Williams[21] *"Given the grand jury's operational separateness from its constituting court, it should come as no surprise that we have been reluctant to invoke the judicial supervisory power as a basis for prescribing modes of grand jury procedure. Over the years, we have received many requests to exercise supervision over the grand jury's evidence-taking process, but we have refused them all, including some more appealing than the one presented today. In Calandra v. United States, supra, a grand jury witness faced questions that were allegedly based upon physical evidence the Government had obtained through a violation of the Fourth Amendment; we rejected the proposal that the exclusionary rule be extended to grand jury proceedings, because of "the potential injury to the historic role and functions of the grand jury." 414 U.S., at 349, 94 S.Ct., at 620. Costello v. United States, 350 U.S. 359, 76 S.Ct. 406, 100 L.Ed. 397 (1956), we declined to enforce the hearsay rule in grand jury proceedings, since that "would run counter to the whole history*

---

[20] US v Williams 112 S. Ct. 1735 504 U.S. 36 118 L.Ed.2d 352
[21] US v Williams 112 S. Ct. 1735 504 U.S. 36 118 L.Ed.2d 352

*of the grand jury institution, in which laymen conduct their inquiries unfettered by technical rules." Id., at 364, 76 S.Ct., at 409."*

(11) *"The judge will then direct the selection of 23 qualified persons to become the members of the grand jury."* (see, page 6 HFGJ)

**REBUTTAL -** Magna Carta Paragraph 52 makes it clear that a grand jury is made up of 25 People not 23. *…if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace.*

## RIGHT OF GRAND & PETIT JURY

**LYSANDER SPOONER** (An Essay on the Trial by Jury, 1852): *"...there can be no legal right to resist the oppressions of the government, unless there be some legal tribunal, other than the government, and wholly independent of, and above, the government, to judge between the government and those who resist its oppressions...."*

**LYSANDER SPOONER** (An Essay on the Trial by Jury, 1852): *"The authority to judge what are the powers of the government, and what are the liberties of the people, must necessarily be vested in one or the other of the parties themselves--the government, or the people; because there is no third party to whom it can be entrusted. If the authority be vested in the government, the government is absolute, and the people have no liberties except such as the government sees fit to indulge them with."*

**Marston's, Inc. v. Strand**, 560 P.2d 778, 114 Ariz. 260): *"Grand jury is [an] investigative body acting independently of either prosecutor or judge whose mission is to bring to trial those who may be guilty and clear the innocent."*

*"Although the grand jury normally operates, of course, in the courthouse and under judicial auspices, its institutional relationship with the judicial branch has traditionally been, so to speak, at arm's length."* United States v. Calandra, 414 U.S. 338, 343, 94 S.Ct. 613, 617, 38 L.Ed.2d 561 (1974); Fed.Rule Crim.Proc. 6(a).

**CONCLUSION:** We the People have the unalienable right to consent, or not to consent, as to the government's accusations against the People.

All officers of the court (judge, prosecutor, appointed counsel, attorneys, Sheriffs/Marshalls and clerk), law enforcement agencies, US Marshalls and Legislators' of

statutes are employed by the government and/or are members of the BAR which teaches their members to be anti-constitutional and anti-common law, and thereby subversive. They are trained to place the letter of the law above the essence of common law, that being justice and mercy.

To allow our servants to control the jury would breed "absolute" government corruption and control which this paper with the Memorandum of Jury Nullification and present judiciary conditions conclusively proves. Therefore it is the unalienable right of 𝔚e the 𝔓eople to provide for the administration of the grand and petit juries. The first recorded grand jury was established by the People through the Magna Carta, whereas the grand jury assembled itself and brought into subjection the tyrant king back under the will of the People; and today, now, so do 𝔚e the 𝔓eople.

Dated: December 13, 2016

SEAL

Grand Jury Foreman

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF NEW YORK
• 445 Broadway; Albany, NY. 12207-2936 •

𝔘nified 𝔘nited 𝔖tates 𝔠ommon 𝔏aw 𝔊rand 𝔍ury; [1]         𝔖ureties of the 𝔓eace[2]
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY:

| | |
|---|---|
| Grand Jury, Sovereigns of the Court<br>𝔚e the 𝔓eople<br><br>- Against -<br><br>U.S. Congress; U.S. President, Elect;<br>State Governors (50); U.S. Supreme Court<br>Defendants | Jurisdiction: Court of Record, under<br>the rules of Common Law[3]<br>Action at law:[4]<br><br>Case NO:<br>Magistrate:<br>**MEMORANDUM OF LAW IN**<br>**SUPPORT OF ARTICLE III COURTS** |

## COVENANT[5]

It is by the following words in our founding document upon which all law rests whereby
𝔚e the 𝔓eople called upon God and made a covenant:

> *When in the Course of human events, it becomes necessary for one people to dissolve the*
> *political bands which have connected them with another, and to assume among the powers*
> *of the earth, the separate and equal station to which the Laws of Nature and of Nature's God*
> *entitle them, a decent respect to the opinions of mankind requires that they should declare*

[1] **The UUSCLGJ** is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.

[2] **SURETIES OF THE PEACE:** If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government, we will immediately grant full justice therein. Magna Carta Paragraph 52.

[3] **"A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[4] **AT LAW:** Bouvier's - This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.

[5] **Blacks 4th** An absolute covenant is one which is not qualified or limited by any condition and binds the heirs of the land.

*the causes which impel them to the separation. We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, --That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness.* Declaration of Independence.

God's covenant founded upon the law of the land is eternal[6] and cannot be broken on behalf of another. This law is called common law because it is common onto all men or natural law because it is innate, written in the hearts of men[7]. Thereby the authority vested in 𝔚e the 𝔓eople instituted by decree in our Constitution created a republican form of government to secure the blessings of liberty to ourselves and our posterity.

𝔚e the 𝔓eople through this Constitution empowered elected and appointed servants to guard the same. The Constitution cannot be altered or abolished by the legislative servants who took an oath to protect it. "*Any judge who does not comply with his oath to the Constitution for the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of treason[8]*".

## CREATION OF ARTICLE III COURTS

It is Article III Section 1 where authority is given to create courts. 𝔚e the 𝔓eople vested power in only "One Supreme Court" and empowered Congress to ordain and establish inferior courts whereas judges hold office only so long as they are in good behavior.

> Article III Section 1: *The Judicial Power of the United States, shall be vested in one Supreme Court, and in such inferior courts as the Congress may from time to time ordain and establish. The judges, both of the supreme and inferior courts, shall hold their offices during good behavior...*

---

[6] **Psalms 105:8-11** *He hath remembered his covenant forever, the word [which] he commanded to a thousand generations. He hath remembered his covenant forever, the word [which] he commanded to a thousand generations. Which [covenant] he made with Abraham, and his oath unto Isaac; And confirmed the same unto Jacob for a law, [and] to Israel [for] an everlasting covenant: Saying, Unto thee will I give the land of Canaan, the lot of your inheritance:*
[7] **Jeremiah 31:33-34** *But this [shall be] the covenant that I will make with the house of Israel; After those days, saith the LORD, I will put my law in their inward parts, and write it in their hearts; and will be their God, and they shall be my people. And they shall teach no more every man his neighbour, and every man his brother, saying, Know the LORD: for they shall all know me, from the least of them unto the greatest of them, saith the LORD: for I will forgive their iniquity, and I will remember their sin no more.*
[8] Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)

Good behavior is defined in Article VI as being obedient to the "Law of the Land" which is obedience to the common law. Therefore, any judge not in good behavior would be in bad behavior and forfeit's their office.

> Article VI Clause 2 *This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.*

## LEGISLATIVE AUTHORITY
## TO CREATE ARTICLE III COURTS

Congress has been given power to create only Article III Courts of Record and equity ruled by American Jurisprudence. They have not been given power to create statutory courts a/k/a nisi prius[9] courts.

> Article I Section 8; Clause 9: *The Congress shall have power to constitute tribunals inferior to the Supreme Court*; as referred to in Article III Section 1[10]

> 28 USC §132 - *Creation and composition of district courts (a) There shall be in each judicial district a district court which shall be a court of record known as the United States District Court for the district. (b) Each district court shall consist of the district judge or judges for the district in regular active service. Justices or judges designated or assigned shall be competent to sit as judges of the court. (c) Except as otherwise provided by law, or rule or order of court, the judicial power of a district court with respect to any action, suit or proceeding may be exercised by a single judge, who may preside alone and hold a regular or special session of court at the same time other sessions are held by other judges.*

## AUTHORITY TO APPOINT JUDGES & COURT OFFICERS

Article II Section 2; Clause 2: *The President shall have power… to nominate … by and with the advice and consent of the Senate, shall appoint … judges of the Supreme Court, and all other officers of the United States, whose appointments are not herein otherwise provided for, and which shall be established by law: but the Congress may by law vest the appointment of such inferior officers, as they think proper, in the President alone, in the courts of law….*

---

[9] **NISI PRIUS:** (Bouvier's Law) Where courts bearing this name exist in the United States, they are instituted by statutory provision.
[10] **Article III Section 1:** The Judicial Power of the United States, shall be vested in one Supreme Court, and in such inferior courts as the Congress may from time to time ordain and establish.

# ARTICLE III COURTS

Our Constitution provides for courts of equity and courts of law, the former is a court not of record that is presided over by a Judge whose decision can be appealed; the latter is a court of record presided over by a tribunal a/k/a jury whose decision is final and cannot be appealed.

*The judicial power shall extend to all cases, in law and equity… Article III Section 2.*

**COURTS OF EQUITY** are courts not of record that do not have the power to fine or incarcerate, therefore, they cannot hear criminal cases. They proceed in equity[11] which is a body of jurisprudence[12] being a practical science that builds upon principles and self-evident truths synonymous with that of common law and the law of the land that all judges must obey. Equity supersedes the civil law in virtue meting out impartial justice[13] between two persons whose rights or claims are 'in conflict; the tribunal is a Judge bound by oath and an appellate structure made up of three or more judges. If the claim is over $20 either party has a right to choose a court of law which is trial by jury.

*In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any Court of the United States, than according to the rules of the common law. Amendment VII.*

**COURTS OF LAW** are courts of record that proceed according to common law. All criminal cases require an injured party and the State cannot be the plaintiff. The tribunal is

---

[11] **EQUITY:** Black's 4th; Equity is a body of jurisprudence, or field of jurisdiction, differing in its origin, theory, and methods from the common law. Laird v. Union Traction Co., 208 Pa. 574, 57 A. 987; It is a body of rules existing by the side of the original civil law, founded on distinct principles, and claiming incidentally to supersede the civil law in virtue of a superior sanctity inherent in those principles. Maine, Anc. Law, 27; In a restricted sense, the word denotes equal and impartial justice as between two persons whose rights or claims are 'in conflict; justice, that is, as ascertained by natural reason or ethical insight, but independent of the formulated body of law. This is not a technical meaning of the term, except in so far as courts which administer equity seek to discover it by the agencies above mentioned, or apply it beyond the strict lines of positive law. See Miller v. Kenniston, 86 Me. 550, 30 A. 114.; In its most restricted sense, it is a system of jurisprudence, or branch of remedial justice, administered by certain tribunals, distinct from the common-law courts and empowered to decree "equity" in the sense last above given. Here it becomes a complex of well-settled and well-understood rules, principles, and precedents. Isabelle Properties v. Edelman, 297 N.Y.S. 572, 574, 164 Misc. 192.

[12] **JURISPRUDENCE:** The science of the law. By science here, is understood that connexion of truths which is founded on principles either evident in themselves, or capable of demonstration; a collection of truths of the same kind, arranged in methodical order. In a more confined sense, jurisprudence is the practical science of giving a wise interpretation to the laws, and making a just application of them to all cases as they arise. In this sense, it is the habit of judging the same questions in the same manner, and by this course of judgments forming precedents. 1 Ayl. Pand. 3 Toull. Dr. Civ. Fr. tit. prel. s. 1, n. 1, 12, 99; Merl. Rep. h. t.; 19 Amer. Jurist, 3.

[13] **JUSTICE:** Bouvier's Law: In the most extensive sense of the word, it differs little from virtue, for it includes within itself the whole circle of virtues. Yet the common distinction between them is that that which considered positively and in itself, is called virtue, when considered relatively and with respect to others, has the name of justice. But justice being in itself a part of virtue, is confined to things simply good or evil, and consists in a man's taking such a proportion of them as he ought.; * Luke 6:19  And the whole multitude sought to touch him: for there went virtue out of him, and healed them all.

a "free and independent jury" of twelve People whose decision is final and from which there is no appeal. It is We the People that bring an indictment and the People that decide the facts, law, remedy and/or penalty.

**ADMINISTRATIVE COURTS** are statutory courts that proceed according to statutes and do not yield to common law and our unalienable rights and whose end results are the will of the state. These courts do not have the power to fine or incarcerate and are called nisi prius[14] courts. People are not obligated to participate in these courts unless they agree first. The law requires jurisdiction to appear on the record[15]. Some examples of these kinds of courts are housing courts, department of labor courts, compensation courts, village courts, town courts, etc... Congress has not been given authority to legislate statutory courts.

## JURISDICTION OF ARTICLE III COURTS

Article III Section 2 The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;
--to all cases affecting ambassadors, other public ministers and consuls;
--to all cases of admiralty and maritime jurisdiction;
--to controversies to which the United States shall be a party;
--to controversies between two or more states;
--between a state and citizens of another state;
--between citizens of different states;
--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects. In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be party, the Supreme Court shall have original jurisdiction. In all the other cases before mentioned, the Supreme Court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the Congress shall make. The trial of all crimes, except in cases of impeachment, shall be by jury; and such trial shall be held in the state where the said crimes shall have been committed; but when not committed within any state, the trial shall be at such place or places as the Congress may by law have directed.

## TWO JURISDICTIONS

[14] **NISI PRIUS:** (Bouvier's Law) Where courts bearing this name exist in the United States, they are instituted by statutory provision.; "Nisi prius" is a Latin term (Black's 5th) "Prius" means "first." "Nisi" means "unless." A "nisi prius" procedure is a procedure to which a party FIRST agrees UNLESS he objects. A rule of procedure in courts is that if a party fails to object to something, then it means he agrees to it. A nisi procedure is a procedure to which a person has failed to object A "nisi prius court" is a court which will proceed unless a party objects. The agreement to proceed is obtained from the parties first.
[15] **JURISDICTION:** "Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted." Lantanav. Hopper, 102 F2d 188; Chicago v. New York, 37 F Supp 150.; "The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings" Hagans v. Lavine, 415 U.S. 528.

Federal Courts only have two jurisdictions, the jurisdiction of the sea and of the land.

(1) "Admiralty and maritime jurisdiction" cases where international laws apply, law of the sea under jurisprudence.

(2) "Law and Equity jurisdiction" all of the other cases above, law of the land bound by Article VI[16].

**COURTS THAT RESIST THE CONSTITUTION;** Judges have a duty by oath to support the Constitution and guarantee a Republican form of government[17]. Any judge acting upon seditious legislative acts joins the conspiracy of subversion; *"if then the courts are to regard the constitution and the constitution is superior to any ordinary act of the legislature; the constitution, and not such ordinary act, must govern the case to which they both apply. Those then who resist the principle that the constitution is to be considered, in court, as a paramount law, are reduced to the necessity of maintaining that courts must close their eyes on the constitution, and see only the law. This doctrine would subvert the very foundation of all written constitutions. It would declare that an act, which, according to the principles and theory of our government, is entirely void, is yet, in practice, completely obligatory. It would declare that if the legislature shall do what is expressly forbidden, such act, notwithstanding the express prohibition, is in reality effectual. It would be giving to the legislature a practical and real omnipotence with the same breath which professes to restrict their powers within narrow limits. It is prescribing limits, and declaring that those limits may be passed at pleasure."*… *"It is in these words: 'I do solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich; and that I will faithfully and impartially discharge all the duties incumbent on me as according to the best of my abilities and understanding, agreeably to the constitution and laws of the United States.' Why does a judge swear to discharge his duties agreeably to the constitution of the United States, if that constitution forms no rule for his government? if it is closed upon him and cannot be inspected by him. If such be the real state of things, this is worse than solemn mockery. To prescribe, or to take this oath, becomes equally a crime."* - MARBURY v. MADISON, 5 U.S. 137 (1803) 5 U.S. 137 (Cranch) 1803

---

[16] **Article VI Clause 2:** This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.
[17] **Article IV Section 4:** The United States shall guarantee to every state in this union a republican form of government, and shall protect each of them against invasion; and on application of the legislature, or of the executive (when the legislature cannot be convened) against domestic violence.

**CONCLUSION**  Congress has been given power to create only Article III Courts of Record and equity courts ruled by American Jurisprudence; a/k/a "United States District Court for the District". These courts proceed under the rules of Common Law and all judges are bound to the law of the land and hold office only when they are obedient to the law of the land.

Dated: December 13, 2016

SEAL

Grand Jury Foreman

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF NEW YORK
• 445 Broadway; Albany, NY. 12207-2936 •

𝕌𝕟𝕚𝕗𝕚𝕖𝕕 𝕌𝕟𝕚𝕥𝕖𝕕 𝕊𝕥𝕒𝕥𝕖𝕤 𝕮ommon 𝕷aw 𝕲rand 𝕵ury; [1]          𝕾ureties of the 𝕻eace[2]
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY;

| | |
|---|---|
| Grand Jury, Sovereigns of the Court<br>𝖂e the 𝕻eople<br><br>- Against -<br><br>U.S. President Elect; U.S. Congress;<br>State Governors (50); U.S. Supreme Court<br>Respondents | Jurisdiction: Court of Record, under<br>the rules of Common Law[3]<br>Action at law:[4]<br><br>Case NO:<br>Magistrate:<br>MEMORANDUM OF LAW IN SUPPORT OF<br>INTERPRETING FOUNDING DOCUMENTS |

## SOVEREIGN AUTHORITY

*"The very meaning of 'sovereignty' is that the decree of the sovereign makes law."* - American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047. *"A consequence of this prerogative is the legal ubiquity of the king. His majesty in the eye of the law is always present in all his courts, though he cannot personally distribute justice. (Fortesc.c.8. 2Inst.186) His judges (𝖂e the 𝕻eople, Jurist)*

---

[1] **The UUSCLGJ** is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.

[2] **SURETIES OF THE PEACE:** If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government, we will immediately grant full justice therein. Magna Carta Paragraph 52.

[3] **"A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J.  See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[4] **AT LAW:** Bouvier's; This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.

*are the mirror by which the king's* (Natures God) *image is reflected.*" 1 Blackstone's Commentaries, 270, Chapter 7, Section 379.

## LAW OF THE LAND

"*This Constitution, and the Laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; anything in the Constitution or Laws of any State to the Contrary notwithstanding.*" - Constitution for the United States of America, Article VI, Clause 2

## OBSTA PRINCIPIIS[5]

The Supreme Court said: "*It may be that it is the obnoxious thing in its mildest form; but illegitimate and unconstitutional practices get their first footing in that way; namely, by silent approaches and slight deviations from legal modes of procedure. This can only be obviated by adhering to the rule that constitutional provisions for the security of persons and property should be liberally construed. A close and literal construction deprives them of half their efficacy, and leads to gradual depreciation of the right, as if it consisted more in sound than in substance. It is the duty of the Courts to be watchful for the Constitutional Rights of the Citizens, and against any stealthy encroachments thereon. Their motto should be Obsta Principiis.*" - Boyd v. United, 116 U.S. 616 at 635 (1885)

## LIBERALLY CONSTRUED

The purpose of a written constitution is entirely defeated if, in interpreting it as a legal document, its provisions are manipulated and worked around so that the document means whatever the manipulators wish. Jefferson recognized this danger and spoke out constantly for careful adherence to the Constitution as written, with changes to be made by amendment, not by tortured and twisted interpretations of the text.

## ORDINARY UNDERSTANDING

Thomas Jefferson said: "*The Constitution to which we are all attached was meant to be republican, and we believe to be republican according to every candid interpretation. Yet we have seen it so interpreted and administered, as to be truly what the French have called, a monarchie masque* (or oligarchy's mask). "*Laws are made for men of ordinary*

---

[5] **OBSTA PRINCIPIIS:** Lat. Withstand begin-nings; resist the first approaches or encroach-ments. Bradley, J., Boyd v. U. S., 116 U.S. 635, 6 Sup.Ct. 535, 29 L.Ed. 746.

*understanding and should, therefore, be construed by the ordinary rules of common sense. Their meaning is not to be sought for in metaphysical subtleties which may make anything mean everything or nothing at pleasure."*[6]

*"Common sense [is] the foundation of all authorities, of the laws themselves, and of their construction.*[7] *The Constitution on which our Union rests, shall be administered by me* [as President] *according to the safe and honest meaning contemplated by the plain understanding of the people of the United States at the time of its adoption--a meaning to be found in the explanations of those who advocated, not those who opposed it, and who opposed it merely lest the construction should be applied which they denounced as possible.*[8] *I do then, with sincere zeal, wish an inviolable preservation of our present federal Constitution, according to the true sense in which it was adopted by the States, that in which it was advocated by its friends, and not that which its enemies apprehended, who therefore became its enemies."*[9]

## TWO MEANINGS

*"Whenever the words of a law will bear two meanings, one of which will give effect to the law, and the other will defeat it, the former must be supposed to have been intended by the Legislature, because they could not intend that meaning, which would defeat their intention, in passing that law; and in a statute, as in a will, the intention of the party is to be sought after.*[10] *On every question of construction carry ourselves back to the time when the Constitution was adopted,* [See Federalist and Anti Federalist papers at www.National LibertyAlliance.org/docket] *recollect the spirit manifested in the debates and instead of trying what meaning may be squeezed out of the text or invented against it, conform to the probable one in which it was passed."*[11]

## KENTUCKY RESOLUTIONS

*"Where powers are assumed which have not been delegated, a nullification of the act is the rightful remedy.*[12] *[The States] alone being parties to the [Federal] compact... [are] solely authorized to judge in the last resort of the powers exercised under it, Congress*

---

[6] Thomas Jefferson to William Johnson, 1823. ME 15:450.
[7] Thomas Jefferson: Batture at New Orleans, 1812. ME 18:92.
[8] Thomas Jefferson: Reply to Address, 1801. ME 10:248.
[9] Thomas Jefferson to Elbridge Gerry, 1799. ME 10:76.
[10] Thomas Jefferson to Albert Gallatin, 1808. ME 12:110.
[11] Thomas Jefferson to William Johnson, 1823. ME 15:449.
[12] Thomas Jefferson: Draft Kentucky Resolutions, 1798. ME 17:386.

*being not a party but merely the creation of the compact and subject as to its assumptions of power to the final judgment of those by whom and for whose use itself and its powers were all created and modified.*[13] *The government created by this compact was not made the exclusive or final judge of the extent of the powers delegated to itself, since that would have made its discretion and not the Constitution the measure of its powers; but... as in all other cases of compact among powers having no common judge, each party has an equal right to judge for itself, as well of infractions as of the mode and measure of redress.*"[14]

## THE CONSTITUTION IS NOT MOOT[15]

As the man who discovered America's Freedom Formula, Thomas Jefferson warned of those that read the Constitution as a legal document to be manipulated and worked around by tortured and twisted interpretations of the text so that the document means whatever the manipulators wish it to mean in order to empower themselves and or suppress others.

The Constitution is to be read according to the true sense in which it was adopted by the States. However, because of intellectual laziness, particularly in Law and our political process, and subversive factions that have infiltrated our government, our government servants with vested powers are unconstitutionally taught by and provided with for their use, an Army of BAR attorneys, minions of the oligarchy, who are trained to expand their powers at the cost of suppressing our Liberties. They have expanded the powers of our public servants to the point of making the servant the master and the master the servant. They make everything a controversy and claim our Constitution moot or out of date.

Our Constitution is simple to read. The only prerequisites are the ability to read and the use of a dictionary, that's it! For further expanding on the logic and the debate that resulted in our Constitution, see Federalist and Anti Federalist papers at www.NationalLiberty Alliance.org/docket

Our Constitution was written by ordinary men for men of ordinary understanding and interpreted by common sense. The Bill of rights states that the Constitution is to be read *"to prevent misconstruction or abuse of its powers"*. As we read in the preamble, We the People need to first understand the Bill of Rights and use it as the ruler to prevent the servants we empower from going beyond their jurisdiction.

---

[13] Thomas Jefferson: Draft Kentucky Resolutions, 1798. ME 17:387.
[14] Thomas Jefferson: Draft Kentucky Resolutions, 1798. ME 17:380.
[15] **MOOT**, adj. Blacks 4th: A subject for argument; unsettled; undecided. A moot point is one not settled by judicial decisions. A moot case is one which seeks to determine an abstract question which does not arise upon existing facts or rights. Adams v. Union R. Co., 21 R.I. 134, 42 A. 515, 44 L.R.A. 273.

*"...THE Conventions of a number of the States, having at the time of their adopting the Constitution, expressed a desire, <u>in order to prevent misconstruction or abuse of its powers</u>, that further declaratory and restrictive clauses should be added: And as extending the ground of public confidence in the Government, will best ensure the beneficent ends of its institution..."* - Bill of Rights Preamble

## WAR AGAINST THE CONSTITUTION

**DESTRUCTION OF THE BALANCE OF POWER:**   Our Constitution provided for a balance of power that was laid waste by the unratified, unconstitutional 17th Amendment, which was specifically forbidden by the Constitution itself and therefore "null and void". Furthermore, the Seventeenth Amendment was never ratified and therefore it's not even a pretend law. See evidence document <u>17th Amendment Not Ratified.pdf</u> at <u>https://www.nationalliberty alliance.org/docket</u> *"Truth is stranger than fiction, but it is because Fiction is obliged to stick to possibilities; Truth isn't."* - Mark Twain

> **United States Constitution Article V:** *"The Congress... shall propose amendments to this Constitution ... which, in either case, shall be valid to all intents and purposes, as part of this Constitution, <u>when ratified</u> ... <u>provided that</u> ...<u>no state, without its consent, shall be deprived of its equal suffrage</u>[16] <u>in the Senate</u>."*

> **United States Constitution Article 1 Section 3** *"THE SENATE OF THE UNITED STATES shall be composed of <u>two Senators</u> from each state, <u>chosen by the legislature thereof</u>, for six years; and each Senator shall have one vote."*

Clearly the Seventeenth Amendment deprives "<u>ALL</u>" States equal suffrage in the Senate! Thus, it is not a moot point! Therefore, like the Principle of the Kentucky Resolution written by Thomas Jefferson, the founder of our Republic, which stated that simply by *"declaring their illegality, announcing the strict constructionist theory of the federal government, and declaring nullification to be the rightful remedy."* That is how the 17th amendment can be nullified. There need not be an act of Congress, there need not be an amendment; Governors and State Legislators need only come to a "<u>resolution</u>" and then <u>declare</u>, <u>announce</u> and <u>act</u> by removing the unconstitutional senators and sending their own Senators that will do the will of the state and restore the balance of power because *"An unconstitutional act is not law; it confers no right; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had*

---

[16] **SUFFRAGE:** A vote; the act of voting; the right of casting a vote.

*never been passed.*" - Norton vs Shelby County 118 US 425 p. 442. "*No one is bound to obey an unconstitutional law and no courts are bound to enforce it.*" - 16th American Jurisprudence 2d, Section 177 late 2nd, Section 256.

> "*It is emphatically the province and duty of the judicial department to say what the law is. Those who apply the rule to particular cases, must of necessity expound and interpret that rule. If two laws conflict with each other, the courts must decide on the operation of each. So if a law be in opposition to the constitution; if both the law and the constitution apply to a particular case, so that the court must either decide that case con-formally to the law, disregarding the constitution; or conformably to the constitution, disregarding the law; the court must determine which of these conflicting rules governs the case. This is of the very essence of judicial duty. If, then, the courts are to regard the constitution, and the constitution is superior to any ordinary act of the legislature, the constitution, and not such ordinary act, must govern the case to which they may both apply… Certainly all those who have framed written constitutions contemplate them as forming the fundamental and paramount law of the nation, and consequently the theory of every such government must be, that <u>an act of the legislature repugnant to the constitution is void</u>. This theory is essentially attached to a written constitution, and is consequently to be considered by this court as one of the fundamental principles of our society. It is not therefore to be lost sight of in the further consideration of this subject. If an act of the legislature, repugnant to the constitution, is void,*" - Marbury -v- Madison

> "*Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them*" - Miranda v. Arizona, 384 U.S.

By constitutionally correcting, through nullification and action, the said unconstitutional seventeenth amendment, nullification would then permit the states to review all passed acts since November 1913 giving both equal suffrage to the States and a great opportunity to eradicate many unconstitutional acts such as the Federal Reserve Act, enacted December 23, 1913; the patriot act; homeland security act and many more unconstitutional acts.

These tyrants in power have turned the "Bill of Rights" which was written to prevent misconstruction or abuse of government powers into a document of "Restriction of Rights" by turning common sense on its head. They have created "No free speech zones"; they have licensed our Liberties; they demonize, raid, arrest and terrorize people who assemble liberty meetings, teach common law, and question their authority; they refuse to answer the People. See <u>No Free Speech Zone</u> at <u>www.NationalLibertyAlliance.org /docket</u>.

These tyrants torture and twist to interpret the meaning of our right to bear arms for the militia only while Article I Section 8 Clause 16 divides the militia into two parts one employed in service and one ready for service, a/k/a the organized and the unorganized. The Militia Act of 1903 and most if not all State Constitutions makes it clear that the militia is "EVERY ABLE BODIED MALE". This immediately destroys the argument that the second amendment is moot.

Furthermore the bearing of arms is understood to be a "Military grade rifle" which is an automatic weapon. These tyrants have infringe upon our right to defend ourselves, our state and our nation by licensing weapons and making a law against automatic weapons as they continue to try and disarm us. They serve and execute warrants without sworn affidavits and "wet ink signatures". They try us in courts whose jurisdictions are unknown without a Grand Jury indictment and often without a trial jury or by puppet grand and trial juries, without sworn affidavits and without an injured party.

In conclusion the reading of the Federalist papers and the Anti Federalists papers bare absolute proof that the Constitution is not moot and was written by ordinary men with ordinary common sense meaning simply what it says; needing no BAR interpreter whose job it is to spread confusion and destroy the Constitution. Find <u>Federalist papers</u> and the <u>Anti Federalists</u> at <u>www.NationalLibertyAlliance.org/docket</u>.

Dated: December 13, 2016

SEAL

_____
Grand Jury Foreman

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

• 445 Broadway; Albany, NY. 12207-2936 •

𝕌nified 𝕌nited 𝕊tates Common 𝕃aw Grand 𝕁ury; [1]
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

𝕊ureties of the 𝕡eace [2]

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY:

| | |
|---|---|
| Grand Jury, Sovereigns of the Court<br><br>𝕎e the 𝕡eople<br><br>- Against -<br><br>U.S. Congress; U.S. President, Elect;<br>State Governors (50); U.S. Supreme Court<br>Defendants | Jurisdiction: Court of Record, under<br>the rules of Common Law[3]<br>Action at law:[4]<br><br>Case NO:<br>Magistrate:<br><br>**MEMORANDUM OF FACTS** |

## PROCLAMATION OF COMMON LAW

In 1775, Colonial "Militiamen" [5], a/k/a 𝕎e the 𝕊overeign 𝕡eople[6], took up arms against the British troops of the tyrant king George for subversion of the unalienable rights of 𝕎e the 𝕊overeign 𝕡eople. On July 4th 1776, 𝕎e the 𝕊overeign 𝕡eople, in a Declaration of Independence, dissolved the political bands with Britain proclaiming: *"When in the Course*

---

[1] **The UUSCLGJ** is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.
[2] **SURETIES OF THE PEACE:** If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government, we will immediately grant full justice therein. Magna Carta Paragraph 52.
[3] **"A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.
[4] **AT LAW:** [Bouvier's] This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.
[5] **MILITIA:** The body of citizens in a state, enrolled for discipline as a military force, but not engaged in actual service except in emergencies, as distinguished from regular troops or a standing army. Ex parte McCants, 39 Ala. 112; Worth v. Craven County, 118 N.C. 112, 24.
[6] **SOVEREIGN PEOPLE:** The political body, consisting of the entire number of citizens and qualified electors, who, in their collective capacity, possess the powers of sovereignty and exercise them through their chosen representatives. Scott v. Sandford, 19 How. 404, 15 L.Ed. 691.

*of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the <u>Laws of Nature and of Nature's God entitle them</u>, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation. We hold these truths to be self-evident, that <u>all men are created equal, that they are endowed by their Creator with certain unalienable Rights</u>, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed.*" In this Proclamation, We the Sovereign People laid the foundation of our Constitution calling upon our creator, acknowledging the covenant with God, by establishing the "Law of the Land". That is the "Common Law" that the Bill of Rights expresses.

The acknowledgement of this covenant with God under His Law was made clear by a committee of three, John Adams, Thomas Jefferson and Benjamin Franklin that were



chosen to author our founding document, the Declaration of Independence in 1776. This same committee of three was again chosen by the Continental Congress to work on and submit a national seal design for approval. Jefferson, in the representation of the Law of the Land and our structure of government, designed an illustration of the Israelites' exodus out of slavery and bondage from Egypt.



Benjamin Franklin had an idea similar to Jefferson's and wanted to also illustrate a scene from the Exodus of the Israelites. The seal would show Moses parting the Red Sea with Pharaoh and his chariots being overwhelmed by the waters with the motto: Rebellion to tyrants is obedience to God. Thomas Jefferson became so enamored with this motto he incorporated it for his own personal seal design.



In 1782, Congress rejected the Jefferson and Franklin designs and instead adopted a two sided seal designed by Charles Thomson. His seal gave allegiance to a secret society that symbolically made the point within the seal that there was already a conspiracy to supplant the Law of the Land (God) with the civil law of man (under a new world order). Franklin was not happy with the eagle, as he explained in a letter to his daughter: "*For my own part, I wish the Bald Eagle had not been chosen as the Representative of our Country. He is a Bird of bad moral Character. He does not get his living honestly. You may have seen him perched on some dead Tree near the River, where, too lazy to fish for himself, he*

*watches the Labor of the Fishing Hawk; and when that diligent Bird has at length taken a Fish,... the Bald Eagle pursues him and takes it from him.*"

In 1789, We the People of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and <u>secure the blessings</u> of liberty to ourselves and our posterity did ordain and establish the Constitution for the United States of America.

In 1791, We the People of the United States "*expressed a desire in order to prevent misconstruction or abuse of its powers, that further declaratory and restrictive clauses should be added: And as extending the ground of public confidence in the Government, will best ensure the beneficent ends of its institution*" RESOLVING THAT: this Bill of Rights "*to be valid to all intents and purposes, as part of the said Constitution.*"

The Bill of Rights thereby being the capstone of our Constitution, laid the foundation of our unalienable rights that <u>expressed the Blessings of Common Law</u> by which all law is measured in that all laws repugnant to Liberty are "*null and void*". Marbury v Madison

Therefore, by We the People calling upon God in 1776 desiring the righteousness of His Law, seeking the Blessing of His liberty in 1789 and proclaiming His unalienable rights in 1791, entered into an everlasting covenant with Him that no man can depose[7]. Now, being his children through adoption to whom pertained the covenants, the law and the promises[8], He Put His laws into our mind and wrote them in our hearts and became to us a God. We became to him His People[9] and He shall judge the world in righteousness, He shall minister judgment to the people in honor[10]; therein the Common Law!

God decreed concerning those who would attempt to unseat Him and overthrow His covenant and bind His people in a statutory bondage[11] saying:[12] "*it shall come to pass that the LORD will give His People rest from their sorrow, and from their fear, and from the hard bondage wherein they were forced to serve leviathan* (novus ordo seclorum[13]); *they will not rise and possess the land, nor fill the face of the world with their* [dark] *cities*" and

---

[7] Geneses 17

[8] Romans 8:15; 9:4-6; 11:24-27; Galatians 4:6

[9] Hebrews 8

[10] Psalms 9

[11] Exodus 6:5-6

[12] Isaiah 14

[13] The phrase ***Novus ordo seclorum*** (<u>Latin</u> for "New order of the ages" (NWO); English pronunciation: /ˈnoʊvəs ˈɔːrdoʊ sɛˈklɔərəm/; Latin pronunciation: [ˈnɔwʊs ˈoːrdoː seːˈkɫoːrũː]) appears on the reverse (or back side) of the Great Seal of the United States, first designed in 1782 and printed on the back of the <u>United States one-dollar bill</u> since 1935.

that he would rise up against them at the worlds darkest moment[14] and *"sweep the children of iniquity with the broom of destruction."* Of that day the Lord said: *"Surely as I have thought, so shall it come to pass; and as I have purposed, so shall it stand:"* *"In that day the LORD with his sore and great and strong sword will punish leviathan[15] the piercing serpent, even leviathan that crooked serpent; and slay the dragon that is in the world."* Therefore, 𝔚e the 𝔖overeign 𝔓eople will reestablish the Law of the Land and God will execute His Judgment upon all who offend.

In 1871, the 41st Congress acted without constitutional authority, an act of fraud (Organic Act of 1871), conspiracy and subversion against the United States of America attempting to depose our covenant with our creator and thereby establishing a totalitarian government unaccountable to 𝔚e the 𝔖overeign 𝔓eople, under foreign control, behind which the conspiratorial erosion of our Constitution began. Only 𝔚e the 𝔖overeign 𝔓eople can ordain and establish Laws[16] and governments[17]. Only 𝔚e the 𝔖overeign 𝔓eople are endowed by the Creator with certain unalienable rights, governments are not! Therefore, all latter construction upon the Organic Act of 1871 is as *"null and void"* as is the Act itself, which attempted to supplant our Constitutional Republican Form of Government that our servants were entrusted to guarantee, by oath.

> Article IV Section 4: *The United States shall guarantee to every state in this union a republican[18] form of government, and shall protect each of them against invasion;*

Any court resting upon said Act is a de facto court[19]. Any judge acting under such fiction of law[20] denies due process[21] and is acting in excess of their judicial authority[22], in

---

[14] Zephaniah 1:12-15

[15] The collective body of the children of iniquity under the rule of Satan - Book of Revelation

[16] **PREAMBLE:** "We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America."

[17] **GOVERNMENT:** "Republican Government; one in which the powers of sovereignty are vested in the people and are exercised by the people" In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627. Black's Law Dictionary, Fifth Edition, p. 626.

[18] **REPUBLIC:** A form of government which derives all its powers directly from the people where elected servants hold office for a limited period or during good behavior [*not exceeding their vested powers*] or at the pleasure of the people.

[19] **DE FACTO GOVERNMENT:** One that maintains itself by a display of force against the will of the rightful legal government and is successful, at least temporarily, in overturning the institutions of the rightful legal government by setting up its own in lieu thereof. Wortham v. Walker, 133 Tex. 255, 128 S.W.2d 1138, 1145.

[20] **FICTION OF LAW:** "Something known to be false is assumed to be true." Ryan v. Motor Credit Co., 130 N.J.Eq. 531, 23 A.2d 607, 621. "That statutes which would deprive a citizen of the rights of person or property without a regular trial, according to the course and usage of common law, would not be the law of the land." Hoke v. Henderson,15, N.C.15,25 AM Dec 677. "A rule of law which assumes as true, and will not allow to be disproved, something which is false, but not impossible." Best, Ev. 419.

[21] **DUE COURSE OF LAW**, this phrase is synonymous with "due process of law" or "law of the land" and means law in its regular course of administration through courts of justice. - Kansas Pac. Ry. Co. v. Dunmeyer 19 KAN 542.

collusion, under color of law[23], thereby losing judicial immunity[24]. Therefore, any judicial reliance upon said act is injudicious, an act of seditious conspiracy to overthrow our Republican form of government. Any clerk failing to file common law documents, such as this, also enters into the seditious conspiracy.

> 18 U.S. Code §2385: *Advocating overthrow of Government; 18 USC §2384: Seditious conspiracy with wide spread mutilating; and, 18 USC §2071: failing to file.*

In 1878 seventy-five lawyers from twenty states and the District of Columbia met in Saratoga Springs, New York, to establish the American Bar Association (ABA), the minions of the "*new order of the ages*". Since that first meeting, the ABA has worked in the shadows infiltrating our government, our courts, our churches, our institutions and our media; demoralizing our children all in an effort to expunge our common law and replace it with civil law a/k/a Babylonian law, Justinian law, or Roman Law. Today, with about a half a million BAR members, they have perverted the rule of law, deprived 𝔚e the 𝔖overeign 𝔓eople of due process and have supplanted our Article III courts with jurisdictions unknown.

In November 1910, six men – Nelson Aldrich, Abram Andrew, Henry Davison, Arthur Shelton, Frank Vanderlip and Paul Warburg – met at the Jekyll Island Club, off the coast of Georgia, to write a plan to reform the nation's banking system. The meeting and its purpose were closely guarded secrets, and participants did not admit that the meeting occurred until the 1930s. But the plan written on Jekyll Island laid a foundation for what would eventually be the Federal Reserve System.

---

[22] **EXCESS OF JUDICIAL AUTHORITY:** "Acts in excess of judicial authority constitute misconduct, particularly where a judge deliberately disregards the requirements of fairness and due process." Cannon v. Commission on Judicial Qualifications, (1975) 14 Cal. 3d 678, 694; Society's commitment to institutional justice requires that judges be solicitous of the rights of persons who come before the court. [Geiler v. Commission on Judicial Qualifications, (1973) 10 Cal.3d 270, 286];

[23] **COLOR OF LAW:** The appearance or semblance, without the substance, of legal right. [State v. Brechler, 185 Wis. 599, 202 N.W. 144, 148] Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state, is action taken under "color of state law." (Atkins v. Lanning, 415 F. Supp. 186, 188)

[24] **JUDICIAL IMMUNITY:** "... the particular phraseology of the constitution of the United States confirms and strengthens the principle, supposed to be essential to all written constitutions, that a law repugnant to the constitution is void, and that courts, as well as other departments, are bound by that instrument." ... "In declaring what shall be the supreme law of the land, the Constitution itself is first mentioned; and not the laws of the United States generally, but those only which shall be made in pursuance of the Constitution, have that rank". ... "All law (rules and practices) which are repugnant to the Constitution are VOID". ... Since the 14th Amendment to the Constitution states "NO State (Jurisdiction) shall make or enforce any law which shall abridge the rights, privileges, or immunities of citizens of the United States nor deprive any citizens of life, liberty, or property, without due process of law, ... or equal protection under the law", this renders judicial immunity unconstitutional. Marbury v. Madison, 5 U.S. (2 Cranch) 137, 180 (1803); There is a general rule that a ministerial officer who acts wrongfully, although in good faith, is nevertheless liable in a civil action and cannot claim the immunity of the sovereign. Cooper v. O'Conner, 99 F.2d 133

In 1913, three unratified diabolical acts of Congress set the course for the destruction of the United States of America:

1) The <u>Sixteenth Amendment</u> which only appears to create an income tax[25], an act of extortion and a sponsor of debtor's prisons, in direct violation of the Constitution <u>Article I Section 9 Clause 5</u>. "*No capitation, or other direct, tax shall be laid, unless in proportion to the census or enumeration herein before directed to be taken.*"

2) The <u>Seventeenth Amendment</u> destroyed the checks and balance of power in violation of the <u>Constitution Article V</u>, which states: "*<u>no state, without its consent, shall be deprived of its equal suffrage in the Senate</u>.*" The 16th Amendment removed the States representation in Washington giving the Senate to the People who already had representation in congress thereby "*depriving states of its equal suffrage*". Every State being sovereign has the ability to correct this unconstitutional amendment by the power of nullification, the Governor and two houses of each state need only recall their two unconstitutional senators and send two that will represent the will of the State.

3) The unconstitutional <u>Federal Reserve Banking Act of 1913</u> gave control of America's economy to a private corporation owned by foreign bankers who answer to no one and regulate the value of worthless notes of debt called the dollar, robbed 𝖂e the 𝖕eople of our gold and bankrupted America. Thomas Jefferson warned us when he wrote, "*I sincerely believe that banking institutions are more dangerous to our liberties than standing armies. The issuing power should be taken from the banks, and restored to the people to whom it properly belongs.*" President Andrew Jackson stated in reference to the bankers at the state of his administration: "*You are a den of vipers and thieves. I intend to rout you out, and by the Eternal God, I will rout you out.*"

This vile act of congress was in violation to the Constitution <u>Article I Section 8 Clause 5</u> "*The Congress shall have power to coin money, regulate the value thereof, and of foreign coin, and fix the standard of weights and measures;*" and <u>Article I Section 10 Clause 1</u>. "*No state shall make anything but gold and silver coin a tender in payment of debts;*"

Charles A. Lindbergh, Sr., concerning the Federal Reserve Act, said: "*The financial system has been turned over to the Federal Reserve Board. That Board administers the finance system by authority of a purely profiteering group. The system is Private, conducted for the sole purpose of obtaining the greatest possible profits from the use of other people's*

---

[25] "*Congress cannot by any definition* (of income in this case) *it may adopt, conclude the matter, since it cannot by legislation alter the Constitution, from which alone it derives its power to legislate, and within whose limitations alone that power can be lawfully expressed.*" Eisner v. Macomber, 252 U.S. 189; "*In construing federal revenue statute, Supreme Court gives no weight to Treasury regulation which attempts to add to statute something which is not there.*" United States v. Calamaro, 354 U.S. 351 (1957), 1 L. Ed. 2d 1394, 77 S. Ct. 1138 (1957); "*The 16th Amendment does not justify the taxation of persons or things previously immune. It was intended only to remove all occasions for any apportionment of income taxes among the states. It does not authorize a tax on a salary*" Evans V. Gore, 253 U.S. 245

*money... This establishes the most gigantic trust on earth. When the President [Wilson} signs this bill, the invisible government of the monetary power will be legalized....the worst legislative crime of the ages is perpetrated by this banking and currency bill ... From now on, depressions will be scientifically created."*

The Federal Reserve was chartered by an act of deceit, through an act of congress when most had gone home for Christmas holiday on December 23rd, 1913. No recess had been called, while nearly every senator had gone home. Only three senators passed the act with a unanimous voice vote, 3-0. There were no objections.

James Madison, the main author of the U.S. Constitution wrote, *"History records that the money changers have used every form of abuse, intrigue, deceit, and violent means possible to maintain their control over governments by controlling money and its issuance."*

1934 Congressman McFadden on the Federal Reserve Corporation Remarks in Congress:
*"Mr. Chairman, we have in this Country one of the most corrupt institutions the world has ever known. I refer to the Federal Reserve Board and the Federal Reserve Banks, hereinafter called the Fed. The Fed has cheated the Government of these United States and the people of the United States out of enough money to pay the Nation's debt. The depredations and iniquities of the Fed has cost enough money to pay the National debt several times over... This evil institution has impoverished and ruined the people of these United States, has bankrupted itself, and has practically bankrupted our Government. It has done this through the defects of the law under which it operates, through the maladministration of that law by the Fed and through the corrupt practices of the moneyed vultures who control it... "The United States has been ransacked and pillaged. Our structures have been gutted and only the walls are left standing. While being perpetrated, everything the world would rake up to sell us was brought in here at our expense by the Fed until our markets were swamped with unneeded and unwanted imported goods priced far above their value and make to equal the dollar volume of our honest exports, and to kill or reduce our favorite balance of trade. As Agents of the foreign central banks the Fed try by every means in their power to reduce our favorable balance of trade. They act for their foreign principal and they accept fees from foreigners for acting against the best interests of these United States. Naturally there has been great competition among foreigners for the favors of the Fed."* (See evidence document Congressman McFadden Speech on House Floor 1934) at www.nationallibertyalliance.org/docket

TODAY, under legislation such as the Patriot Act and the creation of the Department of Homeland Security, We the Sovereign People are under attack by our very own elected and appointed servants. Our very way of life is in jeopardy because of the ignorance of the

meaning of words and the misuse of the way that government by consent that our founders framed for us has been abused.

According to the Southern Poverty Law Center (SPLC) Intelligence Report[26], proclaiming to be the nation's preeminent periodical monitoring the radical right in the United States, is fueling all government agencies and police departments into believing that anyone that uses specific words like militia, sovereign, oath keepers, constitution, patriots and even founding fathers, to name just a few, are armed, radicals and dangerous cop killers, whose names are put on the terrorist watch list. This agitation often causes police to over-react with excessive force and on a few occasions respond by SWAT when these words are used at traffic stops.

Much of the over-reaction that fuels the police comes from www.policemag.com that spews forth the lies of the Southern Poverty Law Center to unsuspecting law-enforcement agencies and departments. The SPLC is an arm of the BAR whose purpose is to excite violence by federal agents and police upon 𝔚e the 𝔖overeign 𝔓eople who are trying to make sense of our out of control federal judiciary and be free.

> The fact of the matter is "*In United States, SOVEREIGNTY RESIDES IN PEOPLE. The Congress cannot invoke the sovereign power of the People to override their will...*"[27] "*It will be admitted on all hands that with the exception of the powers granted to the states and the federal government through the Constitutions, THE PEOPLE OF THE SEVERAL STATES ARE UNCONDITIONALLY SOVEREIGN within their respective states.*"[28] "*SUPREME SOVEREIGNTY IS IN THE PEOPLE - No authority can, on any pretense whatsoever, be exercised over the citizens of this state, but such as is or shall be derived from and granted by the people of this state.*"[29] "*SOVEREIGNTY ITSELF IS, OF COURSE, NOT SUBJECT TO LAW, FOR IT IS THE AUTHOR AND SOURCE OF LAW; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts And the law is the definition and limitation of power...*"[30]

So how is it that patriotic People who claim to be sovereign and believe in the Constitution and insist that our elected servants keep their oaths are somehow home grown terrorists? 𝔚e the 𝔖overeign 𝔓eople are determined through this action to find out why.

---

[26] https://www.splcenter.org/intelligence-report?f%5B0%5D=field_intel_report_issue%3A11691
[27] Perry v. US, 294 U.S330
[28] Lansing v. Smith, 4 Wendell 9, (NY) 6 How416, 14 L. Ed. 997
[29] NY LAW § 2:
[30] Yick Wo v. Hopkins, 118 US 356, 370

# 𝔓OWER AND 𝔄UTHORITY

There is a war that has been raging since antiquity a war for our hearts and our minds, for our flesh, for our very souls; to bring all mankind under a one world order (novus ordo seclorum)[31] as George Washington put it, *"orchestrated by a small group of cunning, ambitious, and unprincipled men[32] who have subverted the power of the people and usurped for themselves the reins of government. They have put in the place of the delegated will of the nation the will of a small but artful and enterprising minority to make the public administration the mirror of their ill-concerted and incongruous projects of faction, rather than the organ of consistent and wholesome plans digested by common counsels and modified by mutual interests."*

*"There are only two fundamental traditions of law and government that are active among humanity, each manifesting contrary ideals: the common law and the civil law. The common law rests upon justice administered by scriptural principles that presuppose and guard against the inherent imperfections of human reason. The civil law, on the other hand, justifies its methods by presupposing and appealing to man's notions of perfected reason. The common law tradition governs only a handful of countries and is fundamentally consonant with Scripture, acknowledging the divine eternality of law as the measure of all things. The civil law tradition, on the other hand, governs most modern nations and is fundamentally Babylonian trusting human reason as the worthy measure of all things. The common law tradition recognizes the necessity of human administration of law and government, while providing safeguards against man's weaknesses."*[33]

Legislated laws of men change with the times, serve agendas, serve governments, are incapable of mercy and demoralize men. Whereas, God's laws are the same yesterday, today and tomorrow, they serve God, serve man, benefit both victim and wrongdoer, provide for repentance, considers mercy, builds morals and save souls.

---

[31] The phrase **Novus ordo seclorum** (Latin for "New order of the ages" (NWO); English pronunciation: /ˈnoʊvəs ˈɔːrdoʊ sɛˈklɔərəm/; Latin pronunciation: [ˈnɔwʊs ˈoːrdoː seːˈkloːruː]) appears on the reverse (or back side) of the Great Seal of the United States, first designed in 1782 and printed on the back of the United States one-dollar bill since 1935. Soon after America became a new nation, the Continental Congress formed a committee to "prepare a device for the seal of the United States of North America". The committee consisting of Benjamin Franklin, John Adams and Thomas Jefferson on May 10, 1780, Congress rejected the design submitted by the committee. Then the matter was referred to the Secretary of Congress, Charles Thomson, who asked the assistance of William Barton, a prominent citizen of Philadelphia. Barton proposed two designs, then Thomson submitted his own, which, revised by Barton, was finally adopted in 1782.
[32] Ephesians 2:2
[33] Excellence of the Common Law by Brent Winters, pg 45

We the Sovereign People ordained and establish a federal government to serve the following six directives:

**(1) FORM A MORE PERFECT UNION;**
Create a federal city[34], establish uniform naturalization rules[35], coin money[36], establish post offices, post roads[37], legislate counterfeiting[38] and piracy laws[39]

**(2) ESTABLISH JUSTICE;**
Create courts[40], secured habeas corpus[41], congress may not impose an income (direct) tax[42], forbid BAR attorneys from holding office[43] and prevent misconstruction or abuse of powers[44].

**(3) INSURE DOMESTIC TRANQUILITY;**
Provide for the militia for the suppression of insurrections and repel invasions[45].

**(4) PROVIDE FOR THE COMMON DEFENSE;**
Raise and support armies, maintain a navy and make rules for the land and naval forces;[46]

**(5) PROMOTE THE GENERAL WELFARE**
Promote the arts and science[47]; make commerce regular[48]; no taxes or duties on exports[49].

**(6) SECURE THE BLESSINGS OF LIBERTY TO OURSELVES AND OUR POSTERITY.**
Guarantee a republican government, protect against invasion[50] enforce the law of the land[51].

Our Constitution provided for a government that united the States as one unique Nation where *"no state is deprived of its equal suffrage in the Senate"*[52], but insidious factions within all three branches of our government have conspired and have succeeded in

---

[34] **Article 1 Section 8 Clause 17:** To exercise exclusive legislation in all cases whatsoever, over such District (not exceeding ten miles square) as may, by cession of particular states, and the acceptance of Congress, become the seat of the government of the United States, and to exercise like authority over all places purchased by the consent of the legislature of the state in which the same shall be, for the erection of forts, magazines, arsenals, dockyards, and other needful buildings; In September 1791, the commissioners named the federal city in honor of Washington and dubbed the district. In 1871 by the unconstitutional Organic Act of 1871 the District officially was renamed District of Columbia.
[35] Article 1 Section 8 Clause 4
[36] Article 1 Section 8 Clause 5
[37] Article 1 Section 8 Clause 7
[38] Article 1 Section 8 Clause 6
[39] Article 1 Section 8 Clause 10
[40] Article 1 Section 8 Clause 9
[41] Article I Section 9 Clause 2
[42] Article I Section 9 Clause 4
[43] Article I Section 9 Clause 8
[44] Bill of Rights
[45] Article 1 Section 8 Clause 15, Article 1 Section 8 Clause 16
[46] Article 1 Section 8 Clause 11, Clause 12, Clause 13
[47] Article 1 Section 8 Clause 8
[48] Article 1 Section 8 Clause 3
[49] Article I Section 9 Clause 5
[50] Article IV Section 4
[51] Article VI Clause 2
[52] Article V

depriving every state its equal suffrage, destroying all balance of power between the States through the passing as law the repugnant XVII Amendment a law specifically and explicitly FORBIDDEN by the Constitution itself.[53]

Amendment X clearly stated that *"The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, ARE RESERVED TO THE STATES RESPECTIVELY OR TO THE PEOPLE."*

All legislation by Congress that was not delegated to them is null and void and it is the duty of this Congress to READ and UNDERSTAND our Constitution and start obeying it because clearly they are not and in the day of reckoning, ignorance of the law will be no excuse!

The foundation of our Constitution is the Declaration of Independence which states: whenever any Form of Government becomes destructive to our unalienable rights such as life, liberty, pursuit of happiness and government by consent of the governed, it is the Right of the People to remove from office by indictment or recall any elected, appointed or hired servants who refuse to obey the Law of the Land. We the People have suffered a long train of abuses and usurpations by our government that perpetually pursued the same objective which revealed a design to reduce the People to living under absolute despotism, it is therefore our right and our duty to indict such tyrants and try them for treason in a court of Justice, such as this.

These tyrants have infiltrated our government from the very inception of our Nation and have labored continually deteriorating our Union taking the controls at every level of government. They have changed our federal city built upon righteousness and governed by our Creator's Law (Common Law) into a corporate state of greed and corruption controlled by foreign bankers and BAR attorneys. They have brought us to the very brink of World War III.

Tyrants in Congress have ignored and expunged the Peoples six directives: (1) instead of Forming a more perfect union, they have given our federal city, post offices and coining of money to foreign bankers and BAR attorneys; (2) instead of Establishing Justice, they have turned our courts to jurisdictions unknown, abolished habeas corpus, imposed an income tax that has destroyed the middle class and turned all law making over to the BAR who have abrogated the Law of the Land; (3) instead of Insuring Domestic Tranquility, they have abolished the militia and closed our armories; (4) instead of Providing for the Common Defense, they have kept our armed forces in a state of perpetual war; (5) instead of Promoting the General Welfare they have regulated commerce and instead of making commerce regular, they imposed unconstitutional sin taxes. Advancements in science health and technology have been hidden, inventers have been stifled and murdered; (6)

---

[53] **Article V:** "No state, without its consent, shall be deprived of its equal suffrage in the Senate"

instead of Securing the Blessings of Liberty, they have changed our Republic first into a democracy and now into an oligarchy.

There is a hidden hand that orchestrates events, our courts and our legislation through the insidious BAR. America is in shambles and our elected servants walk as blind men.

These tyrants within have denied us due process, they abrogated the common law, they have created federal debtors prisons (IRS), they rob our homes through non-judicial foreclosures, they steal our children in family court, they steal our parents and their estates in probate courts, they taint every grand and trial jury, they have created free speech zones, they have labeled patriots terrorists, they have destroyed our political process, they have stolen our free press, they have infringed upon our right to defend ourselves, they have destroyed our manufacturing base, they have chased out of America 88% of the top Fortune 500 companies, they have destroyed our economy, they have turned our dollar into debt, they have robbed our silver and gold, they have demoralized our children, they have opened our borders, they have used the BLM to terrorize American ranchers, miners and loggers in order to sell off America's resources to foreign countries, they have sold our postal systems to foreign corporations, they have brokered our electric company sales to foreign corporations, they spy on the We the People intercepting and storing all of our communications in case we become persons of interests.

Our servants take money (bribes) from special interest groups, thereby selling their vote and their soul to the highest bidder, usually on legislation that they don't even have the constitutional authority to pass in the first place, placing the will of the corporate world above the will of the People.

Acts of our servants are not to provide for special interest groups, not to divide us, not to establish statutory courts in jurisdictions unknown, not to establish laws that enslave the human spirit, not to keep us in perpetual war, not to demoralize us, not to destroy our prosperity, not to put us in harm's way, not to rob us of a proper education and not to lead us as lambs to the slaughter.

We the People did not consent to any legislated powers that legislate our behavior or penalize wrongdoers. Common Law decrees that in order for there to be a crime there must be an injured party, and it is We the People, through an untainted grand jury, who are to decide if there is evidence to indict. It is We the People, through an untainted trial jury, who are to decide both the law and the facts. It is We the People, through an untainted trial jury, who are to decide guilt or innocence. It is We the People, through an untainted trial jury, who are to decide the penalty. Common Law decrees that for every injury there must be a remedy. Restitution is the remedy that has the power to restore both victim and wrongdoer.

The covenant made between God and His people in 1776 empowered 𝖂e the 𝕻eople to self-government. George Washington said the United States was built upon: "*the fundamental maxims of true liberty" and that "the basis of our political systems is the right of the people to make and to alter their constitutions of government. But the Constitution which at any time exists, till changed by an explicit and authentic act of the whole people, is sacredly obligatory upon all. The very idea of the power and the right of the people to establish government presupposes the duty of every individual to obey the established government*."

By God were all things created, that are in heaven, and that are in earth, visible and invisible, whether [they be] thrones, or dominions, or principalities, or powers: all things were created by him, and for him: And he is before all things, and by him all things consist and through His common law 𝖂e the 𝕻eople are vested with unalienable rights, governments are not! Your power and authority is defined in the Constitution that 𝖂e the 𝕻eople ordained and established. Therefore, be now cognizant that:

𝖂e the 𝕻eople have been providentially provided legal recourse to address the criminal conduct of persons, 𝖂e the 𝕻eople entrusted to dispense justice through juries formed by the People ourselves. We need not your permission; does the master seek leave from his servant? Let us remind you that the first known recorded grand jury that was formed by the People themselves to put the tyrant king back under the control of the law, was written by 𝖂e the 𝕻eople who wrote their intentions and commands down on paper titled the "𝕸agna 𝕮arter"! Not too much different than what 𝖂e the 𝕻eople are doing herein!

> Be now cognizant that: "*the grand jury is an institution separate from the courts, over whose functioning the courts do not preside ... the grand jury is mentioned in the Bill of Rights, but not in the body of the Constitution. It has not been textually assigned, therefore, to any of the branches described in the first three (3) Articles. It is a constitutional fixture in its own right. In fact, the whole theory of its function is that it belongs to no branch of the institutional government, serving as a kind of buffer or referee between the Government and the people... The grand jury's functional independence from the judicial branch is evident, both in the scope of its power to investigate criminal wrongdoing, and in the manner in which that power is exercised. 'Unlike [a] [c]ourt, whose jurisdiction is predicated upon a specific case or controversy, the grand jury can investigate merely on suspicion that the law is being violated, or even because it wants assurance that it is not.*" United States v. John H. Williams; 112 S. Ct. 1735; 504 U.S. 36; 118 L.Ed.2d 352; 1992

Thus, 𝖂e the 𝕻eople have the unbridled right by law and in law to empanel our own grand juries and present "True Bills" of information, indictments and presentments to a court of record, like this one, which is then required to commence a criminal proceeding.

Our Founding Fathers, with foresight, grafted into the common law Fifth Amendment, a "buffer" that 𝔚e the 𝔓eople may rely upon for justice, when public officials, including judges, go rogue, act in bad behavior and criminally violate the law[54].

Be now cognizant that: BAR controlled federal and state court judges, by their presumed authority, contrary to their oath and duty, fraudulently claim the Constitution for the United States and its cap-stone Bill of Rights is abolished by statutes written by traitorous BAR members and passed by traitorous legislators, which are acts of conspiracy, treason and war against the United States of America and thereby 𝔚e the 𝔓eople.

Be now cognizant that: 𝔚e the 𝔓eople 𝔇ecreed by 𝔚rit 𝔔uo 𝔚arranto all said unconstitutional legislation null and void and declared all such subversives enemies of 𝔚e the 𝔓eople of the United States of America and ordered all United States Marshals, Bailiffs, County Sheriffs and Deputies to arrest all such federal and state judges for conspiracy, treason and breach of the peace when witnessing the violation of Peoples' unalienable rights in our courts, in violation of Article III Section 3, for levying war against the people, adhering to the enemy, giving aid and comfort. [55]

> 18 U.S. Code §2385 *whoever organizes or helps or attempts to organize any society, group, or assembly of persons who teach, advocate, or encourage the overthrow or destruction of any such government[56] by force or violence; or becomes or is a member of, or affiliates with, any such society, group, or assembly of persons [bar], knowing the purposes thereof - shall be fined under this title or imprisoned not more than twenty years, or both…*

Be now cognizant that: because rights are unalienable, legislators cannot legislate (abolish) rights away no matter what the BAR has instructed you. Rights come from God and not man; therefore, not even 𝔚e the 𝔓eople can give them up for ourselves or others. Once 𝔚e the 𝔓eople ordained common law as the law of the land, no man can abrogate it; to claim to do so is an act of war against the 𝔓eople and their 𝔊od.

Be now cognizant that: unconstitutional acts are not law[57], and no one is bound to obey them.[58] Judges are expected to maintain a high standard of judicial performance[59] and

---

[54] **UNITED STATES v. WILLIAMS**, 112 S.Ct. 1735, 504 U.S. 36, 118 L.Ed.2d 352; No. 90-1972. Argued Jan. 22, 1992. Decided May 4, 1992.

[55] **Article III Section 3**. Treason against the United States, shall consist only in levying war against them, or in adhering to their enemies, giving them aid and comfort.

[56] **Preamble** We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America. **Article I Section 8** To make rules for the government and regulation of the land and naval forces;

[57] "An unconstitutional act is not law; it confers no right; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed." Norton vs Shelby County 118 US 425 p. 442

[58] "No one is bound to obey an unconstitutional law and no courts are bound to enforce it." **16th American Jurisprudence 2d, Section 177 late 2nd, Section 256**

when they violate the Constitution, they cease to represent the government[60], become liable for damages[61] and lose any immunity they may have had[62]. "*State Judges, as well as federal, have the responsibility to respect and protect persons from violations of federal constitutional rights.*"[63]

Be now cognizant that: "*Decency, security, and liberty alike demand that government officials be subjected to the same rules of conduct that are commands to the citizen. In a Government of laws, existence of the government will be imperiled if it fails to observe the law scrupulously. Crime is contagious. If government becomes a lawbreaker, it breeds contempt for the law...it invites every man to become a law unto himself...and against that pernicious doctrine, this court should resolutely set its face.*" Olmstead v U.S., 277 US 348, 485; 48 S. Ct. 564, 575; 72 LEd 944; "*Judges have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the Constitution.*"[64] "*No judicial process, whatever form it may assume, can have any lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued; and an attempt to enforce it beyond these boundaries is nothing less than lawless violence.*"[65]

Be now cognizant that: the Unified United States Common Law Grand Jury (UUSCLGJ) is comprised of fifty Grand Jurys each unified amongst the counties within their respective States that were overwhelmingly unified by re-constituting Common Law Grand Juries in all 3,133 United States counties. All fifty States have unified nationally as an assembly of Thousands of People in the name of 𝔚e the 𝔓eople to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. 𝔚e are the 𝔓eople and this Grand Jury will remain in session until we secure the nation from the tyrants at large and reinstate our Constitution.

Be now cognizant that: "*If anyone has been dispossessed without the legal judgment of his peers, from his lands, homes, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then it will be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for*

---

[59] "Judges must maintain a high standard of judicial performance with particular emphasis upon conducting litigation with scrupulous fairness and impartiality." **28 USCA 2411; Pfizer v. Lord, 456 F 2d 532; cert denied 92 S Ct 2411; US Ct App MN, (1972).**

[60] "...an...officer who acts in violation of the Constitution ceases to represent the government." **Brookfield Co. v Stuart, (1964) 234 F. Supp 94, 99 (U.S.D.C., Wash.D.C.)**

[61] "...an officer may be held liable in damages to any person injured in consequence of a breach of any of the duties connected with his office...The liability for nonfeasance, misfeasance, and for malfeasance in office is in his 'individual', not his official capacity..." **70 AmJur2nd Sec. 50, VII Civil Liability.**

[62] "Government immunity violates the common law maxim that everyone shall have a remedy for an injury done to his person or property." **Firemens Ins. Co. of Newawk, N.J. v. Washburn County, 2 Wisc 2d 214 (1957)**

[63] Gross v. State of Illinois, 312 F 2d 257; (1963)

[64] Cohen v. Virginia, (1821), 6 Wheat. 264 and U.S. v. Will, 449 U.S. 200

[65] Ableman v. Booth, 21 Howard 506 (1859)

*all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government, we will immediately grant full justice therein.*" - Magna Carta Paragraph 52.

Be now cognizant that: We the People Command all elected, appointed and hired servants to obey the Law of the Land and join the People in our quest to reinstate the Constitution for the United States of America and bring to Justice all subverts. Now that you know, to do nothing elevates you to Principle, SOUND THE ALARM; TAKE A STAND!

> 18 U.S. Code §2 *"Principals (a) Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal. (b) Whoever willfully causes an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal"*.

SEAL

**DATED**: December 13, 2016

Grand Jury Foreman

# United States District Court for
# the Northern District of New York
• 445 Broadway; Albany, NY. 12207-2936 •

𝕬nified 𝕬nited 𝕾tates 𝕮ommon 𝕷aw 𝕲rand 𝕵ury;[1]     𝕾ureties of the 𝕻eace[2]
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977;

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY,

## 𝕴nformation
Copy filed in all 94 Federal District Courts

| | |
|---|---|
| Grand Jury, Sovereigns of the Court<br>𝖂e the 𝕻eople<br><br>- Against -<br><br>U.S. Congress; U.S. President, Elect;<br>State Governors (50); U.S. Supreme Court<br>Defendants | Jurisdiction: Court of Record, under<br>the rules of Common Law[3]<br>Action at law:[4]<br><br>Case NO:<br>Magistrate:<br>**NOTICE OF UNANIMOUS RESOLUTION**<br>**WRIT MANDAMUS ORDER TO OBEY** |

**RE:**    Notice of Unanimous Resolutions of 𝖂e the 𝕻eople represented in all Fifty States.

---

[1] **The UUSCLGJ** is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.

[2] **SURETIES OF THE PEACE:** If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government we will immediately grant full justice therein. - Magna Carta Paragraph 52.

[3] **"A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[4] **AT LAW:** [Bouvier's] This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.

The Purpose of this Information is to make clear 𝔚e the 𝔓eople's position and intentions concerning subversion against the United States of America through a conspiracy to initiate martial law to overthrow our Constitutional Republic.

**SERVED BY US MAIL:** et al - Fifty State Governors, US Congress, US Senate, Joint Chief of Staff and all Federal Judges.

**SERVED BY FAX:** Fifty State Legislatures [*both houses*], all State Judges, Eight Thousand+ Media outlets [*tv and newspapers*]

**SERVED BY EMAIL & FAX:** Three Thousand One Hundred Ninety Four County Sheriffs

> "*Silence can only be equated with fraud where there is a legal or moral duty to speak* [or act], *or where an inquiry left unanswered would be intentionally misleading...*"  U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932.

Federal Emergency Management Agency (FEMA) has engaged a national "readiness exercise" under the code name of REX 84 which calls for the suspension of the Constitution and the turning of complete control of all local governments over to FEMA while using UN troops to keep **foreign law and order** during a National Emergency under martial law, by force at the end of a barrel of a gun. As Ron Paul said; "*They will come with guns to take our guns.*"

FEMA's plan leaves out the most important part of rebuilding America, 𝔚e the 𝔓eople and Free and Independent Local Governments! The end-result of REX 84 is a NWO America without our 1789 Constitution.

All participants of REX 84 would be in violation of **18 USC § 2384 - Seditious conspiracy** – "*If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to <u>overthrow</u>, <u>put down</u>, or to <u>destroy by force</u> the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or <u>delay the execution of any law of the United States</u>, or by force to seize, take, or possess any property of the United States contrary to the authority thereof,...*"

**Article I, Section 8, Clause 15** "*...provides for calling forth the militia to execute the laws of the union, suppress insurrections and repel invasions*". We the People have not empowered Congress to call forth UN Troops.

• Martial law destroys by force the Government of the United States, • Martial law destroys our Republican form of government, • Martial law levies war against all three branches of government, • Martial law opposes by force the very authority of government which is We the People, • Martial law prevents government by consent, • Martial law prevents the execution of all the laws of the United States, • Martial law would be invasion by UN Troops against which We the People, through our Sheriffs. will call forth the militia to suppress such an invasion and arrest all servants who aid and abet the invasion. Martial law does not execute the laws of the union!

**TAKE JUDICIAL KNOWLEDGE**[5] **18 U.S. Code §1385** - *Use of Army and Air Force as posse comitatus on American soil is forbidden*. How much more foreign troops?

In cases necessary to provide for the need to execute the Laws of the Union which would be necessary during a national emergency, We the People have already "Ordained" a course of action in the calling forth of the militia, We the People are the militia.

> "*The Congress shall have power to provide for calling forth the militia to execute the laws of the union...;*" Article I, Section 8, Paragraph 15.

We the People gave no authority to our servants to call forth <u>foreign troops</u> to execute the laws of the union, of which they have no knowledge, during the course of a national emergency.

We the People gave no authority to our servants to call for martial law, which would be the law at the end of a barrel of a gun (Mao). We the People find REX 84 and all these unlawful administrative directives fueling subversion which is repugnant to the Constitution for the United States of America. This is an act of WAR against We the People.

This will not stand. Any servant elected or appointed that actively supports by vote or action the abominable execution of martial law on American soil will be judged, when all things are said and done, in a court of justice, and will pay the ultimate penalty under the Common Law of the Land.

We the People through the Unified United States Common Law Grand Jury [6000 plus or minus jurists] and We the People through the Committees of Safety forming across

---

[5] **JUDICIAL KNOWLEDGE:** Knowledge of that which is so notorious that everybody, including judges, knows it, and hence need not be proved. Ex parte Ferguson, 112 Tex.Cr.R. 152, 15 S.W.2d 650, 652.

America [115 plus committees and building] are resolute in that during a national disaster it is:

**RESOLVED**   All city police, town police, village police and state police are subservient to the Sheriff.

**RESOLVED**   The County Sheriff is to notify all police enforcement operating within his jurisdiction that he is taking 100% control of the security of the County and all law enforcement is to report to the Sheriff as per the Sheriffs protocol(s).

**RESOLVED**   The County Sheriff is to exercise "Posse Comitatus" during an emergency as he deems necessary.

**RESOLVED** The County Sheriff is not to share or relinquish said control to any federal or state agency.

**RESOLVED** Martial law is the imposition of the highest-ranking military officer as the military governor or as the head, of the government thus removing all power from the previous executive, legislative and judicial branches of government in violation of United States Constitution Article IV, Section 4, guaranteeing to every state in this union a Republican form of government, and protection against invasion [United Nation Foreign Troops], thereby <u>An Act of War</u> against We the People. All participants of such an act will be tried for treason.

**RESOLVED** We the People, in order to prevent an overthrow of our government, delegated powers to only three branches of government under the Constitution; see Articles I, II, and III, not the military, nor can delegated powers to elected servants be legislated or given away to another entity.

**RESOLVED** In order to prevent a military coup, We the People reserve the right to defend ourselves against insurrections and to repel invasions. We the People are the Militia.

**RESOLVED** Any attempt by Congress or the Executive Branch to use foreign or domestic military forces against We the People to bring us under martial law is an act of treason and war against We the People. We the People will be dependent upon the Sheriffs within our counties to secure the peace by any means necessary, seeing that congress and our Governors have been negligent in providing for the militia.

**RESOLVED** In times of emergency, the <u>ONLY</u> Constitutional Authority to keep the peace during an invasion is posse comitatus under the II Amendment whereas our Sheriff is to

summon 𝔚e the 𝔓eople of the counties to secure the peace. Federal agents and foreign troops on State soil would be repugnant to our Constitution, an act of WAR.

**RESOLVED** All elected officials and law enforcement are to be on guard against tyrants who are anxious to seize upon a national emergency in order to bring in martial law and destroy America.

**RESOLVED** President of the United States, United States Congress, United States District Courts and Supreme Court of the United States shall obey the Law of the Land; and keep their oaths to preserve, protect and defend the Constitution for the United States of America. Fiction of law and executive orders are not the "Law of the Land".

**RESOLVED** "*All laws, rules and practices which are repugnant to the Constitution are null and void,*" Marbury v. Madison, 5th US (2 Cranch) 137, 180

**RESOLVED** All Sheriffs in a state of Emergency shall perform their sworn duty to preserve, protect and defend the Constitution for the United States of America and protect 𝔚e the 𝔓eople of the county, our private property and all the assets of the county. The Sheriff alone is responsible to maintain Law and Order in the county and to work with other County Sheriffs across the state and the nation to do the same. If the Sheriff permits the suspension of the US Constitution in his county, Liberty will be lost forever and he too then wars against the People and will be tried for treason.

**RESOLVED** News media Editors, under penalty of law, are ordered to perform their 1st Amendment duty and REPORT or PRINT a copy of this "Information" for 𝔚e the 𝔓eople. Failure to do so, seeing they have a duty to inform, will be considered aiding & abetting the enemy.

**RESOLVED** Local Government is the closest to the people and the most capable to respond to and serve 𝔚e the 𝔓eople during a national disaster. Therefore, Local Government control shall not be relinquished to any state or federal authorities. We the People working with and through our local government are the authority and understand the needs of the People.

**RESOLVED** Local emergency services during a National Disaster are to proceed according to existing protocols.

**RESOLVED** When necessary, additional volunteers shall be trained to handle projected emergencies during a national disaster.

**RESOLVED** The Fifth Amendment common law grand jury shall continue to operate and consider indictments concerning all criminal charges.

**RESOLVED** The Sixth Amendment common law trial by jury shall continue to operate.

**RESOLVED** Each town is to provide for the receiving of the People for the filling of voluntary work positions with town, county and local businesses in order to provide, water, food, services, electricity, security etc.

**RESOLVED** Each town is to have weekly town meetings at venues large enough to accommodate all the People (outside venues if necessary) in order to communicate to We the People the state of the town and county and openly discuss problems and solutions.

We the People, on September 23, 2016 through the Unified United States Common Law Grand Jury and 115 plus County Committees of Safety unanimously pass the aforesaid numerated resolutions and therefore so order our servant governments to obey the Constitution and thereby comply with these Resolutions, or face the wrath of Justice.

SEAL

DATED: December 13, 2016

_____
Grand Jury Foreman