# United States[1] Common Law Grand Jury:[2]

P.O. Box 59; Valhalla New York 10595; • Fax: (888) 891-8977; • E-Mail: UnitedStates@uclgj.org

*"Justice and Judgment are the inhabitation of thy throne: mercy and truth shall go before thy face."* - Psa 89:14[3]

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY

## WRIT MANDAMUS    CORAM NOBIS[4]

## FILE ON DEMAND UNDER PENALTY OF LAW

**Attention Clerk;**

You are directed to file the attached document UNDER PENALTY OF LAW unimpeded as required by law without charge and **MAIL A TIME STAMPED COPY W/CASE NO OF THE FRONT PAGE ATTACHED IN SELF ADDRESS STAMPED ENVELOPE**. THIS IS A COMMON LAW PROCEDURE AND THEREFORE NOT HELD UNDER STATUTORY REQUIREMENTS

**Rule 4 FEDERAL RULES OF CIVIL PROCEDURE 2(b) ISSUANCE.** On or after filing the complaint, the plaintiff may present a summons to the clerk for signature and seal. **If the summons is properly completed, the clerk must sign, seal, and issue it to the plaintiff for service on the defendant.** A summons—or a copy of a summons that is addressed to multiple defendants—must be issued for each defendant to be served.

**18 USC §2076** Whoever, being a clerk willfully **refuses or neglects** to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both. **18 USC §1512(b)**; Whoever **obstructs or impedes** any official proceeding shall be fined under this title or imprisoned not more than 20 years, or both.

**American Jurisprudence Constitutional Law §326** *"Free Justice and Open Courts; Remedy for All Injuries.- In most of the state Constitutions there are provisions, varying slightly in terms, which stipulate that justice shall be administered to all without delay or denial, without sale or prejudice, and that the courts shall always be open to all alike. These provisions are based largely upon the Magna Charta, chap. 40, which provides; "We will sell to no man. We will not deny to any man either justice or right." The chief purpose of the Magna Charta provision was to prohibit the King from selling justice by imposing fees on litigants through his courts and to deal a death blow to the attendant venal and disgraceful practices of a corrupt judiciary in demanding oppressive gratuities for giving or withholding decisions in pending causes. It has been appropriately said that in a free government the doors of litigation are already wide open and must constantly remain so. The extent of the constitutional provision has been regarded as broader than the original confines of Magna Charta, and such constitutional provision has been held to prohibit the selling of justice not merely by magistrates but by the State itself."*

*"Plaintiff should **not be charged fees**, or costs for the lawful and constitutional right to petition this court in this matter in which he is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the State and should not be applied to the plaintiff who is a natural individual and entitled to relief."* **Hale v. Henkel)( 201 U.S. 43)**

## CRIME TO INTERCEPT OR CONCEAL

---

[1] The UUSCLGJ is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of 1000's of People in the name of We the People to suppress through our Courts of Justice subverts both foreign and domestic acting under color of law within our governments.; States were unified by re-constituting all 3133 United States counties

[2] *"The grand jury is an institution separate from the courts over whose functioning the courts do not preside... the grand jury is mentioned in the Bill of Rights, but not in the body of the Constitution. It has not been textually assigned, therefore, to any of the branches described in the first three (3) Articles. It is a constitutional fixture in its own right. In fact, the whole theory of its function is that it belongs to no branch of the institutional government, serving as a kind of buffer or referee between the Government and the people... The grand jury's functional independence from the judicial branch is evident, both in the scope of its power to investigate criminal wrongdoing, and in the manner in which that power is exercised. 'Unlike [a] [c]ourt, whose jurisdiction is predicated upon a specific case or controversy, the grand jury 'can investigate merely on suspicion that the law is being violated, or even because it wants assurance that it is not.'"* United States v. John H. Williams; 112 S.Ct. 1735; 504 U.S. 36; 118 L.Ed.2d 352; 1992.

[3] *"**We hold these truths to be self-evident**, that all men are created equal, that they are **endowed by their Creator** with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, **deriving their just powers from the consent of the governed**."* Declaration of Independence; *"We the people... ordained and establish this Constitution for the United States of America."* U.S. Constitution:

[4] CORAM NOBIS. Before us ourselves, (the king's bench.) Applied to writs of error directed to another branch of the same court, e. g., from the full bench to the court at nisi prius. 1 Archb. Pr. K. B. 234.