

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| | |
|---|---|
| Unified United States Common Law Grand Jury<br><br>*Plaintiff(s)*<br>v.<br><br>U.S. Supreme Court, U.S. Congress; State Governors (50); U.S. President, Elect; et al<br><br>*Defendant(s)* | Civil Action No. 1:16-CV-1490<br>(LEK/DJS) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Supreme Court, Chief Justice John G. Roberts Jr., et al (see attached addresses)
U.S. President, Elect Donald Trump (see attached addresses)
U.S. Senate, Majority Leader Mitch McConnell, et al (see attached addresses)
U.S. House of Rep Speaker, Rep. Paul D. Ryan, et al (see attached addresses)
State Governors (50); (see attached list w/addresses)
John/Mary Does (see attached list w/addresses)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Unified United States Common Law Grand Jury
Grand Jury Foreman
P.O. Box 59
Valhalla, NY 10595
Fax: (888) 891-8977

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC 1 4 2016

_____
*Signature of Clerk or Deputy Clerk*

# LIST OF DEFENDANTS ADDRESSES & FAX

President, Elect Donald Trump; 725 Fifth Avenue, New York, NY 10022; Fax 212-935-0141, 212-399-3947
Governor Robert Bentley; 600 Dexter Avenue; Montgomery, AL 36130-2751 ; Fax - 3343530004
Governor Bill Walker; P.O. Box 110001; Juneau, AK 99811-0001; Fax - 9074653532
Governor Doug Ducey; 1700 West Washington; Phoenix, AZ 85007; Fax - 6025421381
Governor Asa Hutchinson; State Capitol Room 250; Little Rock, AR 72201; Fax - 5016821382
Governor Edmund Brown; State Capitol; Sacramento, CA 95814; Fax - 9165583160
Governor John Hickenlooper; 136 State Capitol; Denver, CO 80203-1792; Fax - 3038662003
Governor Dan Malloy; 210 Capitol Avenue; Hartford, CT 06106; Fax - 8605247396
Governor Jack Markell; Legislative Hall; Dover, DE 19901; Fax - 3025773118
Governor Rick Scott; 400 South Monroe Street; Tallahassee, FL 32399-0001; Fax - 8504870801
Governor Nathan Deal; 203 State Capitol; Atlanta, GA 30334; Fax - 4046577332
Governor Eddie Calvo; P.O. Box 2950; Agana, GU 96932; Fax - 6714774826
Governor David Ige; State Capitol; Honolulu, HI 96813; Fax - 8085860006
Governor C.L "Butch" Otter; 700 West Jefferson; Boise, ID 83702; Fax - 2083342175
Governor Bruce Rauner; 207 Statehouse; Springfield, IL 62706; Fax - 2177823560
Governor Mike Pence; State House Room 206; Indianapolis, IN 46204-2797 ; Fax - 3172323443
Governor Terry Branstad; State Capitol; Des Moines, IA 50319-0001; Fax - 5152816611
Governor Sam Brownback; 300 SW 10th Avenue, Suite 212S; Topeka, KS 66612-1590; Fax - 7852967973
Governor Steven L. Beshear; 700 Capitol Ave., Suite 100; Frankfort, KY 40601; Fax - 5025642517
Governor Bobby Jindal; P. O. Box 94004; Baton Rouge, LA 70804-9004; Fax - 5043420002
Governor Paul LePage; #1 State House Station; Augusta, ME 04333; Fax - 2072871034
Governor Larry Hogan; 100 State Circle; Annapolis, MD 21401; Fax - 4109743275
Governor Charlie Baker; Office of the Governor, Room 360; Boston, MA 02133; Fax - 6177279725
Governor Rick Snyder; P.O. Box 30013; Lansing, MI 48909; Fax - 5173356863
Governor Mark Dayton; 130 State Capitol; St. Paul, MN 55155; Fax - 6122962089
Governor Phil Bryant; P.O. Box 139; Jackson, MS 39205; Fax - 6013593741
Governor Jay Nixon; Room 216, P.O. Box 720; Jefferson City, MO 65102; Fax - 5737511495
Governor Steve Bullock; State Capitol; Helena, MT 59620-0801; Fax - 4064444151
Governor Pete Ricketts; P.O. Box 94848; Lincoln, NE 68509-4848; Fax - 4024716031
Governor Brian Sandoval; Capitol Building; Carson City, NV 89701; Fax - 7026874486
Governor Maggie Hassan; 107 North Main Street, Room 208; Concord, NH 03301; Fax - 6032712130
Governor Chris Christie; P.O. Box 001; Trenton, NJ 08625; Fax - 6092925212
Governor Susana Martinez; State Capitol Fourth Floor; Santa Fe, NM 87501; Fax - 5054762226
Governor Andrew Cuomo; State Capitol; Albany, NY 12224; Fax - 5184743767
Governor Pat McCrory; 20301 Mail Service Center; Raleigh, NC 27699-0301; Fax - 9197332120
Governor Jack Dalrymple; 600 E. Boulevard Ave.; Bismarck, ND 58505-0001; Fax - 7013282205
Governor John Kasich; 77 South High Street; Columbus, OH 43215; Fax - 6144669354
Governor Mary Fallin; 2300 Lincoln Blvd., Rm. 212; Oklahoma City, OK 73105; Fax - 4055213353
Governor Kate Brown; 900 Court St. N.; Salem, OR 97301; Fax - 5033786827
Governor Tom Wolf; Main Capitol Building; Harrisburg, PA 17120; Fax - 7177834429
Governor Gina Raimondo; State House; Providence, RI 02903; Fax - 4012735729
Governor Nikki Haley; 1205 Pendleton Street; Columbia, SC 29201; Fax - 8037345167
Governor Dennis Daugaard; 500 East Capitol Street; Pierre, SD 57501; Fax - 6057735844
Governor Bill Haslam; Tennessee State Capitol; Nashville, TN 37243-0001; Fax - 6155329711
Governor Greg Abbott; P.O. Box 12428; Austin, TX 78711; Fax - 5124632000
Governor Gary Herbert; Utah State Capitol Suite 200; Salt Lake City, UT 84114; Fax - 8015381528
Governor Peter Shumlin; 109 State Street; Montpelier, VT 05609; Fax - 8028283339
Governor Terry McAuliffe; State Capitol Third Floor; Richmond, VA 23219; Fax - 8043716351

**REDRESS OF GRIEVANCE**                                                          **SUMMONS**

Governor Jay Inslee; P.O. Box 40002; Olympia, WA 98504-0002; Fax - 3607534110
Governor Earl Ray Tomblin; 1900 Kanawha Street; Charleston, WV 25305; Fax - 3043427025
Governor Scott Walker; 115 East State Capitol; Madison, WI 53707; Fax - 6082678983
Governor Matt Mead; State Capitol Building Room 124; Cheyenne, WY 82002; Fax - 3076323909
Chief Justice John G. Roberts, Jr., 1 First Street, NE.; Washington, DC 20543. Fax 202.547.7730
Associate Justice, Anthony M. Kennedy; 1 First Street, NE.; Washington, DC 20543. Fax 202.547.7730
Associate Justice, Clarence Thomas; 1 First Street, NE.; Washington, DC 20543. Fax 202.547.7730
Associate Justice, Ruth Bader Ginsburg; 1 First Street, NE.; Washington, DC 20543. Fax 202.547.7730
Associate Justice, Stephen G. Breyer; 1 First Street, NE.; Washington, DC 20543. Fax 202.547.7730
Associate Justice, Samuel Anthony Alito, Jr.; 1 First Street, NE.; Washington, DC 20543. Fax 202.547.7730
Associate Justice, Sonia Sotomayor; 1 First Street, NE.; Washington, DC 20543. Fax 202.547.7730
Associate Justice, Elena Kagan; 1 First Street, NE.; Washington, DC 20543. Fax 202.547.7730
Majority Leader Mitch McConnell; 317 Russell Senate Office Building; Washington, DC 205100001; Fax (202) 224-2499
> [Majority Leader Mitch McConnell is being served on behalf of the entire Senate and is to provide copies to all members of the Senate [see list following] for a collective response; The Grand Jury shall Fax copies to all members within four (4) days of service by U.S. Mail: - Al Franken; Amy Klobuchar; Angus King; Barbara Boxer; Barbara Mikulski; Ben Cardin; Ben Sasse; Bernie Sanders; Bill Cassidy; Bill Nelson; Bob Casey, Jr.; Bob Corker; Bob Menendez; Brian E. Schatz; Chris Coons; Christopher S. Murphy; Chuck Grassley; Chuck Schumer; Claire McCaskill; Cory Booker; Cory Gardner; Dan Coats; Daniel S. Sullivan; David Perdue; David Vitter; Dean Heller; Deb Fischer; Debbie Stabenow; Dianne Feinstein; Dick Durbin; Ed Markey; Elizabeth Warren; Gary Peters; Harry Reid; Heidi Heitkamp; Jack Reed; James Lankford; Jeanne Shaheen; Jeff Flake; Jeff Merkley; Jeff Sessions; Jerry Moran; Jim Inhofe; Jim Risch; Joe Donnelly; Joe Manchin III; John Barrasso; John Boozman; John Cornyn; John Hoeven; John McCain; John Thune; Johnny Isakson; Jon Tester; Joni Ernst; Kelly Ayotte; Kirsten Gillibrand; Lamar Alexander; Lindsey Graham; Lisa Murkowski; Marco Rubio; Maria Cantwell; Mark Kirk; Mark Warner; Martin Heinrich; Mazie K. Hirono; Michael Bennet; Mike Crapo; Mike Enzi; Mike Lee; Mike Rounds; Orrin Hatch; Pat Roberts; Pat Toomey; Patrick Leahy; Patty Murray; Rand Paul; Richard Blumenthal; Richard Burr; Richard Shelby; Rob Portman; Roger Wicker; Ron Johnson; Ron Wyden; Roy Blunt; Sheldon Whitehouse; Shelley Moore Capito; Sherrod Brown; Steve Daines; Susan Collins; Tammy Baldwin; Ted Cruz; Thad Cochran; Thom Tillis; Tim Kaine; Tim Scott; Tom Carper; Tom Cotton; Tom Udall; C/O Majority Leader Mitch McConnell; 317 Russell Senate Office Building; Washington, DC 205100001; Fax (202) 224-2499]

> Office of the Speaker; Rep. Paul D. Ryan; H-232 The Capitol; Washington, DC 20515; Fax: (202) 225-2012
>> [Speaker; Rep. Paul D. Ryan is being served on behalf of the entire House of Representatives and is to provide copies to all members of the Senate [see list following] for a collective response; The Grand Jury shall Fax copies to all members within four (4) days of service by U.S. Mail: - Abraham, Ralph; Adams, Alma; Aderholt, Robert; Aguilar, Pete; Allen, Rick; Amash, Justin; Amodei, Mark; Ashford, Brad; Babin, Brian; Barletta, Lou; Barr, Andy; Barton, Joe; Bass, Karen; Beatty, Joyce; Becerra, Xavier; Benishek, Dan; Bera, Ami; Beyer, Don; Bilirakis, Gus M.; Bishop Jr., Sanford D.; Bishop, Mike; Bishop, Rob; Black, Diane; Blackburn, Marsha; Blum, Rod; Blumenauer, Earl; Bonamici, Suzanne; Bordallo, Madeleine; Bost, Mike; Boustany Jr., Charles W.; Boyle, Brendan; Brady, Kevin; Brady, Robert; Brat, Dave; Bridenstine, Jim; Brooks, Mo; Brooks, Susan W.; Brown, Corrine; Brownley, Julia; Buchanan, Vern; Buck, Ken; Bucshon, Larry Burgess, Michael; Bustos, Cheri; Butterfield, G.K.; Calvert, Ken; Capps, Lois; Capuano, Michael E.; Cárdenas, Tony; Carney, John; Carson, André; Carter, Buddy; Carter, John; Cartwright, Matthew; Castor, Kathy; Castro, Joaquin; Chabot, Steve; Chaffetz, Jason; Chu, Judy; Cicilline, David; Clark, Katherine; Clarke, Yvette D.; Clawson, Curt; Clay Jr., William; Cleaver, Emanuel; Clyburn, James E.; Coffman, Mike; Cohen, Steve; Cole, Tom; Collins, Chris; Collins, Doug; Comer, James; Comstock, Barbara; Conaway, K. Michael; Connolly, Gerald E.; Conyers Jr., John; Cook, Paul; Cooper, Jim; Costa, Jim; Costello, Ryan; Courtney, Joe; Cramer, Kevin; Crawford, Rick; Crenshaw, Ander; Crowley, Joseph; Cuellar, Henry; Culberson, John; Cummings, Elijah; Curbelo, Carlos; Davidson, Warren; Davis, Danny K.; Davis, Rodney; Davis, Susan; DeFazio, Peter; DeGette, Diana; Delaney, John; DeLauro, Rosa L.; DelBene, Suzan; Denham, Jeff; Dent, Charles W.; DeSantis, Ron; DeSaulnier, Mark; DesJarlais, Scott; Deutch, Ted; Diaz-Balart, Mario; Dingell, Debbie; Doggett, Lloyd; Dold, Bob; Donovan, Daniel; Doyle, Mike; Duckworth, Tammy; Duffy, Sean P.; Duncan Jr., John J.; Duncan, Jeff; Edwards, Donna F.; Ellison, Keith; Ellmers, Renee; Emmer,

Tom; Engel, Eliot; Eshoo, Anna G.; Esty, Elizabeth; Evans, Dwight; Farenthold, Blake; Farr, Sam; Fincher, Stephen; Fitzpatrick, Michael G.; Fleischmann, Chuck; Fleming, John; Flores, Bill; Forbes, J. Randy; Fortenberry, Jeff; Foster, Bill; Foxx, Virginia; Frankel, Lois; Franks, Trent; Frelinghuysen, Rodney; Fudge, Marcia L.; Gabbard, Tulsi; Gallego, Ruben; Garamendi, John; Garrett, Scott; Gibbs, Bob; Gibson, Chris; Gohmert, Louie; Goodlatte, Bob; Gosar, Paul A.; Gowdy, Trey; Graham, Gwen; Granger, Kay; Graves, Garret; Graves, Sam; Graves, Tom; Grayson, Alan; Green, Al; Green, Gene; Griffith, Morgan; Grijalva, Raul; Grothman, Glenn; Guinta, Frank; Guthrie, S. Brett; Gutierrez, Luis; Hahn, Janice; Hanabusa, Colleen; Hanna, Richard; Hardy, Cresent; Harper, Gregg; Harris, Andy; Hartzler, Vicky; Hastings, Alcee L.; Heck, Denny; Heck, Joe; Hensarling, Jeb; Herrera Beutler, Jaime; Hice, Jody; Higgins, Brian; Hill, French; Himes, Jim; Hinojosa, Rubén; Holding, George; Honda, Mike; Hoyer, Steny H.; Hudson, Richard; Huelskamp, Tim; Huffman, Jared; Huizenga, Bill; Hultgren, Randy; Hunter, Duncan D.; Hurd, Will; Hurt, Robert; Israel, Steve; Issa, Darrell; Jackson Lee, Sheila; Jeffries, Hakeem; Jenkins, Evan; Jenkins, Lynn; Johnson, Bill; Johnson, Eddie Bernice; Johnson, Henry C. "Hank" Jr.; Johnson, Sam; Jolly, David; Jones, Walter B.; Jordan, Jim; Joyce, David; Kaptur, Marcy; Katko, John; Keating, William; Kelly, Mike; Kelly, Robin; Kelly, Trent; Kennedy III, Joseph P.; Kildee, Daniel; Kilmer, Derek; Kind, Ron; King, Pete; King, Steve; Kinzinger, Adam; Kirkpatrick, Ann; Kline, John; Knight, Steve; Kuster, Ann; Labrador, Raul R.; LaHood, Darin; LaMalfa, Doug; Lamborn, Doug; Lance, Leonard; Langevin, Jim; Larsen, Rick; Larson, John B.; Latta, Robert E.; Lawrence, Brenda; Lee, Barbara; Levin, Sander; Lewis, John; Lieu, Ted; Lipinski, Daniel; LoBiondo, Frank; Loebsack, David; Lofgren, Zoe; Long, Billy; Loudermilk, Barry; Love, Mia; Lowenthal, Alan; Lowey, Nita; Lucas, Frank; Luetkemeyer, Blaine; Lujan Grisham, Michelle; Lujan, Ben R.; Lummis, Cynthia M.; Lynch, Stephen F.; MacArthur, Tom; Maloney, Carolyn; Maloney, Sean Patrick; Marchant, Kenny; Marino, Tom; Massie, Thomas; Matsui, Doris O.; McCarthy, Kevin; McCaul, Michael T.; McClintock, Tom; McCollum, Betty; McDermott, Jim; McGovern, James; McHenry, Patrick T.; McKinley, David; McMorris Rodgers, Cathy; McNerney, Jerry; McSally, Martha; Meadows, Mark; Meehan, Pat; Meeks, Gregory W.; Meng, Grace; Messer, Luke; Mica, John; Miller, Candice; Miller, Jeff; Moolenaar, John; Mooney, Alex; Moore, Gwen; Moulton, Seth; Mullin, Markwayne; Mulvaney, Mick; Murphy, Patrick; Murphy, Tim; Nadler, Jerrold; Napolitano, Grace; Neal, Richard E.; Neugebauer, Randy; Newhouse, Dan; Noem, Kristi; Nolan, Rick; Norcross, Donald; Norton, Eleanor Holmes; Nugent, Richard; Nunes, Devin; Olson, Pete; O'Rourke, Beto; Palazzo, Steven; Pallone Jr., Frank; Palmer, Gary; Pascrell Jr., Bill; Paulsen, Erik; Payne Jr., Donald; Pearce, Steve; Pelosi, Nancy; Perlmutter, Ed; Perry, Scott; Peters, Scott; Peterson, Collin C.; Pierluisi, Pedro; Pingree, Chellie; Pittenger, Robert; Pitts, Joseph R.; Plaskett, Stacey; Pocan, Mark; Poe, Ted; Poliquin, Bruce; Polis, Jared; Pompeo, Mike; Posey, Bill; Price, David; Price, Tom; Quigley, Mike; Radewagen, Amata; Rangel, Charles B.; Ratcliffe, John; Reed, Tom; Reichert, David G.; Renacci, Jim; Ribble, Reid; Rice, Kathleen; Rice, Tom; Richmond, Cedric; Rigell, Scott; Roe, Phil; Rogers, Harold; Rogers, Mike; Rohrabacher, Dana; Rokita, Todd; Rooney, Tom; Roskam, Peter J.; Ros-Lehtinen, Ileana; Ross, Dennis; Rothfus, Keith; Rouzer, David; Roybal-Allard, Lucille; Royce, Ed; Ruiz, Raul; Ruppersberger, C. A. Dutch; Rush, Bobby L.; Russell, Steve; Ryan, Tim; Sablan, Gregorio; Salmon, Matt; Sánchez, Linda; Sanchez, Loretta; Sanford, Mark; Sarbanes, John P.; Scalise, Steve; Schakowsky, Jan; Schiff, Adam; Schrader, Kurt; Schweikert, David; Scott, Austin; Scott, David; Scott, Robert C.; Sensenbrenner, F. James; Serrano, José E.; Sessions, Pete; Sewell, Terri A.; Sherman, Brad; Shimkus, John; Shuster, Bill; Simpson, Mike; Sinema, Kyrsten; Sires, Albio; Slaughter, Louise; Smith, Adam; Smith, Adrian; Smith, Chris; Smith, Jason; Smith, Lamar; Speier, Jackie; Stefanik, Elise; Stewart, Chris; Stivers, Steve; Stutzman, Marlin; Swalwell, Eric; Takano, Mark; Thompson, Bennie G.; Thompson, Glenn W.; Thompson, Mike; Thornberry, Mac; Tiberi, Pat; Tipton, Scott; Titus, Dina; Tonko, Paul D.; Torres, Norma; Trott, Dave; Tsongas, Niki; Turner, Michael; Upton, Fred; Valadao, David; Van Hollen, Chris; Vargas, Juan; Veasey, Marc; Vela, Filemon; Velázquez, Nydia M.; Visclosky, Peter; Wagner, Ann; Walberg, Tim; Walden, Greg; Walker, Mark; Walorski, Jackie; Walters, Mimi; Walz, Timothy J.; Wasserman Schultz, Debbie; Waters, Maxine; Watson Coleman, Bonnie; Weber, Randy; Webster, Daniel; Welch, Peter; Wenstrup, Brad; Westerman, Bruce; Westmoreland, Lynn A.; Williams, Roger; Wilson, Frederica; Wilson, Joe; Wittman, Robert J.; Womack, Steve; Woodall, Robert; Yarmuth, John A.; Yoder, Kevin; Yoho, Ted; Young, David; Young, Don; Young, Todd; Zeldin, Lee; Zinke, Ryan; C/O Majority Leader Mitch McConnell; 317 Russell Senate Office Building; Washington, DC 205100001; Fax (202) 224-2499]

John Does (to be added)
Mary Does (to be added)

**REDRESS OF GRIEVANCE**                                                                  **SUMMONS**