# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK
• 445 Broadway, Albany, NY 12207 •

𝔘𝔫𝔦𝔣𝔦𝔢𝔡 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔒𝔬𝔪𝔪𝔬𝔫 𝔏𝔞𝔴 𝔒𝔯𝔞𝔫𝔡 𝔍𝔲𝔯𝔶; [1]
𝔖𝔲𝔯𝔢𝔱𝔦𝔢𝔰 of 𝔱𝔥𝔢 𝔓𝔢𝔞𝔠𝔢 [2]
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.

FILED JAN 19 2017

---

Grand Jury, Sovereigns of the Court
𝔚𝔢 the 𝔓𝔢𝔬𝔭𝔩𝔢

- Against -

U.S. Congress, et al

Respondents

Jurisdiction: Court of Record, under the rules of Common Law [3]
Action at law: [4] (see form 7 filed)

Case NO: 1:16-CV-1490
Magistrate: Lawrence E. Kahn

**UNITED STATES ATTORNEY NOTICE**

As per Rule 4 when serving a United States agency, officer or employee, a copy of the summons and of the complaint are to be delivered to the United States attorney for the district where the action is brought. Therefore, as a courtesy, please find a copy of the action that 𝔚𝔢 the 𝔓𝔢𝔬𝔭𝔩𝔢 filed in the United States District Court for the Northern District of New York; Case NO: 1:16-CV-1490 against the United States Congress, the United States Supreme Court, President elect Donald Trump and others.

---

[1] **The UUSCLGJ** is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.

[2] **SURETIES OF THE PEACE:** If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government, we will immediately grant full justice therein. Magna Carta Paragraph 52.

[3] "**A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[4] **AT LAW:** Bouvier's This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.

UNITED STATES ATTORNEY NOTICE    Page 1 of 2    https://www.nationallibertyalliance.org/docket

Attached is a copy of all documents filed to date, evidentiary documents may be found under said case number. Please take specific notice of "Statement of Jurisdiction" and "Judicial Notice to Magistrate"; whereas, this action is between We the People and our elected and appointed servants who have a duty to speak:

> *"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading. . ."* - U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932

And since our servants and our courts are unlawfully ignoring our reports of subversion and war against the Constitution We the People have a duty and an unalienable right to open our own Courts of Justice proceeding according to the common law.

> *"Thus, citizens have the unbridled right to empanel their own grand juries and present "True Bills" of indictment to a court, which is then required to commence a criminal proceeding. Our Founding Fathers presciently thereby created a "buffer" the people may rely upon for justice, when public officials, including judges, criminally violate the law."* - United States v Williams

Therefore, when elected servants are called upon to answer the Peoples demands for a redress of grievances, they are to answer in a sworn affidavit directly and not through an attorney. Any unsworn answers through an attorney will be considered a non-answer. Elected and appointed servants have a duty to speak. Silence will be equated with fraud and will be brought before the Grand Jury for consideration for indictment.

Once indicted, criminal charges will be filed and these unfaithful servants will be removed from office and will then have a right to counsel. If they cannot afford legal counsel they can petition the court and if they qualify the court will then provide counsel.

Dated: January 17, 2017

SEAL

_____
Grand Jury Foreman

Unified United States Common
Law Grand Jury Foreman
P.O. Box 59
Valhalla, NY 10595

Court Clerk U.S. District Court
for the Northern District of NY
445 Broadway
Albany, NY. 12207-2936

U.S. DISTRICT COURT
N.D. OF N.Y.
**RECEIVED**
JAN 1 9 2017
LAWRENCE K. BAERMAN
ALBANY, CLERK