AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| | |
|---|---|
| __UNIFIED U.S. COMMON LAW GRAND JURY__ ) <br> *Plaintiff* ) <br> v. ) <br> __Commissioner of Social Security__ ) <br> *Defendant* ) | Case No.   1:16-cv-1490 (LEK/DJS) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

__All Federal Defendants__ .

Date:     __02/23/2017__

__/S__
*Attorney's signature*

__John D. Hoggan, Jr. 511254__
*Printed name and bar number*

U.S. Attorney's Office
445 Broadway, 5th Floor
Alblany, NY 12207

*Address*

__john.hoggan@usdoj.gov__
*E-mail address*

__(518) 431-0247__
*Telephone number*

__(518) 431-0386__
*FAX number*