AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| UNIFIED U.S. COMMON LAW GRAND JURY | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:16-cv-1490 (LEK/DJS) |
| Commissioner of Social Security | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Federal Defendants                                        .

Date:   02/23/2017

/S
*Attorney's signature*

John D. Hoggan, Jr. 511254
*Printed name and bar number*

U.S. Attorney's Office
445 Broadway, 5th Floor
Alblany, NY 12207

*Address*

john.hoggan@usdoj.gov
*E-mail address*

(518) 431-0247
*Telephone number*

(518) 431-0386
*FAX number*