U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
APR 19 2017
LAWRENCE K. BAERMAN, CLERK
ALBANY

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK
• 445 Broadway; Albany, NY. 12207 •

**Unified United States Common Law Grand Jury;** [1]
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

**Sureties of the Peace** [2]

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY:

---

Grand Jury, Sovereigns of the Court
We the People

- Against -

Lawrence K Baerman, Clerk of Court
Defendant

Jurisdiction: Court of Record, under
the rules of Common Law [3]
Action at law: [4] (see form 7 attached)

Case NO: 1:16-CV-1490
Magistrate: Daniel J. Stewart

**DEFAULT**

## Default Judgment

We the People move the court for a default judgment against Lawrence K Baerman, Clerk of Court.

I, Grand Jury Foreman, having firsthand knowledge of the following facts, do hereby swear under seal that the following facts are true, correct and not misleading:

---

[1] **The UUSCLGJ** is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.

[2] **SURETIES OF THE PEACE:** If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government, we will immediately grant full justice therein. Magna Carta Paragraph 52.

[3] "**A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[4] **AT LAW:** Bouvier's This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.

That, on December 14, 2016 We the People filed papers in the above Article III court thereby opening a court of record. See Common Law Cover Sheet, attached.

Whereas the clerk demanded $400 for justice, we then served upon the clerk a "File on Demand under penalty of law" and the clerk still insisted on $400 for justice and National Liberty Alliance on behalf of the Grand Jury paid the $400 extortion in order to file. See File on Demand, attached.

That, on January 9, 2017 the Grand Jury severed and filed a Show Cause upon Defendant Lawrence K Baerman. See show cause, attached.

**WHEREAS:** on March 13, 2017 (62 days), defendant, Lawrence K Baerman defaulted; the record shows that the defendant made no Return; the defendant did not request more time to answer; neither did the defendant provided any objection to the proceedings; and,

**THEREBY:** the law requires the court be moved for a default judgment. The court is to order the defendant, Lawrence K Baerman to return the $400 immediately. And this incident will be brought before the Grand Jury for consideration.

> **Default Judgment - Entering a Default:** *"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend; and, that failure is shown by Affidavit or otherwise* [under seal]*, the clerk must enter the party's default."* FRCP Rule 55(a); FRCP Rule 58(b)(2); 28 U.S.C. §2243.

SEAL

DATED: April 17, 2017

_____
Grand Jury Foreman

JS 44 (Rev. 07/16)

**Common Law**
~~CIVIL~~ COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Unified Common Law Grand Jury

**(b)** County of Residence of First Listed Plaintiff: Westchester
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
UCSCL Grand Jury
PO Box 59
Valhalla, NY. 10595

### DEFENDANTS
US Congress, US Supreme Court, 50 Governors, President-elect D. Trump, et al

County of Residence of First Listed Defendant: Washington DC
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

(Standard form checklist — [X] 360 Other Personal Injury marked)

### V. ORIGIN *(Place an "X" in One Box Only)*
[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Constitution for the U.S. of America : Bill of Rights Violation  Numerous Violations
Brief description of cause:

### VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

### VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____
DOCKET NUMBER 1:16-CV-1490

DATE 12-14-16
SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**
RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

# United United States[1] Common Law Grand Jury:[2]

P.O. Box 59; Valhalla New York 10595;   • Fax: (888) 891-8977;   • E-Mail: UnitedStates@uclgj.org

*"Justice and Judgment are the inhabitation of thy throne: mercy and truth shall go before thy face."* - Psa 89:14[3]

AL, AK, AZ, AR, CA, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.

## WRIT MANDAMUS             CORAM NOBIS[4]

## FILE ON DEMAND UNDER PENALTY OF LAW

**Attention Clerk;**

You are directed to file the attached document UNDER PENALTY OF LAW unimpeded as required by law without charge and **MAIL A TIME STAMPED COPY W/CASE NO OF THE FRONT PAGE ATTACHED IN SELF ADDRESS STAMPED ENVELOPE**. THIS IS A COMMON LAW PROCEDURE AND THEREFORE NOT HELD UNDER STATUTORY REQUIREMENTS

**Rule 4 FEDERAL RULES OF CIVIL PROCEDURE 2(b) ISSUANCE.** On or after filing the complaint, the plaintiff may present a summons to the clerk for signature and seal. **If the summons is properly completed, the clerk must sign, seal, and issue it to the plaintiff for service on the defendant.** A summons—or a copy of a summons that is addressed to multiple defendants—must be issued for each defendant to be served.

**18 USC §2076** Whoever, being a clerk willfully **refuses or neglects** to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both. **18 USC §1512(b)**; Whoever **obstructs or impedes** any official proceeding shall be fined under this title or imprisoned not more than 20 years, or both.

**American Jurisprudence Constitutional Law §326** *"Free Justice and Open Courts; Remedy for All Injuries.- In most of the state Constitutions there are provisions, varying slightly in terms, which stipulate that justice shall be administered to all without delay or denial, without sale or prejudice, and that the courts shall always be open to all alike. These provisions are based largely upon the Magna Charta, chap. 40, which provides; "We will sell to no man. We will not deny to any man either justice or right." The chief purpose of the Magna Charta provision was to prohibit the King from selling justice by imposing fees on litigants through his courts and to deal a death blow to the attendant venal and disgraceful practices of a corrupt judiciary in demanding oppressive gratuities for giving or withholding decisions in pending causes. It has been appropriately said that in a free government the doors of litigation are already wide open and must constantly remain so. The extent of the constitutional provision has been regarded as broader than the original confines of Magna Charta, and such constitutional provision has been held to prohibit the selling of justice not merely by magistrates but by the State itself."*

*"Plaintiff should **not be charged fees**, or costs for the lawful and constitutional right to petition this court in this matter in which he is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the State and should not be applied to the plaintiff who is a natural individual and entitled to relief."* **Hale v. Henkel)( 201 U.S. 43)**

## CRIME TO INTERCEPT OR CONCEAL

---

[1] The UUSCLGJ is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of 1000's of People in the name of We the People to suppress through our Courts of Justice subverts both foreign and domestic acting under color of law within our governments.; States were unified by re-constituting all 3133 United States counties

[2] *"The grand jury is an institution separate from the courts over whose functioning the courts do not preside... the grand jury is mentioned in the Bill of Rights, but not in the body of the Constitution. It has not been textually assigned, therefore, to any of the branches described in the first three (3) Articles. It is a constitutional fixture in its own right. In fact, the whole theory of its function is that it belongs to no branch of the institutional government, serving as a kind of buffer or referee between the Government and the people... The grand jury's functional independence from the judicial branch is evident, both in the scope of its power to investigate criminal wrongdoing, and in the manner in which that power is exercised. 'Unlike [a] [c]ourt, whose jurisdiction is predicated upon a specific case or controversy, the grand jury 'can investigate merely on suspicion that the law is being violated, or even because it wants assurance that it is not.'"* United States v. John H. Williams; 112 S.Ct. 1735; 504 U.S. 36; 118 L.Ed.2d 352; 1992.

[3] *"We hold these truths to be **self-evident**, that all men are created equal, that they are **endowed by their Creator** with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, **deriving their just powers from the consent of the governed**."* Declaration of Independence; *"We the people... ordained and establish this Constitution for the United States of America."* U.S. Constitution;

[4] CORAM NOBIS. Before us ourselves, (the king's bench.) Applied to writs of error directed to another branch of the same court, e. g., from the full bench to the court at nisi prius. 1 Archb. Pr. K. B. 234.

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK
• 445 Broadway, Albany, NY. 12207-2936 •

**Unified United States Common Law Grand Jury;** [1]
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

*Sureties of the Peace* [2]

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.

Grand Jury, Sovereigns of the Court
*We the People*

- Against -

Lawrence K. Baerman, Clerk of Court
Defendant

Jurisdiction: Court of Record, under the rules of Common Law [3]
Action at law: [4] (see form 7 attached)

Case NO: 1:16-CV-1490
Magistrate: Lawrence E. Kahn

## SHOW CAUSE

On December 14, 2016 We the People filed papers in the above court opening a court of record [5] however, the clerk demanded $400 in return for Justice. After notifying the clerk that this is a common law procedure and therefore not held under statutory requirements, we directed the clerk to file under penalty of law unimpeded as required by law under rule 4 and without charge under American Jurisprudence Constitutional Law §326. We notified

---

[1] The UUSCLGJ is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.

[2] **SURETIES OF THE PEACE:** If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government, we will immediately grant full justice therein. Magna Carta Paragraph 52.

[3] "A Court of Record is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[4] **AT LAW:** Bouvier's This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.

[5] **COURT OF RECORD:** "A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it proceeding according to the course of common law." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689

20  the clerk of the consequences of 18 USC §2076 and 18 USC §1512(b) the clerk continued to insist that money should be given in exchange for Justice. <u>See File on Demand attached</u>. We made it clear that we are People and not a fiction or subjects:

> "*Plaintiff should not be charged fees, or costs for the lawful and constitutional right to petition this court in this matter in which he is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the State and should not be applied to the plaintiff who is a natural*
25  *individual and entitled to relief.*" Hale v. Henkel)( 201 U.S. 43)

A system of justice is an institution for the redress of grievances. It can only command the respect of a society's members if they trust that it is an impartial, equal, transparent and principled system that gives effect to the rule of law.[6] These necessary qualities of any system of justice worthy of that name were revealed in the Magna Carta, that promised:

30  > "*To no one will we sell, to no one will we deny or defer right or justice.*"

𝔚HEREFORE, 𝔚e the 𝔓eople demand that Lawrence K. Baerman, Clerk of Court, show cause by what authority the clerk may charge for Justice?

Or, admit to their error, return the money, and we will forgo bringing the defendant before the Grand Jury for extortion.

35

SEAL

DATED: January 9, 2017

40
_____
Grand Jury Foreman

---

[6] Bremer Vulkan Schiffbau and Maschinenfabrik v South India Shipping Corporation Ltd [1981] AC 909 at 977 per Lord Diplock.

Clerk of Court                 Page 2 of 2                 www.NationalLibertyAlliance.org/docket