Unified United States
Common Law Grand Jury
P.O. Box 59
Valhalla, New York 10595

Chief Clerk
United States District Court for
The Northern District of New York
445 Broadway; Albany, NY. 12207-2936



1000
12207



U.S. POSTAGE PAID
HYDE PARK, NY
12538
APR 17 17
AMOUNT
$1.12
R2304N116655-05

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
APR 19 2017
LAWRENCE K. BAERMAN, CLERK
ALBANY