Unified United States
Common Law Grand Jury
P.O. Box 59
Valhalla, New York 10595



CRIME TO INTERCEPT

Chief Clerk #1:16-cv-1490
United States District Court for
The Northern District of New York
445 Broadway; Albany, NY. 12207-2936



U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
MAY 15 2017
LAWRENCE K. BAERMAN, CLERK



7015 0640 0004 5404 1836



1006
12207

U.S. POSTAGE
PAID
HYDE PARK, NY
12538
MAY 13 17
AMOUNT
$10.00
R2304N116655-05