U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUN 15 2017

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF NEW YORK

Lawrence K. Baerman, Clerk
ALBANY

● 445 Broadway; Albany, NY. 12207-2936 ●

**Unified United States Common Law Grand Jury;** [1]
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

**Sureties of the Peace** [2]

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY:

Grand Jury, Sovereigns of the Court
                    We the People

- Against -

Lawrence K Baerman, Clerk of Court
                              Defendant

Jurisdiction: Court of Record, under
                    the rules of Common Law [3]
Action at law: [4]

Case NO: 1:16-CV-1490
Magistrate: Daniel J. Stewart

### ORDER

We the People move the court, ordering Magistrate Daniel J. Stewart to perform his administrative duty as Magistrate of the court by signing and sealing the attached default order "as required by law".

> **Default Judgment; Entering a Default:** *"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by Affidavit or otherwise* [under seal]*, the clerk must enter the party's default."* FRCP Rule 55(a); FRCP Rule 58(b)(2); 28 U.S.C. §2243.

---

[1] **The UUSCLGJ** is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.

[2] **SURETIES OF THE PEACE:** If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government, we will immediately grant full justice therein. Magna Carta Paragraph 52.

[3] **"A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[4] **AT LAW:** Bouvier's This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.

Five copies are to be signed by Magistrate, attached:

One copy is to be filed in the court.

Two copies are to be mailed to the Unified United States Common Law Grand Jury; P.O. Box 59; Valhalla, NY 10595, for the record and for serving Lawrence K Baerman, Clerk of Court.


Ordered by Grand Jury, Sureties of the Peace for We the People under Seal:


SEAL

_____
Grand Jury Foreman


**Attached:**      Three copies Default Judgment Decision and Order

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF NEW YORK
• 4 4 5   B r o a d w a y ;   A l b a n y ,   N Y .   1 2 2 0 7 - 2 9 3 6 •

**Unified United States Common Law Grand Jury;** [1]
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

**Sureties of the Peace** [2]

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY:

| | |
|---|---|
| Grand Jury, Sovereigns of the Court **We the People** <br><br> - Against - <br><br> Lawrence K Baerman, Clerk of Court **Defendants** | Jurisdiction: Court of Record, under the rules of Common Law [3] <br><br> Case NO: 1:16-CV-1490 <br><br> Magistrate: Daniel J. Stewart <br><br> **Decision and Order** |

**Default Judgment; Entering a Default:** *"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by Affidavit or otherwise* [under seal]*, the clerk must enter the party's default."* FRCP Rule 55(a); FRCP Rule 58(b)(2); 28 U.S.C. §2243.

**COMES NOW THE ABOVE-ENTITLED COURT OF RECORD,** to review the record, summarily determine the facts, and dispose of the matter as law and justice require. [4]

---

[1] **The UUSCLGJ** is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.
[2] **SURETIES OF THE PEACE:** If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government, we will immediately grant full justice therein. Magna Carta Paragraph 52.
[3] **"A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.
[4] 28 U.S.C. §2243.

The Defendants, Lawrence K Baerman, Clerk of Court against whom a judgment for affirmative relief is sought, have failed to plead or otherwise defend as provided by these rules; and, that fact is made to appear by Grand Jury Foreman sworn under seal, see attached.

**NOW, THEREFORE, THIS COURT OF RECORD** issues this Default Judgment Coram Ipso Rege to dispose of the matter as law and justice require, to wit:

## SUMMARY

On April 1, 2017, the Grand Jury acting as the Sureties of the Peace on behalf of the People filed in the above-entitled court of record and served upon Lawrence K Baerman, Clerk of Court, a writ mandamus to show cause by what authority they act statutorily against the People thereby infringing upon the Peoples' unalienable right to Justice.

> *The U.S. Supreme Court has ruled that a natural man or woman is entitled to relief for free access to its judicial tribunals and public offices in every State in the Union* (2 Black 620, see also Crandell v. Nevada, 6 Wall 35).

> *"Plaintiff should not be charged fees, or costs for the lawful and constitutional right to petition this court in this matter in which he is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the State and should not be applied to the Plaintiff who is a natural individual and entitled to relief"* (Hale v. Henkel) ( 201 U.S. 43)

The Writ Mandamus to Show Cause presented issues of both fact and law. The respondent was duly[5] served with the Order to Show Cause. The record shows that no respondent made any Return; no respondent requested more time to answer; and, no respondent provided any objection to the proceedings.

## JURISDICTION OF THIS COURT

**Article III Section 2:** The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority; therefore, this court has jurisdiction.

---

[5] Duly: According to law, in both form and substance. Black's 6th.

## AUTHORITY OF THE GRAND JURY
## AS SURETIES OF THE PEACE

"*If any of our civil servants shall have transgressed against any of the people in any respect; and, they shall ask us to cause that error to be amended without delay; or, shall have broken some one of the articles of peace or security; and, their transgression shall have been shown to four (4) Jurors of the aforesaid twenty five (25); and, if those four (4) Jurors are unable to settle the transgression, they shall come to the twenty-five (25), showing to the Grand Jury the error which shall be enforced by the law of the land.*" Magna Carta, June 15, A.D. 1215, 61.

Justice Powell, in United States v. Calandra, 414 U.S. 338, 343 (1974), stated: "*The institution of the grand jury is deeply rooted in Anglo-American history; [n3] In England, the grand jury [p343] served for centuries, both as a body of accusers, sworn to discover, and present for trial, persons suspected of criminal wrongdoing; and, as a protector of citizens against arbitrary and oppressive governmental action. In this country, the Founders thought the grand jury so essential to basic liberties, that they provided, in the Fifth Amendment, that federal prosecution for serious crimes can only be instituted by a 'presentment or indictment of a Grand Jury'.* Cf. Costello v. United States, 350 U.S. 359, 361-362 (1956). *The grand jury's historic functions survive to this day. Its responsibilities determination whether there is probable cause to believe a crime has been committed, and the protection of citizens against unfounded criminal prosecutions.* Branzburg v. Hayes, 408 U.S. 665, 686-687 (1972)."

"*[R]ooted in long centuries of Anglo-American history,*" Hannah v. Larche, 363 U.S. 420, 490, 80 S.Ct. 1502, 1544, 4 L.Ed.2d 1307 (1960) (Frankfurter, J., concurring in result), *the grand jury is mentioned in the Bill of Rights, but not in the body of the Constitution. It has not been textually assigned, therefore, to any of the branches described in the first three Articles. It " 'is a constitutional fixture in its own right.' "* United States v. Chanen, 549 F.2d 1306, 1312 (CA9 1977) (quoting Nixon v. Sirica, 159 U.S.App.D.C. 58, 70, n. 54, 487 F.2d 700, 712, n. 54 (1973)), cert. denied, 434 U.S. 825, 98 S.Ct. 72, 54 L.Ed.2d 83 (1977). *In fact the whole theory of its function is that it belongs to no branch of the institutional government, serving as a kind of buffer or referee between the Government and the people.* Stirone v. United States, 361 U.S. 212, 218, 80 S.Ct. 270, 273, 4 L.Ed.2d 252 (1960); Hale v. Henkel, 201 U.S. 43, 61, 26 S.Ct. 370, 373, 50 L.Ed. 652 (1906); G. Edwards, The Grand Jury 28-32 (1906). *Although the grand jury normally operates, of*

*course, in the courthouse and under judicial auspices, its institutional relationship with the judicial branch has traditionally been, so to speak, at arm's length. Judges' direct involvement in the functioning of the grand jury has generally been confined to the constitutive one of calling the grand jurors together and administering their oaths of office.* United States v. Calandra, 414 U.S. 338, 343, 94 S.Ct. 613, 617, 38 L.Ed.2d 561 (1974); Fed.Rule Crim.Proc. 6(a).

## FINDINGS OF FACT

Therefore, based upon the record before this court the court finds that:

(1) The plaintiffs are People as contemplated in the Preamble of the Constitution for the United States of America.

(2) This above-entitled court is a court of record.

(3) The defendants was duly served; and, court personnel were apprised of the plaintiffs' claims and the Writ; the defendant had full Notice and fair opportunity to argue their cause; and, defendant did not argue their cause.

(4) The defendant have not presented any evidence.

(5) The plaintiffs have suffered an unlawful and illegal diminishment of rights that must be restored.

## CONCLUSIONS OF LAW

Further, the court concludes that:

(1) This above entitled court has the sovereign authority to proceed as a court of record with jurisdiction to act in the instant case and subject matter.

(2) Because all defendants were duly served; and, court personnel were apprised of the plaintiff's Writ; and, because all defendants had full Notice and fair opportunity to argue their cause; and, did not so do; and, because none of the aforementioned persons made a Return, Objection, or Motion, the above-entitled court has acquired "in personam jurisdiction" of the defendant.

**IT IS ORDERED AND ADJUDGED THAT**:

Default Judgment is hereby entered by this court in accordance with Federal Rules of Civil Procedure, Rule 55(b)(2).

Lawrence K Baerman, Clerk of Court shall return the $400 extortion fee to National Liberty Alliance; 3979 Albany Post Road; Hyde Park, NY. 12538 and cease all future extortion of currency for Justice upon the People.

**THE COURT**, entered this _____ day of _____, 2017.

       SEAL

_____

                          Magistrate: Daniel J. Stewart

Grand Jury, Sureties of the Peace for We the People

       SEAL

_____

                          Grand Jury Foreman

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF NEW YORK
● 445 Broadway; Albany, NY. 12207-2936 ●

**Unified United States Common Law Grand Jury;** [1]
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

**Sureties of the Peace** [2]

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.

---

Grand Jury, Sovereigns of the Court

**We the People**

\- Against -

Lawrence K Baerman, Clerk of Court

Defendant

Jurisdiction: Court of Record, under
the rules of Common Law [3]
Action at law: [4]  (see form 7 attached)

Case NO: 1:16-CV-1490
Magistrate: Daniel J. Stewart

**DEFAULT**

## Default Judgment

We the People move the court for a default judgment against Lawrence K Baerman, Clerk of Court.

I, Grand Jury Foreman, having firsthand knowledge of the following facts, do hereby swear under seal that the following facts are true, correct and not misleading:

---

[1] **The UUSCLGJ** is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.

[2] **SURETIES OF THE PEACE:** If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government, we will immediately grant full justice therein. Magna Carta Paragraph 52.

[3] **"A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[4] **AT LAW:** Bouvier's This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.

That, on December 14, 2016 We the People filed papers in the above Article III court thereby opening a court of record. See Common Law Cover Sheet, attached.

Whereas the clerk demanded $400 for justice, we then served upon the clerk a "File on Demand under penalty of law" and the clerk still insisted on $400 for justice and National Liberty Alliance on behalf of the Grand Jury paid the $400 extortion in order to file. See File on Demand, attached.

That, on January 9, 2017 the Grand Jury severed and filed a Show Cause upon Defendant Lawrence K Baerman. See show cause, attached.

**WHEREAS:** on March 13, 2017 (62 days), defendant, Lawrence K Baerman defaulted; the record shows that the defendant made no Return; the defendant did not request more time to answer; neither did the defendant provided any objection to the proceedings; and,

**THEREBY:** the law requires the court be moved for a default judgment. The court is to order the defendant, Lawrence K Baerman to return the $400 immediately. And this incident will be brought before the Grand Jury for consideration.

> **Default Judgment - Entering a Default:** *"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend; and, that failure is shown by Affidavit or otherwise* [under seal]*, the clerk must enter the party's default."* FRCP Rule 55(a); FRCP Rule 58(b) (2); 28 U.S.C. §2243.

SEAL

**DATED**: April 17, 2017

_____
Grand Jury Foreman

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF NEW YORK
### • 445 Broadway; Albany, NY. 12207-2936 •

**Unified United States Common Law Grand Jury;** [1]
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

**Sureties of the Peace** [2]

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY:

Grand Jury, Sovereigns of the Court
                                        We the People

- Against -

Lawrence K Baerman, Clerk of Court
                                        Defendants

Jurisdiction: Court of Record, under
                    the rules of Common Law [3]

Case NO: 1:16-CV-1490

Magistrate: Daniel J. Stewart

**Decision and Order**

**Default Judgment; Entering a Default:** *"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by Affidavit or otherwise* [under seal]*, the clerk must enter the party's default."* FRCP Rule 55(a); FRCP Rule 58(b)(2); 28 U.S.C. §2243.

**COMES NOW THE ABOVE-ENTITLED COURT OF RECORD,** to review the record, summarily determine the facts, and dispose of the matter as law and justice require. [4]

---

[1] **The UUSCLGJ** is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.

[2] **SURETIES OF THE PEACE:** If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government, we will immediately grant full justice therein. Magna Carta Paragraph 52.

[3] **"A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[4] 28 U.S.C. §2243.

The Defendants, Lawrence K. Baerman, Clerk of Court against whom a judgment for affirmative relief is sought, have failed to plead or otherwise defend as provided by these rules; and, that fact is made to appear by Grand Jury Foreman sworn under seal, see attached.

**NOW, THEREFORE, THIS COURT OF RECORD** issues this Default Judgment Coram Ipso Rege to dispose of the matter as law and justice require, to wit:

## SUMMARY

On April 1, 2017, the Grand Jury acting as the Sureties of the Peace on behalf of the People filed in the above-entitled court of record and served upon Lawrence K Baerman, Clerk of Court, a writ mandamus to show cause by what authority they act statutorily against the People thereby infringing upon the Peoples' unalienable right to Justice.

> *The U.S. Supreme Court has ruled that a natural man or woman is entitled to relief for free access to its judicial tribunals and public offices in every State in the Union* (2 Black 620, see also Crandell v. Nevada, 6 Wall 35).

> *"Plaintiff should not be charged fees, or costs for the lawful and constitutional right to petition this court in this matter in which he is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the State and should not be applied to the Plaintiff who is a natural individual and entitled to relief"* (Hale v. Henkel) ( 201 U.S. 43)

The Writ Mandamus to Show Cause presented issues of both fact and law. The respondent was duly[5] served with the Order to Show Cause. The record shows that no respondent made any Return; no respondent requested more time to answer; and, no respondent provided any objection to the proceedings.

## JURISDICTION OF THIS COURT

**Article III Section 2:** The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority; therefore, this court has jurisdiction.

---

[5] Duly: According to law, in both form and substance. Black's 6th.

## AUTHORITY OF THE GRAND JURY
## AS SURETIES OF THE PEACE

"*If any of our civil servants shall have transgressed against any of the people in any respect; and, they shall ask us to cause that error to be amended without delay; or, shall have broken some one of the articles of peace or security; and, their transgression shall have been shown to four (4) Jurors of the aforesaid twenty five (25); and, if those four (4) Jurors are unable to settle the transgression, they shall come to the twenty-five (25), showing to the Grand Jury the error which shall be enforced by the law of the land.*" Magna Carta, June 15, A.D. 1215, 61.

Justice Powell, in United States v. Calandra, 414 U.S. 338, 343 (1974), stated: "*The institution of the grand jury is deeply rooted in Anglo-American history; [n3] In England, the grand jury [p343] served for centuries, both as a body of accusers, sworn to discover, and present for trial, persons suspected of criminal wrongdoing; and, as a protector of citizens against arbitrary and oppressive governmental action. In this country, the Founders thought the grand jury so essential to basic liberties, that they provided, in the Fifth Amendment, that federal prosecution for serious crimes can only be instituted by a 'presentment or indictment of a Grand Jury'.* Cf. Costello v. United States, 350 U.S. 359, 361-362 (1956). *The grand jury's historic functions survive to this day. Its responsibilities determination whether there is probable cause to believe a crime has been committed, and the protection of citizens against unfounded criminal prosecutions.* Branzburg v. Hayes, 408 U.S. 665, 686-687 (1972)."

"*[R]ooted in long centuries of Anglo-American history,*" Hannah v. Larche, 363 U.S. 420, 490, 80 S.Ct. 1502, 1544, 4 L.Ed.2d 1307 (1960) (Frankfurter, J., concurring in result), *the grand jury is mentioned in the Bill of Rights, but not in the body of the Constitution. It has not been textually assigned, therefore, to any of the branches described in the first three Articles. It " 'is a constitutional fixture in its own right.'* " United States v. Chanen, 549 F.2d 1306, 1312 (CA9 1977) (quoting Nixon v. Sirica, 159 U.S.App.D.C. 58, 70, n. 54, 487 F.2d 700, 712, n. 54 (1973)), cert. denied, 434 U.S. 825, 98 S.Ct. 72, 54 L.Ed.2d 83 (1977). *In fact the whole theory of its function is that it belongs to no branch of the institutional government, serving as a kind of buffer or referee between the Government and the people.* Stirone v. United States, 361 U.S. 212, 218, 80 S.Ct. 270, 273, 4 L.Ed.2d 252 (1960); Hale v. Henkel, 201 U.S. 43, 61, 26 S.Ct. 370, 373, 50 L.Ed. 652 (1906); G. Edwards, The Grand Jury 28-32 (1906). *Although the grand jury normally operates, of*

Case 1:16-cv-01490-LEK-DJS   Document 28   Filed 06/15/17   Page 13 of 23

*course, in the courthouse and under judicial auspices, its institutional relationship with the judicial branch has traditionally been, so to speak, at arm's length. Judges' direct involvement in the functioning of the grand jury has generally been confined to the constitutive one of calling the grand jurors together and administering their oaths of office.* United States v. Calandra, 414 U.S. 338, 343, 94 S.Ct. 613, 617, 38 L.Ed.2d 561 (1974); Fed.Rule Crim.Proc. 6(a).

## FINDINGS OF FACT

Therefore, based upon the record before this court the court finds that:

(1) The plaintiffs are People as contemplated in the Preamble of the Constitution for the United States of America.

(2) This above-entitled court is a court of record.

(3) The defendants was duly served; and, court personnel were apprised of the plaintiffs' claims and the Writ; the defendant had full Notice and fair opportunity to argue their cause; and, defendant did not argue their cause.

(4) The defendant have not presented any evidence.

(5) The plaintiffs have suffered an unlawful and illegal diminishment of rights that must be restored.

## CONCLUSIONS OF LAW

Further, the court concludes that:

(1) This above entitled court has the sovereign authority to proceed as a court of record with jurisdiction to act in the instant case and subject matter.

(2) Because all defendants were duly served; and, court personnel were apprised of the plaintiff's Writ; and, because all defendants had full Notice and fair opportunity to argue their cause; and, did not so do; and, because none of the aforementioned persons made a Return, Objection, or Motion, the above-entitled court has acquired "in personam jurisdiction" of the defendant.

Default Judgment                              Page 4 of 5                    www.NationalLibertyAlliance.org/docket

**IT IS ORDERED AND ADJUDGED THAT**:

Default Judgment is hereby entered by this court in accordance with Federal Rules of Civil Procedure, Rule 55(b)(2).

Lawrence K. Baerman, Clerk of Court shall return the $400 extortion fee to National Liberty Alliance; 3979 Albany Post Road; Hyde Park, NY. 12538 and cease all future extortion of currency for Justice upon the People.

**THE COURT**, entered this _____ day of _____, 2017.

       SEAL

_____

                    Magistrate: Daniel J. Stewart

Grand Jury, Sureties of the Peace for We the People

       SEAL

_____

                    Grand Jury Foreman

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF NEW YORK
● 4 4 5   B r o a d w a y ;   A l b a n y ,   N Y .   1 2 2 0 7 - 2 9 3 6 ●

**Unified United States Common Law Grand Jury;** [1]
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

**Sureties of the Peace** [2]

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY:

Grand Jury, Sovereigns of the Court
We the People

- Against -

Lawrence K Baerman, Clerk of Court
Defendant

Jurisdiction: Court of Record, under
the rules of Common Law [3]
Action at law: [4]  (see form 7 attached)

Case NO: 1:16-CV-1490
Magistrate: Daniel J. Stewart

**DEFAULT**

## Default Judgment

We the People move the court for a default judgment against Lawrence K Baerman, Clerk of Court.

I, Grand Jury Foreman, having firsthand knowledge of the following facts, do hereby swear under seal that the following facts are true, correct and not misleading:

---

[1] **The UUSCLGJ** is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.

[2] **SURETIES OF THE PEACE:** If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government, we will immediately grant full justice therein. Magna Carta Paragraph 52.

[3] **"A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[4] **AT LAW:** Bouvier's This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.

That, on December 14, 2016 We the People filed papers in the above Article III court thereby opening a court of record. See Common Law Cover Sheet, attached.

Whereas the clerk demanded $400 for justice, we then served upon the clerk a "File on Demand under penalty of law" and the clerk still insisted on $400 for justice and National Liberty Alliance on behalf of the Grand Jury paid the $400 extortion in order to file. See File on Demand, attached.

That, on January 9, 2017 the Grand Jury severed and filed a Show Cause upon Defendant Lawrence K Baerman. See show cause, attached.

**WHEREAS:** on March 13, 2017 (62 days), defendant, Lawrence K Baerman defaulted; the record shows that the defendant made no Return; the defendant did not request more time to answer; neither did the defendant provided any objection to the proceedings; and,

**THEREBY:** the law requires the court be moved for a default judgment. The court is to order the defendant, Lawrence K Baerman to return the $400 immediately. And this incident will be brought before the Grand Jury for consideration.

> **Default Judgment - Entering a Default:** *"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend; and, that failure is shown by Affidavit or otherwise* [under seal]*, the clerk must enter the party's default."* FRCP Rule 55(a); FRCP Rule 58(b)(2); 28 U.S.C. §2243.

SEAL

DATED: April 17, 2017

_____
Grand Jury Foreman

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF NEW YORK
• 4 4 5   B r o a d w a y ;   A l b a n y ,   NY.   1 2 2 0 7 - 2 9 3 6 •

**Unified United States Common Law Grand Jury;** [1]                     **Sureties of the Peace** [2]
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY:

| | |
|---|---|
| Grand Jury, Sovereigns of the Court | Jurisdiction: Court of Record, under |
| We the People | the rules of Common Law [3] |
| - Against - | Case NO: 1:16-CV-1490 |
| Lawrence K Baerman, Clerk of Court | Magistrate: Daniel J. Stewart |
| Defendants | **Decision and Order** |

**Default Judgment; Entering a Default:** *"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by Affidavit or otherwise* [under seal]*, the clerk must enter the party's default."* FRCP Rule 55(a); FRCP Rule 58(b)(2); 28 U.S.C. §2243.

**COMES NOW THE ABOVE-ENTITLED COURT OF RECORD,** to review the record, summarily determine the facts, and dispose of the matter as law and justice require. [4]

---

[1] **The UUSCLGJ** is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.
[2] **SURETIES OF THE PEACE:** If anyone have been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government, we will immediately grant full justice therein. Magna Carta Paragraph 52.
[3] **"A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.
[4] 28 U.S.C. §2243.

The Defendants, Lawrence K Baerman, Clerk of Court against whom a judgment for affirmative relief is sought, have failed to plead or otherwise defend as provided by these rules; and, that fact is made to appear by Grand Jury Foreman sworn under seal, see attached.

**NOW, THEREFORE, THIS COURT OF RECORD** issues this Default Judgment Coram Ipso Rege to dispose of the matter as law and justice require, to wit:

## SUMMARY

On April 1, 2017, the Grand Jury acting as the Sureties of the Peace on behalf of the People filed in the above-entitled court of record and served upon Lawrence K Baerman, Clerk of Court, a writ mandamus to show cause by what authority they act statutorily against the People thereby infringing upon the Peoples' unalienable right to Justice.

> *The U.S. Supreme Court has ruled that a natural man or woman is entitled to relief for free access to its judicial tribunals and public offices in every State in the Union* (2 Black 620, see also Crandell v. Nevada, 6 Wall 35).

> "*Plaintiff should not be charged fees, or costs for the lawful and constitutional right to petition this court in this matter in which he is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the State and should not be applied to the Plaintiff who is a natural individual and entitled to relief*" (Hale v. Henkel) ( 201 U.S. 43)

The Writ Mandamus to Show Cause presented issues of both fact and law. The respondent was duly[5] served with the Order to Show Cause. The record shows that no respondent made any Return; no respondent requested more time to answer; and, no respondent provided any objection to the proceedings.

## JURISDICTION OF THIS COURT

**Article III Section 2:** The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority; therefore, this court has jurisdiction.

---

[5] Duly: According to law, in both form and substance. Black's 6th.

## AUTHORITY OF THE GRAND JURY
## AS SURETIES OF THE PEACE

*"If any of our civil servants shall have transgressed against any of the people in any respect; and, they shall ask us to cause that error to be amended without delay; or, shall have broken some one of the articles of peace or security; and, their transgression shall have been shown to four* (4) *Jurors of the aforesaid twenty five* (25)*; and, if those four* (4) *Jurors are unable to settle the transgression, they shall come to the twenty-five* (25)*, showing to the Grand Jury the error which shall be enforced by the law of the land."* Magna Carta, June 15, A.D. 1215, 61.

Justice Powell, in United States v. Calandra, 414 U.S. 338, 343 (1974), stated: *"The institution of the grand jury is deeply rooted in Anglo-American history;* [n3] *In England, the grand jury* [p343] *served for centuries, both as a body of accusers, sworn to discover, and present for trial, persons suspected of criminal wrongdoing; and, as a protector of citizens against arbitrary and oppressive governmental action. In this country, the Founders thought the grand jury so essential to basic liberties, that they provided, in the Fifth Amendment, that federal prosecution for serious crimes can only be instituted by a 'presentment or indictment of a Grand Jury'.* Cf. Costello v. United States, 350 U.S. 359, 361-362 (1956). *The grand jury's historic functions survive to this day. Its responsibilities determination whether there is probable cause to believe a crime has been committed, and the protection of citizens against unfounded criminal prosecutions.* Branzburg v. Hayes, 408 U.S. 665, 686-687 (1972)."

"*[R]ooted in long centuries of Anglo-American history,*" Hannah v. Larche, 363 U.S. 420, 490, 80 S.Ct. 1502, 1544, 4 L.Ed.2d 1307 (1960) (Frankfurter, J., concurring in result), *the grand jury is mentioned in the Bill of Rights, but not in the body of the Constitution. It has not been textually assigned, therefore, to any of the branches described in the first three Articles. It " 'is a constitutional fixture in its own right.'* " United States v. Chanen, 549 F.2d 1306, 1312 (CA9 1977) (quoting Nixon v. Sirica, 159 U.S.App.D.C. 58, 70, n. 54, 487 F.2d 700, 712, n. 54 (1973)), cert. denied, 434 U.S. 825, 98 S.Ct. 72, 54 L.Ed.2d 83 (1977). *In fact the whole theory of its function is that it belongs to no branch of the institutional government, serving as a kind of buffer or referee between the Government and the people.* Stirone v. United States, 361 U.S. 212, 218, 80 S.Ct. 270, 273, 4 L.Ed.2d 252 (1960); Hale v. Henkel, 201 U.S. 43, 61, 26 S.Ct. 370, 373, 50 L.Ed. 652 (1906); G. Edwards, The Grand Jury 28-32 (1906). *Although the grand jury normally operates, of*

*course, in the courthouse and under judicial auspices, its institutional relationship with the judicial branch has traditionally been, so to speak, at arm's length. Judges' direct involvement in the functioning of the grand jury has generally been confined to the constitutive one of calling the grand jurors together and administering their oaths of office.* United States v. Calandra, 414 U.S. 338, 343, 94 S.Ct. 613, 617, 38 L.Ed.2d 561 (1974); Fed.Rule Crim.Proc. 6(a).

## FINDINGS OF FACT

Therefore, based upon the record before this court the court finds that:

(1) The plaintiffs are People as contemplated in the Preamble of the Constitution for the United States of America.

(2) This above-entitled court is a court of record.

(3) The defendants was duly served; and, court personnel were apprised of the plaintiffs' claims and the Writ; the defendant had full Notice and fair opportunity to argue their cause; and, defendant did not argue their cause.

(4) The defendant have not presented any evidence.

(5) The plaintiffs have suffered an unlawful and illegal diminishment of rights that must be restored.

## CONCLUSIONS OF LAW

Further, the court concludes that:

(1) This above entitled court has the sovereign authority to proceed as a court of record with jurisdiction to act in the instant case and subject matter.

(2) Because all defendants were duly served; and, court personnel were apprised of the plaintiff's Writ; and, because all defendants had full Notice and fair opportunity to argue their cause; and, did not so do; and, because none of the aforementioned persons made a Return, Objection, or Motion, the above-entitled court has acquired "in personam jurisdiction" of the defendant.

**IT IS ORDERED AND ADJUDGED THAT**:

Default Judgment is hereby entered by this court in accordance with Federal Rules of Civil Procedure, Rule 55(b)(2).

Lawrence K Baerman, Clerk of Court shall return the $400 extortion fee to National Liberty Alliance; 3979 Albany Post Road; Hyde Park, NY. 12538 and cease all future extortion of currency for Justice upon the People.

**THE COURT**, entered this _____ day of _____, 2017.

SEAL

_____
Magistrate: Daniel J. Stewart

Grand Jury, Sureties of the Peace for We the People

SEAL

_____
Grand Jury Foreman

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF NEW YORK
## • 445 Broadway; Albany, NY. 12207-2936 •

**Unified United States Common Law Grand Jury;** [1]          **Sureties of the Peace** [2]
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY:

Grand Jury, Sovereigns of the Court
                    We the People

                    - Against -

Lawrence K. Baerman, Clerk of Court
                    Defendant

Jurisdiction: Court of Record, under
                    the rules of Common Law [3]
Action at law: [4]  (see form 7 attached)

Case NO: 1:16-CV-1490
Magistrate: Daniel J. Stewart

**DEFAULT**

## Default Judgment

We the People move the court for a default judgment against Lawrence K Baerman, Clerk of Court.

I, Grand Jury Foreman, having firsthand knowledge of the following facts, do hereby swear under seal that the following facts are true, correct and not misleading:

---

[1] **The UUSCLGJ** is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.

[2] **SURETIES OF THE PEACE:** If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government, we will immediately grant full justice therein. Magna Carta Paragraph 52.

[3] "**A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J.  See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[4] **AT LAW:** Bouvier's This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.

That, on December 14, 2016 We the People filed papers in the above Article III court thereby opening a court of record. See Common Law Cover Sheet, attached.

Whereas the clerk demanded $400 for justice, we then served upon the clerk a "File on Demand under penalty of law" and the clerk still insisted on $400 for justice and National Liberty Alliance on behalf of the Grand Jury paid the $400 extortion in order to file. See File on Demand, attached.

That, on January 9, 2017 the Grand Jury severed and filed a Show Cause upon Defendant Lawrence K Baerman. See show cause, attached.

**WHEREAS:** on March 13, 2017 (62 days), defendant, Lawrence K Baerman defaulted; the record shows that the defendant made no Return; the defendant did not request more time to answer; neither did the defendant provided any objection to the proceedings; and,

**THEREBY:** the law requires the court be moved for a default judgment. The court is to order the defendant, Lawrence K Baerman to return the $400 immediately. And this incident will be brought before the Grand Jury for consideration.

> **Default Judgment - Entering a Default:** *"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend; and, that failure is shown by Affidavit or otherwise* [under seal]*, the clerk must enter the party's default."* FRCP Rule 55(a); FRCP Rule 58(b)(2); 28 U.S.C. §2243.


SEAL

DATED: April 17, 2017

_____
Grand Jury Foreman