Unified United States
Common Law Grand Jury
P.O. Box 59
Valhalla, NY 10595

CRIME TO INTERCEPT

7015 0640 0004 0748 9685

CERTIFIED MAIL

Magistrate Daniel J Stewart
United States District Court for
The Northern District of New York
445 Broadway; Albany, NY. 12207-2936

U.S. POSTAGE
PAID
HYDE PARK, NY
12538
JUN 13 17
AMOUNT
$5.17
R2304M115482-06

1000
12207

U.S. DISTRICT COURT
N.D. OF N.Y.
**RECEIVED**
JUN 1 5 2017
LAWRENCE K. BAERMAN, CLERK
ALBANY