1: 16-CR-1490

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUN 2 1 2017

LAWRENCE K. BAERMAN, CLERK
ALBANY

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Grand Jury, Sovereigns of
   Unified US Common Law
   Grand Jury Foreman
   PO Box 59
   Valhalla, NY 10595

   9590 9401 0170 5234 6016 79

2. Article Number (Transfer from service label)

   7015 3010 0001 4974 7018

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   [Postal Service stamp: VALHALLA NY, JUN 2017]

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                     Domestic Return Receipt