Case 1:16-cv-01490-LEK-DJS   Document 34   Filed 07/12/17   Page 1 of 16

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUL 1 2 2017

LAWRENCE K. BAERMAN, CLERK
ALBANY

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

• 445 Broadway; Albany, NY 12207-2936 •

**Unified United States Common Law Grand Jury**[1]     **Sureties of the Peace**[2]
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY:

Proceeding as Next Friend under Rule 17, 28 USCA[3] on behalf of petitioner: Removed from Van Buren County 36th Circuit Court for Cause, violation of the right of due process; Amendment V.

**PETITIONER:**   Robert Gerald Overheul and Sharon Dawn Covey Overheul
451 Hubbard St, South Haven, Michigan 49090

**DEFENDANTS:**   Chief Judge Kathleen Brickley
Van Buren County 36th Circuit Court
212 Paw Paw St., Suite 240
Paw Paw, Michigan 49079

Karen Makay
Van Buren County Treasurer
219 E. Paw Paw St.
Paw Paw, Michigan 49079

**RE:**   Non Judicial Tax Foreclosure
For cause violation of the unalienable right of due process protected by Amendment V

---

[1] **The UUSCLGJ** is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.

[2] **SURETIES OF THE PEACE:** If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government, we will immediately grant full justice therein. Magna Carta Paragraph 52.

[3] **Next Friend:** "A next friend is a person who represents someone who is unable to tend to his or her own interest." Federal Rules of Civil Procedures, Rule 17, 28 USCA; Haines v. Kerner, 404 U.S. 519 (1972).

SHOW CAUSE                                                                 PAGE 1 OF 4

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK
• 445 Broadway; Albany, NY 12207-2936 •

**Unified United States Common Law Grand Jury**[4]  **Sureties of the Peace**[5]
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY:

Proceeding as Next Friend under Rule 17, 28 USCA[6] on behalf of Petitioner:

| | |
|---|---|
| Grand Jury, Sovereigns of the Court<br>We the People<br><br>- Against -<br><br>Chief Judge Kathleen Brickley,<br>County Treasurer Karen Makay<br>Defendants | Jurisdiction: Court of Record, under<br>    the rules of Common Law[7]<br>Action at law:[8]<br><br>Case NO: 1:16-CV-1490<br>Magistrate: Daniel J. Stewart<br><br>**SHOW CAUSE** |

We the People[9] of the Unified United States Common Law Grand Jury, under the power and authority of the Sureties of the Peace, hereinafter the Grand Jury, whereas the Unified

---

[4] **The UUSCLGJ** is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.

[5] **SURETIES OF THE PEACE:** If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government, we will immediately grant full justice therein. Magna Carta Paragraph 52.

[6] **Next Friend:** "A next friend is a person who represents someone who is unable to tend to his or her own interest." Federal Rules of Civil Procedures, Rule 17, 28 USCA; Haines v. Kerner, 404 U.S. 519 (1972).

[7] "**A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[8] **AT LAW:** Bouvier's This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.

[9] **PEOPLE:** People are supreme, not the state. Waring vs. the Mayor of Savanah, 60 Georgiaat 93; The state cannot diminish rights of the people. Hertado v. California, 100 US 516; Preamble to the US and NY Constitutions - We the people ... do ordain and establish this Constitution...; ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves... CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455, 2 DALL (1793) pp471-472]: The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am. Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.

Common Law Grand Juries arose out of We the People in each of the Fifty States which came together to form a Unified United States Common Law Grand Jury. This was done in an effort to subdue subversion against the United States of America from enemies both foreign and domestic.

There is wide spread ignorance concerning "Non-Judicial Foreclosures" and the "APPEARANCE" that it is a Lawful Procedure that functions without the REQUIRED filing of Proof of Claim (form 4490) and Fiduciary Authority (form 56) which must be filed within the federal district of the claim with copies of the same with notice of the foreclosure served upon the petitioner, giving opportunity of due process as required to comply with the law of the land.

Let this action first serve to inform the defendants that a Non-Judicial Foreclosure lacks Due Process of Law which is an unalienable right protected under the 5th Amendment and that any court permitting such a court filing procedure is acting under the color of law which is a criminal act and enters into a conspiracy, non-judicial foreclosure laws of any State to the contrary not with-standing.

Therefore, We the People DEMAND that the defendants Show Cause by what Constitutional Authority you act that permits an action *"in rem"* against the People without Proof of Claim, Fiduciary Authority and due process **OR**, notify this Court immediately of your error and withdrawal of your unlawful proceedings that deny due Process of the petitioner; if the home has already been foreclosed, restore the victim to their original state. In lieu of this, you may notify this Court immediately of your errors and withdrawal of your unlawful proceedings that deny due Process of the petitioner and this proceeding will be quashed.

We are offering you a grace period of 30 days for non-government defendants and 60 days for government officials acting under the color of law to correct their errors and restore the petitioner to their original state or defendants will be brought before the Grand Jury for consideration of indictment for conspiracy, subversion, RICO, war against the Constitution and other charges. See Memorandum of Law on Non-Judicial Foreclosures attached.

**THEREFORE**, on behalf of the petitioner, the Unified United States Common Law Grand Jury DEMANDS that the court of the non-judicial foreclosure filing, in good faith do your duty and protect the victim(s) of these crimes by removing all said filings immediately, cease all non-judicial foreclosure practices and notify this court of the same.

We further demand that said defendants withdraw said filing from the court of filing, cease all non-judicial foreclosure filings and notify this court immediately of said actions.

**WHEREFORE**, if the defendants default, this court will be moved for an order to cease and desist their subversive activities, restore the petitioner to their original state before the misuse of justice under the color of law and be brought before the full Grand Jury for consideration of indictment for conspiracy, subversion, RICO, war against the Constitution and other charges.

SEAL

June 28, 2017

_____
Grand Jury Foreman
𝔖ureties of t𝔥e 𝔓eace

## Affidavit of

## Robert G., Overheul

I, Robert G. Overheul, Affiant, being of lawful age, qualified and competent to testify to and having firsthand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

On or about October 17th, 2007, My wife; Sharon Dawn Covey Overheul (SDCO), and myself; Robert Gerald Overheul.(RGO ), moved into her mothers( Birdice Covey) house, at 451 Hubbard St., South Haven, Michigan.

On or about; December 18th, 2007, Sharon Dawn Covey Overheul's mother died. We, Sharon Dawn Covey Overheul and Robert Gerald Overheul ,started looking for a Lawful Will to no avail. We SDCO, and RGO looked for approx. the next 2+ years , to no avail.

On or about; late November, 2010, We, SDCO and RGO Seeked advice from ATTORNEY CRAIG A. ROCHAU (P24120). SHARON OVERHEUL. Sharon Overheul was granted Personal Representative of the Estate of Birdice Flo Covey, Deceased, of 451 Hubbard Street, South Haven, MT 49090

On or about; May 30th, 2012.QUIT CLAIM DEED
The Grantor(s) SHARON OVERHEUL. Personal Representative of the Estate of Birdice Flo Covey, Deceased, of 451 Hubbard Street, South Haven, MT 49090, qult-claimts) to ROBERT OVERHEUL and SHARON OVERHEUL, Husband and Wife, of 451 Hubbard Street, South Haven, MI 49090, the following described premises situated in the City of South Haven, County of Van Buren and State of Michigan: Deeds in Liber 1550, page 158
Lot 4, ALSO the North 28 feet of the West 100 feet and the North 34 feet
of the East 32 feet Lot 5, Block 9, HARTMAN ADDITION. See EXHIBIT 2A-2B-Dated May 30th-2012

On or about; July, 20th,2011,we received a NOTICE FROM City of SOUTH HAVEN,MI Assessing Dept, DOUG BROUSSEAU, THIS; Estate of Bernice Covey c/o Robert and Sharon Overheul, 451 Hubbard Street South Haven MI 49090, Re: Uncapping of Taxable Value Pursuant to State Tax Commission Bulletin No.8, May 16, 1996. Property No. 80-53-549-004-00 located at 451 Hubbard Street. Around May 3, 2011, our office received information that the property
owner, Bernice Covey was deceased December 18, 2007. Therefore, the
Taxable Value of this property should have been uncapped for the 2009
assessment and taxes. Since we did not receive notice of the transfer
until after the 2011 assessment roll was finalized, we are uncapping
the 2009 Taxable Value at this time and adjusting the 2010 and 2011
Taxable Values accordingly. This action is detailed as follows in EXHIBIT 1; dated July 20th, 2011

Prior to 2009 Uncapping After 2009 Uncapping

Property No. State Equalized Capped Value Taxable Value State Equalized Capped Value Taxable Value
80-53-549-004-00 $74,400 $43,684 $43,684 $74,400 $74,400 $74,400
Prior to 2010 Taxable Value Adjustment After 2010 Taxable Value Adjustment
Property No. State Equalized Capped Value Taxable Value State Equalized Capped Value Taxable Value.
80-53-549-004-00 $62,900 $43,552 $43,552 $62,900 $62,900 $62,900
Prior to 2011 Taxable Value Adjustments After 2011 Taxable Value Adjustment
Property No. State Equalized Capped Value Taxable Value State Equalized Capped Value Taxable Value , Value
80-53-549-004-00 $67,900 $44,292 $44,292 $67,900 $63,969 $63,969; See EXHIBIT 1, 7.20.2011

On or about; May 30th, 2012 PLEASE NOTICE THESE FACTS; 2012.QUIT CLAIM DEED ; Birdice Covey c/o Robert and Sharon Overheul, 451 Hubbard Street South Haven MI 49090, Re: Uncapping of Taxable Value Pursuant to State Tax Commission Bulletin No.8, May 16, 1996. Property No. 80-53-549-004-00 located at 451 Hubbard Street. Around May 3, 2011, our office received information that the property
owner, Bernice Covey was deceased December 18, 2007. Therefore, the Taxable Value of this property should have been uncapped for the 2009 assessment and taxes. Since we did not receive notice of the transfer until after the 2011 assessment roll was finalized, we are uncapping the 2009 Taxable Value at this time and adjusting the 2010 and 2011 Taxable Values accordingly. This action is detailed as follows in; EXHIBIT 1;   dated July 20th, 2011

## FACTS

FACT ONE; On or about; May 30th, 2012.QUIT CLAIM DEED

FACT TWO; Around May 3, 2011, our office received information that the property .How are the different dates possible or Lawful?

FACT THREE; Proper given name is, Birdice Covey; not as a NOTICE; Estate of Bernice Covey c/o Robert and Sharon Overheul, 451 Hubbard Street South Haven MI 49090, is not this FRAUD ?

FACT FOUR; Is not a Lawful Demand for money, or a Lawful Contract To be Signed ?

On or about; August17th,2009 thru October 16th 2016 , I, RGO, have sent TAX protest notices & Demands for Remedy to CITY OF SOUTH HAVEN, MI, ASSESSING DEPT, NATE BROUSSEAU,.& TREASURE; TREASURE OF VAN BUREN COUNTY,MI, KAREN MAKAY. CERTIFIED COPIES ON FILE.

On or about; March 11th, 2013, we ( SDCO &RGO ) recorded a certified Land Patent Update, as pertaining to; 451 Hubbard St., South Haven, Mich., Parcel Identification number 80-53-549-004-00 (LPU), LR-3261920, L-1580 Pg-582, THE Register of deeds, AT PAW PAW,MI by Paul

DeYoung. Paul recorded this Article as MISC, WE ( SDCO &RGO ), wonder if this is Legal ? At a later date, May 25th, 2016, We ( SDCO &RGO ), did a Addendum to LR-3261920 --L-1580-P-582 page 3 of 3; LR-3317943-L: 1636 P: 601 AFF, should this maybe be recorded as a LPU or a Allodium Private Property Certificate # 3924, hereafter (APP )?

The Legal Lawful Description of this APP is;

SURVEYORS LEGAL DESCRIPTION; B5131-17 1550-158 1568-186 LOT 4 ALSO THE N 28' OF THE W 100' & THE N 34' OF THE E 32' LOT 5 BLK 9 HARTMAN'S ADD. A PART OF GOVERNMENT; PLAT OF HARTMAN'S ADDITION TO THE VILLAGE OF SOUTH HAVEN, DESCRIBED AS COMMENCING AT THE EAST HALF QUARTER POST between
SECTIONS 3 and 10, ,TOWNSHIP 1 SOUTH, RANGE 17 WEST, THENCE SOUTH 28 RODS ON one-eignth line ,THENCE EAST 2 RODS, THENCE SOUTH 4 RODS, THENCE EAST 6 RODS, THENCE SOUTH 450 EAST 11.31 RODS, THENCE SOUTH 5043' EAST 22.37 Y2RODS, THENCE EAST 4 RODS, THENCE SOUTH 5 o 43' EAST 17.40 RODS TO THE NORTH HALF QUARTER LINE OF SECTION 10 , THENCE EAST 26.30 RODS, THENCE NORTH 79.76 RODS TO SECTION LINE BETWEEN SECTION 3 and 10 ,THENCE WEST ON THIS LINE 49.80 RODS BACK TO THE POINT OF BEGINNING, CONTAINING 19 Y. ACRES .

No more than an affidavit[1] is necessary to make the prima facie case[23].Allegations in an affidavit in support of a motion (action) must be considered as true in absence of counter-affidavit[4]. "Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading[5].

The appropriate party to attest to the facts is the plaintiff himself, not the plaintiff's attorney[6],an attorney's affidavit that is not based upon personal knowledge is without value[7] and is insufficient as an affidavit[8].

All subject matter in this affidavit has been recorded as first evidence at Law, at and by Mr, Paul DeYoung; at The Van Buren County Register's Office , 219 E. Paw Paw St. # 102, Paw Paw, Mich.

---

[1] AFFIDAVIT A written or printed declaration or statement of facts, made voluntarily, and confirmed by the oath or affirmation of the party making it, taken before an officer having authority to administer such oath. Cox v. Stern, 170 Ill. 442, 48 N.E. 906, 62 Am.St.Rep. 385; Hays v. Loomis. 84 Ill. 18. Shelton v. Berry, 19 Tex. 154, 70 Am.Dec. 326, and In re Breidt, 84 N.J.Eq.222, 94 A. 214, 216.

[2] "Indeed, no more than affidavits is necessary to make the prima facie case." [United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981); Cert. Denied, 50 U.S. L. W. 2169; S. Ct. March 22, 1982]

[3] Prima Facie Case A litigating party is said to have a prima facie case when the evidence in his favor is sufficiently strong for his opponent to be called on to answer it.

[4] "Allegations in affidavit in support of motion must be considered as true in absence of counter-affidavit." [Group v Finletter, 108 F. Supp. 327 Federal case of Group v Finletter, 108 F. Supp. 327]

[5] "Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading. . . We cannot condone this shocking behavior... This sort of deception will not be tolerated and if this is routine it should be corrected immediately." – U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932.

[6] Leather Facts, Inc. v. Foy, 157 Misc. 2d 35, 595 N.Y.S.2d 874 (City Civ. Ct. 1993).

[7] Romel v. Reale, 155 A.D.2d 747, 547 N.Y.S.2d 691 (3d Dep't 1989)

[8] Schwarz v. Smith, 325 S.W.2d 407 (Tex. Civ. App. Waco 1959), writ refused n.r.e., 160 Tex. 260, 329 S.W.2d 83 (1959).

On or about; May 22nd, 2017, I, RGO wrote a Affidavit to The Sheriff of Van Buren, Sheriff Dan Abbott about, LAND PATENT CAN STOP BIDDING AT SHERIFF SALE

On or about; June 1st, 2017 @ Approx 8:20 AM, 3 people 2 MALES, 1 FEMALE posted a NOTICE OF SHOW CAUSE HEARING AND JUDICAL FORECLOUSER HEARING UPON OUR ( Robert and Sharon Overheul's ) Private Allodium Property at 451 Hubbard St., South Haven, Michigan. This has the appearance of FORECLOSURE UPON A Updated Certified Land Patented #3924, in a Non-Judicial Foreclosure state of Michigan. SEE EXHIBIT 3-a,b,c
IN conclusion **Sheriff Dan Abbott**, this is **Law** as cited by other States, and In The Supreme Court of The United States of America. If you please Sir; You will find related subject matter in **Magna Charta 1215, Declaration of Independence, The Constitution For The united States of America 1787-89**, and also , if you please, **The Bill of Rights; (Amendments). All afore facts/points are related to PID # 80-53-549-004-00; LPU; LR-3261920 - 03/11/2013- L-1580 Pg-582 3 pages ; & Legal Description;B513 1-17 -1550-158 1568-186 1580-582 1591-990/1 1615-25 1626-6641639-34 *** LOT 4 ALSO THE N 28' OF THE W 100' & THE N 34' OF THE E 32' LOT 5 BLK 9 HARTMAN ADD.& OTHER ADMENDMENTS TO THE SAME RGO**

**Sheriff**, as the **Top Law**, pubic elected official, with Oath of Office to ; The Constitution For The united States of America 1787-89, for Van Buren County, Michigan State, would you please reply in a timely fashion, and manner of 21 Days ?, I would find your answer on this subject matter more of liking to me, Robert Overheul, as a people of the republic, that your reply would be from the **Sheriff of Van Buren County ( Dan Abbott )**, and not from any **BAR ATTORNEY or JUDGE.**
On or about, June 4th , 2017, I, RGO would like other items Added as; John Doe's, and Mary Doe's To Be Added as Needed.

Thank You; Robert Overheul
451 Hubbard St.
South Haven, Michigan 49090

X _____

## NOTARY

In Michigan State, Van Buren County, on this 9th day of June 2017 AD, before me, ___Carol Mezak___, the undersigned Notary Public, personally appeared ___Robert Overheul___, to me known to be the living man described herein, who executed the forgoing instrument, and has sworn before me that he executed the same as his free-will act and deed.

_____
My commission expires: MEZAK
Notary Public, State of Michigan
County of Van Buren
My Commission Expires Mar. 03, 2018
Acting in the County of _____

(Notary seal)

Affidavit; R. Overheul            Common Law Copyrighted            page 4 of 4

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF NEW YORK
• 445 Broadway; Albany, NY 12207-2936 •

**Unified United States Common Law Grand Jury**[1]  **Sureties of the Peace**[2]
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY:

Proceeding as Next Friend under Rule 17, 28 USCA[3] on behalf of Petitioner:

Grand Jury, Sovereigns of the Court
We the People

- Against -

Judge Kathleen Brickley,
County Treasurer Karen Makay
Defendants

Case NO: 1:16-CV-1490

Magistrate: Daniel J. Stewart

**MEMORANDUM OF LAW
NON-JUDICIAL FORECLOSURES**

This memorandum reveals the fraud upon the People committed by mortgages companies and municipalities. Said fraud differs little between the two. The following conspiratorial process is essentially the same in that the home is securitized.

The Securitization of Mortgages and Tax Foreclosures has become a common and growing white collar swindle that is illegal primarily because of "Antitrust Law Violations", consisting of specific violations such as usury, fraud, conspiracy, forgery and robo-signing. When victims are robbed because State and Federal Legislators pass unconstitutional legislation and State Constitutional Courts sanction non-judicial foreclosures by looking the other way, this constitutes RICO and war against the Constitution.

---

[1] **The UUSCLGJ** is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.
[2] **SURETIES OF THE PEACE:** If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government, we will immediately grant full justice therein. Magna Carta Paragraph 52.
[3] **Next Friend:** "A next friend is a person who represents someone who is unable to tend to his or her own interest." Federal Rules of Civil Procedures, Rule 17, 28 USCA; Haines v. Kerner, 404 U.S. 519 (1972).

Securitization is the financial practice of pooling various types of contractual debt such as residential mortgages, commercial mortgages, auto loans or credit card debt obligations (or other non-debt assets which generate receivables); and, selling their related cash flows to third party investors as securities, which may be described as bonds, pass-through securities or collateralized debt obligations (CDOs). Investors are repaid from the principal and interest cash flows collected from the underlying debt which is redistributed through the capital structure of the new financing. Securities backed by mortgage receivables are called mortgage-backed securities (MBS), while those backed by other types of receivables are asset-backed securities (ABS). It was the private, competitive mortgage securitization that played an important role in the U.S. subprime mortgage crisis.

The process is not as complicated as it might seem at first glance and might be difficult to recognize as a crime; but, it should become clear to the local village, town, city and county courts and the Sheriff once they realize the process these criminal cartels, known as mortgage companies and municipalities, go through to use the Court and the Sheriff to assist in these illegal seizures of homes without their realizing that they became instruments of a robbery.

**CLARIFICATION:** Were these mortgage companies able to legally foreclose on the property, they would do so by filing the foreclosure in the State Court to acquire a judgment; then bring it to the Sheriff for collection. The problem is that they cannot produce proof of claim and fiduciary authority over the property and without these two affidavits, they cannot open a lawful court case to provide *"due process"* necessary for a lawful seizure of the property *"in rem"*. So the BAR, banks, municipalities and mortgage cartels devised a plan to bypass *"due process"* by lobbying and convincing state legislators, who either consciously conspired; or, because constitutional principles are unbeknownst to them, ignorantly conspired to write unconstitutional *"non-judicial foreclosure statutes"* that proceed *"in rem"*, which is a process to seize properties without due process whereas the party seizing the property has a "legal" claim and fiduciary authority.

Such practice moves the presumption of law from *"innocent until proven guilty"* to *"guilty with no opportunity to defend"*. This turn American Jurisprudence[4] on its head by removing any opportunity for the victims to be heard. This Provides absolute control to

---

[4] **JURISPRUDENCE:** The philosophy of law, or the science which treats of the principles of positive law and legal relations; American Jurisprudence is the written law, constitution and principles every judge must obey.

Page 2 of 7

defraud without consequence by nefarious mortgage holders and municipalities which there seems to be no shortage of. As well as RICO-governed de facto state courts which allow the non-judicial foreclosure filings without the signature of a judge or magistrate.

*"In Rem"*, under international law, permits the seizure of property without notification to a property owner. This makes sense and is legal under international law at sea dealing with pirates; but, the *"Law of the Land"* a/k/a *"the Supremacy Clause of the Constitution"* requires *"Due Process"*.

> *"This Constitution, and the laws of the United States which shall be made in pursuance thereof; and, all treaties made, or which shall be made, under the authority of the United States, **shall be the Supreme Law of the Land**; and, the judges in every State shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding."* -- Constitution for the United States of America Article VI

Congress can make no law that would provide for a statutory construction which would negate the unalienable rights of the People; which is what would be required in order to make a State a *"Non-Judicial Foreclosure State"*. Therefore, no State can establish *"Non-Judicial Foreclosure Laws"*. Such Congressional and/or State actions would negate the following unalienable rights protected by the Constitution and expected to be enforced by the Sheriff:

(1) the unalienable right protected by the 4th Amendment to be secure from property seizures,
(2) the unalienable right protected by the 5th Amendment to due process,
(3) the unalienable right protected by the 7th Amendment to trial by jury, and
(4) the unalienable right protected by the 7th Amendment to common law courts.

Rights are unalienable[5] and cannot be transferred.[6] Any contract that would pass or hand over an unalienable right is null and void. The *"Burden of Proof"* is on the foreclosing party. All parties to a Non-Judicial Foreclosure cannot prove their case; nor can they prove

---

[5] **UNALIENABLE:** Inalienable; incapable of being alienated, that is, sold and transferred. Black's 4th.
[6] **TRANSFER:** To convey or remove from one place, person, etc., to another; pass or hand over from one to another; specifically to make over the possession or control of (as, to transfer a title to land); sell or give. Chappell v. State, 216 Ind. 666, 25 N.E. 2d 999, 1001.

their right to sell someone's property without progressing to a Final Judgment in a court of law. Any court that ignores these facts and/or proceeds with a Summary Judgment becomes complicit to the robbery. This violates the victim's rights under Color of Law, thereby giving a reason to move the Case for Cause to an Article III Federal District Court for both criminal and civil remedy.

After establishing unconstitutional statutes, white-collar criminals, acting under Color of Law, devised the following *"ruse"* to manipulate our judicial system and our County Sheriffs so as to create an appearance of lawful acts while illegally seizing the property of their victims:

(1) Give Notice of Default to the victim, "<u>without judicial process</u>";
(2) Give Notice of Substitution of Trustee, "<u>without judicial process</u>";
(3) Give Notice of Sale, "<u>without judicial process</u>";
(4) Commence public auction, "<u>without judicial process</u>";
(5) Use aforesaid documents to transfer title, "<u>without judicial process</u>";
(6) File fraudulent eviction proceedings acting as *"landlord"* (using the fraudulent title) and calling the owner of the property *"tenant"* who owes back rent in an unsuspecting village, town or city court, "<u>giving the appearance of judicial process</u>"; and
(7) File the fraudulent judgment with the County Clerk to achieve a fraudulent Eviction Order for execution by the unsuspecting Sheriff.

We the People find it apparent that most of our Constitutional Officers are ignorant as to the Law of the Land as defined in the <u>Constitution for the United States of America, Article VI</u>. Therefore, they are often unable to determine constitutional violations which causes Sheriffs to fall prey to the minions of the subversive BAR, in jeopardy of violating their oath and We the People in jeopardy of losing our property and Liberty to tyrants.

This formal "Notification of Crimes" directs the participating courts to honor their oaths and protect the victim(s) from the following <u>RUSE</u>:



| | |
|---|---|
| **NOTICE OF DEFAULT** | Failing to file an Affidavit of Default proving adherence to Due Process constitutes fraud. |
| **TRUSTEE SUBSTITUTION**<br>FEDERAL OFFENSE | Assuming Fiduciary Authority without filing Federal Form 56 [*Proof of Fiduciary Authority under Oath*] within the Federal District constitutes fraud. |
| **NOTICE OF SALE**<br>FEDERAL OFFENSE | Acting on a Claim without filing Federal Form 4490 [*Proof of Claim under Oath*] within the Federal District constitutes fraud. |
| **TITLE TRANSFER**<br>FEDERAL OFFENSE | Transferring Title without Due Process constitutes fraud. Any court that provides a Summary Judgment enters into a conspiracy under Color of Law and escalates the crime to RICO. |
| **EVICTION**<br>FEDERAL OFFENSE | Any court granting an Eviction after being fully informed of the conspiracy to defraud enters into the conspiracy. |
| **DISPOSSESSION**<br>FEDERAL OFFENSE | Any Sheriff executing a Court Order to Evict after being fully informed of the conspiracy enters into the conspiracy. |

**STATUTORY CRIMES:** Under US laws, Securitized Mortgages are illegal primarily because they are fraudulent and constitute specific violations, namely:
  1) RICO
  2) Usury
  3) Fraud
  4) Conspiracy
  5) Forgery
  6) Robo-signing and
  7) Antitrust law violations

The *"foreclosure crisis"* is a complex, interconnected series of state-sponsored crimes involving the following steps:
  1) The mortgage or tax burden is created.
  2) The mortgage is sold to an investor.

3) The mortgage or tax burden payments are loaded onto an international PONZI scheme a/k/a *"mortgage securitization"*.
4) Compliant judges in state and county courts look the other way, or, provide Summary Proceedings while:
   a. Mortgage companies conceal the fact that the notes and assignments were never delivered to the MBS Trusts [Mortgage-Backed Securities Trusts] while the mortgage companies disseminate false and misleading statements to the investors and the United States Government.
   b. Mortgage companies pursue foreclosure actions using false and fabricated documents, particularly mortgage assignments. The mortgage companies use Robo-signing on thousands of documents each week with no review or knowledge of the contents of the documents; thus, creating forged mortgage assignments with fraudulent titles in order to proceed with foreclosures.
   c. Mortgage companies have used these fraudulent mortgage assignments to conceal over 1,400 MBS Trusts, each with mortgages valued over $1 billion, which are missing critical documents; namely, mortgage assignments which are required to have been delivered to the Trusts at the inception of the Trust.
   d. Without lawfully executed mortgage assignments, the value of the mortgages and notes held by the Trusts is impaired; effective assignments are necessary for the Trust to foreclose on its assets in the event of mortgage defaults; and the Trusts do not hold good title to the loans and mortgages that investors have been told are secured notes.
   e. Mortgage assignments are prepared with forged signatures of individuals signing as grantors; and forged signatures of individuals signing as witnesses and Notaries.
   f. Mortgage assignments are prepared with forged signatures of individuals signing as corporate officers for banks and mortgage companies that have never employed said individuals and corporate officers.
   g. Mortgage assignments are prepared and signed by individuals as corporate officers of mortgage companies that have been dissolved by bankruptcy years prior to the assignment.
   h. Mortgage assignments are prepared with purported effective dates unrelated to the date of any actual or attempted transfer; and, in the case of Trusts, with purported effective dates years after the closing date of the Trusts.
   i. Mortgage assignments are prepared on behalf of grantors who had never themselves acquired ownership of the mortgages and notes by a valid transfer;

and, such mortgage assignments include numerous ones where the grantor was identified as *"Bogus Assignee for Intervening Assignments"*.

j. Mortgage assignments are notarized by Notaries who never witness the signatures they notarize.

k. The MBS Trusts, and their trustees, depositors and servicing companies, further misrepresent to the public the assets of the Trusts; and, issue false statements in their Prospectuses and Certifications of Compliance.

l. Securitization violates usury laws in that the resulting effective interest rate typically exceeds legally-allowable rates set by State Usury Laws.

m. All *"True-Sale"*, *"Disguised-Loan"* and *"Assignment"* securitizations are essentially tax-evasion schemes. In the United States, the applicable tax-evasion statute is the <u>United States Internal Revenue Code, Section7201</u> which reads as follows: *"Any person [corporation] who willfully attempts in any manner to evade or defeat any tax imposed by this title, or the payment thereof, shall, in addition to other penalties provided by law, be guilty of a felony; and, upon conviction thereof, shall be fined not more than $500,000; or, imprisoned not more than 5 years; or, both; together with the costs of prosecution."*

n. Securitization undermines the United States Federal Bankruptcy Policy because it is used in lieu of secured financing as a means of avoiding certain Bankruptcy Law Restrictions. The origins of securitization in the United States can be traced directly to efforts by banks and financial institutions to avoid Bankruptcy Law Restrictions.

o. Securitization constitutes a violation of Federal RICO Section 1341: Mail Fraud; Section 1343: Wire Fraud; Section 1344: Financial Institution Fraud; Section 1957: Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity; and Section 1952: Racketeering.

SEAL

June 28, 2017

_____
Grand Jury Foreman
Sureties of the Peace

Unified United States Common Law
Grand Jury
PO Box 59
Valhalla, NY. 10595

ALBANY NY 120
10 JUL 2017 PM 3 L

Court Clerk
US District Court For the Northern
District of New York
445 Broadway [#1:16-CV-1490]
Albany, New York 12207-2936

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
JUL 1 2 2017
LAWRENCE K. BAERMAN, CLERK
ALBANY

12207-294899