# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

𝔚e the 𝔓eople

- Against -

Lawrence E. Kahn

CASE NO: 1:16-CV-1490

---

## GRAND JURY INDICTMENT FOR CONCEALMENT

---

Prepared by:

    Grand Jury Foreman

    𝔘nified 𝔘nited 𝔖tates 𝔈ommon 𝔏aw 𝔊rand 𝔍ury

    P.O. Box 59

    Valhalla, NY 10595

    Fax: (888) 891-8977

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

• 445 Broadway; Albany, NY. 12207-2936 •

---

𝔘𝔫𝔦𝔣𝔦𝔢𝔡 𝔘𝔫𝔦𝔱𝔢𔡞 𝔖𝔱𝔞𝔱𝔢𝔰 𝔒𝔬𝔪𝔪𝔬𝔫 𝔏𝔞𝔴 𝔒𝔯𝔞𝔫𝔡 𝔍𝔲𝔯𝔶;                  𝔖𝔲𝔯𝔢𝔱𝔦𝔢𝔰 𝔬𝔣 𝔱𝔥𝔢 𝔓𝔢𝔞𝔠𝔢

P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY:

---

Grand Jury, Sovereigns of the Court

𝔚𝔢 𝔱𝔥𝔢 𝔓𝔢𝔬𝔭𝔩𝔢

- Against -

Lawrence E. Kahn

Defendants

**INDICTMENT**

Case NO: 1:16-CV-1490
Magistrate: Daniel J. Stewart

Date Filed: July 17, 2017

## COUNT 1 – Concealment
## COUNT 2 – Felony Rescue

The grand jury charges that on or about June 14th 2017 at Albany, New York, in the Northern District of New York, Lawrence E. Kahn defendant herein, with the intent to commit Felony Rescue by Concealing: murder; torture; manipulation of evidence, witnesses and juries in order to incarcerate innocent People who are a threat to exposing judicial and law enforcement corruption and RICO on a national level; conspiracy to supplant the Law of the Land with statutes, thereby replacing our Republic with Corporatism; political incarcerations; Denial of due process; robbing Peoples' homes and estates; taking Peoples children; running debtors prisons; covering up and protecting pedophile rings, etc… in violation of 18USC §4[1], 18USC §1001[2].

---

[1] **18 USC §4 - Misprision of felony provides:** *Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.*

**COUNT 3 – Trespassed upon the case**
**COUNT 4 – Denial of due process**
**COUNT 5 – Acted under Color of Law³ in an attempt to seize control of this court**
**COUNT 6 – Manufacturing an Unlawful Order**
**COUNT 7 – Aiding and Abetting**

The record shows that on June 14, 2017, without any Constitutional authority, self-appointed U.S. District Judge Lawrence E. Kahn, ignoring the random selection process that appointed Magistrate Daniel J. Stewart to this case, trespassed upon the case conducting his own court without notice or concurrence of the parties; without notice to the administrator Magistrate Daniel J. Stewart; without jurisdiction; without due process⁴ and under color of law acted in an attempt to seize control of this court, an act of a tyrant, by manufacturing an UNLAWFUL ORDER to dismiss this action without prejudice, thereby aiding and abetting.

The law provides that the judiciary is to respond and not conceal as was attempted by Judge Lawrence E. Kahn. Furthermore, without proper authority, self-appointed Judge Lawrence E. Kahn trespassed upon the case and, by his actions and statements, assumed the cloak of a tribunal⁵. Judge Lawrence E. Kahn then rendered a ruling under color of law

---

² **18 U.S. Code § 1001 - Statements or entries generally** (a) Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully- (1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact; (2) makes any materially false, fictitious, or fraudulent statement or representation; or (3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry; shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both. If the matter relates to an offense under chapter 109A, 109B, 110, or 117, or section 1591, then the term of imprisonment imposed under this section shall be not more than 8 years.
³ **COLOR OF LAW** "*The appearance or semblance, without the substance, of legal right.*" - **State v. Brechler, 185 Wis. 599, 202 N.W. 144, 148**; "*Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state, is action taken under "color of state law*." - **Atkins v. Lanning, 415 F. Supp. 186, 188.**
⁴ Due course of law, this phrase is synonymous with "due process of law" or "law of the land" and means law in its regular course of administration through courts of justice. - Kansas Pac. Ry. Co. v. Dunmeyer 19 KAN 542.
⁵ The tribunal is independent of the magistrate (judge) A "COURT OF RECORD" is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial. Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689. ....; A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227.

by seizing control and applying rules from jurisdictions foreign to this court without leave of court.

**A TRUE BILL**

DATED: July 17, 2017

_____
Grand Jury Foreman

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK
• 445 Broadway; Albany, NY. 12207-2936 •

**Unified United States Common Law Grand Jury;**  **Sureties of the Peace**
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY:

## INFORMATION TO PRESIDENT TRUMP

Case NO: 1:16-CV-1490
Magistrate: Daniel J. Stewart

We have sent numerous communiques to Attorney General Jeff Sessions concerning a corrupt Judiciary that is participating in and concealing and covering up innumerable crimes on a National level including murder and cruel and unusual punishments. Attorney General Jeff Sessions has a duty to speak but we have only been met with SILENCE.

> *"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading. . ."* -- U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932.

Attorney General Jeff Sessions has a duty to Prevent under 42 USC §1986[1].

Attorney General Jeff Sessions has a duty to Act under 18 USC §4[2].

---

[1] **42 USC §1986 - Action for neglect to prevent:** Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action; and if the death of any party be caused by any such wrongful act and neglect, the legal representatives of the deceased shall have such action therefor, and may recover not exceeding $5,000 damages therein, for the benefit of the widow of the deceased, if there be one, and if there be no widow, then for the benefit of the next of kin of the deceased. But no action under the provisions of this section shall be sustained which is not commenced within one year after the cause of action has accrued.

[2] **18 USC §4 - Misprision of felony:** Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

We would like to remind you Mr. President that Greatness can only be equated with Justice, without which there can be no blessings from God. America "Was Great" because we exercised Common Law which is God's Law, without which there can be no Justice. Thereby, America will only be as Just or corrupt as its courts and presently Justice cannot be found in our Federal Courts and it appears that Attorney General Jeff Sessions is not interested in Just Courts.

You can repair healthcare, repair the economy, protect our boarders, return business to America and you can drain the swamp, but if we don't return justice to the courts the bottom feeders will only regain their tyrannical rule after your administration leaves office. Only the People can Save America by enforcing Justice in the Courts.

We respectfully request that you direct Attorney General Jeff Sessions to obey the Law of the Land and do his sworn duty or resign.

SEAL

**DATED**: July 17, 2017

_____
Grand Jury Foreman

**Copied:** Attorney General Sessions, Senator Chuck Grassley, U.S. Representative Trey Gowdy and U.S. Representative Jason Chaffetz

**Attached:** Indictment of Judge Kahn dated: July 17, 2017.

Unified United States Common
Law Grand Jury Foreman
P.O. Box 59
Valhalla, NY 10595



CRIME TO INTERCEPT

Chief Clerk
United States District Court for
The Northern District of New York
445 Broadway; Albany, NY. 12207-2936

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED

JUL 1 9 2017

LAWRENCE K. BAERMAN, CLERK
ALBANY