U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUL 28 2017

LAWRENCE K. BAERMAN, CLERK
ALBANY

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. 16 cv 1490

1. Article Addressed to:

Grand Jury, Sovereigns
Unified US Common Law GJ
Grand Jury Foreman
PO Box 59
Valhalla, NY 10595

9590 9401 0170 5234 6040 83

2. Article Number (Transfer from service label)
7015 3010 0001 4974 6974

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Anthony Futia
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Registered Mail
- ☐ Registered Mail Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt