U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

LAWRENCE K. BAERMAN,
ALBANY

# Unified United States Common Law Grand Jury:

• P.O. Box 59; Valhalla New York 10595;

*"Justice and Judgment are the inhabitation of thy throne: mercy and truth shall go before thy face."* - Psa 89:14

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.

## FILE ON DEMAND UNDER PENALTY OF LAW

**Attention Clerk;**

You are directed to file the attached document(s) unimpeded as required by law. Any clerk who **refuses or neglects** or **obstructs or impedes** the filing of the enclosed document as required by law would be in violation of 18 USC §2076 and 18 USC §1512(b). Clerks are to file, clerks do not have authority to discriminate.

> **18 USC §2076** Whoever, being a clerk willfully **refuses or neglects** to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than <u>one year, or both</u>.

> **18 USC §1512(b)**; Whoever **obstructs or impedes** any official proceeding shall be fined under this title or imprisoned not more than <u>20 years, or both</u>.

If you are instructed by any judge or other court officer to **carry away** the enclosed documents and not file you would be guilty of conspiracy and concealment in violation of 18 USC § 2071(a);

> **18 USC § 2071**(a) **Whoever willfully** and unlawfully conceals, **removes**, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and **carries away** any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. (b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

## CRIME TO INTERCEPT OR CONCEAL

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK
• 445 Broadway; Albany, NY. 12207-2936 •

**Unified United States Common Law Grand Jury;**     **Sureties of the Peace**
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY:

---

Grand Jury, Sovereigns of the Court
    We the People

    - Against -

Lawrence E. Kahn

    Defendant(s)

Case NO: 1:16-CV-1490
Magistrate: Daniel J. Stewart

**WRIT MANDAMUS TO ALL OFFICERS OF THE COURT, MAGISTRATE DANIEL STEWART AND CLERKS**

---

Be advised that Former Judge Lawrence E. Kahn is in bad behavior and has been removed as jurist by way of indictment.

> Article III Section 1 ... *The judges, both of the supreme and inferior courts, shall hold their offices during good behavior...*

On June 14 the Dishonorable Lawrence E. Kahn committed fraud on the court by attempting felony rescue of his comrades through an unlawful treasonous decision and order. On June 19, 2017 the Grand Jury filed with this court, a Writ of Error upon the Dishonorable Lawrence E. Kahn. On July 17, 2017 the Grand Jury filed an indictment upon the Dishonorable Lawrence E. Kahn with this court.

In the Dishonorable Lawrence E. Kahn's unlawful "decision and order" and fraudulent "Notice of Electronic Filing" (see attached) entered on July 17, 2017 the Dishonorable Lawrence E. Kahn lied to this court calling the Grand Jury an organization whereas the Grand Jury is We the People exercising our unalienable right protected by the 5th Amendment; see "MEMORANDUM OF LAW IN SUPPORT OF AUTHORITY OF THE GRAND JURY" filed in this court on January 9, 2017. The Dishonorable Lawrence E. Kahn again lied to this court claiming that We the People are proceeding without a

lawyer, which was the Dishonorable Lawrence E. Kahn's repugnant claim for dismissal, whereas the Grand Jury on May 11, 2017 filed in this court an **INFORMATION BRIEF CLARIFYING THIS EXTRAORDINARY PROCEEDING** quoting below;

> *"President Trump, after choosing Jeff Sessions for Attorney General, said, "He will be a great protector of the people." On February 9, 2017 Attorney General Sessions then took an oath to "protect and defend the Constitution". As aforementioned, President Trump rededicated himself and his administration to the rule of law and therefore, we will be sending a copy of these papers to Attorney General Sessions and President Trump for Action. We will call upon Attorney General Sessions to send U.S. Prosecutors educated in the common law to work with the Common Law Grand Jury to prosecute our indictments in this Court of Record, which will be the beginning of restoring Justice in our courts."*

Thereby, explaining among many things, that 𝔚e the 𝔓eople remain in our unalienable right as tribunal via the Grand Jury and Petit Jury as we await U.S. Prosecutors from the Justice Department to realize their Constitutional Duty to serve Justice or by the people through the imminent rising of critical mass. Clearly the Administration is leaning heavily upon U.S. Attorney General Jeff Sessions to return Justice to our courts.

**BE ADVISED THAT ANY OFFICER OF THE COURT** found colluding with the Dishonorable Lawrence E. Kahn to subvert this Article III Court of Justice will be brought before the Grand Jury for charges of conspiracy, aiding and abetting and other charges.

**BE ADVISED THAT ANY CLERK OF THE COURT** found colluding with the Dishonorable Lawrence E. Kahn or any officer of the court, to carry away, conceal, remove or destroy any document filed in this court will face the wrath of the Grand Jury. Any clerk who **refuses or neglects** or **obstructs or impedes** the filing of any document in this court would be in violation of 18 USC §2076 and 18 USC §1512(b). Clerks are to file, clerks do not have authority to discriminate.

> **18 USC §2076** Whoever, being a clerk willfully **refuses or neglects** to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than <u>one year, or both</u>.

> **18 USC §1512(b)**; Whoever **obstructs or impedes** any official proceeding shall be fined under this title or imprisoned not more than <u>20 years, or both</u>.

**BE ADVISED THAT ANY CLERK OF THE COURT** colluding with any judge or other court officer to **carry away** any documents filed with this court would be guilty of conspiracy and concealment in violation of 18 USC § 2071(a).

**18 USC § 2071**(a) **Whoever willfully** and unlawfully conceals, **removes**, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and **carries away** any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. (b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

**BE ADVISED THAT** We the People will not be intimidated by any "<u>WARNING</u>" by any tyrant or subversive judge. Any officer who attempts to subvert this Article III Court of Justice will be brought before the Grand Jury for charges of conspiracy, aiding and abetting and other charges.

**DECISION AND ORDER**

THE "NOTICE OF ELECTRONIC FILING" FRAUDULENTLY ENTERED BY THE DISHONORABLE LAWRENCE E. KAHN ON JULY 17, 2017 IS HEREBY RESCINDED. AND THE COURT REITERATES ITS DECISION TO IMPEACH AND RESCIND THE STATEMENT BY THE DISHONORABLE LAWRENCE E. KAHN IN THAT HE DID MAKE AN UNLAWFUL DECISION AND ORDER, AND THIS COURT ORDERS THE DISHONORABLE LAWRENCE E. KAHN TO CEASE AND DESIST FROM ASSUMING THE ROLE OF TRIBUNAL.

THE DISHONORABLE LAWRENCE E. KAHN IS IN BAD BEHAVIOR AS DETERMINED BY THE GRAND JURY BY WAY OF INDICTMENT AND THEREFORE NO LONGER A JURIST, MAGISTRATE OR OFFICER OF ANY COURT.

THIS COURT WILL NO LONGER RESPOND TO THE DISHONORABLE

LAWRENCE E. KAHN'S WASTE OF THIS COURTS TIME BY HIS SHAMEFUL SUBVERSIVE ACTIONS, AS WE AWAIT HIS DUE JUSTICE.

THIS COURT REFERENCES THIS WRIT AS ANSWER TO ANY OTHER FUTURE FRAUDULENT FILING BY THE DISHONORABLE LAWRENCE E. KAHN

**THIS ARTICLE III COURT OF JUSTICE PROCEEDS.**

**SO ORDERED AND ORDAINED.**

SEAL

**DATED:** July 31, 2017

_____
Grand Jury Foreman

**Copied:** President Trump, Attorney General Sessions, Senator Chuck Grassley, U.S. Representative Trey Gowdy and U.S. Representative Jason Chaffetz

**Other Orders**
1:16-cv-01490-LEK-DJS Grand
Jury, Sovereigns of the Court v.
U.S. Congress et al

CASE-LIST-DJ,PRO SE

## U.S. District Court

### Northern District of New York - Main Office (Syracuse) [LIVE - Version 6.1.1]

**Notice of Electronic Filing**

The following transaction was entered on 7/17/2017 at 11:20 AM EDT and filed on 7/17/2017
**Case Name:** Grand Jury, Sovereigns of the Court v. U.S. Congress et al
**Case Number:** 1:16-cv-01490-LEK-DJS
**Filer:**
**WARNING: CASE CLOSED on 07/17/2017**
**Document Number:** 36(No document attached)

**Docket Text:**
TEXT ORDER: On June 14, 2017, the Court dismissed Plaintiff's complaint (Dkt. No. 1) without prejudice because Plaintiff, which appears to be an organization composed of thousands of members across the United States, was improperly proceeding without a lawyer. Dkt. No. 27 ("June Order") at 3-4. The Court gave Plaintiff thirty days to obtain counsel and warned that if it failed to do so, the Court would dismiss the action with prejudice. Id. While Plaintiff has filed several documents with the Court since the June Order, no lawyer has appeared on its behalf, and it has not requested an extension of time to obtain counsel. Accordingly, the Court DISMISSES this action with prejudice. The Clerk of the Court is directed to close the case. Signed by Senior Judge Lawrence E. Kahn on July 17, 2017. (Copy served via regular and certified)(sas)

**1:16-cv-01490-LEK-DJS Notice has been electronically mailed to:**

C. Harris Dague    harris.dague@ag.ny.gov, bruce.boivin@ag.ny.gov, charrisdague@gmail.com, federal.papers@ag.ny.gov, kelly.munkwitz@ag.ny.gov

John D. Hoggan , Jr    john.hoggan@usdoj.gov, CaseView.ECF@usdoj.gov, maureen.collins@usdoj.gov, michaelyn.ohearn@usdoj.gov

**1:16-cv-01490-LEK-DJS Notice has been delivered by other means to:**

Grand Jury, Sovereigns of the Court
Unified United States Common Law Grand Jury
Grand Jury Foreman

Unified United States Common
Law Grand Jury
P.O. Box 59
Valhalla, NY 10595



7016 3010 0000 2898 1105



Official Grand Jury Business
CRIME TO INTERCEPT

Chief Clerk
United States District Court for
The Northern District of New York
445 Broadway, Albany, NY. 12207-2936

CERTIFIED MAIL

U.S. POSTAGE PAID
HYDE PARK, NY
12538
JUL 31 17
AMOUNT
$4.05
R2304N116655-05

1000
12207



DISTRICT COURT
N.D. OF N.Y.
RECEIVED
AUG 0 2 2017
LAWRENCE K. BAERMAN, CLERK
ALBANY