UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

GRAND JURY, SOVEREIGNS OF
THE COURT,

           Plaintiff,

  -AGAINST-                                1:16-CV-1490 (LEK/DJS)

U.S. CONGRESS, *et al.*,

           Defendant.

## BAR ORDER

**IT IS HEREBY ORDERED,** that the motions filed by plaintiff Grand Jury, Sovereigns of the Court for a writ of mandamus (Dkt. No. 54) and orders to show cause (Dkt. Nos. 55–59) be **STRICKEN** from the record. On August 17, 2017, the Court ordered that the Plaintiff is **not allowed to file any additional papers in this action without prior permission of the Court**. (Dkt. No. 50) Plaintiff has neither requested nor received permission to file its most recent motions. Plaintiff is hereby **BARRED** from making further submissions in this action without prior written approval from the Chief Judge of the Northern District of New York. Plaintiff is advised that additional filings in this action without permission from the Chief Judge may result in an order enjoining Plaintiff from all future filings in this District.

**IT IS SO ORDERED**.

DATED:  September 30, 2017
              Albany, New York

Lawrence E. Kahn
U.S. District Judge