U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 28 2019
AT 2 9 30 O'CLOCK

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK
• 445 Broadway; Albany, NY. 12207

**Unified United States Common Law Grand Jury;**[1]      **Sureties of the Peace**[2]
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977;

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.

## INFORMATION[3]

Filed under Case NO: 1:16-CV-1490

**TO:** <u>116th United States Congress</u>: Copies sent to Senate President Mike Pence and President Pro Tempore Chuck Grassley for distribution to all Senators for the restoration of the Law and order.

The Purpose of this Information is to notify the United States Senate of their error for correction concerning the three-fifths rule, a/k/a filibuster or the nuclear option. This Information is directed to President Mike Pence & President Pro Tempore Chuck Grassley for distribution to the other ninety-nine Senators.

**Copied:** President Trump, Chief Justice Roberts and Acting Attorney General Matthew Whitaker

---

[1] **The UUSCLGJ** is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.

[2] **SURETIES OF THE PEACE:** If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government we will immediately grant full justice therein. - Magna Carta Paragraph 52.

[3] **INFORMATION:** An accusation exhibited against a person for some criminal offense, without an indictment.

The United States Constitution Article I Section 3 states: "... *each Senator shall have one vote ... the Vice President of the United States shall be President of the Senate, but shall have no vote, unless they be equally divided*"; which confirms "majority rule" via vote. The senate by rule cannot rewrite law, nor can the senate rest in the precedence of corrupt republics before us.

These facts are clarified by Article V which states: "*no state, without its consent, shall be deprived of its equal suffrage in the Senate*". The definition of equal suffrage stands as follows: "*each voter is equal in its influence upon result to vote of every other elector*".[4] Therefore to hold a minority's votes as having more influence than the majority would deprive the majority their equal suffrage and lawful rule thereby being undemocratic and makes every issue political.

Via Article I Section 5 clause 2 We the People gave authority to each house to determine the rules of its proceedings. The purpose of a rule[5] is to establish uniform procedures in order to maintain order, rules are not law! Congress' cannot change laws via rules, consequently "*all rules and practices which are repugnant to the Constitution are null and void*".[6] Thus the Senate's three fifths rule a/k/a filibuster is a nullity because it seeks to change the law of majority rule and "*equal suffrage*" that We the People ordained and established.

By our prerogative and to prevent congressional abuse by a majority We the People via Article V require <u>two thirds</u> of both houses in order to propose amendments to this Constitution and three fourths to ratify. Via Article I Section 5 clause 2 we required the concurrence of <u>two thirds</u> to expel a member for bad behavior. Via Article I Section 7

---

[4] EQUAL ELECTION: Blacks 4th, "elections are 'equal', when the vote of each voter is equal in its influence upon result to vote of every other elector." Blue v. State ex rel. Brown, 206 Ind. 98, 188 N.E. 583, 589, 91 A.L.R. 334.
[5] RULE: (Blacks 4th) An established standard, guide, or regulation; a principle or regulation set up by authority, prescribing or directing action or forbearance; as, the rules of a legislative body.
[6] "All laws, rules and practices which are repugnant to the Constitution are null and void" [Marbury v. Madison, 5th US (2 Cranch) 137, 180]

we required two thirds of both Houses to defeat a president's rejection of a bill. And finally via Article II Section 2 clause 2: *"the President with the advice and consent of two thirds of the Senate has the power to make treaties,"* everything else is majority rule.

In conclusion if We the People wanted to give the minority the destructive three fifths rule a/k/a filibuster or the nuclear option we would have ordained and established it and since we didn't there can be no rulemaking to change a rule of law. Such actions are an obstruction of justice because it disregards the will of We the People. Therefore the Senate is to cease from exercising power that We the People did not give them. Obey the Law!

SEAL

DATED: January 24, 2019

_____
Grand Jury Foreman

**FILE ON DEMAND UNDER PENALTY OF LAW**

TO: Court Clerk;

RE: A true entry in the public records

**18 USC §1512** (b) Whoever [Judges] knowingly uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to - (1) influence, delay, or prevent the testimony of any person in an official proceeding; (2) cause or induce any person to -- (A) withhold testimony, or withhold a record, document, or other object, from an official proceeding; (B) alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding; ... shall be fined under this title or imprisoned not more than 20 years, or both. (3) ... (c) Whoever corruptly-(1) alters, destroys, mutilates, or conceals a record, document, or other object, or attempts to do so, with the intent to impair the object's integrity or availability for use in an official proceeding; or (2) otherwise obstructs, influences, or impedes any official proceeding, or attempts to do so, shall be fined under this title or imprisoned not more than 20 years, or both.

**18 USC § 2071** Concealment, removal, or mutilation generally (a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. (b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States...

**§175.25** A person is guilty of tampering with public records in the first degree when, knowing that (s)he does not have the authority of anyone entitled to grant it, and with intent to defraud, (s)he knowingly removes, mutilates, destroys, conceals, makes a false entry in or falsely alters any record or other written instrument filed with, deposited in, or otherwise constituting a record of a public office or public servant. Tampering with public records in the first degree is a class D felony.

**§175.05** Falsifying public records in the second degree is a class A misdemeanor. A person is guilty of falsifying public records in the second degree when, with intent to defraud, he: Makes or causes a false entry in the public records; or alters, erases, obliterates, deletes, removes or destroys a true entry in the public records; or Omits to make a true entry in the public records in violation of a duty to do so which he knows to be imposed upon him by law or by the nature of his position; or Prevents the making of a true entry or causes the omission thereof in the public records.

**§175.20** Tampering with public records in the second degree. A person is guilty of tampering with public records in the second degree when, knowing that he does not have the authority of anyone entitled to grant it, he knowingly removes, mutilates, destroys, conceals, makes a false entry in or falsely alters any record or other written instrument filed with, deposited in, or otherwise constituting a record of a public office or public servant. Tampering with public records in the second degree is a Class A misdemeanor.

United United States
Common Law Grand Jury
P.O. Box 59
Valhalla, NY 10595

7017 3040 0000 4990 7764

**CERTIFIED MAIL**

United States District Court for the
Northern District of New York
445 Broadway
Albany, NY. 12207-2936

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

RECEIVED
JAN 2 8 2019

$3.45

122072925 0012