*Rejected by order of the Court dated October 4, 2019*



**SEP 16 2019 — RECEIVED — U.S. DISTRICT COURT, JOHN M. DOMURAD, CLERK**

Grand Jury Foreman
Unified United States Common Law Grand Jury
P.O. Box 59
Valhalla, NY 10595
Fax: (888) 891-8977

September 9, 2019

Clerk of the Court John M Domurad
United States District Court for the
Northern District of New York
445 Broadway, Albany, NY. 12207-2936

Dear Clerk John M Domurad;

On August 19, 2019, Judge Lawrence E. Kahn documented his intent, in an order, to commit a felony and his plan to intimidate Clerk of the Court John M Domurad to participate in said felony by participating in treason against the People. Should Clerk of the Court John M Domurad or any clerk under your authority decide to participate in this obstruction of Justice, that would constitute a "conspiracy" to commit treason against the People and obstruction of Law. Judge Lawrence E. Kahn is in bad behavior and is under two Common Law indictments, 9 counts. We the Common Law Tribunal order you, John M Domurad not to obey his unlawful orders, or suffer the consequences.

Clerk John M Domurad is to take Judicial Notice that this is a Natural Law action proceeding under the rules of the Common Law, not equity. Whereas ignorance of the Law will not be a defense option, you are expected to know the Law as well as equity. Therefore, the Common Law Grand Jury is resolved that any judge, clerk or any officer of the court who conceals, removes, destroys, or returns any of our Common Law documents will suffer indictment. Concealment includes denial of an active Common Law Action via telephone, snail mail, email or text.

Clerk John M Domurad is directed to mail back a copy of the "Cover sheet (page 1 of 4)" time stamped with the day and time received in the enclosed self-addressed envelope.



Common Law Tribunal

**COPIED:**  *President Trump, AG William Barr, United States Supreme Court, 94 Federal District Courts, United States House of Rep., and United States Senate*

Grand Jury Foreman
United States Common Law Grand Jury
P.O. Box [illegible]
Valhalla, NY 10595

September [illegible], 20[illegible]

Clerk of the Court John M Domurad
United States District Court for the
Northern District of New York
445 Broadway, Albany, NY 12207-2936

Dear Hon John M Domurad,

On August 19, [illegible]9, Judge Lawrence E. Kahn documented his intent in an order to commit a felony and his plan to [illegible] Clerk of the Court John M Domurad to participate in said felony by participating in treason against the People. Should Clerk of the Court John M Domurad or any clerk under your authority decide to participate in this obstruction of justice, that would constitute a "conspiracy" to commit treason against the People and obstruction of Law. Judge Lawrence E. Kahn is in bad behavior and [illegible] two Common Law indictments, 3 counts. We the Common Law Tribunal order you, John M Domurad [illegible] to obey his unlawful orders or suffer the consequences.

Clerk John M Domurad is to take Judicial Notice that this is a Natural Law action proceeding under the rules of the Common Law, not equity. Whereas ignorance of the Law will not be a defense option, you are [illegible] to know the Law as well as [illegible]. Therefore, the Common Law Grand Jury has resolved that any judge, clerk or any officer of the court who conceals, removes, destroys, or returns any of our Common Law documents [illegible] "Concealment" includes denial of [illegible] telephone, snail mail, email or text.

Clerk John M [illegible] is directed to mail back [illegible]

Common Law Tribunal

Copies to: [illegible] United States Supreme Court, the Federal District [illegible]