*Rejected by Order of the Court dated October 4, 2019*

| Non-Statutory **COVER SHEET** **COURT OF RECORD** Status – <u>Sovereign</u> Law <u>X</u> - or - Equity ☐ | Date | County | Docket Number | [Statutory Depository] |
|---|---|---|---|---|
| | 08/14/2019 | Albany County | 1776-1789-1791-2019 | 1:16-CV-1490 |
| | This is a universal prima facie common law form used for **non-statutory** "actions at law" only, *No Filing Fee* for cases proceeding under the rules of Natural Law. | | | |

| ☐ County Court ☐ State Court X Federal Court | Name of Court | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK |
|---|---|---|
| | Court Address | 445 BROADWAY |
| | | ALBANY, NEW YORK 12207-2936 |

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
AUG 2 6 2019
RECEIVED

| **PLAINTIFF(S)** | **DEFENDANT(S)** Use page 2 to list contact info. |
|---|---|
| We the People | United States Supreme Court |
| | United States Federal Judiciary [trial and appellate] |
| | United States House of Representatives |
| | United States Senate |
| Assistance of Counsel Use page 2 to list contact info. | Assistance of Counsel (*if known*) Use page 2 to list contact info. |

**Cause of Action** – Concealment of Natural Law Courts a/k/a Court of Law <u>or</u> Court of Record <u>or</u> Common Law Court Tyranny, Subversion, Denial of Due Process, Denial of Habeas Corpus, Felony Rescue, Stacking & Tainting Petit Juries Stacking & Tainting Grand Juries, Aiding & Abetting enemies both foreign and domestic

Has this action or one essentially the same been previously filed in Federal Court at any time? No <u>X</u> Yes ☐   Equity ☐ -or- Law ☐
Case heard _____ Judge/Magistrate Previously Assigned _____
If yes was this case Vol. ☐ Invol. ☐ Dismissed No☐ Yes☐ If yes, give date _____ & Case No. _____

## NATURE OF SUIT

(PLACE AN [x] IN ONE BOX ONLY)

| | | |
|---|---|---|
| ☐ Assault | ☐ Contract dispute | ☐ Habeas Corpus |
| ☐ Libel/Slander | ☐ Personal Injury | ☐ Redress of Grievance |
| ☐ Other _____ | ☐ Malpractice | ☐ Enforcement of judgment |
| | ☐ Accident | X Other - <u>Extraordinary Action at Law</u> |
| | ☐ Other | |

**CRIMINAL CASES** • Law Enforcement Criminal Report No ☐ Yes ☐ Attached   • Grand Jury Indictment – No ☐ Yes ☐ Attached

| <u>X</u> Original Action | ☐Removed from lower court ☐Remanded from Appellate Court ☐Reinstated or Reopened ☐Transferred from |
|---|---|
| | Name of Court _____ Case Number _____ |
| | Address _____ |

<u>CLERK IS TO FILE</u> **18 USC §1512** (b) Whoever knowingly uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to - (1) influence, delay, or prevent the testimony of any person in an official proceeding; (2) cause or induce any person to -- (A) withhold testimony, or withhold a record, document, or other object, from an official proceeding; (B) alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding; ... shall be fined under this title or imprisoned not more than 20 years, or both. (3) ... (c) Whoever corruptly-(1) alters, destroys, mutilates, or conceals a record, document, or other object, or attempts to do so, with the intent to impair the object's integrity or availability for use in an official proceeding; or (2) otherwise obstructs, influences, or impedes any official proceeding, or attempts to do so, shall be fined under this title or imprisoned not more than 20 years, or both.

**18 USC § 2071** Concealment, removal, or mutilation generally (a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. (b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States...